

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*         *(412) 644-4756*
*Pittsburgh, PA   15222*                *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Marks, Inc.                              CASE NO.   17-23657-GLT

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on November 15, 2017 and closed.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/Joseph S. Sisca
    Joseph S. Sisca
    Assistant United States Trustee
    Presiding Officer
    Joseph.S.Sisca@usdoj.gov

Date: November 15, 2017