IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Marks, Inc.

*Debtor(s)*.

Case No.: 17-23657-GLT
Chapter: 11

Date: 11/30/2017
Time: 10:00

## PROCEEDING MEMO

**MATTER:** #34 - Status Conference on Case Management Issues

**APPEARANCES:**
    Debtor: John Lacher
    Creditor: Amelia Brett

**NOTES:**

Lacher: Accidentally failed to serve notice of this status conference on major players.

Court: No offense taken given the size of this case,

Lacher: Major players would be a landlord for the Debtor's gas station/convenience store in Butler, Pa. and Huntington Bank. The Debtor is administratively solvent, and an uptick in gas prices has helped its circumstances.

Court: Is the Debtor-principal retiring?

Lacher: The owner has developed dementia, but her husband has taken over the operation of the business and would like to keep his options open.

Court: There are some issues with the broker motion, such as the payment of a commission regardless of a sale and the 50/50 split between the Debtor-principal and the broker in the event a deposit is forfeited.

Brett: Hopes the case moves as quickly as possible. Has concerns about the condition of the property.

**OUTCOME:**

1. The status conference [Dkt. No. 34] is concluded. (Text Order to issue.)

**DATED:** 11/30/2017