## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| MARKS, INC., | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| MARKS, INC., | Document No. |
| Movant, | Related to Doc. No. 39, 40, 41 |
| vs. | |
| NO RESPONDENT. | Hearing Date and Time: December 21, 2017 at 10:30 a.m. |

### CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO EMPLOY CHARLES FINK AS BROKER

Robert O Lampl, Counsel for the Debtor, hereby certifies that:

1. The Application to Employ Charles Fink as Broker was filed with the Bankruptcy Court on November 17, 2017 at Document No. 39.

2. The Objection Deadline of December 5, 2017 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from Robert O Lampl Law Office.

Date:  <u>December 20, 2017</u>              */s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. # 62297
DAVID L. FUCHS
PA I.D. # 205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Movant
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com