IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MARKS, INC., | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| MARKS, INC., | Document No. |
| Movant, | Related to Doc. No. 49 |
| vs. | Hearing Date and Time: |
| NO RESPONDENT. | December 21, 2017 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, hereby certify, that on the 22nd day of December, 2017, a true and correct copy of the **ORDER APPROVING RETENTION OF REALTOR/BROKER** was served upon the following *(via First Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MATRIX*

Date: <u>December 22, 2017</u>          <u>*/s/ Robert O Lampl*</u>
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

Label Matrix for local noticing
0315-2
Case 17-23657-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Dec 22 10:38:57 EST 2017

BB&T Commercial Equipment Capital Corp.
2 Great Valley Parkway, Suite 300
Malvern, PA 19355-1319

Brandywine Agency
357 Lincoln Highway
P.O. Box 300
North Versailles, PA 15137-0300

Brandywine Agency Inc.
c/o Amelia R. Brett, Esquire
Strassburger McKenna Gutnick & Gefsky
Four Gateway Ctr,Ste 2200,444 Liberty Av
Pittsburgh, PA  15222

Brandywine Agency, Inc.
Strassburger McKenna Gutnick & Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222-1208

Amelia R. Brett
Strassburger McKenna Gutnick & Gefsky
444 Liberty Avenue
Suite 2200
Pittsburgh, PA 15222-1208

Butler Area Sewer Authority
100 Litman Road
Butler, PA 16001-3294

Butler Eagle
114-116 West Diamond Street
P.O. Box 271
Butler, PA 16003-0271

C&K Wholesale
515 Montgomery Avenue, Suite 107
New Castle, PA 16102-1105

Can Capital
115 North 400 West
Suite 315
Salt Lake City, UT 84103

Century Link
P.O. Box 1319
Charlotte, NC 28201-1319

Chase Auto Finance
PO Box 78068
Phoenix, AZ 85062-8068

Chase Credit Card
P.O. Box 15123
Wilmington, DE 19850-5123

Coca-Cola
Pittsburgh Sales Center
2329 Paysphere Circle
Chicago, IL 60674-2329

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

EB Brown
920 Irwin Run Road
West Mifflin, PA 15122-1092

Edward P. Disilvester, Jr.
2527 Allender Avenue
Pittsburgh, PA 15220-3001

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227-1115

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

Charles Fink
Sunbelt Business Brokers
5996 Centre Ave.
1033 Gill Hall
Jefferson Hills, PA 15025-3315

Frito-Lay
75 Remittance Drive, Suite 1217
Chicago, IL 60675-1217

John R. Gotaskie Jr.
Fox Rothschild LLP
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburgh, PA 15219-2510

Huntington Bank
PO Box 182232
NC1W32
Columbus, OH 43218-2232

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Key Bank
4900Tiedeman Road
Brooklyn, OH 44144-2338

Brian M. Kile
Grenen & Birsic PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1717

Liberty Mutual Insurance
P.O. Box 2051
Keene, NH 03431-7051

Mancini's
601 Woodward Avenue
McKees Rocks, PA 15136-3199

Marks, Inc.
545 Marks Drive
Coraopolis, PA 15108-3388

Marlin Business
300 Fellowship Road
Mount Laurel, NJ 08054-1201

McAneny Brothers
470 Industrial Park
Ebensburg, PA 15931-4114

Melzer's Fuel Service
P.O. Box 1400
755 E. Erie Street
Painesville, OH 44077-4403

T. Lawrence Palmer Office of Attorney Genera
Office of Attorney General
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

T. Lawrence Palmer
Office of the Attorney General of PA
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Pennsylvania Department of Revenue
11 Parkway Center, Suite 150
Pittsburgh, PA 15220-3600

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Pepsi Beverage Company
P.O. Box 75948
Chicago, IL 60675-5948

Petrosoft
2025 Greentree Road
Pittsburgh, PA 15220-1447

David W. Raphael
Grenen & Birsic, P.C.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Red Bull
P.O. Box 204750
Dallas, TX 75320-4750

Reed Oil Company
511 Montgomery Avenue
New Castle, PA 16102-1111

S&T Bank
355 North Fifth Street
Indiana, PA 15701-1940

S&T Bank
355 North 5th Street
Indiana, PA 15701-1940

S&T Bank
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Sams Club
P.O. Box 960016
Orlando, FL 32896-0016

Schneiders Dairy
726 Frank Street
Pittsburgh, PA 15227-1299

David A. Strassburger
c/o Strassburger McKenna Gutnick Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222-1220

Sun-Ray Mechanical
2490 Wildwood Road
Wildwood, PA 15091

T&U Service Station Maintenance Inc.
P.O. Box 381
Brookfield, OH 44403-0381

The Huntington National Bank
7 Easton Oval, EA4W67
Columbus, OH 43219-6060

The Huntington National Bank
c/o David W. Raphael, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Unifirst
PO Box 529
New Kensington, PA 15068-0529

Unifirst Corporation
68 Jonspin Road
Wilmington, MA 01887-1086

United Telephone Company of Pennsylvania
Centurylink Communications, LLC
931 14th Street Suite 900
Denver, CO 80202-2994

Vector Security
100 Allegheny Drive, Suite 200
Warrendale, PA 15086-7610

| | | |
|---|---|---|
| Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Vision Financial Group<br>615 Iron City Drive<br>Pittsburgh, PA 15205-4321 | Vogel Disposal Service, Inc.<br>PO Box 847<br>Mars, PA 16046-0847 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 |
| West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eby-Brown Company, LLC | (u)JPMORGAN CHASE BANK, N.A. | (d)The Huntington National Bank<br>7 Easton Oval, EA4W67<br>Columbus, OH 43219-6060 |

End of Label Matrix
Mailable recipients    67
Bypassed recipients     3
Total                  70