Form 404

**UNITED STATES BANKRUPTCY COURT**  53 – 52
**WESTERN DISTRICT OF PENNSYLVANIA**  dbas

In re:                                                    Bankruptcy Case No.: 17−23657−GLT
Related to Docket No. 52
Chapter: 11
Hearing Date: 2/8/18 at 11:00 AM

**Marks, Inc.**
74−3193992
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                        **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                                   (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                                                       By: _____
                                                                             (Signature)

                                                                               _____
                                                                               Typed Name

                                                                               _____
                                                                               Address

                                                                               _____
                                                                               Phone No.

                                                                               _____
                                                                               List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marks, Inc.  
    Debtor

Case No. 17-23657-GLT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 1    Date Rcvd: Jan 09, 2018  
                         Form ID: 404    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.  
db         +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:

          Amelia R. Brett   on behalf of Creditor   Brandywine Agency, Inc. abrett@smgglaw.com,
           ccallahan@smgglaw.com
          Brian M. Kile   on behalf of Creditor   S&T Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          David A. Strassburger   on behalf of Creditor   Brandywine Agency, Inc. dstrassburger@smgglaw.com
          David W. Raphael   on behalf of Creditor   The Huntington National Bank draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          John R. Gotaskie, Jr.   on behalf of Creditor   Eby-Brown Company, LLC
           jgotaskie@foxrothschild.com,
           mpayne@foxrothschild.com;hsemmer@foxrothschild.com;mhojdila@foxrothschild.com;vazzarella@foxroths
           child.com
          Joseph S. Sisca,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office
           of the United States Trustee joseph.s.sisca@usdoj.gov
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert O Lampl   on behalf of Debtor   Marks, Inc. rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                                                                                                  TOTAL: 11