Form 600

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Marks, Inc.** | : | Case No. 17−23657−GLT |
| 74−3193992 | : | Chapter: 11 |
| *Debtor(s)* | : | |
| | : | |
| MARKS, INC., | : | |
| *Movant(s)*, | : | |
| | : | Related to Document No. 52 |
| v. | : | |
| BRANDYWINE AGENCY,INC. and EDWARD P. | : | Hearing Date: 2/8/18 at 11:00 AM |
| DISILVESTER,JR., | : | |
| *Respondent(s)*. | : | |
| | : | |

**ORDER SCHEDULING DATES FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this ***The 9th of January, 2018***, a ***Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property*** having been filed at Doc. No. 52 by the Debtor,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. In Chapter 11 cases, all equity security holders, if any, are to be served. Counsel for the Moving Party shall then file a *Certificate of Service*. ***Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.***

(2)  ***On or before January 30, 2018,*** any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3)  This *Motion* is scheduled for a non−evidentiary hearing on ***February 8, 2018*** at ***11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm:

Marks, Inc.,
Robert O. Lampl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 17-23657-GLT
Marks, Inc.                                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas              Page 1 of 1              Date Rcvd: Jan 09, 2018
                               Form ID: 600            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db             +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
               ccallahan@smgglaw.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com
              David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC
               jgotaskie@foxrothschild.com,
               mpayne@foxrothschild.com;hsemmer@foxrothschild.com;mhojdila@foxrothschild.com;vazzarella@foxroths
               child.com
              Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                             TOTAL: 11