# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| **MARKS, INC.,** | Document No. |
| Movant, | Related to Doc. Nos. 52, 53, 54 |
| vs. | Hearing Date and Time: |
| **BRANDYWINE AGENCY, INC. and EDWARD P. DISILVESTER, JR.,** | February 8, 2018 at 11:00 a.m. |
| Respondents. | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Robert O Lampl, Counsel for the Debtor, hereby certifies that:

1. The Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property was filed with the Bankruptcy Court on January 8, 2018 at Document No. 52.

2. The Objection Deadline of January 30, 2018 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from Robert O Lampl Law Office.

                                                Respectfully Submitted,

Date: <u>January 31, 2018</u>                    */s/ Robert O Lampl*
                                                ROBERT O LAMPL
                                                PA I.D. #19809
                                                JOHN P. LACHER
                                                PA I.D. #62297
                                                DAVID L. FUCHS
                                                PA I.D. #205694
                                                RYAN J. COONEY
                                                PA I.D. #319213
                                                223 Fourth Avenue, 4th Floor
                                                Pittsburgh, PA  15222
                                                (412) 392-0330 (phone)
                                                (412) 392-0335 (facsimile)
                                                Email:  rlampl@lampllaw.com