# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| **MARKS, INC.,** | Document No. |
| Movant, | Related to Doc. No. 58 |
| vs. | |
| **BRANDYWINE AGENCY, INC.,** | Hearing Date and Time:<br>March 8, 2018 at 10:00 a.m. |
| Respondent. | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION TO APPROVE REJECTION OF LEASE OF NONRESIDENTIAL PROPERTY

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **February 20, 2018**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **March 8, 2018 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service:  <u>January 31, 2018</u> | <u>*/s/ Robert O Lampl*</u><br>ROBERT O LAMPL<br>PA I.D. #19809<br>JOHN P. LACHER<br>PA I.D. # 62297<br>DAVID L. FUCHS<br>PA I.D. # 205694<br>RYAN J. COONEY<br>PA I.D. #319213<br>SY O. LAMPL<br>PA I.D. #324741<br>Counsel for the Movant<br>960 Penn Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>(412) 392-0330 (phone)<br>(412) 392-0335 (facsimile)<br>Email:  rlampl@lampllaw.com |