IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MARKS, INC., | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| MARKS, INC., | Document No. |
| Movant,<br>vs. | Related to Doc. No. 58, 59 |
| BRANDYWINE AGENCY, INC., | Hearing Date and Time:<br>March 8, 2018 at 10:00 a.m. |
| Respondent. | |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify, that on the 31st day of January, 2018, a true and correct copy of the **NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION TO APPROVE REJECTION OF LEASE OF NONRESIDENTIAL PROPERTY** and **MOTION TO APPROVE REJECTION OF LEASE OF NONRESIDENTIAL PROPERTY** upon the following *(via first class mail)*:

*SEE ATTACHED CLERK'S OFFICE COMPLETE MAILING MATRIX*

Date: <u>January 31, 2018</u>         <u>/s/ Robert O Lampl</u>
            ROBERT O LAMPL
            PA I.D. #19809
            JOHN P. LACHER
            PA I.D. #62297
            DAVID L. FUCHS
            PA I.D. #205694
            RYAN J. COONEY
            PA I.D. #319213
            Counsel for the Debtor
            223 Fourth Avenue, 4th Floor
            Pittsburgh, PA  15222
            (412) 392-0330 (phone)
            (412) 392-0335 (facsimile)
            Email:  rlampl@lampllaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23657-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jan 31 16:30:24 EST 2018 | BB&T Commercial Equipment Capital Corp.<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355-1319 | Brandywine Agency<br>357 Lincoln Highway<br>P.O. Box 300<br>North Versailles, PA 15137-0300 |
| Brandywine Agency Inc.<br>c/o Amelia R. Brett, Esquire<br>Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Ctr,Ste 2200,444 Liberty Av<br>Pittsburgh, PA 15222 | Brandywine Agency, Inc.<br>Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1208 | Amelia R. Brett<br>Strassburger McKenna Gutnick & Gefsky<br>444 Liberty Avenue<br>Suite 2200<br>Pittsburgh, PA 15222-1208 |
| Butler Area Sewer Authority<br>100 Litman Road<br>Butler, PA 16001-3294 | Butler Eagle<br>114-116 West Diamond Street<br>P.O. Box 271<br>Butler, PA 16003-0271 | C&K Wholesale<br>515 Montgomery Avenue, Suite 107<br>New Castle, PA 16102-1105 |
| Can Capital<br>115 North 400 West<br>Suite 315<br>Salt Lake City, UT 84103 | Century Link<br>P.O. Box 1319<br>Charlotte, NC 28201-1319 | Chase Auto Finance<br>PO Box 78068<br>Phoenix, AZ 85062-8068 |
| Chase Credit Card<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Coca-Cola<br>Pittsburgh Sales Center<br>2329 Paysphere Circle<br>Chicago, IL 60674-2329 | Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 |
| EB Brown<br>920 Irwin Run Road<br>West Mifflin, PA 15122-1092 | Edward P. Disilvester, Jr.<br>2527 Allender Avenue<br>Pittsburgh, PA 15220-3001 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45227-1115 |
| Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | Charles Pink<br>Sunbelt Business Brokers<br>5996 Centre Ave.<br>1033 Gill Hall<br>Jefferson Hills, PA 15025-3315 | Frito-Lay<br>75 Remittance Drive, Suite 1217<br>Chicago, IL 60675-1217 |
| John R. Gotaskie Jr.<br>Fox Rothschild LLP<br>BNY Mellon Center<br>500 Grant Street, Suite 2500<br>Pittsburgh, PA 15219-2510 | Huntington Bank<br>PO Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Key Bank<br>4900 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Brian M. Kile<br>Grenen & Birsic PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 |
| Robert O Lampl<br>Robert O Lampl Law Office<br>Benedum Trees Building<br>223 Fourth Avenue, 4th Floor<br>Pittsburgh, PA 15222-1717 | Liberty Mutual Insurance<br>P.O. Box 2051<br>Keene, NH 03431-7051 | Mancini's<br>601 Woodward Avenue<br>McKees Rocks, PA 15136-3199 |

Marks, Inc.
545 Marks Drive
Coraopolis, PA 15108-3388

Marlin Business
300 Fellowship Road
Mount Laurel, NJ 08054-1201

McAneny Brothers
470 Industrial Park
Ebensburg, PA 15931-4114


Melzer's Fuel Service
P.O. Box 1400
755 E. Erie Street
Painesville, OH 44077-4403

T. Lawrence Palmer Office of Attorney Genera
Office of Attorney General
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721


T. Lawrence Palmer
Office of the Attorney General of PA
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Pennsylvania Department of Revenue
11 Parkway Center, Suite 150
Pittsburgh, PA 15220-3600

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946


Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Pepsi Beverage Company
P.O. Box 75948
Chicago, IL 60675-5948


Petrosoft
2025 Greentree Road
Pittsburgh, PA 15220-1447

David W. Raphael
Grenen & Birsic, P.C.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Red Bull
P.O. Box 204750
Dallas, TX 75320-4750


Reed Oil Company
511 Montgomery Avenue
New Castle, PA 16102-1111

S&T Bank
355 North Fifth Street
Indiana, PA 15701-1940

S&T Bank
355 North 5th Street
Indiana, PA 15701-1940


S&T Bank
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Sams Club
P.O. Box 960016
Orlando, FL 32896-0016

Schneiders Dairy
726 Frank Street
Pittsburgh, PA 15227-1299


David A. Strassburger
c/o Strassburger McKenna Gutnick Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222-1220

Sun-Ray Mechanical
2490 Wildwood Road
Wildwood, PA 15091

T&U Service Station Maintenance Inc.
P.O. Box 381
Brookfield, OH 44403-0381


The Huntington National Bank
7 Easton Oval, EA4W67
Columbus, OH 43219-6060

The Huntington National Bank
c/o David W. Raphael, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Unifirst
PO Box 529
New Kensington, PA 15068-0529


Unifirst Corporation
68 Jonspin Road
Wilmington, MA 01887-1086

United Telephone Company of Pennsylvania
Centurylink Communications, LLC
931 14th Street Suite 900
Denver, CO 80202-2994

Vector Security
100 Allegheny Drive, Suite 200
Warrendale, PA 15086-7610

| | | |
|---|---|---|
| Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Vision Financial Group<br>615 Iron City Drive<br>Pittsburgh, PA 15205-4321 | Vogel Disposal Service, Inc.<br>PO Box 847<br>Mars, PA 16046-0847 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 |
| West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eby-Brown Company, LLC | (u)JPMORGAN CHASE BANK, N.A. | (d)The Huntington National Bank<br>7 Easton Oval, EA4W67<br>Columbus, OH 43219-6060 |

End of Label Matrix
Mailable recipients    67
Bypassed recipients     3
Total                  70