# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Marks, Inc. | : Case No.: 17-23657 |
| | : **Chapter 11** |
| Debtor(s). | : **Judge Gregory L. Taddonio** |
| | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 18-001571

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

18-001571_KSH

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-001571_KSH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Marks, Inc. | : Case No.: 17-23657 |
| | : Chapter 11 |
| Debtor(s). | : Judge Gregory L. Taddonio |
| | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 1, 2018.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

U.S. Trustee, Chapter 11 Trustee, 100 E Vine St #500, Lexington, KY  40507

Service by First-Class Mail:
Robert O Lampl, Attorney for Marks, Inc., 960 Penn Avenue, Suite 1200, Pittsburgh, PA 15222

Marks, Inc., 545 Marks Drive, Coraopolis, PA  15108

Rosemarie Schons, P.O Box 15575, Coraopolis, PA  15108

EXECUTED ON: February 1, 2018

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

18-001571_KSH