FILED
2/1/18 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MARKS, INC.,**                                    **Bankruptcy No. 17-23657-GLT**

        **Debtor.**                               **Chapter 11**

**MARKS, INC.,**                                    Related to Docket No. 52

        **Movant,**
  **vs.**

**BRANDYWINE AGENCY, INC. and**
**EDWARD P. DISILVESTER, JR.,**

        **Respondents.**

## ORDER OF COURT

It is hereby ORDERED, ADJUDGED and DECREED that the Deadline for Debtor

to Assume or Reject Unexpired Leases of Nonresidential Real Property Leases is

Approved, and the time by which Debtor must Assume or Reject such leases is

extended to April 9, 2018.


DATE: February 1, 2018

                           Gregory L. Taddonio, Judge
                           United States Bankruptcy Court



**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23657-GLT
Marks, Inc.                                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1            Date Rcvd: Feb 01, 2018
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db             +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
          Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
           ccallahan@smgglaw.com
          Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com
          David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC
           jgotaskie@foxrothschild.com,
           mpayne@foxrothschild.com;hsemmer@foxrothschild.com;mhojdila@foxrothschild.com;vazzarella@foxroths
           child.com
          Joseph S. Sisca,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office
           of the United States Trustee joseph.s.sisca@usdoj.gov
          Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                              TOTAL: 12