**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| **MARKS, INC.,** | Document No. |
| Movant, | Related to Doc. Nos. 58, 59, 60 |
| vs. | |
| NO RESPONDENT. | Hearing Date and Time: March 8, 2018 at 10:00 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION TO APPROVE REJECTION OF LEASE OF
NONRESIDENTIAL REAL PROPERTY**

Robert O Lampl, Counsel for the Debtor, hereby certifies that:

1.  The Motion to Approve Rejection of Lease of Nonresidential Real Property was filed with the Bankruptcy Court on January 31, 2018 at Document No. 58.

2.  The Objection Deadline of February 20, 2018 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from Robert O Lampl Law Office.

                                        Respectfully Submitted,

Date: <u>February 21, 2018</u>　　　　　　　　　*/s/ Robert O Lampl*
　　　　　　　　　　　　　　　　　　　　　　ROBERT O LAMPL
　　　　　　　　　　　　　　　　　　　　　　PA I.D. #19809
　　　　　　　　　　　　　　　　　　　　　　JOHN P. LACHER
　　　　　　　　　　　　　　　　　　　　　　PA I.D. #62297
　　　　　　　　　　　　　　　　　　　　　　DAVID L. FUCHS
　　　　　　　　　　　　　　　　　　　　　　PA I.D. #205694
　　　　　　　　　　　　　　　　　　　　　　RYAN J. COONEY
　　　　　　　　　　　　　　　　　　　　　　PA I.D. #319213
　　　　　　　　　　　　　　　　　　　　　　223 Fourth Avenue, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　　　　　(412) 392-0330 (phone)
　　　　　　　　　　　　　　　　　　　　　　(412) 392-0335 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　Email:  rlampl@lampllaw.com