FILED
2/22/18 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARKS, INC.,                                  Bankruptcy No. 17-23657-GLT

    Debtor.                                   Chapter 11

MARKS, INC.,                                  Document No.

    Movant,
vs.                                           Related to Docket No. 58

BRANDYWINE AGENCY, INC.,

    Respondent.

## ORDER OF COURT

It is hereby ORDERED, ADJUDGED and DECREED that the Debtor's rejection of its lease of nonresidential real property with Brandywine Agency, Inc. effective as of January 31, 2018 be, and hereby is, approved .

DATE: February 22, 2018

_____
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marks, Inc.  
     Debtor

Case No. 17-23657-GLT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Feb 22, 2018  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.  
db        +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:

          Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com, ccallahan@smgglaw.com  
          Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
          David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com  
          David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
          John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC jgotaskie@foxrothschild.com, mpayne@foxrothschild.com;hsemmer@foxrothschild.com;mhojdila@foxrothschild.com;vazzarella@foxrothschild.com  
          Joseph S. Sisca, on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov  
          Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
                                                                                                                  TOTAL: 12