## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                  Bankruptcy No. 17-23657-GLT

    Debtor.                                    Chapter 11

MARKS, INC.,                                  Document No.

    Movant,                                    Related to Doc. Nos. 67, 68
vs.

                                              Hearing Date and Time:
                                              April 5, 2018 at 11:00 a.m.
NO RESPONDENT.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L Fuchs and Ryan J. Cooney hereby certify, that on the 13th day of March, 2018, a true and correct copy of the **ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION AND MOTION TO EXTEND TIME FOR FILING OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION** was served upon the following VIA First Class US Mail:

*SEE ATTACHED CLERK'S OFFICE ENTIRE MAILING MATRIX*

DATE: March 13, 2018

                                                    */s/ Robert O Lampl*
                                                    ROBERT O LAMPL
                                                    PA I.D. #19809
                                                    JOHN P. LACHER
                                                    PA I.D. #62297
                                                    DAVID L. FUCHS
                                                    PA I.D. #205694
                                                    RYAN J. COONEY
                                                    PA I.D. #319213
                                                    Counsel for the Debtor
                                                    223 Fourth Avenue, 4th Floor
                                                    Pittsburgh, PA  15222
                                                    (412) 392-0330 (phone)
                                                    (412) 392-0335 (facsimile)
                                                    Email:  rlampl@lampllaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23657-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Mar 13 10:43:53 EDT 2018 | BB&T Commercial Equipment Capital Corp.<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355-1319 | Bottling Group, LLC<br>Joseph D. Frank<br>c/o FrankGecker LLP<br>325 N. LaSalle St., Ste. 625<br>Chicago, IL 60654-6465 |
| Brandywine Agency<br>357 Lincoln Highway<br>P.O. Box 300<br>North Versailles, PA 15137-0300 | Brandywine Agency Inc.<br>c/o Amelia R. Brett, Esquire<br>Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Ctr,Ste 2200,444 Liberty Av<br>Pittsburgh, PA 15222 | Brandywine Agency, Inc.<br>Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1208 |
| Amelia R. Brett<br>Strassburger McKenna Gutnick & Gefsky<br>444 Liberty Avenue<br>Suite 2200<br>Pittsburgh, PA 15222-1208 | Butler Area Sewer Authority<br>100 Litman Road<br>Butler, PA 16001-3294 | Butler Eagle<br>114-116 West Diamond Street<br>P.O. Box 271<br>Butler, PA 16003-0271 |
| C&K Wholesale<br>515 Montgomery Avenue, Suite 107<br>New Castle, PA 16102-1105 | Can Capital<br>115 North 400 West<br>Suite 315<br>Salt Lake City, UT 84103-1124 | Century Link<br>P.O. Box 1319<br>Charlotte, NC 28201-1319 |
| Chase Auto Finance<br>PO Box 78068<br>Phoenix, AZ 85062-8068 | Chase Credit Card<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Coca-Cola<br>Pittsburgh Sales Center<br>2329 Paysphere Circle<br>Chicago, IL 60674-2329 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | EB Brown<br>920 Irwin Run Road<br>West Mifflin, PA 15122-1092 | Edward P. Disilvester, Jr.<br>2527 Allender Avenue<br>Pittsburgh, PA 15220-3001 |
| Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45227-1115 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | Charles Fink<br>Sunbelt Business Brokers<br>5996 Centre Ave.<br>1033 Gill Hall<br>Jefferson Hills, PA 15025-3315 |
| Frito-Lay<br>75 Remittance Drive, Suite 1217<br>Chicago, IL 60675-1217 | Frito-Lay North America, Inc.<br>Joseph D. Frank<br>c/o FrankGecker LLP<br>325 N. LaSalle St., Ste. 625<br>Chicago, IL 60654-6465 | John R. Gotaskie Jr.<br>Fox Rothschild LLP<br>BNY Mellon Center<br>500 Grant Street, Suite 2500<br>Pittsburgh, PA 15219-2510 |
| Huntington Bank<br>PO Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 901032<br>Ft. Worth TX 76101-2032 | Key Bank<br>4900 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Brian M. Kile<br>Grenen & Birsic PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 |

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1717

Liberty Mutual Insurance
P.O. Box 2051
Keene, NH 03431-7051

Mancini's
601 Woodward Avenue
McKees Rocks, PA 15136-3199

Marks, Inc.
545 Marks Drive
Coraopolis, PA 15108-3388

Marlin Business
300 Fellowship Road
Mount Laurel, NJ 08054-1201

McAneny Brothers
470 Industrial Park
Ebensburg, PA 15931-4114

Melzer's Fuel Service
P.O. Box 1400
755 E. Erie Street
Painesville, OH 44077-4403

T. Lawrence Palmer Office of Attorney Genera
Office of Attorney General
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

T. Lawrence Palmer
Office of the Attorney General of PA
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Pennsylvania Department of Revenue
11 Parkway Center, Suite 150
Pittsburgh, PA 15220-3600

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Pepsi Beverage Company
P.O. Box 75948
Chicago, IL 60675-5948

Petrosoft
2025 Greentree Road
Pittsburgh, PA 15220-1447

David W. Raphael
Grenen & Birsic, P.C.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Red Bull
P.O. Box 204750
Dallas, TX 75320-4750

Reed Oil Company
511 Montgomery Avenue
New Castle, PA 16102-1111

S&T Bank
355 North Fifth Street
Indiana, PA 15701-1940

S&T Bank
355 North 5th Street
Indiana, PA 15701-1940

S&T Bank
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Sams Club
P.O. Box 960016
Orlando, FL 32896-0016

Schneiders Dairy
726 Frank Street
Pittsburgh, PA 15227-1299

David A. Strassburger
c/o Strassburger McKenna Gutnick Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222-1220

Sun-Ray Mechanical
2490 Wildwood Road
Wildwood, PA 15091

T&U Service Station Maintenance Inc.
P.O. Box 381
Brookfield, OH 44403-0381

The Huntington National Bank
7 Easton Oval, EA4W67
Columbus, OH 43219-6060

The Huntington National Bank
c/o David W. Raphael, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Unifirst
PO Box 529
New Kensington, PA 15068-0529

| | | |
|---|---|---|
| Unifirst Corporation<br>68 Jonspin Road<br>Wilmington, MA 01887-1086 | United Telephone Company of Pennsylvania<br>Centurylink Communications, LLC<br>931 14th Street Suite 900<br>Denver, CO 80202-2994 | Vector Security<br>100 Allegheny Drive, Suite 200<br>Warrendale, PA 15086-7610 |
| Karina Velter<br>Manley Deas Kochalski, LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Vision Financial Group<br>615 Iron City Drive<br>Pittsburgh, PA 15205-4321 |
| Vogel Disposal Service, Inc.<br>PO Box 847<br>Mars, PA 16046-0847 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eby-Brown Company, LLC | (u)JPMORGAN CHASE BANK, N.A. | (d)The Huntington National Bank<br>7 Easton Oval, EA4W67<br>Columbus, OH 43219-6060 |

End of Label Matrix
Mailable recipients    71
Bypassed recipients    3
Total                  74