Form 600

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Marks, Inc.**  :  Case No. 17−23657−GLT
74−3193992  :  Chapter: 11
    *Debtor(s)*  :
  :
Marks, Inc.  :
    *Movant(s),*  :
  :  Related to Document No. 67
v.  :
No Respondent  :  Hearing Date: 4/5/18 at 11:00 AM
    *Respondent(s).*  :
  :
  :

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this ***The 12th of March, 2018***, a ***Motion to Extend Time for Filing of Disclosure Statement and Plan of Reorganization*** having been filed at Doc. No. 67 by the Debtor,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. In Chapter 11 cases, all equity security holders, if any, are to be served. Counsel for the Moving Party shall then file a *Certificate of Service*. ***Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.***

    (2)  ***On or before March 30, 2018,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

    (3)  This *Motion* is scheduled for a non−evidentiary hearing on ***April 5, 2018*** at ***11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

    (5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm:

Robert O. Lampl, Esq.
Marks, Inc.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marks, Inc.  
    Debtor

Case No. 17-23657-GLT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 1     Date Rcvd: Mar 12, 2018  
                         Form ID: 600     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.  
db         +Marks, Inc.,   545 Marks Drive,   Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:

           Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com, ccallahan@smgglaw.com  
           Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
           David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com  
           David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
           James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
           John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC jgotaskie@foxrothschild.com, mpayne@foxrothschild.com;hsemmer@foxrothschild.com;mhojdila@foxrothschild.com;vazzarella@foxrothschild.com  
           Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov  
           Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
           T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com  
                                                                                    TOTAL: 12