**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| **MARKS, INC.,** | Document No. |
| Movant, | Related to Doc. Nos. 67, 68, 69 |
| vs. | |
| **NO RESPONDENT.** | Hearing Date and Time: April 5, 2018 at 11:00 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION TO EXTEND TIME FOR FILING OF DISCLOSURE STATEMENT AND**
**PLAN OF REORGANIZATION**

Robert O Lampl, Counsel for the Debtor, hereby certifies that:

1. The Motion to Extend Time for Filing of Disclosure Statement and Plan of Reorganization was filed with the Bankruptcy Court on March 9, 2018 at Document No. 67.

2. The Objection Deadline of March 30, 2018 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from Robert O Lampl Law Office.

                                                        Respectfully Submitted,

Date: <u>April 2, 2018</u>                        <u>*/s/ Robert O Lampl*</u>
                                             ROBERT O LAMPL
                                             PA I.D. #19809
                                             JOHN P. LACHER
                                             PA I.D. #62297
                                             DAVID L. FUCHS
                                             PA I.D. #205694
                                             RYAN J. COONEY
                                             PA I.D. #319213
                                             223 Fourth Avenue, 4th Floor
                                             Pittsburgh, PA  15222
                                             (412) 392-0330 (phone)
                                             (412) 392-0335 (facsimile)
                                             Email:  rlampl@lampllaw.com