FILED
4/3/18 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                    Bankruptcy No. 17-23657-GLT

        Debtor.                               Chapter 11

MARKS, INC.,                                    Document No.

        Movant,                               Related to Doc. Nos. 14, 15

   vs.

NO RESPONDENT.


## ORDER OF COURT

Upon consideration of the Debtor's Motion to Extend Time for Filing of Disclosure Statement and Plan of Reorganization, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Debtor be and hereby is granted an extension of time to file its Disclosure Statement and Plan of Reorganization until May 9, 2018.


DATE: _April 3, 2018_____

                            Gregory L. Taddonio, Judge
                            United States Bankruptcy Court


**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23657-GLT
Marks, Inc.                                                               Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Apr 03, 2018
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db              +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
          Amelia R. Brett   on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
           ccallahan@smgglaw.com
          Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com
          David W. Raphael   on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James  Warmbrodt   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          John R. Gotaskie, Jr.   on behalf of Creditor    Eby-Brown Company, LLC
           jgotaskie@foxrothschild.com,
           mpayne@foxrothschild.com;hsemmer@foxrothschild.com;mhojdila@foxrothschild.com;vazzarella@foxroths
           child.com
          Joseph S. Sisca,  on Behalf of the United States Trustee by  on behalf of U.S. Trustee   Office
           of the United States Trustee joseph.s.sisca@usdoj.gov
          Karina  Velter   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert O Lampl   on behalf of Debtor   Marks, Inc. rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                      TOTAL: 12