## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                    Bankruptcy No. 17-23657-GLT

    Debtor.                                  Chapter 11

                                                                 Document No.

                                                                 Related to Doc. No. 82

                                                                 Hearing Date and Time:
                                                                 May 31, 2018 at 11 a.m.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 10th day of May, 2018, a true and correct copy of the **ORDER SETTING STATUS CONFERENCE FOR FAILURE TO FILE MONTHLY OPERATING REPORTS** was served upon the following *(via First Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MATRIX*

Date: May 10, 2018                     */s/ Robert O Lampl*
                                                               ROBERT O LAMPL
                                                              PA I.D. #19809
                                                             JOHN P. LACHER
                                                              PA I.D. #62297
                                                             DAVID L. FUCHS
                                                              PA I.D. #205694
                                                             RYAN J. COONEY
                                                              PA I.D. #319213
                                                             Counsel for the Debtor
                                                              223 Fourth Avenue, 4th Floor
                                                              Pittsburgh, PA  15222
                                                              (412) 392-0330 (phone)
                                                              (412) 392-0335 (facsimile)
                                                              Email: rlampl@lampllaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23657-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu May 10 10:28:17 EDT 2018 | BB&T Commercial Equipment Capital Corp.<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355-1319 | Bottling Group, LLC<br>Joseph D. Frank<br>c/o FrankGecker LLP<br>325 N. LaSalle St., Ste. 625<br>Chicago, IL 60654-6465 |
| Brandywine Agency<br>357 Lincoln Highway<br>P.O. Box 300<br>North Versailles, PA 15137-0300 | Brandywine Agency Inc.<br>c/o Amelia R. Brett, Esquire<br>Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Ctr, Ste 2200, 444 Liberty Av<br>Pittsburgh, PA 15222 | Brandywine Agency, Inc.<br>Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1208 |
| Amelia R. Brett<br>Strassburger McKenna Gutnick & Gefsky<br>444 Liberty Avenue<br>Suite 2200<br>Pittsburgh, PA 15222-1208 | Butler Area Sewer Authority<br>100 Litman Road<br>Butler, PA 16001-3294 | Butler Eagle<br>114-116 West Diamond Street<br>P.O. Box 271<br>Butler, PA 16003-0271 |
| C&K Wholesale<br>515 Montgomery Avenue, Suite 107<br>New Castle, PA 16102-1105 | Can Capital<br>115 North 400 West<br>Suite 315<br>Salt Lake City, UT 84103-1124 | Century Link<br>P.O. Box 1319<br>Charlotte, NC 28201-1319 |
| Chase Auto Finance<br>PO Box 78068<br>Phoenix, AZ 85062-8068 | Chase Credit Card<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Coca-Cola<br>Pittsburgh Sales Center<br>2329 Paysphere Circle<br>Chicago, IL 60674-2329 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | EB Brown<br>920 Irwin Run Road<br>West Mifflin, PA 15122-1092 | Eby-Brown Company, LLC<br>920 Irwin Run Road<br>West Mifflin, PA 15122-1092 |
| Edward P. Disilvester, Jr.<br>2527 Allender Avenue<br>Pittsburgh, PA 15220-3001 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45227-1115 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Charles Fink<br>Sunbelt Business Brokers<br>5996 Centre Ave.<br>1033 Gill Hall<br>Jefferson Hills, PA 15025-3315 | Frito-Lay<br>75 Remittance Drive, Suite 1217<br>Chicago, IL 60675-1217 | Frito-Lay North America, Inc.<br>Joseph D. Frank<br>c/o FrankGecker LLP<br>325 N. LaSalle St., Ste. 625<br>Chicago, IL 60654-6465 |
| John R. Gotaskie Jr.<br>Fox Rothschild LLP<br>BNY Mellon Center<br>500 Grant Street, Suite 2500<br>Pittsburgh, PA 15219-2510 | Huntington Bank<br>PO Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 901032<br>Ft. Worth TX 76101-2032 | Key Bank<br>4900 Tiedeman Road<br>Brooklyn, OH 44144-2338 |

