## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| **Debtor.** | Chapter 11 |
| **MARKS, INC.,** | Document No. |
| **Movant,** | Related to Doc. Nos. 79, 80, 81 |
| vs. | Hearing Date and Time: |
| **DISILVESTER FAMILY PARTNERSHIP AND EDWARD P. DISILVESTER, JR., MANAGING PARTNER OF DISILVESTER FAMILY PARTNERSHIP,** | May 17, 2018 at 10:00 a.m. |
| **Respondents.** | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY

Robert O Lampl, Counsel for the Debtor, hereby certifies that:

1. The Motion to Assume Unexpired Lease of Nonresidential Real Property was filed with the Bankruptcy Court on April 9, 2018 at Document No. 79.

2. The Objection/Response Deadline of April 26, 2018 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from Robert O Lampl Law Office.

Respectfully Submitted,

Date: <u>May 14, 2018</u>                <u>*/s/ Robert O Lampl*</u>
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com