# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-23657** |
| **Marks, Inc.** | **Chapter 11** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ ✴ |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| **vs** | **June 28, 2018 at 10:00 a.m.** |
| | |
| **Marks, Inc.** | **Courtroom A on the 54th Floor of the U.S. Steel Tower** |
| | **600 Grant Street, Pittsburgh, PA 15219** |
| **U.S. Trustee** | |
| **Respondents.** | |

## NOTICE OF HEARING AND RESPONSE DEADLINE WITH 30 DAY WAIVER REGARDING MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 1, 2018 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.
You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on June 28, 2018 at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 5/15/18

/s/ Karina Velter

18-001571_BEW1

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 17-23657** |
| **Marks, Inc.** | **:** | **Chapter 11** |
| | **:** | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | **:** | * * * * * * * * * * * * * * * * * * |
| | **:** | |
| **JPMorgan Chase Bank, N.A.** | **:** | **Date and Time of Hearing** |
| **Movant,** | **:** | **Place of Hearing** |
| **vs** | **:** | **June 28, 2018 at 10:00 a.m.** |
| | **:** | |
| **Marks, Inc.** | **:** | **Courtroom A on the 54th Floor of the U.S.** |
| | **:** | **Steel Tower** |
| | **:** | **600 Grant Street, Pittsburgh, PA 15219** |
| **U.S. Trustee** | **:** | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE OF RESPONSE DEADLINE, AND HEARING DATE AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH 30 DAY WAIVER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __May 15, 2018__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and/or electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __May 15, 2018__

By: __/s/ Karina Velter__
Signature
__Karina Velter, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.

18-001571_BEW1

94781
List Bar I.D. and State of Admission

Case 17-23657-GLT    Doc 90    Filed 05/15/18    Entered 05/15/18 16:41:07    Desc Main
Document      Page 4 of 5

18-001571_BEW1

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

U.S. Trustee, Chapter 11 Trustee, 100 E Vine St #500, Lexington, KY  40507 (notified by ecf)

Robert O Lampl, Attorney for Debtor, Robert O Lampl Law Office, Benedum Trees Building, Pittsburgh, PA  15222 (notified by ecf)

Marks, Inc.Debtor, 545 Marks Drive, Coraopolis, PA  15108 (notified by regular US Mail)

Rosemarie SchonsDebtor, P.O Box 15575, Coraopolis, PA  15108 (notified by regular US Mail)

18-001571_BEW1