FILED
5/14/18 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MARKS, INC.,**                                          **Bankruptcy No. 17-23657-GLT**

     **Debtor.**                                    **Chapter 11**

**MARKS, INC.,**                                          Related to Docket No. 79

     **Movant,**

   **vs.**

**DISILVESTER FAMILY PARTNERSHIP
AND EDWARD P. DISILVESTER, JR.,
MANAGNIG PARTNER OF
DISILVESTER FAMILY PARTNERSHIP,**

     **Respondents.**

### ORDER OF COURT

It is hereby ORDERED, ADJUDGED and DECREED that the Debtor's Motion to

Assume Unexpired Lease of Nonresidential Real Property is Approved, and that the

Debtor's Lease Agreement with the DiSilvester Family Trust is assumed.

DATE: May 14, 2018 _____

_____
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-23657-GLT
Marks, Inc.                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 1           Date Rcvd: May 14, 2018
                             Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
          Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
           ccallahan@smgglaw.com
          Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com
          David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC
           jgotaskie@foxrothschild.com,
           hsemmer@foxrothschild.com;vazzarella@foxrothschild.com;jgotaskie@yahoo.com
          Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
           of the United States Trustee joseph.s.sisca@usdoj.gov
          Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                              TOTAL: 12