IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                              Bankruptcy No. 17-23657-GLT

    Debtor.                              Chapter 11

                                      Document No.


MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD JANUARY 1, 2018 – JANUARY 31, 2018


                                        ROBERT O LAMPL
                                        PA I.D. #19809
                                        JOHN P. LACHER
                                        PA I.D. #62297
                                        DAVID L. FUCHS
                                        PA I.D. #205694
                                        RYAN J. COONEY
                                        PA I.D. #319213
                                        SY O. LAMPL
                                        PA I.D. # 324741
                                        Counsel for the Debtor
                                        223 Fourth Avenue, 4th Floor
                                        Pittsburgh, PA  15222
                                        (412) 392-0330 (phone)
                                        (412) 392-0335 (facsimile)
                                        Email:  rlampl@lampllaw.com

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In re: __Marla, Inc._____
           Debtor

Case No. __17-23657-GLT__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __JAN. 2018__

Date filed: __9/11/17__

Line of Business: __CONVENIENCE STORES__

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

___Thomas J Kearn CPA___     ___Frank J. Schons___ PRES
Original Signature of Responsible Party

___THOMAS J KEARN CPA___     FRANK J. SCHONS PRES
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ■ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ■ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ■ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ■ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ■ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ■ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ■ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ■ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ■ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ■ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ■ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ■ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ■ |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 245,499

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 10,070

Cash on Hand at End of Month $ 6,025

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 245,499

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

COST OF GOODS SOLD  209,571
OH EXP.  43,210
TOTAL EXPENSES $ 252,781

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 245,499
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 252,781

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH  $ (7,282)

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ -0-

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ -0-

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  11

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  10

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ -0-

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ -0-

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ -0-

1:21 PM
03/21/18
Cash Basis

# Marks Inc
## Breakdown - Sales
### January 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| Deposit | 01/10/2018 | 0 | ITG | ITG - TB | Taste Buds | 33.67 | 18,002.39 |
| Deposit | 01/10/2018 | | Countrytown | CT Bus 01/1... | Countryto... | 240.54 | 18,242.93 |
| Deposit | 01/10/2018 | | Taste Buds | TB Bus 01/1... | Taste Buds | 1,920.99 | 20,163.92 |
| Deposit | 01/11/2018 | | Countrytown | CT Bus 01/1... | Countryto... | 105.69 | 20,269.61 |
| Deposit | 01/11/2018 | | Taste Buds | TB Bus 01/1... | Taste Buds | 2,164.06 | 22,433.67 |
| Deposit | 01/12/2018 | | Countrytown | CT Bus 01/1... | Countryto... | 129.25 | 22,562.92 |
| Deposit | 01/12/2018 | | Taste Buds | TB Bus 01/1... | Taste Buds | 2,675.14 | 25,238.06 |
| Deposit | 01/13/2018 | | Taste Buds | TB Bus 01/1... | Taste Buds | 1,548.79 | 26,786.85 |
| Deposit | 01/14/2018 | | Taste Buds | TB Bus 01/1... | Taste Buds | 1,484.48 | 28,271.33 |
| Deposit | 01/15/2018 | | Taste Buds | TB Bus 01/1... | Taste Buds | 1,608.51 | 29,879.84 |
| Deposit | 01/16/2018 | | Taste Buds | TB Bus 1/16/... | Taste Buds | 2,003.18 | 31,883.02 |
| Deposit | 01/17/2018 | | Taste Buds | TB Bus 1/17/... | Taste Buds | 1,930.26 | 33,813.28 |
| Deposit | 01/18/2018 | | Taste Buds | TB Bus 1/18/... | Taste Buds | 2,218.51 | 36,031.79 |
| Deposit | 01/19/2018 | | ITG | 2017/Oct-De... | Taste Buds | 25.20 | 36,056.99 |
| Deposit | 01/19/2018 | | Taste Buds | TB Bus 1/19/... | Taste Buds | 2,356.67 | 38,413.66 |
| Deposit | 01/20/2018 | | Taste Buds | TB Bus 1/20/... | Taste Buds | 1,871.10 | 40,284.76 |
| Deposit | 01/21/2018 | | Taste Buds | TB Bus 1/21/... | Taste Buds | 1,602.73 | 41,887.49 |
| Deposit | 01/22/2018 | | Taste Buds | TB Bus 1/22/... | Taste Buds | 2,047.74 | 43,935.23 |
| Deposit | 01/23/2018 | | Taste Buds | TB Bus 1/23/... | Taste Buds | 2,062.03 | 45,997.26 |
| Deposit | 01/24/2018 | | Taste Buds | TB Bus 1/24/... | Taste Buds | 1,878.00 | 47,875.26 |
| Deposit | 01/25/2018 | | Taste Buds | TB Bus 1/25/... | Taste Buds | 2,170.01 | 50,045.27 |
| Deposit | 01/26/2018 | | Taste Buds | TB Bus 1/26/... | Taste Buds | 2,584.83 | 52,630.10 |
| Deposit | 01/27/2018 | | Taste Buds | TB Bus 1/27/... | Taste Buds | 2,110.25 | 54,740.35 |
| Deposit | 01/28/2018 | | Taste Buds | TB Bus 1/28... | Taste Buds | 1,744.17 | 56,484.52 |
| Deposit | 01/29/2018 | | Taste Buds | TB Bus 1/29/... | Taste Buds | 2,037.71 | 58,522.23 |
| Deposit | 01/30/2018 | | Taste Buds | TB Bus 1/30/... | Taste Buds | 1,799.71 | 60,321.94 |
| Deposit | 01/31/2018 | | Taste Buds | TB Bus 1/31/... | Taste Buds | 1,991.83 | 62,313.77 |
| Total 50003 · Store Sales | | | | | | 62,313.77 | 62,313.77 |
| Total 50000 · Sales | | | | | | 245,755.59 | 245,755.59 |
| **50500 · Miscellaneous Income** | | | | | | | |
| **50501 · Stores - Misc Income** | | | | | | | |
| Deposit | 01/25/2018 | | ITG | Deposit | Corporate | 240.75 | 240.75 |
| Deposit | 01/30/2018 | | ITG | Deposit | Corporate | 93.75 | 334.50 |
| Total 50501 · Stores - Misc Income | | | | | | 334.50 | 334.50 |
| Total 50500 · Miscellaneous Income | | | | | | 334.50 | 334.50 |
| **TOTAL** | | | | | | 246,090.09 | 246,090.09 |

