IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                Bankruptcy No. 17-23657-GLT

        Debtor.                       Chapter 11

                                Document No.

MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD FEBRUARY 1, 2018 – FEBRUARY 28, 2018

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Western District of Pennsylvania

In re __Marie, Inc._____,
           _Debtor_

Case No. __17-23657-GLT__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _FEB 2018_

Date filed: _9/11/17_

Line of Business: _CONVENIENCE STORES_

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746; OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Thomas J Kearn CPA_          _Frank J Schond, PRES_
Original Signature of Responsible Party

_THOMAS  J  KEARN CPA_        _FRANK J. SCHONS, PRES_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ■ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ■ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ■ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ■ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ■ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ■ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ■ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ■ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ■ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ■ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ■ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ■ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ■ |

Page 2

B 25C (Official Form 25C) (12/08)

14.    HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐    ☑

15.    DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐    ☑

16.    HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐    ☑

17.    HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐    ☑

18.    HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐    ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX    ☐    ☑
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $ 186,982

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 1,000

Cash on Hand at End of Month    $ 1,000

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ 186,982

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE      COST OF GOODS SOLD 173,542
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*      OH EXP. 28,690

TOTAL EXPENSES    $ 202,232

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 186,982

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 202,232

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ (15,250)

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ — 0 —

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ — 0 —

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?         11

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?         7

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?         $ — 0 —

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?         $ — 0 —

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?         $ — 0 —

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?         $ — 0 —

1:21 PM

03/21/18

Cash Basis

# Marks Inc
## Breakdown - Sales
### February 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|------|------|---|------|------|-------|------------|---------|
| **50000 · Sales** | | | | | | | |
| **50002 · Gasoline Sales** | | | | | | | |
| Deposit | 02/01/2018 | | Taste Buds | TB Bus 2/01/... | Taste Buds | 5,390.17 | 5,390.17 |
| Deposit | 02/02/2018 | | Taste Buds | TB Bus 2/02/... | Taste Buds | 6,962.46 | 12,352.63 |
| Deposit | 02/03/2018 | | Taste Buds | TB Bus 2/03/... | Taste Buds | 5,552.67 | 17,905.30 |
| Deposit | 02/04/2018 | | Taste Buds | TB Bus 2/04/... | Taste Buds | 4,078.60 | 21,983.90 |
| Deposit | 02/05/2018 | | Taste Buds | TB Bus 2/05/... | Taste Buds | 5,850.33 | 27,834.23 |
| Bill | 02/06/2018 | | Bradigans Incorpor... | | | -500.00 | 27,334.23 |
| Deposit | 02/07/2018 | | Taste Buds | TB Bus 2/07/... | Taste Buds | 4,351.71 | 31,685.94 |
| Deposit | 02/08/2018 | | Taste Buds | TB Bus 2/08/... | Taste Buds | 4,458.54 | 36,144.48 |
| Deposit | 02/09/2018 | | Taste Buds | TB Bus 2/09/... | Taste Buds | 6,234.82 | 42,379.30 |
| Deposit | 02/10/2018 | | Taste Buds | TB Bus 2/10/... | Taste Buds | 5,044.86 | 47,424.16 |
| Deposit | 02/11/2018 | | Taste Buds | TB Bus 2/11/... | Taste Buds | 4,417.37 | 51,841.53 |
| Deposit | 02/12/2018 | | Taste Buds | TB Bus 2/12/... | Taste Buds | 5,036.95 | 56,878.48 |
| Deposit | 02/13/2018 | | Taste Buds | TB Bus 2/13/... | Taste Buds | 5,516.19 | 62,394.67 |
| Deposit | 02/14/2018 | | Taste Buds | TB Bus 2/14/... | Taste Buds | 5,156.45 | 67,551.12 |
| Deposit | 02/16/2018 | | Taste Buds | TB Bus 2/16/... | Taste Buds | 5,966.34 | 73,517.46 |
| Deposit | 02/17/2018 | | Taste Buds | TB Bus 2/17/... | Taste Buds | 5,360.74 | 78,878.20 |
| Deposit | 02/18/2018 | | Taste Buds | TB Bus 2/18/... | Taste Buds | 4,379.65 | 83,257.85 |
| Deposit | 02/19/2018 | | Taste Buds | TB Bus 2/19/... | Taste Buds | 4,852.78 | 88,110.63 |
| Deposit | 02/20/2018 | | Taste Buds | TB Bus 2/20/... | Taste Buds | 4,432.90 | 92,543.53 |
| Deposit | 02/21/2018 | | Taste Buds | TB Bus 2/21/... | Taste Buds | 5,173.35 | 97,716.88 |
| Deposit | 02/22/2018 | | Taste Buds | TB Bus 2/22/... | Taste Buds | 6,303.05 | 104,019.93 |
| Deposit | 02/23/2018 | | Taste Buds | TB Bus 2/23/... | Taste Buds | 6,402.02 | 110,421.95 |
| Deposit | 02/24/2018 | | Taste Buds | TB Bus 2/24/... | Taste Buds | 5,010.36 | 115,432.31 |
| Deposit | 02/25/2018 | | Taste Buds | TB Bus 2/25/... | Taste Buds | 4,377.21 | 119,809.52 |
| Deposit | 02/26/2018 | | Taste Buds | TB Bus 2/26/... | Taste Buds | 5,534.41 | 125,343.93 |
| Deposit | 02/27/2018 | | Taste Buds | TB Bus 2/27/... | Taste Buds | 5,124.24 | 130,468.17 |
| Deposit | 02/28/2018 | | Taste Buds | TB Bus 2/28/... | Taste Buds | 5,402.22 | 135,870.39 |
| **Total 50002   Gasoline Sales** | | | | | | 135,870.39 | 135,870.39 |
| | | | | | | | |
| **50003 · Store Sales** | | | | | | | |
| Deposit | 02/01/2018 | | Taste Buds | TB Bus 2/01/... | Taste Buds | 2,229.07 | 2,229.07 |
| Deposit | 02/02/2018 | 8 | RJ Reynolds | 4Q2017 PEP... | Taste Buds | 85.00 | 2,314.07 |
| Deposit | 02/02/2018 | | Taste Buds | TB Bus 2/02/... | Taste Buds | 2,427.69 | 4,741.76 |
| Deposit | 02/03/2018 | | Taste Buds | TB Bus 2/03/... | Taste Buds | 1,970.68 | 6,712.44 |
| Deposit | 02/04/2018 | | Taste Buds | TB Bus 2/04/... | Taste Buds | 1,410.45 | 8,122.89 |
| Deposit | 02/05/2018 | | Taste Buds | TB Bus 2/05/... | Taste Buds | 1,944.42 | 10,067.31 |
| Deposit | 02/07/2018 | | Taste Buds | TB Bus 2/07/... | Taste Buds | 1,625.17 | 11,692.48 |
| Deposit | 02/08/2018 | | Taste Buds | TB Bus 2/08/... | Taste Buds | 1,849.32 | 13,541.80 |
| Deposit | 02/09/2018 | | Taste Buds | TB Bus 2/09/... | Taste Buds | 2,298.91 | 15,840.71 |
| Deposit | 02/10/2018 | | Taste Buds | TB Bus 2/10/... | Taste Buds | 1,981.20 | 17,821.91 |
| Deposit | 02/11/2018 | | Taste Buds | TB Bus 2/11/... | Taste Buds | 1,619.78 | 19,441.69 |
| Deposit | 02/12/2018 | | Taste Buds | TB Bus 2/12/... | Taste Buds | 1,791.33 | 21,233.02 |
| Deposit | 02/13/2018 | | Taste Buds | TB Bus 2/13/... | Taste Buds | 1,741.75 | 22,974.77 |
| Deposit | 02/14/2018 | | Taste Buds | TB Bus 2/14/... | Taste Buds | 2,057.62 | 25,032.39 |
| Deposit | 02/16/2018 | | Taste Buds | TB Bus 2/16/... | Taste Buds | 2,226.12 | 27,258.51 |
| Deposit | 02/17/2018 | | Taste Buds | TB Bus 2/17/... | Taste Buds | 1,880.19 | 29,138.70 |
| Deposit | 02/18/2018 | | Taste Buds | TB Bus 2/18/... | Taste Buds | 1,561.44 | 30,700.14 |
| Deposit | 02/19/2018 | | Taste Buds | TB Bus 2/19/... | Taste Buds | 1,859.39 | 32,559.53 |
| Deposit | 02/20/2018 | | Taste Buds | TB Bus 2/20/... | Taste Buds | 2,213.29 | 34,772.82 |
| Deposit | 02/21/2018 | | Taste Buds | TB Bus 2/21/... | Taste Buds | 1,997.60 | 36,770.42 |
| Deposit | 02/22/2018 | | Taste Buds | TB Bus 2/22/... | Taste Buds | 2,410.27 | 39,180.69 |
| Deposit | 02/23/2018 | | Taste Buds | TB Bus 2/23/... | Taste Buds | 2,351.27 | 41,531.96 |
| Deposit | 02/24/2018 | | Taste Buds | TB Bus 2/24/... | Taste Buds | 2,050.71 | 43,582.67 |
| Deposit | 02/25/2018 | | Taste Buds | TB Bus 2/25/... | Taste Buds | 1,650.22 | 45,232.89 |
| Deposit | 02/26/2018 | | Taste Buds | TB Bus 2/26/... | Taste Buds | 2,131.44 | 47,364.33 |
| Deposit | 02/27/2018 | | Taste Buds | TB Bus 2/27/... | Taste Buds | 1,763.85 | 49,128.18 |
| Deposit | 02/28/2018 | | Taste Buds | TB Bus 2/28/... | Taste Buds | 2,074.61 | 51,202.79 |
| **Total 50003   Store Sales** | | | | | | 51,202.79 | 51,202.79 |
| | | | | | | | |
| **Total 50000   Sales** | | | | | | 187,073.18 | 187,073.18 |