| | | |
|---|---|---|
| Brian M. Kile<br>Grenen & Birsic PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 | Robert O Lampl<br>Robert O Lampl Law Office<br>Benedum Trees Building<br>223 Fourth Avenue, 4th Floor<br>Pittsburgh, PA 15222-1717 | Liberty Mutual Insurance<br>P.O. Box 2051<br>Keene, NH 03431-7051 |
| Mancini's<br>601 Woodward Avenue<br>McKees Rocks, PA 15136-3199 | Marks, Inc.<br>545 Marks Drive<br>Coraopolis, PA 15108-3388 | Marlin Business<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 |
| McAneny Brothers<br>470 Industrial Park<br>Ebensburg, PA 15931-4114 | Melzer's Fuel Service<br>P.O. Box 1400<br>755 E. Erie Street<br>Painesville, OH 44077-4403 | T. Lawrence Palmer Office of Attorney Genera<br>Office of Attorney General<br>5th Floor, Manor Complex<br>564 Forbes Avenue<br>Pittsburgh, PA 15219-2992 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | T. Lawrence Palmer<br>Office of the Attorney General of PA<br>564 Forbes Avenue<br>Pittsburgh, PA 15219-2992 | Pennsylvania Department of Revenue<br>11 Parkway Center, Suite 150<br>Pittsburgh, PA 15220-3600 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Pepsi Beverage Company<br>P.O. Box 75948<br>Chicago, IL 60675-5948 | Petrosoft<br>2025 Greentree Road<br>Pittsburgh, PA 15220-1447 | David W. Raphael<br>Grenen & Birsic, P.C.<br>One Gateway Center<br>Ninth Floor<br>Pittsburgh, PA 15222 |
| Red Bull<br>P.O. Box 204750<br>Dallas, TX 75320-4750 | Reed Oil Company<br>511 Montgomery Avenue<br>New Castle, PA 16102-1111 | S&T Bank<br>355 North Fifth Street<br>Indiana, PA 15701-1940 |
| S&T Bank<br>355 North 5th Street<br>Indiana, PA 15701-1940 | S&T Bank<br>c/o Brian M. Kile, Esquire<br>Grenen & Birsic, PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 | Sams Club<br>P.O. Box 960016<br>Orlando, FL 32896-0016 |
| Schneiders Dairy<br>726 Frank Street<br>Pittsburgh, PA 15227-1299 | David A. Strassburger<br>c/o Strassburger McKenna Gutnick Gefsky<br>Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1220 | Sun-Ray Mechanical<br>2490 Wildwood Road<br>Wildwood, PA 15091 |
| T&U Service Station Maintenance Inc.<br>P.O. Box 381<br>Brookfield, OH 44403-0381 | The Huntington National Bank<br>7 Easton Oval, EA4W67<br>Columbus, OH 43219-6060 | The Huntington National Bank<br>c/o David W. Raphael, Esquire<br>Grenen & Birsic, PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 |

| | | |
|---|---|---|
| Unifirst<br>PO Box 529<br>New Kensington, PA 15068-0529 | Unifirst Corporation<br>68 Jonspin Road<br>Wilmington, MA 01887-1086 | United Telephone Company of Pennsylvania<br>Centurylink Communications, LLC<br>931 14th Street Suite 900<br>Denver, CO 80202-2994 |
| Vector Security<br>100 Allegheny Drive, Suite 200<br>Warrendale, PA 15086-7610 | Karina Velter<br>Manley Deas Kochalski, LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 |
| Vision Financial Group<br>615 Iron City Drive<br>Pittsburgh, PA 15205-4321 | Vogel Disposal Service, Inc.<br>PO Box 847<br>Mars, PA 16046-0847 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eby-Brown Company, LLC | (u)JPMORGAN CHASE BANK, N.A. | (d)The Huntington National Bank<br>7 Easton Oval, EA4W67<br>Columbus, OH 43219-6060 |

End of Label Matrix
Mailable recipients    72
Bypassed recipients     3
Total                  75