1:28 PM
03/21/18
Cash Basis

# Marks Inc
## Breakdown - Operating Expenses
### January 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70015 · Automobile Expense (MARKS)** | | | | | | | |
| Deposit | 01/01/2018 | | Countrytown | CT Bus 01/01... | Countr... | 0.00 | 0.00 |
| Deposit | 01/01/2018 | | Taste Buds | TB Bus 1/01/... | Taste ... | 0.00 | 0.00 |
| Deposit | 01/02/2018 | | Countrytown | CT Bus 01/02... | Countr... | 20.00 | 20.00 |
| Deposit | 01/02/2018 | | Taste Buds | TB Bus 1/02/... | Taste ... | 0.00 | 20.00 |
| Deposit | 01/03/2018 | | Countrytown | CT Bus 01/03... | Countr... | 0.00 | 20.00 |
| Deposit | 01/03/2018 | | Taste Buds | TB Bus 01/03... | Taste ... | 81.22 | 101.22 |
| Deposit | 01/04/2018 | | Countrytown | CT Bus 01/04... | Countr... | 0.00 | 101.22 |
| Deposit | 01/04/2018 | | Taste Buds | TB Bus 01/04... | Taste ... | 0.00 | 101.22 |
| Deposit | 01/05/2018 | | Countrytown | CT Bus 01/05... | Countr... | 300.00 | 401.22 |
| Deposit | 01/05/2018 | | Taste Buds | TB Bus 01/05... | Taste ... | 55.55 | 456.77 |
| Deposit | 01/06/2018 | | Countrytown | CT Bus 01/06... | Countr... | 0.00 | 456.77 |
| Deposit | 01/06/2018 | | Taste Buds | TB Bus 01/06... | Taste ... | 0.00 | 456.77 |
| Deposit | 01/07/2018 | | Countrytown | CT Bus 01/07... | Countr... | 0.00 | 456.77 |
| Deposit | 01/07/2018 | | Taste Buds | TB Bus 1/07/... | Taste ... | 0.00 | 456.77 |
| Deposit | 01/08/2018 | | Countrytown | CT Bus 01/08... | Countr... | 20.00 | 476.77 |
| Deposit | 01/08/2018 | | Taste Buds | TB Bus 01/08... | Taste ... | 50.30 | 527.07 |
| Deposit | 01/09/2018 | | Countrytown | CT Bus 01/09... | Countr... | 20.00 | 547.07 |
| Deposit | 01/09/2018 | | Taste Buds | TB Bus 1/09/... | Taste ... | 25.04 | 572.11 |
| Deposit | 01/10/2018 | | Countrytown | CT Bus 01/10... | Countr... | 0.00 | 572.11 |
| Deposit | 01/10/2018 | | Taste Buds | TB Bus 01/10... | Taste ... | 0.00 | 572.11 |
| Deposit | 01/11/2018 | | Countrytown | CT Bus 01/11... | Countr... | 0.00 | 572.11 |
| Deposit | 01/11/2018 | | Taste Buds | TB Bus 01/11... | Taste ... | 97.15 | 669.26 |
| Deposit | 01/12/2018 | | Countrytown | CT Bus 01/12... | Countr... | 20.00 | 689.26 |
| Deposit | 01/12/2018 | | Taste Buds | TB Bus 01/12... | Taste ... | 66.29 | 755.55 |
| Deposit | 01/13/2018 | | Taste Buds | TB Bus 01/13... | Taste ... | 0.00 | 755.55 |
| Deposit | 01/14/2018 | | Taste Buds | TB Bus 01/14... | Taste ... | 0.00 | 755.55 |
| Deposit | 01/15/2018 | | Taste Buds | TB Bus 01/15... | Taste ... | 0.00 | 755.55 |
| Deposit | 01/16/2018 | | Taste Buds | TB Bus 1/16/... | Taste ... | 106.68 | 862.23 |
| Deposit | 01/17/2018 | | Taste Buds | TB Bus 1/17/... | Taste ... | 30.00 | 892.23 |
| Deposit | 01/18/2018 | | Taste Buds | TB Bus 1/18/... | Taste ... | 77.37 | 969.60 |
| Deposit | 01/19/2018 | | Taste Buds | TB Bus 1/19/... | Taste ... | 0.00 | 969.60 |
| Deposit | 01/20/2018 | | Taste Buds | TB Bus 1/20/... | Taste ... | 51.16 | 1,020.76 |
| Deposit | 01/21/2018 | | Taste Buds | TB Bus 1/21/... | Taste ... | 0.00 | 1,020.76 |
| Deposit | 01/22/2018 | | Taste Buds | TB Bus 1/22/... | Taste ... | 0.00 | 1,020.76 |
| Deposit | 01/23/2018 | | Taste Buds | TB Bus 1/23/... | Taste ... | 0.00 | 1,020.76 |
| Deposit | 01/24/2018 | | Taste Buds | TB Bus 1/24/... | Taste ... | 72.36 | 1,093.12 |
| Deposit | 01/25/2018 | | Taste Buds | TB Bus 1/25/... | Taste ... | 51.92 | 1,145.04 |
| Deposit | 01/26/2018 | | Taste Buds | TB Bus 1/26/... | Taste ... | 59.25 | 1,204.29 |
| Deposit | 01/27/2018 | | Taste Buds | TB Bus 1/27/... | Taste ... | 54.18 | 1,258.47 |
| Deposit | 01/28/2018 | | Taste Buds | TB Bus 1/282... | Taste ... | 0.00 | 1,258.47 |
| Deposit | 01/29/2018 | | Taste Buds | TB Bus 1/29/... | Taste ... | 0.00 | 1,258.47 |
| Deposit | 01/30/2018 | | Taste Buds | TB Bus 1/30/... | Taste ... | 65.06 | 1,323.53 |
| Deposit | 01/31/2018 | | Taste Buds | TB Bus 1/31/... | Taste ... | 32.18 | 1,355.71 |
| **Total 70015 · Automobile Expense (MARKS)** | | | | | | **1,355.71** | **1,355.71** |
| **70025 · Bank Service Charges** | | | | | | | |
| Check | 01/16/2018 | A | Huntington Bank | | | 29.67 | 29.67 |
| Check | 01/16/2018 | A | Huntington Bank | | | 4.36 | 34.03 |
| Check | 01/16/2018 | A | Huntington Bank | | | 0.07 | 34.10 |
| Check | 01/16/2018 | A | Huntington Bank | | | 2.90 | 37.00 |
| Check | 01/16/2018 | A | Huntington Bank | | | 106.50 | 143.50 |
| Bill | 01/26/2018 | | Corporate | Account# | | 1,623.88 | 1,767.38 |
| **Total 70025 Bank Service Charges** | | | | | | **1,767.38** | **1,767.38** |
| **70050 · Dues & Subscriptions** | | | | | | | |
| Bill | 01/26/2018 | | Corporate | NACS Memb... | Corpor... | 200.00 | 200.00 |
| **Total 70050 · Dues & Subscriptions** | | | | | | **200.00** | **200.00** |
| **70060 · Insurance Expense** | | | | | | | |
| **70061 · Auto** | | | | | | | |
| Bill | 01/01/2018 | | Corporate | | Corpor... | 139.33 | 139.33 |
| Check | 01/03/2018 | D | Corporate | Insurance | Corpor... | 139.33 | 278.66 |
| **Total 70061 · Auto** | | | | | | **278.66** | **278.66** |