1:21 PM
03/21/18
Cash Basis

# Marks Inc
## Breakdown - Sales
### February 2018

| Type | Date | N | Name | Memo | Class | Paid Amount | Balance |
|------|------|---|------|------|-------|-------------|---------|
| **50100 · Lottery Commissions** | | | | | | | |
| **50102 · Lottery Auto Drafts** | | | | | | | |
| Bill | 02/02/2018 | P | Commonwealth of | | | -91.00 | -91.00 |
| Total 50102 · Lottery Auto Drafts | | | | | | -91.00 | -91.00 |
| Total 50100 · Lottery Commissions | | | | | | -91.00 | -91.00 |
| **TOTAL** | | | | | | 186,982.18 | 186,982.18 |

1:23 PM
03/21/18
Cash Basis

# Marks Inc
## Breakdown - Cost Of Goods Sold
### February 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **60000 · Cost Of Goods Sold** | | | | | | |
| **60110 · Gasoline Purchases** | | | | | | |
| Bill | 02/05/2018 | 222031 | Ports Petroleum | | 22,250.49 | 22,250.49 |
| Bill | 02/10/2018 | 223312 | Taste Buds | | 21,635.05 | 43,885.54 |
| Bill | 02/16/2018 | 223892 | Taste Buds | | 21,193.46 | 65,079.00 |
| Bill | 02/23/2018 | 224671 | Taste Buds | | 20,819.74 | 85,898.74 |
| Bill | 02/26/2018 | 225614 | Taste Buds | | 21,096.75 | 106,995.49 |
| Bill | 02/27/2018 | 226440 | Taste Buds | | 21,209.85 | 128,205.34 |
| **Total 60110 · Gasoline Purchases** | | | | | 128,205.34 | 128,205.34 |
| | | | | | | |
| **60210 · Store Purchases(Vendor Paypot)** | | | | | | |
| Deposit | 02/01/2018 | | Taste Buds | TB Bus 2/01/2... | 51.02 | 51.02 |
| Deposit | 02/02/2018 | | Taste Buds | Coke | 477.46 | 528.48 |
| Deposit | 02/03/2018 | | Taste Buds | TB Bus 2/03/2... | 0.00 | 528.48 |
| Deposit | 02/04/2018 | | Taste Buds | TB Bus 2/04/2... | 0.00 | 528.48 |
| Bill | 02/05/2018 | 0247151 | Core-Mark Midconti... | | 1,648.15 | 2,176.63 |
| Check | 02/05/2018 | 1265 | Taste Buds | Taste Buds | 412.92 | 2,589.55 |
| Deposit | 02/05/2018 | | Taste Buds | Pepsi & Gaze... | 753.01 | 3,342.56 |
| Bill | 02/05/2018 | 02471... | Taste Buds | | 8,964.39 | 12,306.95 |
| Deposit | 02/07/2018 | | Taste Buds | TB Bus 2/07/2... | 0.00 | 12,306.95 |
| Deposit | 02/08/2018 | | Taste Buds | TB Bus 2/08/2... | 105.17 | 12,412.12 |
| Deposit | 02/09/2018 | | Taste Buds | TB Bus 2/09/2... | 291.23 | 12,703.35 |
| Deposit | 02/10/2018 | | Taste Buds | TB Bus 2/10/2... | 0.00 | 12,703.35 |
| Deposit | 02/11/2018 | | Taste Buds | TB Bus 2/11/2... | 0.00 | 12,703.35 |
| Bill | 02/12/2018 | 0317126 | Taste Buds | | 1,695.00 | 14,398.35 |
| Bill | 02/12/2018 | 0317126 | Taste Buds | | 7,770.76 | 22,169.11 |
| Bill | 02/12/2018 | 0317127 | Taste Buds | | 599.31 | 22,768.42 |
| Credit | 02/12/2018 | Jan 18... | Core-Mark Midconti... | | -1,695.00 | 21,073.42 |
| Deposit | 02/12/2018 | | Taste Buds | Pepsi,Gazette... | 1,141.16 | 22,214.58 |
| Deposit | 02/13/2018 | | Taste Buds | TB Bus 2/13/2... | 369.77 | 22,584.35 |
| Bill | 02/14/2018 | 0457131 | Taste Buds | | 8,525.15 | 31,109.50 |
| Bill | 02/14/2018 | 0457132 | Taste Buds | | 141.64 | 31,251.14 |
| Deposit | 02/14/2018 | | Taste Buds | Mancini | 24.60 | 31,275.74 |
| Deposit | 02/16/2018 | | Taste Buds | Schneider | 74.62 | 31,350.36 |
| Deposit | 02/17/2018 | | Taste Buds | TB Bus 2/17/2... | 0.00 | 31,350.36 |
| Deposit | 02/18/2018 | | Taste Buds | TB Bus 2/18/2... | 83.70 | 31,434.06 |
| Bill | 02/19/2018 | 0387143 | Taste Buds | | 1,090.00 | 32,524.06 |
| Bill | 02/19/2018 | 0387142 | Taste Buds | | 8,164.76 | 40,688.82 |
| Deposit | 02/19/2018 | | Taste Buds | TB Bus 2/19/2... | 20.59 | 40,709.41 |
| Check | 02/20/2018 | 1270 | Taste Buds | Taste Buds | 159.34 | 40,868.75 |
| Deposit | 02/20/2018 | | Taste Buds | TB Bus 2/20/2... | 201.30 | 41,070.05 |
| Deposit | 02/21/2018 | | Taste Buds | Donuts | 232.50 | 41,302.55 |
| Deposit | 02/22/2018 | | Taste Buds | TB Bus 2/22/2... | 43.54 | 41,346.09 |
| Check | 02/22/2018 | 1271 | Taste Buds | Chashed che... | 70.00 | 41,416.09 |
| Bill | 02/23/2018 | | Countrytown | Countrytown | 121.50 | 41,537.59 |
| Bill | 02/23/2018 | | Taste Buds | | 27.30 | 41,564.89 |
| Deposit | 02/23/2018 | | Taste Buds | TB Bus 2/23/2... | 93.84 | 41,658.73 |
| Deposit | 02/24/2018 | | Taste Buds | TB Bus 2/24/2... | 0.00 | 41,658.73 |
| Deposit | 02/25/2018 | | Taste Buds | TB Bus 2/25/2... | 0.00 | 41,658.73 |
| Deposit | 02/26/2018 | | Taste Buds | TB Bus 2/26/2... | 682.04 | 42,340.77 |
| Deposit | 02/27/2018 | | Taste Buds | donuts and sc... | 403.18 | 42,743.95 |
| Deposit | 02/28/2018 | | Taste Buds | TB Bus 2/28/2... | 0.00 | 42,743.95 |
| **Total 60210  Store Purchases(Vendor Paypot)** | | | | | 42,743.95 | 42,743.95 |
| **60000 · Cost Of Goods Sold - Other** | | | | | | |
| Bill | 02/06/2018 | 01100... | Taste Buds | | 1,203.99 | 1,203.99 |
| Bill | 02/08/2018 | 60420... | Taste Buds | Taste Buds | 45.18 | 1,249.17 |
| Bill | 02/08/2018 | 60421... | Taste Buds | Taste Buds | 62.06 | 1,311.23 |
| Bill | 02/08/2018 | 60421... | Frito-Lay | | 59.58 | 1,370.81 |
| Bill | 02/08/2018 | 60421... | Taste Buds | | 137.58 | 1,508.39 |
| Bill | 02/21/2018 | 2878633 | Taste Buds | | 1,084.60 | 2,592.99 |
| **Total 60000 · Cost Of Goods Sold - Other** | | | | | 2,592.99 | 2,592.99 |
| **Total 60000 · Cost Of Goods Sold** | | | | | 173,542.28 | 173,542.28 |
| **TOTAL** | | | | | 173,542.28 | 173,542.28 |