1:28 PM  
03/21/18  
Cash Basis

## Marks Inc
### Breakdown - Operating Expenses
#### January 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70062 · General Business** | | | | | | | |
| Bill | 01/01/2018 | | Corporate | | Corpor... | 398.00 | 398.00 |
| Check | 01/03/2018 | D | Corporate | Insurance | Corpor... | 398.00 | 796.00 |
| Total 70062 · General Business | | | | | | 796.00 | 796.00 |
| **70063 · Workmens Comp** | | | | | | | |
| Check | 01/12/2018 | D | Corporate | Pay ending 1/... | Corpor... | 170.42 | 170.42 |
| Bill | 01/26/2018 | D | Corporate | Payroll Ending | | 145.64 | 316.06 |
| Total 70063 · Workmens Comp | | | | | | 316.06 | 316.06 |
| Total 70060 · Insurance Expense | | | | | | 1,390.72 | 1,390.72 |
| **70070 · Interest Expense** | | | | | | | |
| Check | 01/02/2018 | D | Corporate | Loan Payment | Corpor... | 106.37 | 106.37 |
| Bill | 01/08/2018 | | Corporate | | Corpor... | 172.60 | 278.97 |
| Bill | 01/15/2018 | | Huntington Bank. | | | 750.13 | 1,029.10 |
| Bill | 01/26/2018 | | Corporate | | | 70.88 | 1,099.98 |
| Check | 01/30/2018 | A | S & T Bank | | | 106.37 | 1,206.35 |
| Total 70070 · Interest Expense | | | | | | 1,206.35 | 1,206.35 |
| **70075 · License & Permits** | | | | | | | |
| Bill | 01/19/2018 | P | Taste Buds | Tastebuds | | 142.00 | 142.00 |
| Total 70075 · License & Permits | | | | | | 142.00 | 142.00 |
| **70076 · Lease Expense** | | | | | | | |
| Bill | 01/10/2018 | | BB&T Commercial | Pymnt for | | 841.57 | 841.57 |
| Bill | 01/10/2018 | | BB&T Commercial ... | Pymnt for | | 1,773.54 | 2,615.11 |
| Total 70076 · Lease Expense | | | | | | 2,615.11 | 2,615.11 |
| **70077 · Loan Expense** | | | | | | | |
| Check | 01/16/2018 | A | Huntington Bank | | | 780.96 | 780.96 |
| Total 70077 · Loan Expense | | | | | | 780.96 | 780.96 |
| **70090 · Miscellaneous** | | | | | | | |
| Bill | 01/19/2018 | | Taste Buds | Taste Buds - ... | Taste ... | 43.50 | 43.50 |
| Total 70090 · Miscellaneous | | | | | | 43.50 | 43.50 |
| **70095 · Office Expenses** | | | | | | | |
| Bill | 01/08/2018 | 0 | Corporate | | | 33.80 | 33.80 |
| Bill | 01/12/2018 | | Corporate | Allan Telech -... | | 175.00 | 208.80 |
| Check | 01/12/2018 | 1 | Corporate | Office | Corpor... | 168.52 | 377.32 |
| Bill | 01/19/2018 | 0 | Corporate | Office Bottled... | Corpor... | 32.60 | 409.92 |
| Bill | 01/19/2018 | | ATA Associates | Allan Telech -... | | 175.00 | 584.92 |
| Bill | 01/26/2018 | P | Corporate | | | 80.00 | 664.92 |
| Bill | 01/26/2018 | | ATA Associates | A.Telech (We... | | 175.00 | 839.92 |
| Bill | 01/26/2018 | | Cindy Adduci | | | 120.00 | 959.92 |
| Check | 01/29/2018 | 1 | Corporate | | Corpor... | 65.98 | 1,025.90 |
| Total 70095 · Office Expenses | | | | | | 1,025.90 | 1,025.90 |
| **70100 · Office Supplies** | | | | | | | |
| Check | 01/22/2018 | 1 | Staples | | | 168.52 | 168.52 |
| Total 70100 · Office Supplies | | | | | | 168.52 | 168.52 |

1:28 PM
03/21/18
Cash Basis

# Marks Inc
## Breakdown - Operating Expenses
### January 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70110 · Over/Short** | | | | | | | |
| Deposit | 01/01/2018 | | Countrytown | CT Bus 01/01... | Countr... | 1.19 | 1.19 |
| Deposit | 01/01/2018 | | Taste Buds | TB Bus 1/01/... | Taste ... | 6.35 | 7.54 |
| Deposit | 01/02/2018 | | Countrytown | CT Bus 01/02... | Countr... | -0.93 | 6.61 |
| Deposit | 01/02/2018 | | Taste Buds | TB Bus 1/02/... | Taste ... | 1.94 | 8.55 |
| Deposit | 01/03/2018 | | Countrytown | CT Bus 01/03... | Countr... | -0.48 | 8.07 |
| Deposit | 01/03/2018 | | Taste Buds | TB Bus 01/03... | Taste ... | 2.71 | 10.78 |
| Deposit | 01/04/2018 | | Countrytown | CT Bus 01/04... | Countr... | -0.48 | 10.30 |
| Deposit | 01/04/2018 | | Taste Buds | TB Bus 01/04... | Taste ... | -2.51 | 7.79 |
| Deposit | 01/05/2018 | | Countrytown | CT Bus 01/05... | Countr... | -1.17 | 6.62 |
| Deposit | 01/05/2018 | | Taste Buds | TB Bus 01/05... | Taste ... | 0.86 | 7.48 |
| Deposit | 01/06/2018 | | Countrytown | CT Bus 01/06... | Countr... | 94.19 | 101.67 |
| Deposit | 01/06/2018 | | Taste Buds | TB Bus 01/06... | Taste ... | 3.93 | 105.60 |
| Deposit | 01/07/2018 | | Countrytown | CT Bus 01/07... | Countr... | 2.73 | 108.33 |
| Deposit | 01/07/2018 | | Taste Buds | TB Bus 1/07/... | Taste ... | 8.62 | 116.95 |
| Deposit | 01/08/2018 | | Countrytown | CT Bus 01/08... | Countr... | 0.49 | 117.44 |
| Deposit | 01/08/2018 | | Taste Buds | TB Bus 01/08... | Taste ... | -3.20 | 114.24 |
| Deposit | 01/09/2018 | | Countrytown | CT Bus 01/09... | Countr... | -1.29 | 112.95 |
| Deposit | 01/09/2018 | | Taste Buds | TB Bus 1/09/... | Taste ... | 4.51 | 117.46 |
| Deposit | 01/10/2018 | | Countrytown | CT Bus 01/10... | Countr... | -0.66 | 116.80 |
| Deposit | 01/10/2018 | | Taste Buds | TB Bus 01/10... | Taste ... | 3.31 | 120.11 |
| Deposit | 01/11/2018 | | Countrytown | CT Bus 01/11... | Countr... | 1.62 | 121.73 |
| Deposit | 01/11/2018 | | Taste Buds | TB Bus 01/11... | Taste ... | -5.24 | 116.49 |
| Deposit | 01/12/2018 | | Countrytown | CT Bus 01/12... | Countr... | 0.12 | 116.61 |
| Deposit | 01/12/2018 | | Taste Buds | TB Bus 01/12... | Taste ... | 2.98 | 119.59 |
| Deposit | 01/13/2018 | | Taste Buds | TB Bus 01/13... | Taste ... | -2.49 | 117.10 |
| Deposit | 01/14/2018 | | Taste Buds | TB Bus 01/14... | Taste ... | -3.70 | 113.40 |
| Deposit | 01/15/2018 | | Taste Buds | TB Bus 01/15... | Taste ... | 5.83 | 119.23 |
| Deposit | 01/16/2018 | | Taste Buds | TB Bus 1/16/... | Taste ... | 0.31 | 119.54 |
| Deposit | 01/17/2018 | | Taste Buds | TB Bus 1/17/... | Taste ... | 0.00 | 119.54 |
| Deposit | 01/18/2018 | | Taste Buds | TB Bus 1/18/... | Taste ... | -5.56 | 113.98 |
| Deposit | 01/19/2018 | | Taste Buds | TB Bus 1/19/... | Taste ... | 4.84 | 118.82 |
| Deposit | 01/20/2018 | | Taste Buds | TB Bus 1/20/... | Taste ... | 0.31 | 119.13 |
| Deposit | 01/21/2018 | | Taste Buds | TB Bus 1/21/... | Taste ... | 0.09 | 119.22 |
| Deposit | 01/22/2018 | | Taste Buds | TB Bus 1/22/... | Taste ... | 11.58 | 130.80 |
| Deposit | 01/23/2018 | | Taste Buds | TB Bus 1/23/... | Taste ... | -0.24 | 130.56 |
| Deposit | 01/24/2018 | | Taste Buds | TB Bus 1/24/... | Taste ... | 8.86 | 139.42 |
| Deposit | 01/25/2018 | | Taste Buds | TB Bus 1/25/... | Taste ... | 6.11 | 145.53 |
| Deposit | 01/26/2018 | | Taste Buds | TB Bus 1/26/... | Taste ... | -0.82 | 144.71 |
| Deposit | 01/27/2018 | | Taste Buds | TB Bus 1/27/... | Taste ... | -1.85 | 142.86 |
| Deposit | 01/28/2018 | | Taste Buds | TB Bus 1/282... | Taste ... | 0.26 | 143.12 |
| Deposit | 01/29/2018 | | Taste Buds | TB Bus 1/29/... | Taste ... | 12.67 | 155.79 |
| Deposit | 01/30/2018 | | Taste Buds | TB Bus 1/30/... | Taste ... | -1.39 | 154.40 |
| Deposit | 01/31/2018 | | Taste Buds | TB Bus 1/31/... | Taste ... | -0.56 | 153.84 |
| **Total 70110 · Over/Short** | | | | | | **153.84** | **153.84** |
| **70120 · Payroll Expenses** | | | | | | | |
| 70121 · Wages Expense | | | | | | | |
| Check | 01/12/2018 | D | Corporate | Pay ending 1/... | Corpor... | 1,983.08 | 1,983.08 |
| Check | 01/12/2018 | D | Taste Buds | Pay ending 1/... | Taste ... | 3,118.40 | 5,101.48 |
| Check | 01/12/2018 | D | Countrytown | Pay ending 1/... | Countr... | 1,944.74 | 7,046.22 |
| Bill | 01/26/2018 | D | Corporate | Payroll Ending | | 1,983.08 | 9,029.30 |
| Bill | 01/26/2018 | D | Taste Buds | Payroll Ending | | 3,436.38 | 12,465.68 |
| Bill | 01/26/2018 | D | Countrytown | Payroll Ending | | 658.29 | 13,123.97 |
| **Total 70121 · Wages Expense** | | | | | | **13,123.97** | **13,123.97** |
| 70122 · Payroll Taxes | | | | | | | |
| Check | 01/12/2018 | D | Corporate | Pay ending 1/... | Corpor... | 320.23 | 320.23 |
| Check | 01/12/2018 | D | Taste Buds | Pay ending 1/... | Taste ... | 515.92 | 836.15 |
| Check | 01/12/2018 | D | Countrytown | Pay ending 1/... | Countr... | 314.07 | 1,150.22 |
| Bill | 01/26/2018 | D | Corporate | Payroll Ending | | 320.23 | 1,470.45 |
| Bill | 01/26/2018 | D | Taste Buds | Payroll Ending | | 568.36 | 2,038.81 |
| Bill | 01/26/2018 | D | Countrytown | Payroll Ending | | 106.31 | 2,145.12 |
| **Total 70122 · Payroll Taxes** | | | | | | **2,145.12** | **2,145.12** |