1:25 PM

03/21/18

Cash Basis

## Marks Inc
## Breakdown - Operating Expenses
### February 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|------|------|-----|------|------|-------------|---------|
| **70015 · Automobile Expense (MARKS)** | | | | | | |
| Deposit | 02/01/2018 | | Taste Buds | TB Bus 2/01/2... | 45.81 | 45.81 |
| Deposit | 02/02/2018 | | Taste Buds | TB Bus 2/02/2... | 60.86 | 106.67 |
| Deposit | 02/03/2018 | | Taste Buds | TB Bus 2/03/2... | 0.00 | 106.67 |
| Deposit | 02/04/2018 | | Taste Buds | TB Bus 2/04/2... | 0.00 | 106.67 |
| Deposit | 02/05/2018 | | Taste Buds | TB Bus 2/05/2... | 0.00 | 106.67 |
| Deposit | 02/07/2018 | | Taste Buds | TB Bus 2/07/2... | 54.14 | 160.81 |
| Deposit | 02/08/2018 | | Taste Buds | TB Bus 2/08/2... | 0.00 | 160.81 |
| Deposit | 02/09/2018 | | Taste Buds | TB Bus 2/09/2... | 22.36 | 183.17 |
| Deposit | 02/10/2018 | | Taste Buds | TB Bus 2/10/2... | 0.00 | 183.17 |
| Deposit | 02/11/2018 | | Taste Buds | TB Bus 2/11/2... | 0.00 | 183.17 |
| Deposit | 02/12/2018 | | Taste Buds | TB Bus 2/12/2... | 0.00 | 183.17 |
| Deposit | 02/13/2018 | | Taste Buds | TB Bus 2/13/2... | 69.37 | 252.54 |
| Deposit | 02/14/2018 | | Taste Buds | TB Bus 2/14/2... | 54.18 | 306.72 |
| Deposit | 02/16/2018 | | Taste Buds | TB Bus 2/16/2... | 65.50 | 372.22 |
| Deposit | 02/17/2018 | | Taste Buds | TB Bus 2/17/2... | 0.00 | 372.22 |
| Deposit | 02/18/2018 | | Taste Buds | TB Bus 2/18/2... | 0.00 | 372.22 |
| Deposit | 02/19/2018 | | Taste Buds | TB Bus 2/19/2... | 0.00 | 372.22 |
| Deposit | 02/20/2018 | | Taste Buds | TB Bus 2/20/2... | 0.00 | 372.22 |
| Deposit | 02/21/2018 | | Taste Buds | TB Bus 2/21/2... | 52.14 | 424.36 |
| Deposit | 02/22/2018 | | Taste Buds | TB Bus 2/22/2... | 0.00 | 424.36 |
| Deposit | 02/23/2018 | | Taste Buds | TB Bus 2/23/2... | 16.41 | 440.77 |
| Deposit | 02/24/2018 | | Taste Buds | TB Bus 2/24/2... | 0.00 | 440.77 |
| Deposit | 02/25/2018 | | Taste Buds | TB Bus 2/25/2... | 0.00 | 440.77 |
| Deposit | 02/26/2018 | | Taste Buds | TB Bus 2/26/2... | 53.11 | 493.88 |
| Deposit | 02/27/2018 | | Taste Buds | TB Bus 2/27/2... | 65.63 | 559.51 |
| Deposit | 02/28/2018 | | Taste Buds | TB Bus 2/28/2... | 0.00 | 559.51 |
| **Total 70015 · Automobile Expense (MARKS)** | | | | | 559.51 | 559.51 |
| | | | | | | |
| **70025 · Bank Service Charges** | | | | | | |
| Check | 02/02/2018 | ACH | Huntington Bank | | 26.15 | 26.15 |
| Check | 02/20/2018 | ACH | Huntington Bank | | 2.90 | 29.05 |
| Check | 02/28/2018 | ACH | Huntington Bank | | 50.00 | 79.05 |
| **Total 70025 · Bank Service Charges** | | | | | 79.05 | 79.05 |
| | | | | | | |
| **70060 · Insurance Expense** | | | | | | |
| **70063 · Workmens Comp** | | | | | | |
| Bill | 02/09/2018 | ACH - ... | ADP | | 123.16 | 123.16 |
| Bill | 02/23/2018 | | Corporate | | 123.47 | 246.63 |
| Bill | 02/23/2018 | Work... | ADP | | 123.47 | 370.10 |
| **Total 70063 · Workmens Comp** | | | | | 370.10 | 370.10 |
| **Total 70060 · Insurance Expense** | | | | | 370.10 | 370.10 |
| | | | | | | |
| **70070 · Interest Expense** | | | | | | |
| Bill | 02/08/2018 | | Key Bank | | 174.21 | 174.21 |
| Bill | 02/16/2018 | | Huntington Bank. | | 750.13 | 924.34 |
| Bill | 02/16/2018 | | Huntington Bank. | Attn: Mark Pr... | 70.88 | 995.22 |
| Check | 02/28/2018 | ACH | S & T Bank | | 106.37 | 1,101.59 |
| **Total 70070 · Interest Expense** | | | | | 1,101.59 | 1,101.59 |
| | | | | | | |
| **70076 · Lease Expense** | | | | | | |
| Bill | 02/08/2018 | | BB&T Commercial E... | Pymnt for | 1,773.54 | 1,773.54 |
| Bill | 02/08/2018 | | BB&T Commercial E... | Pymnt for | 841.57 | 2,615.11 |
| **Total 70076 · Lease Expense** | | | | | 2,615.11 | 2,615.11 |
| | | | | | | |
| **70090 · Miscellaneous** | | | | | | |
| Bill | 02/16/2018 | 187527 | Fueland | | 122.04 | 122.04 |
| Check | 02/20/2018 | ACH | GFS | | 113.71 | 235.75 |
| **Total 70090 · Miscellaneous** | | | | | 235.75 | 235.75 |

1:25 PM
03/21/18
Cash Basis