1:28 PM
03/21/18
Cash Basis

# Marks Inc
## Breakdown - Operating Expenses
### January 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70123 · Payroll Processing Fees** | | | | | | | |
| Bill | 01/05/2018 | 5 | Corporate | Payroll Proce... | Corpor... | 91.75 | 91.75 |
| Bill | 01/19/2018 | 5 | ADP | | | 116.75 | 208.50 |
| Bill | 01/24/2018 | 5 | ADP | | | 154.05 | 362.55 |
| Bill | 01/26/2018 | 5 | ADP | | | 177.16 | 539.71 |
| Total 70123 · Payroll Processing Fees | | | | | | 539.71 | 539.71 |
| **70124 · Outside Services** | | | | | | | |
| Deposit | 01/02/2018 | | Taste Buds | Salt Lot | Taste ... | 60.00 | 60.00 |
| Deposit | 01/05/2018 | | Countrytown | Snow Plowing | Countr... | 90.00 | 150.00 |
| Deposit | 01/08/2018 | | Taste Buds | TB Bus 01/08... | Taste ... | 180.00 | 330.00 |
| Deposit | 01/09/2018 | | Countrytown | CT Bus 01/09... | Countr... | 90.00 | 420.00 |
| Deposit | 01/10/2018 | | Taste Buds | TB Bus 01/10... | Taste ... | 67.00 | 487.00 |
| Deposit | 01/12/2018 | | Countrytown | Holiday Pay | Countr... | 67.50 | 554.50 |
| Deposit | 01/12/2018 | | Taste Buds | Dana | Taste ... | 91.48 | 645.98 |
| Deposit | 01/13/2018 | | Taste Buds | TB Bus 01/13... | Taste ... | 240.00 | 885.98 |
| Deposit | 01/15/2018 | | Taste Buds | TB Bus 01/15... | Taste ... | 120.00 | 1,005.98 |
| Deposit | 01/16/2018 | | Taste Buds | TB Bus 1/16/... | Taste ... | 180.00 | 1,185.98 |
| Deposit | 01/17/2018 | | Taste Buds | TB Bus 1/17/... | Taste ... | 60.00 | 1,245.98 |
| Deposit | 01/18/2018 | | Taste Buds | TB Bus 1/18/... | Taste ... | 150.00 | 1,395.98 |
| Deposit | 01/24/2018 | | Taste Buds | TB Bus 1/24/... | Taste ... | 67.00 | 1,462.98 |
| Deposit | 01/30/2018 | | Taste Buds | TB Bus 1/30/... | Taste ... | 120.00 | 1,582.98 |
| Total 70124 · Outside Services | | | | | | 1,582.98 | 1,582.98 |
| **Total 70120 · Payroll Expenses** | | | | | | 17,391.78 | 17,391.78 |
| **70130 · Professional & Legal Fees** | | | | | | | |
| Bill | 01/26/2018 | 1 | Corporate | | | 250.00 | 250.00 |
| Total 70130 · Professional & Legal Fees | | | | | | 250.00 | 250.00 |
| **70140 · Rent Expense** | | | | | | | |
| **70142 · Equipmemt Leases** | | | | | | | |
| Bill | 01/17/2018 | 4 | Marlin Leasing | | | 688.85 | 688.85 |
| Bill | 01/17/2018 | 4 | Marlin Leasing | | | 865.82 | 1,534.67 |
| Bill | 01/17/2018 | 4 | Marlin Leasing | | | 166.44 | 1,701.11 |
| Bill | 01/17/2018 | 4 | Marlin Leasing | | | 141.33 | 1,842.44 |
| Bill | 01/17/2018 | 4 | Marlin Leasing | | | 260.34 | 2,102.78 |
| Bill | 01/17/2018 | 4 | Marlin Leasing | | | 240.00 | 2,342.78 |
| Total 70142 · Equipmemt Leases | | | | | | 2,342.78 | 2,342.78 |
| **70140 · Rent Expense - Other** | | | | | | | |
| Bill | 01/26/2018 | J | Corporate | | | 3,106.44 | 3,106.44 |
| Total 70140 · Rent Expense - Other | | | | | | 3,106.44 | 3,106.44 |
| Total 70140 · Rent Expense | | | | | | 5,449.22 | 5,449.22 |
| **70145 · Repairs and Maintenance** | | | | | | | |
| Bill | 01/12/2018 | 1 | Taste Buds | | | 69.55 | 69.55 |
| Total 70145 · Repairs and Maintenance | | | | | | 69.55 | 69.55 |