## Marks Inc
## Breakdown - Operating Expenses
### February 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|------|------|-----|------|------|------------:|--------:|
| **70095 · Office Expenses** | | | | | | |
| Bill | 02/02/2018 | | ATA Associates | A. Telech (W... | 210.00 | 210.00 |
| Check | 02/05/2018 | 1266 | Corporate | Taste Buds | 18.47 | 228.47 |
| Bill | 02/13/2018 | | ATA Associates | A.Telech (W... | 175.00 | 403.47 |
| Bill | 02/16/2018 | | Taste Buds | | 50.00 | 453.47 |
| Bill | 02/16/2018 | | Corporate | A. Telech (W... | 210.00 | 663.47 |
| Bill | 02/23/2018 | | Corporate | A.Telech (W... | 210.00 | 873.47 |
| **Total 70095 · Office Expenses** | | | | | 873.47 | 873.47 |
| | | | | | | |
| **70110 · Over/Short** | | | | | | |
| Deposit | 02/01/2018 | | Taste Buds | TB Bus 2/01/2... | -3.06 | -3.06 |
| Deposit | 02/02/2018 | | Taste Buds | TB Bus 2/02/2... | 13.97 | 10.91 |
| Deposit | 02/03/2018 | | Taste Buds | TB Bus 2/03/2... | 2.66 | 13.57 |
| Deposit | 02/04/2018 | | Taste Buds | TB Bus 2/04/2... | 4.85 | 18.42 |
| Deposit | 02/05/2018 | | Taste Buds | TB Bus 2/05/2... | 2.49 | 20.91 |
| Deposit | 02/07/2018 | | Taste Buds | TB Bus 2/07/2... | -0.74 | 20.17 |
| Deposit | 02/08/2018 | | Taste Buds | TB Bus 2/08/2... | 3.90 | 24.07 |
| Deposit | 02/09/2018 | | Taste Buds | TB Bus 2/09/2... | 10.32 | 34.39 |
| Deposit | 02/10/2018 | | Taste Buds | TB Bus 2/10/2... | -3.97 | 30.42 |
| Deposit | 02/11/2018 | | Taste Buds | TB Bus 2/11/2... | -1.30 | 29.12 |
| Deposit | 02/12/2018 | | Taste Buds | TB Bus 2/12/2... | 3.80 | 32.92 |
| Deposit | 02/13/2018 | | Taste Buds | TB Bus 2/13/2... | 0.89 | 33.81 |
| Deposit | 02/14/2018 | | Taste Buds | TB Bus 2/14/2... | -1.96 | 31.85 |
| Deposit | 02/16/2018 | | Taste Buds | TB Bus 2/16/2... | 4.17 | 35.82 |
| Deposit | 02/17/2018 | | Taste Buds | TB Bus 2/17/2... | 1.94 | 37.76 |
| Deposit | 02/18/2018 | | Taste Buds | TB Bus 2/18/2... | 2.58 | 40.34 |
| Deposit | 02/19/2018 | | Taste Buds | TB Bus 2/19/2... | -1.86 | 38.48 |
| Deposit | 02/20/2018 | | Taste Buds | TB Bus 2/20/2... | 52.88 | 91.36 |
| Deposit | 02/21/2018 | | Taste Buds | TB Bus 2/21/2... | 1.26 | 92.62 |
| Deposit | 02/22/2018 | | Taste Buds | TB Bus 2/22/2... | -2.63 | 89.99 |
| Deposit | 02/23/2018 | | Taste Buds | TB Bus 2/23/2... | 7.18 | 97.17 |
| Deposit | 02/24/2018 | | Taste Buds | TB Bus 2/24/2... | -4.09 | 93.08 |
| Deposit | 02/25/2018 | | Taste Buds | TB Bus 2/25/2... | 4.26 | 97.34 |
| Deposit | 02/26/2018 | | Taste Buds | TB Bus 2/26/2... | -6.17 | 91.17 |
| Deposit | 02/27/2018 | | Taste Buds | TB Bus 2/27/2... | 6.12 | 97.29 |
| Deposit | 02/28/2018 | | Taste Buds | TB Bus 2/28/2... | 72.85 | 170.14 |
| **Total 70110 · Over/Short** | | | | | 170.14 | 170.14 |
| | | | | | | |
| **70120 · Payroll Expenses** | | | | | | |
| **70121 · Wages Expense** | | | | | | |
| Bill | 02/09/2018 | ACH - ... | ADP | | 1,983.08 | 1,983.08 |
| Bill | 02/09/2018 | ACH - ... | ADP | | 3,444.58 | 5,427.66 |
| Bill | 02/23/2018 | Payrol... | Corporate | | 1,555.77 | 6,983.43 |
| Bill | 02/23/2018 | Payrol... | Taste Buds | | 2,750.01 | 9,733.44 |
| **Total 70121 · Wages Expense** | | | | | 9,733.44 | 9,733.44 |
| | | | | | | |
| **70122 · Payroll Taxes** | | | | | | |
| Bill | 02/09/2018 | ACH - ... | ADP | | 320.23 | 320.23 |
| Bill | 02/09/2018 | ACH - ... | ADP | | 569.71 | 889.94 |
| Bill | 02/23/2018 | Payrol... | Corporate | | 427.31 | 1,317.25 |
| Bill | 02/23/2018 | Payrol... | Taste Buds | | 703.88 | 2,021.13 |
| Bill | 02/23/2018 | Payrol... | Corporate | | 314.63 | 2,335.76 |
| Bill | 02/23/2018 | Payrol... | Taste Buds | | 571.31 | 2,907.07 |
| **Total 70122 · Payroll Taxes** | | | | | 2,907.07 | 2,907.07 |
| | | | | | | |
| **70123 · Payroll Processing Fees** | | | | | | |
| Bill | 02/02/2018 | 50780... | ADP | | 90.58 | 90.58 |
| Bill | 02/16/2018 | 50864... | Corporate | | 110.90 | 201.48 |
| **Total 70123 · Payroll Processing Fees** | | | | | 201.48 | 201.48 |