1:28 PM
03/21/18
Cash Basis

# Marks Inc
## Breakdown - Operating Expenses
### January 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70155 · Store Expenses** | | | | | | | |
| Deposit | 01/01/2018 | | Countrytown | CT Bus 01/01... | Countr... | 0.00 | 0.00 |
| Deposit | 01/01/2018 | | Taste Buds | TB Bus 1/01/... | Taste ... | 0.00 | 0.00 |
| Deposit | 01/02/2018 | | Countrytown | CT Bus 01/02... | Countr... | 0.00 | 0.00 |
| Deposit | 01/02/2018 | | Taste Buds | TB Bus 1/02/... | Taste ... | 15.56 | 15.56 |
| Deposit | 01/03/2018 | | Countrytown | CT Bus 01/03... | Countr... | 0.00 | 15.56 |
| Deposit | 01/03/2018 | | Taste Buds | TB Bus 01/03... | Taste ... | 0.00 | 15.56 |
| Deposit | 01/04/2018 | | Countrytown | CT Bus 01/04... | Countr... | 0.00 | 15.56 |
| Deposit | 01/04/2018 | | Taste Buds | TB Bus 01/04... | Taste ... | 5.47 | 21.03 |
| Deposit | 01/05/2018 | | Countrytown | CT Bus 01/05... | Countr... | 0.00 | 21.03 |
| Deposit | 01/05/2018 | | Taste Buds | TB Bus 01/05... | Taste ... | 31.80 | 52.83 |
| Deposit | 01/06/2018 | | Countrytown | CT Bus 01/06... | Countr... | 0.00 | 52.83 |
| Deposit | 01/06/2018 | | Taste Buds | TB Bus 01/06... | Taste ... | 58.16 | 110.99 |
| Deposit | 01/07/2018 | | Countrytown | CT Bus 01/07... | Countr... | 0.00 | 110.99 |
| Deposit | 01/07/2018 | | Taste Buds | TB Bus 1/07/... | Taste ... | 0.00 | 110.99 |
| Deposit | 01/08/2018 | | Countrytown | CT Bus 01/08... | Countr... | 105.00 | 215.99 |
| Deposit | 01/08/2018 | | Taste Buds | TB Bus 01/08... | Taste ... | 9.62 | 225.61 |
| Deposit | 01/09/2018 | | Countrytown | CT Bus 01/09... | Countr... | 0.00 | 225.61 |
| Deposit | 01/09/2018 | | Taste Buds | TB Bus 1/09/... | Taste ... | 0.00 | 225.61 |
| Deposit | 01/10/2018 | | Countrytown | CT Bus 01/10... | Countr... | 0.00 | 225.61 |
| Deposit | 01/10/2018 | | Taste Buds | TB Bus 01/10... | Taste ... | 22.23 | 247.84 |
| Deposit | 01/11/2018 | | Countrytown | CT Bus 01/11... | Countr... | 0.00 | 247.84 |
| Deposit | 01/11/2018 | | Taste Buds | TB Bus 01/11... | Taste ... | 11.95 | 259.79 |
| Deposit | 01/12/2018 | | Countrytown | CT Bus 01/12... | Countr... | 0.00 | 259.79 |
| Deposit | 01/12/2018 | | Taste Buds | TB Bus 01/12... | Taste | 8.76 | 268.55 |
| Check | 01/12/2018 | 1 | Taste Buds | Calcium Chlo... | Taste ... | 85.56 | 354.11 |
| Deposit | 01/13/2018 | | Taste Buds | TB Bus 01/13... | Taste | 0.00 | 354.11 |
| Deposit | 01/14/2018 | | Taste Buds | TB Bus 01/14... | Taste ... | 0.00 | 354.11 |
| Deposit | 01/15/2018 | | Taste Buds | TB Bus 01/15... | Taste | 8.06 | 362.17 |
| Deposit | 01/16/2018 | | Taste Buds | TB Bus 1/16/... | Taste ... | 0.00 | 362.17 |
| Deposit | 01/17/2018 | | Taste Buds | TB Bus 1/17/... | Taste | 26.54 | 388.71 |
| Deposit | 01/18/2018 | | Taste Buds | TB Bus 1/18/... | Taste | 0.00 | 388.71 |
| Deposit | 01/19/2018 | | Taste Buds | TB Bus 1/19/... | Taste ... | 0.00 | 388.71 |
| Deposit | 01/20/2018 | | Taste Buds | TB Bus 1/20/... | Taste | 4.95 | 393.66 |
| Deposit | 01/21/2018 | | Taste Buds | TB Bus 1/21/... | Taste ... | 34.87 | 428.53 |
| Deposit | 01/22/2018 | | Taste Buds | TB Bus 1/22/... | Taste | 0.00 | 428.53 |
| Bill | 01/23/2018 | | Taste Buds | Taste Buds | Taste | 146.30 | 574.83 |
| Bill | 01/23/2018 | | Taste Buds | Taste Buds | Taste ... | 4.16 | 578.99 |
| Deposit | 01/23/2018 | | Taste Buds | TB Bus 1/23/... | Taste | 0.00 | 578.99 |
| Check | 01/24/2018 | 1 | Taste Buds | Taste Buds | Taste ... | 92.04 | 671.03 |
| Deposit | 01/24/2018 | | Taste Buds | TB Bus 1/24/... | Taste ... | 26.64 | 697.67 |
| Deposit | 01/25/2018 | | Taste Buds | TB Bus 1/25/... | Taste | 12.22 | 709.89 |
| Deposit | 01/26/2018 | | Taste Buds | TB Bus 1/26/... | Taste ... | 0.00 | 709.89 |
| Deposit | 01/27/2018 | | Taste Buds | TB Bus 1/27/... | Taste | 14.77 | 724.66 |
| Deposit | 01/28/2018 | | Taste Buds | TB Bus 1/282... | Taste ... | 0.00 | 724.66 |
| Check | 01/29/2018 | 1 | Taste Buds | | Taste | 54.89 | 779.55 |
| Deposit | 01/29/2018 | | Taste Buds | TB Bus 1/29/... | Taste ... | 0.00 | 779.55 |
| Deposit | 01/30/2018 | | Taste Buds | TB Bus 1/30/... | Taste ... | 24.13 | 803.68 |
| Deposit | 01/31/2018 | | Taste Buds | TB Bus 1/31/... | Taste | 0.00 | 803.68 |
| **Total 70155 Store Expenses** | | | | | | **803.68** | **803.68** |
| **70200 · Utilities** | | | | | | | |
| *70201 · Disposal* | | | | | | | |
| Bill | 01/12/2018 | 1 | Taste Buds | Taste Buds | Taste ... | 115.57 | 115.57 |
| Bill | 01/12/2018 | 1 | Countrytown | Countrytown | Countr... | 91.50 | 207.07 |
| **Total 70201 · Disposal** | | | | | | **207.07** | **207.07** |
| *70202 · Electricity* | | | | | | | |
| Bill | 01/12/2018 | | Corporate | Warehouse | Corpor... | 45.61 | 45.61 |
| Bill | 01/26/2018 | | Duquesne Light Co | | | 1,060.65 | 1,106.26 |
| **Total 70202 · Electricity** | | | | | | **1,106.26** | **1,106.26** |
| *70203 · Gas* | | | | | | | |
| Bill | 01/12/2018 | | Taste Buds | Taste Buds | Taste ... | 111.92 | 111.92 |
| **Total 70203 · Gas** | | | | | | **111.92** | **111.92** |