1:25 PM

03/21/18

Cash Basis

## Marks Inc
## Breakdown - Operating Expenses
### February 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|------|------|-----|------|------|------------:|--------:|
| **70124 · Outside Services** | | | | | | |
| Deposit | 02/02/2018 | | Taste Buds | TB Bus 2/02/2... | 100.00 | 100.00 |
| Deposit | 02/05/2018 | | Taste Buds | TB Bus 2/05/2... | 100.00 | 200.00 |
| Deposit | 02/07/2018 | | Taste Buds | TB Bus 2/07/2... | 287.00 | 487.00 |
| Deposit | 02/08/2018 | | Taste Buds | TB Bus 2/08/2... | 325.00 | 812.00 |
| Deposit | 02/12/2018 | | Taste Buds | Salt Lot | 120.00 | 932.00 |
| Deposit | 02/20/2018 | | Taste Buds | T&U | 600.00 | 1,532.00 |
| Deposit | 02/21/2018 | | Taste Buds | TB Bus 2/21/2... | 67.00 | 1,599.00 |
| Deposit | 02/22/2018 | | Taste Buds | TB Bus 2/22/2... | 60.00 | 1,659.00 |
| Total 70124 · Outside Services | | | | | 1,659.00 | 1,659.00 |
| Total 70120 · Payroll Expenses | | | | | 14,500.99 | 14,500.99 |
| **70140 · Rent Expense** | | | | | | |
| **70142 · Equipmemt Leases** | | | | | | |
| Bill | 02/08/2018 | 401-1... | Marlin Leasing | | 668.85 | 668.85 |
| Bill | 02/08/2018 | 401-1... | Marlin Leasing | | 141.33 | 810.18 |
| Bill | 02/08/2018 | 401-1... | Marlin Leasing | | 260.34 | 1,070.52 |
| Bill | 02/08/2018 | 403-1... | Marlin Leasing | | 240.00 | 1,310.52 |
| Total 70142 · Equipmemt Leases | | | | | 1,310.52 | 1,310.52 |
| **70140 · Rent Expense - Other** | | | | | | |
| Bill | 02/23/2018 | Febru... | Ed Disilvester | | 3,106.44 | 3,106.44 |
| Total 70140 · Rent Expense - Other | | | | | 3,106.44 | 3,106.44 |
| Total 70140 · Rent Expense | | | | | 4,416.96 | 4,416.96 |
| **70145 · Repairs and Maintenance** | | | | | | |
| Bill | 02/02/2018 | 05980 | Taste Buds | Taste Buds - ... | 374.50 | 374.50 |
| Bill | 02/02/2018 | | Countrytown | | 450.00 | 824.50 |
| Total 70145 · Repairs and Maintenance | | | | | 824.50 | 824.50 |
| **70155 · Store Expenses** | | | | | | |
| Deposit | 02/01/2018 | | Taste Buds | TB Bus 2/01/2... | 0.00 | 0.00 |
| Deposit | 02/02/2018 | | Taste Buds | TB Bus 2/02/2... | 4.47 | 4.47 |
| Deposit | 02/03/2018 | | Taste Buds | TB Bus 2/03/2... | 10.68 | 15.15 |
| Deposit | 02/04/2018 | | Taste Buds | TB Bus 2/04/2... | 14.33 | 29.48 |
| Deposit | 02/05/2018 | | Taste Buds | TB Bus 2/05/2... | 47.73 | 77.21 |
| Bill | 02/06/2018 | 01100... | Taste Buds | | 176.70 | 253.91 |
| Deposit | 02/07/2018 | | Taste Buds | TB Bus 2/07/2... | 0.00 | 253.91 |
| Deposit | 02/08/2018 | | Taste Buds | TB Bus 2/08/2... | 30.00 | 283.91 |
| Deposit | 02/09/2018 | | Taste Buds | TB Bus 2/09/2... | 72.43 | 356.34 |
| Deposit | 02/10/2018 | | Taste Buds | TB Bus 2/10/2... | 3.38 | 359.72 |
| Deposit | 02/11/2018 | | Taste Buds | TB Bus 2/11/2... | 0.00 | 359.72 |
| Deposit | 02/12/2018 | | Taste Buds | TB Bus 2/12/2... | 21.93 | 381.65 |
| Deposit | 02/13/2018 | | Taste Buds | TB Bus 2/13/2... | 18.90 | 400.55 |
| Deposit | 02/14/2018 | | Taste Buds | TB Bus 2/14/2... | 7.00 | 407.55 |
| Deposit | 02/16/2018 | | Taste Buds | TB Bus 2/16/2... | 0.00 | 407.55 |
| Deposit | 02/17/2018 | | Taste Buds | TB Bus 2/17/2... | 0.00 | 407.55 |
| Deposit | 02/18/2018 | | Taste Buds | TB Bus 2/18/2... | 0.00 | 407.55 |
| Deposit | 02/19/2018 | | Taste Buds | TB Bus 2/19/2... | 12.97 | 420.52 |
| Deposit | 02/20/2018 | | Taste Buds | TB Bus 2/20/2... | 3.19 | 423.71 |
| Deposit | 02/21/2018 | | Taste Buds | TB Bus 2/21/2... | 36.07 | 459.78 |
| Deposit | 02/22/2018 | | Taste Buds | TB Bus 2/22/2... | 43.71 | 503.49 |
| Deposit | 02/23/2018 | | Taste Buds | TB Bus 2/23/2... | 13.69 | 517.18 |
| Deposit | 02/24/2018 | | Taste Buds | TB Bus 2/24/2... | 0.00 | 517.18 |
| Deposit | 02/25/2018 | | Taste Buds | TB Bus 2/25/2... | 0.00 | 517.18 |
| Deposit | 02/26/2018 | | Taste Buds | TB Bus 2/26/2... | 16.38 | 533.56 |
| Deposit | 02/27/2018 | | Taste Buds | TB Bus 2/27/2... | 0.00 | 533.56 |
| Deposit | 02/28/2018 | | Taste Buds | TB Bus 2/28/2... | 5.97 | 539.53 |
| Total 70155 · Store Expenses | | | | | 539.53 | 539.53 |