1:28 PM  
03/21/18  
Cash Basis

# Marks Inc
## Breakdown - Operating Expenses
### January 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70204 · Telephone Expense** | | | | | | | |
| Bill | 01/08/2018 | | Countrytown | Countrytown | Countr... | 296.23 | 296.23 |
| Bill | 01/26/2018 | | Corporate | FMS Cell | Corpor... | 303.82 | 600.05 |
| Bill | 01/26/2018 | | Corporate | | | 220.44 | 820.49 |
| Bill | 01/26/2018 | | Comcast | | | 254.20 | 1,074.69 |
| Total 70204 · Telephone Expense | | | | | | 1,074.69 | 1,074.69 |
| **70205 · Water/Sewage** | | | | | | | |
| Bill | 01/19/2018 | | PWSA - Pittsburgh ... | | | 80.84 | 80.84 |
| Bill | 01/26/2018 | | PWSA - Pittsburgh | | | 80.84 | 161.68 |
| Total 70205 · Water/Sewage | | | | | | 161.68 | 161.68 |
| Total 70200 · Utilities | | | | | | 2,661.62 | 2,661.62 |
| **TOTAL** | | | | | | 37,475.84 | 37,475.84 |

12:10 PM
03/30/18
Accrual Basis

# Marks Inc
# Profit & Loss
## January 2018

|  | Jan 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **50000 · Sales** | |
| 50002 · Gasoline Sales | 182,941.82 |
| 50003 · Store Sales | 62,313.77 |
| **Total 50000 · Sales** | 245,255.59 |
| **50100 · Lottery Commissions** | |
| 50102 · Lottery Auto Drafts | -91.00 |
| **Total 50100 · Lottery Commissions** | -91.00 |
| **50500 · Miscellaneous Income** | |
| 50501 · Stores - Misc Income | 334.50 |
| **Total 50500 · Miscellaneous Income** | 334.50 |
| **Total Income** | 245,499.09 |
| **Cost of Goods Sold** | |
| **60000 · Cost Of Goods Sold** | |
| 60110 · Gasoline Purchases | 152,185.78 |
| 60210 · Store Purchases(Vendor Paypot) | 57,081.16 |
| 60000 · Cost Of Goods Sold - Other | 304.40 |
| **Total 60000 · Cost Of Goods Sold** | 209,571.34 |
| **Total COGS** | 209,571.34 |
| **Gross Profit** | 35,927.75 |
| **Expense** | |
| 70015 · Automobile Expense (MARKS) | 1,355.71 |
| 70025 · Bank Service Charges | 1,757.38 |
| 70030 · Computer and Internet Expenses | 255.73 |
| **70060 · Insurance Expense** | |
| 70061 · Auto | 139.33 |
| 70062 · General Business | 398.00 |
| 70063 · Workmens Comp | 316.06 |
| **Total 70060 · Insurance Expense** | 853.39 |
| 70070 · Interest Expense | 1,207.96 |
| 70075 · Lease Expense | 2,615.11 |
| 70077 · Loan Expense | 780.95 |
| 70095 · Office Expenses | 892.10 |
| 70100 · Office Supplies | 168.52 |
| 70110 · Over/Short | 153.84 |
| **70120 · Payroll Expenses** | |
| 70121 · Wages Expense | 13,123.97 |
| 70122 · Payroll Taxes | 2,145.12 |
| 70123 · Payroll Processing Fees | 538.54 |
| 70124 · Outside Services | 1,582.98 |
| **Total 70120 · Payroll Expenses** | 17,390.61 |
| **70140 · Rent Expense** | |
| 70142 · Equipment Leases | 2,342.78 |
| 70140 · Rent Expense - Other | 8,112.88 |
| **Total 70140 · Rent Expense** | 10,455.66 |
| 70145 · Repairs and Maintenance | 374.50 |
| 70155 · Store Expenses | 803.68 |
| **70170 · Taxes** | |
| 70171 · Real Estate | 1,190.04 |
| **Total 70170 · Taxes** | 1,190.04 |

12:10 PM
03/30/18
Accrual Basis

# Marks Inc
# Profit & Loss
January 2018

|  | Jan 18 |
|---|---|
| **70200 · Utilities** | |
| 70201 · Disposal | 120.57 |
| 70202 · Electricity | 1,113.53 |
| 70203 · Gas | 178.54 |
| 70204 · Telephone Expense | 1,127.32 |
| 70205 · Water/Sewage | 304.73 |
| **Total 70200 · Utilities** | **2,844.69** |
| **Total Expense** | **43,209.88** |
| **Net Ordinary Income** | **-7,282.13** |
| **Net Income** | **-7,282.13** |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 Huntington

MARKS INC DIP
CASE # 17-23657
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking    Account:

| Statement Activity From: 01/01/18 to 01/31/18 | | Beginning Balance | $25,035.72 |
|---|---|---|---|
| | | Credits (+) | 257,627.29 |
| | |   Regular Deposits | 107,599.35 |
| Days in Statement Period | 31 |   Electronic Deposits | 150,027.94 |
| | | Debits (-) | 246,232.66 |
| Average Ledger Balance* | 31,098.85 |   Regular Checks Paid | 21,087.25 |
| Average Collected Balance* | 29,838.82 |   Electronic Withdrawals | 223,615.06 |
| * The above balances correspond to the service charge cycle for this account. | |   Wire Transfer Debits | 1,530.35 |
| | | Total Service Charges (-) | 65.00 |
| | | Ending Balance | $36,365.35 |

## Deposits (+)    Account:

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 01/02 | 13,000.00 | | Brch/ATM | 01/17 | 3,000.00 | | Remote |
| 01/03 | 4,000.00 | | Brch/ATM | 01/18 | 4,350.96 | | Remote |
| 01/05 | 4,000.00 | | Remote | 01/19 | 5,700.00 | | Remote |
| 01/05 | 4,000.00 | | Remote | 01/22 | 8,000.00 | | Remote |
| 01/08 | 9,000.00 | | Remote | 01/24 | 5,000.00 | | Remote |
| 01/09 | 4,000.00 | | Remote | 01/25 | 3,000.00 | | Remote |
| 01/10 | 3,000.00 | | Remote | 01/26 | 3,000.00 | | Remote |
| 01/11 | 4,000.00 | | Remote | 01/29 | 10,548.39 | | Remote |
| 01/12 | 6,000.00 | | Remote | 01/31 | 5,000.00 | | Remote |
| 01/16 | 9,000.00 | | Remote | | | | |

## Other Credits (+)    Account:

| Date | Amount | Description |
|---|---|---|
| 01/02 | 4,070.08 | HUNT MERCH SVCS DEPOSIT 171230 215169110 00000 |
| 01/02 | 3,741.29 | HUNT MERCH SVCS DEPOSIT 171231 215169110 00000 |
| 01/02 | 3,295.66 | HUNT MERCH SVCS DEPOSIT 180101 215169110 00000 |
| 01/02 | 2,271.38 | HUNT MERCH SVCS DEPOSIT 171230 215169111 00000 |
| 01/02 | 2,217.50 | HUNT MERCH SVCS DEPOSIT 180102 215169110 00000 |
| 01/02 | 1,164.77 | HUNT MERCH SVCS DEPOSIT 171231 215169111 00000 |
| 01/02 | 886.54 | HUNT MERCH SVCS DEPOSIT 180102 215169111 00000 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⦿ and Huntington ⦿ are federally registered service marks of Huntington Bancshares Incorporated. ©2018 Huntington Bancshares Incorporated.