1:25 PM
03/21/18
Cash Basis

## Marks Inc
## Breakdown - Operating Expenses
### February 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|------|------|-----|------|------|-------------|---------|
| **70170 · Taxes** | | | | | | |
| 70171 · Real Estate | | | | | | |
| Bill | 02/23/2018 | Real E... | Treasurer, City & Sc... | Real Estate T... | 1,190.04 | 1,190.04 |
| Total 70171 · Real Estate | | | | | 1,190.04 | 1,190.04 |
| Total 70170 · Taxes | | | | | 1,190.04 | 1,190.04 |
| **70200 · Utilities** | | | | | | |
| 70201 · Disposal | | | | | | |
| Bill | 02/16/2018 | | Vogel Disposal Servi... | | 120.57 | 120.57 |
| Total 70201 · Disposal | | | | | 120.57 | 120.57 |
| 70202 · Electricity | | | | | | |
| Bill | 02/16/2018 | | Duquesne Light Co | | 52.88 | 52.88 |
| Total 70202 · Electricity | | | | | 52.88 | 52.88 |
| 70203 · Gas | | | | | | |
| Bill | 02/08/2018 | 20000... | Peoples | | 178.54 | 178.54 |
| Total 70203 · Gas | | | | | 178.54 | 178.54 |
| 70204 · Telephone Expense | | | | | | |
| Bill | 02/08/2018 | | CenturyLink | | 336.71 | 336.71 |
| Bill | 02/16/2018 | | T-Mobile | | 315.97 | 652.68 |
| Total 70204 · Telephone Expense | | | | | 652.68 | 652.68 |
| 70206 · Water/Sewage | | | | | | |
| Bill | 02/08/2018 | | Pennsylvania Ameri... | | 29.90 | 29.90 |
| Bill | 02/08/2018 | | Pennsylvania Ameri... | | 5.15 | 35.05 |
| Bill | 02/08/2018 | | PWSA - Pittsburgh ... | | 80.84 | 115.89 |
| Bill | 02/16/2018 | | PWSA - Pittsburgh ... | | 92.83 | 208.72 |
| Total 70205 · Water/Sewage | | | | | 208.72 | 208.72 |
| Total 70200 · Utilities | | | | | 1,213.39 | 1,213.39 |
| **TOTAL** | | | | | 28,690.13 | 28,690.13 |

1:19 PM
03/21/18
Cash Basis

# Marks Inc
# Profit & Loss
### February 2018

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 50000 · Sales | 187,073.18 |
| 50100 · Lottery Commissions | -91.00 |
| **Total Income** | 186,982.18 |
| **Cost of Goods Sold** | |
| 60000 · Cost Of Goods Sold | 173,542.28 |
| **Total COGS** | 173,542.28 |
| **Gross Profit** | 13,439.90 |
| **Expense** | |
| 70015 · Automobile Expense (MARKS) | 559.51 |
| 70025 · Bank Service Charges | 79.05 |
| 70060 · Insurance Expense | 370.10 |
| 70070 · Interest Expense | 1,101.59 |
| 70076 · Lease Expense | 2,815.11 |
| 70090 · Miscellaneous | 235.75 |
| 70095 · Office Expenses | 873.47 |
| 70110 · Over/Short | 170.14 |
| 70120 · Payroll Expenses | 14,500.99 |
| 70140 · Rent Expense | 4,416.96 |
| 70145 · Repairs and Maintenance | 824.50 |
| 70155 · Store Expenses | 539.53 |
| 70170 · Taxes | 1,190.04 |
| 70200 · Utilities | 1,213.39 |
| **Total Expense** | 28,690.13 |
| **Net Ordinary Income** | -15,250.23 |
| **Net Income** | -15,250.23 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MARKS INC DIP
CASE # 17-23657
545 MARKS DR
CORAOPOLIS PA 15108-3388

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking          Account:

| Statement Activity From: 02/01/18 to 02/28/18 | | Beginning Balance | $36,365.35 |
|---|---|---|---|
| | | Credits (+) | 197,241.39 |
| | | Regular Deposits | 79,257.27 |
| Days in Statement Period | 28 | Electronic Deposits | 117,984.11 |
| | | Debits (-) | 207,871.31 |
| Average Ledger Balance* | 28,151.84 | Regular Checks Paid | 19,235.02 |
| Average Collected Balance* | 24,269.02 | Electronic Withdrawals | 186,171.00 |
| | | Wire Transfer Debits | 2,465.29 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 50.00 |
| | | Ending Balance | $25,685.42 |