## Other Credits (+)                                                Account:

| Date  | Amount   | Description |
|-------|----------|-------------|
| 01/02 | 817.11   | HUNT MERCH SVCS DEPOSIT |
| 01/03 | 4,436.92 | HUNT MERCH SVCS DEPOSIT |
| 01/03 | 2,085.59 | HUNT MERCH SVCS DEPOSIT |
| 01/04 | 4,192.02 | HUNT MERCH SVCS DEPOSIT |
| 01/04 | 1,935.81 | HUNT MERCH SVCS DEPOSIT |
| 01/05 | 4,532.13 | HUNT MERCH SVCS DEPOSIT |
| 01/05 | 1,849.36 | HUNT MERCH SVCS DEPOSIT |
| 01/08 | 3,780.57 | HUNT MERCH SVCS DEPOSIT |
| 01/08 | 2,837.79 | HUNT MERCH SVCS DEPOSIT |
| 01/08 | 2,860.88 | HUNT MERCH SVCS DEPOSIT |
| 01/08 | 1,805.91 | HUNT MERCH SVCS DEPOSIT |
| 01/08 | 1,212.18 | HUNT MERCH SVCS DEPOSIT |
| 01/08 | 948.87   | HUNT MERCH SVCS DEPOSIT |
| 01/09 | 3,902.55 | HUNT MERCH SVCS DEPOSIT |
| 01/09 | 1,273.43 | HUNT MERCH SVCS DEPOSIT |
| 01/10 | 3,061.51 | HUNT MERCH SVCS DEPOSIT |
| 01/10 | 1,896.04 | HUNT MERCH SVCS DEPOSIT |
| 01/11 | 3,624.08 | HUNT MERCH SVCS DEPOSIT |
| 01/11 | 1,707.39 | HUNT MERCH SVCS DEPOSIT |
| 01/12 | 4,933.91 | HUNT MERCH SVCS DEPOSIT |
| 01/12 | 2,352.91 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 5,257.41 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 4,000.00 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 3,372.12 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 3,324.48 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 903.77   | HUNT MERCH SVCS DEPOSIT |
| 01/17 | 4,170.18 | HUNT MERCH SVCS DEPOSIT |
| 01/18 | 3,962.31 | HUNT MERCH SVCS DEPOSIT |
| 01/19 | 4,307.61 | HUNT MERCH SVCS DEPOSIT |
| 01/22 | 4,854.31 | HUNT MERCH SVCS DEPOSIT |
| 01/22 | 3,784.71 | HUNT MERCH SVCS DEPOSIT |
| 01/22 | 3,165.77 | HUNT MERCH SVCS DEPOSIT |
| 01/23 | 3,078.83 | HUNT MERCH SVCS DEPOSIT |
| 01/24 | 3,774.82 | HUNT MERCH SVCS DEPOSIT |
| 01/26 | 4,119.40 | HUNT MERCH SVCS DEPOSIT |
| 01/26 | 3,957.93 | HUNT MERCH SVCS DEPOSIT |
| 01/29 | 4,007.52 | HUNT MERCH SVCS DEPOSIT |
| 01/29 | 3,986.90 | HUNT MERCH SVCS DEPOSIT |
| 01/29 | 3,536.52 | HUNT MERCH SVCS DEPOSIT |
| 01/30 | 4,319.19 | HUNT MERCH SVCS DEPOSIT |
| 01/31 | 4,584.96 | HUNT MERCH SVCS DEPOSIT |



## Checks (-)                                                                          Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 01/08 | 220.02 | 1001 | 01/22 | 865.82 | 1019 |
| 01/03 | 1,301.12 | 1002 | 01/22 | 166.44 | 1020 |
| 01/10 | 29.89 | 1003 | 01/22 | 141.33 | 1021 |
| 01/10 | 100.00 | 1004 | 01/22 | 260.34 | 1022 |
| 01/03 | 1,010.44 | 1005 | 01/22 | 240.00 | 1023 |
| 01/16 | 224.00 | 1006 | 01/25 | 4,715.48 | 1024 |
| 01/11 | 1,122.64 | 1008* | 01/22 | 563.55 | 1025 |
| 01/16 | 450.90 | 1009 | 01/29 | 32.60 | 1028* |
| 01/16 | 296.23 | 1010 | 01/31 | 43.50 | 1030* |
| 01/12 | 33.60 | 1011 | 01/31 | 158.16 | 1031 |
| 01/16 | 2,615.11 | 1012 | 01/22 | 60.84 | 1033* |
| 01/22 | 207.07 | 1013 | 01/26 | 175.00 | 1034 |
| 01/17 | 69.55 | 1014 | 01/30 | 70.88 | 1035* |
| 01/18 | 111.92 | 1015 | 01/31 | 1,623.88 | 1036* |
| 01/19 | 45.61 | 1016 | 01/30 | 3,108.44 | 1043* |
| 01/25 | 175.00 | 1017 | 01/30 | 60.84 | 1045* |
| 01/22 | 668.85 | 1018 | 01/31 | 80.00 | 1046* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)                                                                     Account:

| Date | Amount | Description |
|---|---|---|
| 01/02 | 21,392.21 | PORTS PETRO AR CASH CON. |
| 01/02 | 12,000.00 | BUS ONL TFR TO CHECKING |
| 01/02 | 709.14 | S&T BANK LOAN PYMT |
| 01/03 | 537.33 | LIBERTY MUTUAL ; |
| 01/04 | 21,723.71 | PORTS PETRO AR CASH CON. |
| 01/05 | 91.75 | ADP PAYROLL FEES ADP - FEES |
| 01/08 | 21,911.00 | PORTS PETRO AR CASH CON. |
| 01/08 | 11,000.00 | BUS ONL TFR TO CHECKING |
| 01/09 | 735.54 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 01/09 | 3,000.00 | BUS ONL TFR TO CHECKING |
| 01/12 | 5,549.87 | ADP WAGE PAY WAGE PAY |
| 01/12 | 2,646.77 | ADP Tax ADP Tax |
| 01/12 | 170.42 | ADP PAY-BY-PAY PAY-BY-PAY |
| 01/16 | 29.67 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 4.38 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 0.07 | HUNT MERCH SVCS DEPOSIT |
| 01/16 | 21,870.72 | PORTS PETRO AR CASH CON. |
| 01/16 | 7,000.00 | BUS ONL TFR TO CHECKING |
| 01/17 | 21,410.40 | PORTS PETRO AR CASH CON. |



## Other Debits (-)

Account:

| Date | Amount | Description |
|---|---|---|
| 01/19 | 2.90 | HUNT MERCH SVCS DEPOSIT |
| 01/19 | 116.75 | ADP PAYROLL FEES ADP - FEES |
| 01/22 | 10,000.00 | BUS ONL TFR TO CHECKING |
| 01/23 | 794.71 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 01/23 | 21,585.75 | PORTS PETRO AR CASH CON. |
| 01/24 | 154.05 | ADP PAYROLL FEES ADP - FEES |
| 01/25 | 21,603.80 | PORTS PETRO AR CASH CON. |
| 01/26 | 4,851.37 | ADP WAGE PAY WAGE PAY |
| 01/26 | 2,221.28 | ADP Tax ADP Tax |
| 01/26 | 177.16 | ADP PAYROLL FEES ADP - FEES |
| 01/26 | 146.64 | ADP PAY-BY-PAY PAY-BY-PAY |
| 01/29 | 11,000.00 | BUS ONL TFR TO CHECKING |
| 01/30 | 709.14 | S&T BANK LOAN PYMT |