## Deposits (+)                                        Account:

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 02/01 | 3,000.00 | | Remote | 02/15 | 5,000.00 | | Remote |
| 02/02 | 4,000.00 | | Remote | 02/16 | 3,000.00 | | Remote |
| 02/05 | 8,025.95 | | Remote | 02/20 | 11,000.00 | | Remote |
| 02/06 | 2,000.00 | | Remote | 02/21 | 3,000.00 | | Remote |
| 02/07 | 3,000.00 | | Remote | 02/22 | 3,000.00 | | Remote |
| 02/08 | 2,000.00 | | Remote | 02/23 | 3,000.00 | | Remote |
| 02/09 | 3,231.32 | | Remote | 02/26 | 9,000.00 | | Remote |
| 02/12 | 9,000.00 | | Remote | 02/27 | 3,000.00 | | Remote |
| 02/13 | 2,000.00 | | Remote | 02/28 | 3,000.00 | | Remote |

## Other Credits (+)                                   Account:

| Date | Amount | Description |
|---|---|---|
| 02/01 | 4,457.06 | HUNT MERCH SVCS DEPOSIT |
| 02/02 | 4,040.88 | HUNT MERCH SVCS DEPOSIT |
| 02/05 | 5,405.51 | HUNT MERCH SVCS DEPOSIT |
| 02/05 | 4,717.79 | HUNT MERCH SVCS DEPOSIT |
| 02/05 | 3,224.17 | HUNT MERCH SVCS DEPOSIT |
| 02/06 | 4,728.44 | HUNT MERCH SVCS DEPOSIT |
| 02/07 | 4,958.57 | HUNT MERCH SVCS DEPOSIT |
| 02/08 | 3,589.53 | HUNT MERCH SVCS DEPOSIT |

Investments are offered through the Huntington Investment Company, Registered Investment Adviser, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⊕ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ®2018 Huntington Bancshares Incorporated.



## Other Credits (+)

*Account:*

| Date | Amount | Description |
|------|--------|-------------|
| 02/09 | 3,654.50 | HUNT MERCH SVCS DEPOSIT |
| 02/12 | 4,908.54 | HUNT MERCH SVCS DEPOSIT |
| 02/12 | 4,184.93 | HUNT MERCH SVCS DEPOSIT |
| 02/12 | 3,614.47 | HUNT MERCH SVCS DEPOSIT |
| 02/13 | 3,973.61 | HUNT MERCH SVCS DEPOSIT |
| 02/14 | 4,464.50 | HUNT MERCH SVCS DEPOSIT |
| 02/15 | 4,175.24 | HUNT MERCH SVCS DEPOSIT |
| 02/16 | 3,776.15 | HUNT MERCH SVCS DEPOSIT |
| 02/20 | 4,631.70 | HUNT MERCH SVCS DEPOSIT |
| 02/20 | 4,190.38 | HUNT MERCH SVCS DEPOSIT |
| 02/20 | 3,960.77 | HUNT MERCH SVCS DEPOSIT |
| 02/20 | 3,452.63 | HUNT MERCH SVCS DEPOSIT |
| 02/21 | 3,057.97 | HUNT MERCH SVCS DEPOSIT |
| 02/22 | 3,761.71 | HUNT MERCH SVCS DEPOSIT |
| 02/23 | 5,276.39 | HUNT MERCH SVCS DEPOSIT |
| 02/26 | 5,199.48 | HUNT MERCH SVCS DEPOSIT |
| 02/26 | 4,152.14 | HUNT MERCH SVCS DEPOSIT |
| 02/26 | 3,858.35 | HUNT MERCH SVCS DEPOSIT |
| 02/27 | 4,252.05 | HUNT MERCH SVCS DEPOSIT |
| 02/28 | 4,318.67 | HUNT MERCH SVCS DEPOSIT |

## Checks (-)

*Account:*

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 02/02 | 142.00 | 1027 | 02/15 | 658.85 | 1059 |
| 02/05 | 176.00 | 1037° | 02/15 | 141.33 | 1060 |
| 02/02 | 120.00 | 1039° | 02/15 | 240.00 | 1061 |
| 02/13 | 254.20 | 1041° | 02/16 | 260.34 | 1062 |
| 02/07 | 1,080.65 | 1042 | 02/13 | 35.05 | 1063 |
| 02/13 | 200.00 | 1044° | 02/14 | 176.64 | 1064 |
| 02/06 | 250.00 | 1045 | 02/12 | 80.84 | 1065 |
| 02/02 | 303.82 | 1047° | 02/20 | 175.00 | 1066 |
| 02/06 | 220.44 | 1049° | 02/23 | 62.88 | 1067 |
| 02/05 | 210.00 | 1050 | 02/26 | 50.00 | 1068 |
| 02/16 | 450.00 | 1051 | 02/23 | 4,715.48 | 1070° |
| 02/08 | 91.00 | 1052 | 02/23 | 70.88 | 1071 |
| 02/13 | 374.50 | 1053 | 02/27 | 82.83 | 1072 |
| 02/09 | 500.00 | 1054 | 02/23 | 120.57 | 1074° |
| 02/12 | 2,815.11 | 1055 | 02/23 | 210.00 | 1075 |
| 02/12 | 338.71 | 1056 | 02/27 | 3,106.44 | 1077° |
| 02/20 | 304.40 | 1057 | 02/28 | 210.00 | 1079° |
| 02/12 | 1,104.45 | 1058 | 02/20 | 113.71 | 551429° |



(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)                                                        Account:

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 22,080.38 | PORTS PETRO AR CASH CON. |
| 02/02 | 25.15 | HUNT MERCH SVCS DEPOSIT |
| 02/02 | 537.33 | LIBERTY MUTUAL |
| 02/02 | 90.58 | ADP PAYROLL FEES ADP - FEES |
| 02/05 | 10,000.00 | BUS ONL TFR TO CHECKING |
| 02/06 | 1,380.69 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 02/08 | 22,250.49 | PORTS PETRO AR CASH CON. |
| 02/08 | 4,296.24 | ADP WAGE PAY WAGE PAY |
| 02/09 | 2,019.36 | ADP Tax ADP Tax |
| 02/09 | 123.16 | ADP PAY-BY-PAY PAY-BY-PAY |
| 02/12 | 9,000.00 | BUS ONL TFR TO CHECKING |
| 02/13 | 21,635.05 | PORTS PETRO AR CASH CON. |
| 02/16 | 21,193.46 | PORTS PETRO AR CASH CON. |
| 02/16 | 110.90 | ADP PAYROLL FEES ADP - FEES |
| 02/20 | 1,084.60 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 02/20 | 2.90 | HUNT MERCH SVCS DEPOSIT |
| 02/20 | 11,000.00 | BUS ONL TFR TO CHECKING |
| 02/21 | 20,819.74 | PORTS PETRO AR CASH CON. |
| 02/22 | 3,730.99 | COMMWI THOFPA INT PASTSALETX |
| 02/23 | 4,305.78 | ADP WAGE PAY WAGE PAY |
| 02/23 | 2,017.13 | ADP Tax ADP Tax |
| 02/23 | 123.47 | ADP PAY-BY-PAY PAY-BY-PAY |
| 02/26 | 21,098.75 | PORTS PETRO AR CASH CON. |
| 02/26 | 9,000.00 | BUS ONL TFR TO CHECKING |
| 02/28 | 709.14 | S&T BANK LOAN PYMT |