## Service Charge Detail

Account:

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 01/16 | 20.00 | | FRAUD PROTECTION SRVICE FEES |
| 01/16 | 45.00 | | WIRE TRANSFER FEES (INCOMING/OUTGOING) |
| 01/16 | 20.00 | | MONTHLY SERVICE FEE |
| 01/16 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## Service Charge Summary

Account:

| | |
|---|---|
| Previous Month Service Charges (-) | $85.00 |
| Other Credits (+) | 20.00 |
| Total Service Charges (-) | $65.00 |

## Balance Activity

Account:

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/31 | 25,035.72 | 01/11 | 39,646.21 | 01/24 | 37,275.71 |
| 01/02 | 22,398.72 | 01/12 | 44,632.37 | 01/25 | 17,900.83 |
| 01/03 | 30,052.34 | 01/16 | 37,834.09 | 01/26 | 17,288.31 |
| 01/04 | 14,456.46 | 01/17 | 23,524.32 | 01/29 | 28,334.04 |
| 01/05 | 28,746.20 | 01/18 | 31,725.67 | 01/30 | 28,685.93 |
| 01/08 | 18,169.38 | 01/19 | 41,568.02 | 01/31 | 38,365.35 |
| 01/09 | 23,609.72 | 01/22 | 47,958.57 | | |
| 01/10 | 31,437.38 | 01/23 | 28,854.94 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 Huntington

MARKS INC DIP
MAIN COUNTRY TOWN ACCOUNT
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking        Account:

| Statement Activity From: 01/01/18 to 01/31/18 | | Beginning Balance | $3,116.44 |
|---|---|---|---|
| | | Credits (+) | 55,075.28 |
| | | Electronic Deposits | 55,075.28 |
| Days in Statement Period | 31 | Debits (-) | 57,174.31 |
| | | Regular Checks Paid | 1,816.19 |
| Average Ledger Balance* | 1,455.97 | Electronic Withdrawals | 54,577.16 |
| Average Collected Balance* | 1,455.97 | Other Debits | 780.96 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 106.50 |
| | | Ending Balance | $910.91 |

## Other Credits (+)       Account:

| Date | Amount | Description |
|---|---|---|
| 01/02 | 12,000.00 | BUS ONL TFR FRM CHECKING |
| 01/05 | 366.50 | ITG BRANDS, LLC VENDOR PAY |
| 01/05 | 184.60 | ITG BRANDS, LLC VENDOR PAY |
| 01/08 | 11,000.00 | BUS ONL TFR FRM CHECKING |
| 01/09 | 3,000.00 | BUS ONL TFR FRM CHECKING |
| 01/12 | 24.76 | GRUBHUB INC Jan Actvty |
| 01/16 | 7,000.00 | BUS ONL TFR FRM CHECKING |
| 01/19 | 64.68 | GRUBHUB INC Jan Actvty |
| 01/19 | 25.20 | ALTADIS USA VENDOR PAY |
| 01/22 | 10,000.00 | BUS ONL TFR FRM CHECKING |
| 01/25 | 240.75 | ITG BRANDS, LLC VENDOR PAY |
| 01/26 | 55.14 | GRUBHUB INC Jan Actvty |
| 01/29 | 11,000.00 | BUS ONL TFR FRM CHECKING |
| 01/30 | 93.75 | ITG BRANDS, LLC VENDOR PAY |

## Checks (-)       Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 01/02 | 395.90 | 1249 | 01/19 | 166.48 | 1262 |
| 01/08 | 300.62 | 1259* | 01/25 | 495.26 | 1263 |
| 01/17 | 85.53 | 1260 | 01/30 | 120.87 | 1264 |
| 01/22 | 166.52 | 1261 | 01/30 | 60.00 | 1265 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⌂® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated. ®2018 Huntington Bancshares Incorporated.



(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

Account:

| Date  | Amount    | Description              |
|-------|-----------|--------------------------|
| 01/02 | 10,811.74 | CORE-MARK PAYMENTS       |
| 01/02 | 2,154.65  | CORE-MARK PAYMENTS       |
| 01/04 | 2.50      | AMBESS PREPAID ELEC CHECK|
| 01/08 | 10,795.57 | CORE-MARK PAYMENTS       |
| 01/09 | 3,231.87  | CORE-MARK PAYMENTS       |
| 01/11 | 2.50      | AMBESS PREPAID ELEC CHECK|
| 01/16 | 6,118.73  | CORE-MARK PAYMENTS       |
| 01/16 | 1,299.43  | CORE-MARK PAYMENTS       |
| 01/16 | 750.98    | INSTALLMENT LOAN PAYMENT |
| 01/18 | 2.50      | AMBESS PREPAID ELEC CHECK|
| 01/22 | 9,193.04  | CORE-MARK PAYMENTS       |
| 01/25 | 2.50      | AMBESS PREPAID ELEC CHECK|
| 01/29 | 10,963.93 | CORE-MARK PAYMENTS       |

## Service Charge Detail

Account:

| Date  | Service Charge (-) | Waives and Discounts (+) | Description                  |
|-------|--------------------|--------------------------|------------------------------|
| 01/16 | 31.50              |                          | REMOTE DEPOSIT CAPTURE FEES  |
| 01/16 | 30.00              |                          | ONLINE PAYMENT CENTER FEES   |
| 01/16 | 25.00              |                          | FRAUD PROTECTION SRVICE FEES |
| 01/16 | 20.00              |                          | MONTHLY SERVICE FEE          |

## Service Charge Summary

Account:

Previous Month Service Charges (-)    $106.50
Total Service Charges (-)              $106.50

## Balance Activity

Account:

| Date  | Balance  | Date  | Balance  | Date  | Balance  |
|-------|----------|-------|----------|-------|----------|
| 12/31 | 3,118.44 | 01/11 | 1,990.69 | 01/22 | 1,153.83 |
| 01/02 | 1,752.85 | 01/12 | 2,015.65 | 01/25 | 896.82   |
| 01/04 | 1,750.45 | 01/16 | 712.03   | 01/26 | 951.98   |
| 01/05 | 2,321.45 | 01/17 | 626.47   | 01/29 | 988.03   |
| 01/08 | 2,225.28 | 01/18 | 823.97   | 01/30 | 910.91   |
| 01/09 | 1,993.39 | 01/19 | 515.39   |       |          |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                        Bankruptcy No. 17-23657-GLT

        Debtor.                  Chapter 11

                               Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 22nd day of May, 2018, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: May 22, 2018                                */s/ Robert O Lampl*
                                                       ROBERT O LAMPL
                                                       PA I.D. #19809
                                                       JOHN P. LACHER
                                                       PA I.D. #62297
                                                       DAVID L. FUCHS
                                                       PA I.D. #205694
                                                       RYAN J. COONEY
                                                       PA I.D. #319213
                                                       SY O. LAMPL
                                                       PA I.D. # 324741
                                                       Counsel for the Debtor
                                                       223 Fourth Avenue, 4th Floor
                                                       Pittsburgh, PA  15222
                                                       (412) 392-0330 (phone)
                                                       (412) 392-0335 (facsimile)
                                                       Email: rlampl@lampllaw.com