## Service Charge Detail                                                   Account:

| Date | Service Charge (-) | Waives and | Discounts (+) | Description |
|------|--------------------|-----------|---------------|-------------|
| 02/15 | 20.00 | | | FRAUD PROTECTION SRVICE FEES |
| 02/15 | 30.00 | | | WIRE TRANSFER FEES (INCOMING/OUTGOING) |
| 02/15 | 20.00 | | | MONTHLY SERVICE FEE |
| 02/15 | | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |



## Service Charge Summary

*Account:*

| | |
|---|---|
| Previous Month Service Charges (-) | $70.00 |
| Other Credits (+) | 20.00 |
| Total Service Charges (-) | $50.00 |

## Balance Activity

*Account:*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 38,385.35 | 02/09 | 34,519.78 | 02/21 | 23,480.99 |
| 02/01 | 21,742.03 | 02/12 | 43,090.61 | 02/22 | 26,511.71 |
| 02/02 | 28,563.03 | 02/13 | 26,565.42 | 02/23 | 23,171.91 |
| 02/05 | 39,591.45 | 02/14 | 30,851.38 | 02/26 | 15,233.11 |
| 02/06 | 22,178.27 | 02/15 | 38,666.10 | 02/27 | 19,285.89 |
| 02/07 | 29,076.19 | 02/16 | 23,687.89 | 02/28 | 25,565.42 |
| 02/08 | 34,574.72 | 02/20 | 38,242.76 | | |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MARKS INC  DIP
MAIN COUNTRY TOWN ACCOUNT
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking            Account:

| Statement Activity From:<br>02/01/18 to 02/28/18 | | Beginning Balance | $910.91 |
|---|---|---|---|
| | | Credits (+) | 39,672.14 |
| | | Electronic Deposits | 39,672.14 |
| Days in Statement Period | 28 | Debits (-) | 38,711.78 |
| | | Regular Checks Paid | 1,016.66 |
| Average Ledger Balance* | 1,030.40 | Electronic Withdrawals | 36,914.16 |
| Average Collected Balance* | 1,030.40 | Other Debits | 780.96 |
| * The above balances correspond to the | | Total Service Charges (-) | 100.00 |
| service charge cycle for this account. | | Ending Balance | $1,771.27 |

## Other Credits (+)                                              Account:

| Date | Amount | Description |
|---|---|---|
| 02/01 | 383.50 | ITG BRANDS, LLC VENDOR PAY |
| 02/01 | 127.50 | ITG BRANDS, LLC VENDOR PAY |
| 02/02 | 67.95 | GRUBHUB INC Jan Actvty |
| 02/05 | 10,000.00 | BUS ONL TFR FRM CHECKING |
| 02/12 | 9,000.00 | BUS ONL TFR FRM CHECKING |
| 02/15 | 16.80 | ALTADIS USA VENDOR PAY |
| 02/16 | 25.28 | GRUBHUB INC Feb Actvty |
| 02/20 | 11,000.00 | BUS ONL TFR FRM CHECKING |
| 02/23 | 51.11 | GRUBHUB INC Feb Actvty |
| 02/28 | 9,000.00 | BUS ONL TFR FRM CHECKING |

## Checks (-)                                                      Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 02/08 | 431.39 | 1266 | 02/22 | 70.00 | 1271 |
| 02/14 | 178.91 | 1267 | 02/27 | 107.02 | 1272 |
| 02/21 | 169.34 | 1270* | 02/26 | 70.00 | 1273 |

(*) indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous
statement or 4) been included in a list of checks.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⌂ ● and Huntington ® are federally registered service marks of Huntington Bancshares
Incorporated.  ®2018 Huntington Bancshares Incorporated.



## Other Debits (-)

Account:

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 02/05 | 10,612.54 | CORE-MARK PAYMENTS |
| 02/08 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 02/12 | 8,370.07 | CORE-MARK PAYMENTS |
| 02/15 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 02/16 | 780.96 | INSTALLMENT LOAN PAYMENT |
| 02/20 | 9,254.76 | CORE-MARK PAYMENTS |
| 02/22 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 02/26 | 8,668.79 | CORE-MARK PAYMENTS |

## Service Charge Detail

Account:

| Date | Service Charge (-) | Waives and | Discounts (+) | Description |
|------|--------------------|------------|---------------|-------------|
| 02/15 | 30.00 | | | REMOTE DEPOSIT CAPTURE FEES |
| 02/15 | 30.00 | | | ONLINE PAYMENT CENTER FEES |
| 02/15 | 20.00 | | | FRAUD PROTECTION SRVICE FEES |
| 02/15 | 20.00 | | | MONTHLY SERVICE FEE |

## Service Charge Summary

Account:

| | |
|---|---|
| Previous Month Service Charges (-) | $100.00 |
| Total Service Charges (-) | $100.00 |

## Balance Activity

Account:

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 910.91 | 02/12 | 1,070.88 | 02/22 | 1,563.97 |
| 02/01 | 1,419.41 | 02/14 | 891.95 | 02/23 | 1,615.08 |
| 02/02 | 1,467.36 | 02/15 | 806.25 | 02/26 | 1,948.29 |
| 02/05 | 874.82 | 02/16 | 60.57 | 02/27 | 1,841.27 |
| 02/06 | 443.43 | 02/20 | 1,795.81 | 02/28 | 1,771.27 |
| 02/08 | 440.93 | 02/21 | 1,636.47 | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                  Bankruptcy No. 17-23657-GLT

        Debtor.                        Chapter 11

                              Document No.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 22nd day of May, 2018, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222


Date: May 22, 2018                              */s/ Robert O Lampl*
                                         ROBERT O LAMPL
                                         PA I.D. #19809
                                         JOHN P. LACHER
                                         PA I.D. #62297
                                         DAVID L. FUCHS
                                         PA I.D. #205694
                                         RYAN J. COONEY
                                         PA I.D. #319213
                                       SY O. LAMPL
                                         PA I.D. # 324741
                                         Counsel for the Debtor
                                         223 Fourth Avenue, 4th Floor
                                         Pittsburgh, PA  15222
                                         (412) 392-0330 (phone)
                                         (412) 392-0335 (facsimile)
                                         Email:  rlampl@lampllaw.com