IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                              Bankruptcy No. 17-23657-GLT

      Debtor.                             Chapter 11

                                             Document No.

MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD MARCH 1, 2018 – MARCH 31, 2018

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

# SMALL BUSINESS MONTHLY OPERATING REPORT

Month: MARCH, 2018

Line of Business: CONVENIENCE STORE

Date filed: 5/11/17

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Thomas J. Khouri CPA_ / _[signature]_ Frank J SanLuca, Pres

Original Signature of Responsible Party

Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No
---|---|---
1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐
2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐
3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐
4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐
5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐
6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐
7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐
8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐
9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐
10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒
11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒
12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒
13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*(Exhibit B)*

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** $221,712

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $1,000
Cash on Hand at End of Month   $1,000

**TOTAL INCOME** $221,712

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

COST OF GOODS SOLD $180,271
OH EXP. $45,307

**TOTAL EXPENSES** $225,578

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $221,712
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $225,578

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $(3,866)

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ -0-

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  11

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  7

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ -0-

**NON-BANKRUPTCY RELATED:**

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ -0-

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ -0-

TOTAL PAYABLES  $ -0-

3:26 PM  
05/02/18  
Accrual Basis

# Marks Inc
## Recap Sales
### March 2018

| Type | Date | N | Name | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **50000 · Sales** | | | | | | |
| **50002 · Gasoline Sales** | | | | | | |
| Deposit | 03/01/2018 | | Taste Buds | TB Bus 3/01/2... | 5,972.37 | 5,972.37 |
| Deposit | 03/02/2018 | | Taste Buds | TB Bus 3/02/2... | 5,978.27 | 11,950.64 |
| Deposit | 03/03/2018 | | Taste Buds | TB Bus 3/03/2... | 4,801.48 | 16,752.12 |
| Deposit | 03/04/2018 | | Taste Buds | TB Bus 3/04/2... | 5,253.90 | 22,006.02 |
| Deposit | 03/05/2018 | | Taste Buds | TB Bus 3/05/2... | 4,989.14 | 26,995.16 |
| Deposit | 03/06/2018 | | Taste Buds | TB Bus 3/06/2... | 5,243.28 | 32,238.44 |
| Deposit | 03/07/2018 | | Taste Buds | TB Bus 3/07/2... | 5,136.12 | 37,374.56 |
| Deposit | 03/08/2018 | | Taste Buds | TB Bus 3/08/2... | 5,563.64 | 42,938.20 |
| Deposit | 03/09/2018 | | Taste Buds | TB Bus 3/09/18 | 7,333.29 | 50,271.49 |
| Deposit | 03/10/2018 | | Taste Buds | TB Bus 3/10/2... | 5,356.07 | 55,627.56 |
| Deposit | 03/11/2018 | | Taste Buds | TB Bus 3/11/2... | 3,938.97 | 59,566.53 |
| Deposit | 03/13/2018 | | Taste Buds | TB Bus 3/13/2... | 5,042.88 | 64,609.41 |
| Deposit | 03/14/2018 | | Taste Buds | TB Bus 3/14/2... | 5,482.51 | 70,091.92 |
| Deposit | 03/15/2018 | | Taste Buds | TB Bus 3/15/2... | 5,320.30 | 75,412.22 |
| Deposit | 03/16/2018 | | Taste Buds | TB Bus 3/16/2... | 6,635.16 | 82,047.38 |
| Deposit | 03/17/2018 | | Taste Buds | TB Bus 3/17/2... | 5,003.98 | 87,051.36 |
| Deposit | 03/18/2018 | | Taste Buds | TB Bus 3/18/2... | 4,610.29 | 91,661.65 |
| Deposit | 03/19/2018 | | Taste Buds | TB Bus 3/19/2... | 5,057.61 | 96,719.26 |
| Deposit | 03/20/2018 | | Taste Buds | TB Bus 3/20/2... | 5,298.79 | 102,018.05 |
| Deposit | 03/21/2018 | | Taste Buds | TB Bus 3/21/2... | 4,061.30 | 106,079.35 |
| Deposit | 03/22/2018 | | Taste Buds | TB Bus 3/22/2... | 6,099.45 | 112,178.80 |
| Deposit | 03/24/2018 | | Taste Buds | TB Bus 3/24/2... | 5,600.17 | 117,778.97 |
| Deposit | 03/25/2018 | | Taste Buds | TB Bus 3/25/2... | 4,018.69 | 121,797.66 |
| Deposit | 03/26/2018 | | Taste Buds | TB Bus 3/26/2... | 5,247.97 | 127,045.63 |
| Deposit | 03/27/2018 | | Taste Buds | TB Bus 3/27/2... | 5,069.58 | 132,115.21 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/2... | 6,758.29 | 138,873.50 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/2... | 5,220.34 | 144,093.84 |
| Deposit | 03/29/2018 | | Taste Buds | TB Bus 3/29/2... | 5,373.10 | 149,466.94 |
| Deposit | 03/30/2018 | | Taste Buds | TB Bus 3/30/2... | 5,743.33 | 155,210.27 |
| Deposit | 03/31/2018 | | Taste Buds | TB Bus 3/31/2... | 5,171.65 | 160,381.92 |
| **Total 50002 · Gasoline Sales** | | | | | 160,381.92 | 160,381.92 |
| **50003 · Store Sales** | | | | | | |
| Deposit | 03/01/2018 | | Taste Buds | TB Bus 3/01/2... | 2,004.37 | 2,004.37 |
| Deposit | 03/02/2018 | | Taste Buds | TB Bus 3/02/2... | 2,711.52 | 4,715.89 |
| Deposit | 03/03/2018 | | Taste Buds | TB Bus 3/03/2... | 1,841.89 | 6,557.78 |
| Deposit | 03/04/2018 | | Taste Buds | TB Bus 3/04/2... | 1,577.61 | 8,135.39 |
| Deposit | 03/05/2018 | | Taste Buds | TB Bus 3/05/2... | 2,071.43 | 10,206.82 |
| Deposit | 03/06/2018 | | Taste Buds | TB Bus 3/06/2... | 1,916.06 | 12,122.88 |
| Deposit | 03/07/2018 | | Taste Buds | TB Bus 3/07/2... | 1,865.44 | 13,988.32 |
| Deposit | 03/08/2018 | | Taste Buds | TB Bus 3/08/2... | 2,086.33 | 16,074.65 |
| Deposit | 03/09/2018 | | Taste Buds | TB Bus 3/09/18 | 2,442.87 | 18,517.52 |
| Deposit | 03/10/2018 | | Taste Buds | TB Bus 3/10/2... | 2,115.89 | 20,633.41 |
| Deposit | 03/11/2018 | | Taste Buds | TB Bus 3/11/2... | 1,587.85 | 22,221.26 |
| Deposit | 03/13/2018 | | Taste Buds | TB Bus 3/13/2... | 1,846.68 | 24,067.94 |
| Deposit | 03/14/2018 | | Taste Buds | TB Bus 3/14/2... | 1,977.70 | 26,045.64 |
| Deposit | 03/15/2018 | | Taste Buds | TB Bus 3/15/2... | 2,113.45 | 28,159.09 |
| Deposit | 03/16/2018 | | Taste Buds | TB Bus 3/16/2... | 2,193.89 | 30,352.98 |
| Deposit | 03/17/2018 | | Taste Buds | TB Bus 3/17/2... | 2,512.08 | 32,865.06 |
| Deposit | 03/18/2018 | | Taste Buds | TB Bus 3/18/2... | 1,779.72 | 34,644.78 |
| Deposit | 03/19/2018 | | Taste Buds | TB Bus 3/19/2... | 1,990.88 | 36,635.66 |
| Deposit | 03/20/2018 | | Taste Buds | TB Bus 3/20/2... | 1,808.76 | 38,444.42 |
| Deposit | 03/21/2018 | | Taste Buds | TB Bus 3/21/2... | 1,902.84 | 40,347.26 |
| Deposit | 03/22/2018 | | Taste Buds | TB Bus 3/22/2... | 2,223.28 | 42,570.54 |
| Deposit | 03/24/2018 | | Taste Buds | TB Bus 3/24/2... | 1,869.45 | 44,439.99 |
| Deposit | 03/25/2018 | | Taste Buds | TB Bus 3/25/2... | 1,899.75 | 46,339.74 |
| Deposit | 03/26/2018 | | Taste Buds | TB Bus 3/26/2... | 1,978.39 | 48,318.13 |
| Deposit | 03/27/2018 | | Taste Buds | TB Bus 3/27/2... | 1,768.04 | 50,086.17 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/2... | 2,474.25 | 52,560.42 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/2... | 1,949.13 | 54,509.55 |
| Deposit | 03/29/2018 | | Taste Buds | TB Bus 3/29/2... | 2,267.36 | 56,776.91 |



EXHIBIT B1

3:26 PM
05/02/18
Accrual Basis

# Marks Inc
## Recap Sales
### March 2018

| Type | Date | N | Name | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Deposit | 03/30/2018 | | Taste Buds | TB Bus 3/30/2... | 2,617.05 | 59,393.96 |
| Deposit | 03/31/2018 | | Taste Buds | TB Bus 3/31/2... | 1,935.62 | 61,329.58 |
| Total 50003 · Store Sales | | | | | 61,329.58 | 61,329.58 |
| Total 50000 · Sales | | | | | 221,711.50 | 221,711.50 |
| TOTAL | | | | | 221,711.50 | 221,711.50 |

EXHIBIT B, Page 2

3:27 PM  
05/02/18  
Accrual Basis

# Marks Inc
## Recap Cost Of Sales
### March 2018

| Type | Date | N | Name | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **60000 · Cost Of Goods Sold** | | | | | | |
| **60110 · Gasoline Purchases** | | | | | | |
| Bill | 03/09/2018 | 2 | Taste Buds | | 21,183.74 | 21,183.74 |
| Bill | 03/14/2018 | 2 | Taste Buds | | 21,906.41 | 43,090.15 |
| Bill | 03/18/2018 | 2 | Taste Buds | | 21,665.93 | 64,756.08 |
| Bill | 03/22/2018 |   | Taste Buds | | 21,555.42 | 86,311.50 |
| Bill | 03/27/2018 | 2 | Taste Buds | | 21,579.43 | 107,890.93 |
| Bill | 03/31/2018 | 2 | Taste Buds | | 22,781.42 | 130,672.35 |
| Total 60110 · Gasoline Purchases | | | | | 130,672.35 | 130,672.35 |
| **60210 · Store Purchases(Vendor Paypot)** | | | | | | |
| Bill | 03/01/2018 | 0 | Taste Buds | | 9,386.50 | 9,386.50 |
| Deposit | 03/01/2018 |   | Taste Buds | TB Bus 3/01/2... | 141.05 | 9,527.55 |
| Check | 03/01/2018 | A | Ambess Prepaid | | 2.50 | 9,530.05 |
| Deposit | 03/02/2018 |   | Taste Buds | TB Bus 3/02/2... | 601.22 | 10,131.27 |
| Bill | 03/02/2018 | 6 | Taste Buds | | 477.10 | 10,608.37 |
| Deposit | 03/03/2018 |   | Taste Buds | TB Bus 3/03/2... | 6.29 | 10,614.66 |
| Deposit | 03/04/2018 |   | Taste Buds | TB Bus 3/04/2... | 6.99 | 10,621.65 |
| Deposit | 03/05/2018 |   | Taste Buds | TB Bus 3/05/2... | 690.50 | 11,312.15 |
| Check | 03/06/2018 | 1 | Taste Buds | Cashed check... | 70.00 | 11,382.15 |
| Deposit | 03/06/2018 |   | Taste Buds | TB Bus 3/06/2... | 127.63 | 11,509.78 |
| Bill | 03/07/2018 | 0 | Taste Buds | | 2,233.99 | 13,743.77 |
| Bill | 03/07/2018 | 0 | Taste Buds | | 10,972.80 | 24,716.57 |
| Deposit | 03/07/2018 |   | Taste Buds | TB Bus 3/07/2... | 0.00 | 24,716.57 |
| Credit | 03/08/2018 |   | Taste Buds | | -1,350.00 | 23,366.57 |
| Deposit | 03/08/2018 |   | Taste Buds | TB Bus 3/08/2... | 293.28 | 23,659.85 |
| Check | 03/08/2018 | 1 | Taste Buds | Buy Cod from... | 70.00 | 23,729.85 |
| Check | 03/08/2018 | 1 | Taste Buds | Taste Buds | 187.93 | 23,917.78 |
| Check | 03/08/2018 | A | Ambess Prepaid | | 2.50 | 23,920.28 |
| Deposit | 03/09/2018 |   | Taste Buds | TB Bus 3/09/18 | 103.97 | 24,024.25 |
| Bill | 03/09/2018 | 6 | Taste Buds | | 278.70 | 24,302.95 |
| Check | 03/09/2018 | 1 | Taste Buds | Reimburseme... | 18.62 | 24,321.57 |
| Deposit | 03/10/2018 |   | Taste Buds | TB Bus 3/10/2... | 0.00 | 24,321.57 |
| Deposit | 03/11/2018 |   | Taste Buds | TB Bus 3/11/2... | 0.00 | 24,321.57 |
| Check | 03/12/2018 | a | Sams Club | | 115.00 | 24,436.57 |
| Deposit | 03/13/2018 |   | Taste Buds | TB Bus 3/13/2... | 969.09 | 25,405.66 |
| Check | 03/13/2018 | 1 | Taste Buds | Taste Buds | 106.43 | 25,512.09 |
| Bill | 03/14/2018 | 0 | Taste Buds | | 28.26 | 25,540.35 |
| Bill | 03/14/2018 | 0 | Taste Buds | | 7,351.52 | 32,891.87 |
| Deposit | 03/14/2018 |   | Taste Buds | TB Bus 3/14/2... | 0.00 | 32,891.87 |
| Credit | 03/14/2018 |   | Ccre-Mark Mid... | | -79.86 | 32,812.01 |
| Check | 03/14/2018 | 1 | Taste Buds | taste Buds | 186.81 | 32,998.82 |
| Deposit | 03/15/2018 |   | Taste Buds | TB Bus 3/15/2... | 43.26 | 33,042.08 |
| Credit | 03/15/2018 |   | Ccre-Mark Mid... | | -90.01 | 32,952.07 |
| Check | 03/15/2018 | A | Ambess Prepaid | | 2.50 | 32,954.57 |
| Bill | 03/16/2018 | 0 | Taste Buds | | 70.82 | 33,025.39 |
| Bill | 03/16/2018 | 0 | Taste Buds | | 1,235.50 | 34,260.89 |
| Deposit | 03/16/2018 |   | Taste Buds | TB Bus 3/16/2... | 90.35 | 34,351.24 |
| Bill | 03/16/2018 |   | Core-Mark Mid... | | 70.82 | 34,422.06 |
| Deposit | 03/17/2018 |   | Taste Buds | TB Bus 3/17/2... | 0.00 | 34,422.06 |
| Deposit | 03/18/2018 |   | Taste Buds | TB Bus 3/18/2... | 0.00 | 34,422.06 |
| Deposit | 03/19/2018 |   | Taste Buds | Pepsi & Gaze... | 731.63 | 35,153.69 |
| Bill | 03/20/2018 | 0 | Taste Buds | | 171.24 | 35,324.93 |
| Deposit | 03/20/2018 |   | Taste Buds | TB Bus 3/20/2... | 121.10 | 35,446.03 |
| Bill | 03/21/2018 | 0 | Taste Buds | | 8,862.54 | 44,308.57 |
| Bill | 03/21/2018 | 0 | Taste Buds | | 2,375.05 | 46,683.62 |
| Deposit | 03/21/2018 |   | Taste Buds | TB Bus 3/21/2... | 62.00 | 46,745.62 |
| Check | 03/21/2018 | 1 | Taste Buds | Taste Buds | 143.52 | 46,889.14 |
| Deposit | 03/22/2018 |   | Taste Buds | TB Bus 3/22/2... | 28.02 | 46,917.16 |
| Check | 03/22/2018 | 1 | Taste Buds | Taste Buds | 30.83 | 46,947.99 |
| Check | 03/22/2018 | 1 | Taste Buds | Taste Buds | 142.96 | 47,090.95 |
| Check | 03/22/2018 | A | Ambess Prepaid | | 2.50 | 47,093.45 |
| Deposit | 03/24/2018 |   | Taste Buds | TB Bus 3/24/2... | 337.50 | 47,430.95 |
| Deposit | 03/25/2018 |   | Taste Buds | TB Bus 3/25/2... | 0.00 | 47,430.95 |
| Deposit | 03/26/2018 |   | Taste Buds | TB Bus 3/26/2... | 1,063.81 | 48,494.76 |
| Deposit | 03/27/2018 |   | Taste Buds | TB Bus 3/27/2... | 133.18 | 48,627.94 |
| Credit | 03/28/2018 | 0 | Taste Buds | | -169.33 | 48,458.61 |
| Deposit | 03/28/2018 |   | Taste Buds | TB Bus 3/28/2... | 97.64 | 48,556.25 |

Page 1

EXHIBIT C

3:27 PM
05/02/18
Accrual Basis

# Marks Inc
## Recap Cost Of Sales
### March 2018

| Type | Date | N | Name | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Deposit | 03/28/2018 |   | Taste Buds | TB Bus 3/28/2... | 232.50 | 48,788.75 |
| Check | 03/29/2018 | 1 | Taste Buds | Taste Buds | 95.17 | 48,883.92 |
| Deposit | 03/29/2018 |   | Taste Buds | TB Bus 3/29/2... | 70.84 | 48,954.76 |
| Check | 03/29/2018 | A | Ambess Prepaid |   | 2.50 | 48,957.26 |
| Deposit | 03/30/2018 |   | Taste Buds | TB Bus 3/30/2... | 127.97 | 49,085.23 |
| Deposit | 03/31/2018 |   | Taste Buds | TB Bus 3/31/2... | 0.00 | 49,085.23 |
| Total 60210   Store Purchases(Vendor Paypot) | | | | | 49,085.23 | 49,085.23 |
| **60000 · Cost Of Goods Sold - Other** | | | | | | |
| Bill | 03/10/2018 | 6 | Taste Buds |   | 136.69 | 136.69 |
| Bill | 03/12/2018 | 6 | Taste Buds |   | 110.71 | 247.40 |
| Bill | 03/19/2018 | 6 | Taste Buds |   | 97.97 | 345.37 |
| Bill | 03/26/2018 | 6 | Taste Buds |   | 168.32 | 513.69 |
| Total 60000   Cost Of Goods Sold - Other | | | | | 513.69 | 513.69 |
| Total 60000 · Cost Of Goods Sold | | | | | 180,271.27 | 180,271.27 |
| **TOTAL** | | | | | 180,271.27 | 180,271.27 |

EXHIBIT - C Page 2

3:29 PM  
05/02/18  
Accrual Basis  

# Marks Inc
## Recap - Overhead
### March 2018

| Type | Date | N... | Name | Memo | Class | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **Reconciliation Discrepancies** | | | | | | | |
| General Journal | 03/31/2018 | C... | | Balance Adju... | | 11.58 | 11.58 |
| **Total Reconciliation Discrepancies** | | | | | | 11.58 | 11.58 |
| **70015 · Automobile Expense (MARKS)** | | | | | | | |
| Deposit | 03/01/2018 | | Taste Buds | TB Bus 3/01/... | Taste Bu... | 0.00 | 0.00 |
| Deposit | 03/02/2018 | | Taste Buds | TB Bus 3/02/... | Taste Bu... | 17.88 | 17.88 |
| Deposit | 03/03/2018 | | Taste Buds | TB Bus 3/03/... | Taste Bu... | 50.04 | 67.92 |
| Deposit | 03/04/2018 | | Taste Buds | TB Bus 3/04/... | Taste Bu... | 0.00 | 67.92 |
| Deposit | 03/05/2018 | | Taste Buds | TB Bus 3/05/... | Taste Bu... | 58.34 | 126.26 |
| Deposit | 03/06/2018 | | Taste Buds | TB Bus 3/06/... | Taste Bu... | 0.00 | 126.26 |
| Deposit | 03/07/2018 | | Taste Buds | TB Bus 3/07/... | Taste Bu... | 0.00 | 126.26 |
| Deposit | 03/08/2018 | | Taste Buds | TB Bus 3/08/... | Taste Bu... | 0.00 | 126.26 |
| Deposit | 03/09/2018 | | Taste Buds | TB Bus 3/09/... | Taste Bu... | 96.64 | 222.90 |
| Deposit | 03/10/2018 | | Taste Buds | TB Bus 3/10/... | Taste Bu... | 0.00 | 222.90 |
| Deposit | 03/11/2018 | | Taste Buds | TB Bus 3/11/... | Taste Bu... | 0.00 | 222.90 |
| Deposit | 03/13/2018 | | Taste Buds | TB Bus 3/13/... | Taste Bu... | 0.00 | 222.90 |
| Deposit | 03/14/2018 | | Taste Buds | TB Bus 3/14/... | Taste Bu... | 67.65 | 290.55 |
| Deposit | 03/15/2018 | | Taste Buds | TB Bus 3/15/... | Taste Bu... | 0.00 | 290.55 |
| Deposit | 03/16/2018 | | Taste Buds | TB Bus 3/16/... | Taste Bu... | 56.80 | 347.35 |
| Deposit | 03/17/2018 | | Taste Buds | TB Bus 3/17/... | Taste Bu... | 61.77 | 409.12 |
| Deposit | 03/18/2018 | | Taste Buds | TB Bus 3/18/... | Taste Bu... | 0.00 | 409.12 |
| Deposit | 03/19/2018 | | Taste Buds | TB Bus 3/19/... | Taste Bu... | 0.00 | 409.12 |
| Deposit | 03/20/2018 | | Taste Buds | TB Bus 3/20/... | Taste Bu... | 0.00 | 409.12 |
| Deposit | 03/21/2018 | | Taste Buds | TB Bus 3/21/... | Taste Bu... | 0.00 | 409.12 |
| Deposit | 03/22/2018 | | Taste Buds | TB Bus 3/22/... | Taste Bu... | 61.02 | 470.14 |
| Deposit | 03/24/2018 | | Taste Buds | TB Bus 3/24/... | Taste Bu... | 31.46 | 501.60 |
| Deposit | 03/25/2018 | | Taste Buds | TB Bus 3/25/... | Taste Bu... | 0.00 | 501.60 |
| Deposit | 03/26/2018 | | Taste Buds | TB Bus 3/26/... | Taste Bu... | 0.00 | 501.60 |
| Deposit | 03/27/2018 | | Taste Buds | TB Bus 3/27/... | Taste Bu... | 0.00 | 501.60 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/... | Taste Bu... | 53.74 | 555.34 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/... | Taste Bu... | 32.49 | 587.83 |
| Deposit | 03/29/2018 | | Taste Buds | TB Bus 3/29/... | Taste Bu... | 58.23 | 646.06 |
| Deposit | 03/30/2018 | | Taste Buds | TB Bus 3/30/... | Taste Bu... | 0.00 | 646.06 |
| Deposit | 03/31/2018 | | Taste Buds | TB Bus 3/31/... | Taste Bu... | 59.05 | 705.11 |
| **Total 70015 · Automobile Expense (MARKS)** | | | | | | 705.11 | 705.11 |
| **70025 · Bank Service Charges** | | | | | | | |
| Check | 03/02/2018 | A... | Huntington Bank | | | 51.15 | 51.15 |
| Bill | 03/20/2018 | 1... | Corporate | | | 53.25 | 104.40 |
| Check | 03/29/2018 | A... | Huntington Bank | | | 100.00 | 204.40 |
| Check | 03/30/2018 | A... | Huntington Bank | | | 50.00 | 254.40 |
| **Total 70025 · Bank Service Charges** | | | | | | 254.40 | 254.40 |
| **70060 · Insurance Expense** | | | | | | | |
| *70061 · Auto* | | | | | | | |
| Bill | 03/13/2018 | | Corporate | | | 139.33 | 139.33 |
| **Total 70061 · Auto** | | | | | | 139.33 | 139.33 |
| *70062 · General Business* | | | | | | | |
| Bill | 03/13/2018 | | Corporate | | | 218.80 | 218.80 |
| **Total 70062 · General Business** | | | | | | 218.80 | 218.80 |
| *70063 · Workmens Comp* | | | | | | | |
| Bill | 03/09/2018 | 0... | Corporate | | | 120.18 | 120.18 |
| Bill | 03/09/2018 | | ADP | | | 120.18 | 240.36 |
| Bill | 03/23/2018 | P... | Taste Buds | | | 115.44 | 355.80 |
| Bill | 03/23/2018 | P... | Corporate | | | 115.44 | 471.24 |
| **Total 70063  Workmens Comp** | | | | | | 471.24 | 471.24 |
| **Total 70060  Insurance Expense** | | | | | | 829.37 | 829.37 |



EXHIBIT C3 Page 1

3:29 PM  
05/02/18  
Accrual Basis  

# Marks Inc
## Recap - Overhead
### March 2018

| Type | Date | N... | Name | Memo | Class | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70070 · Interest Expense** | | | | | | | |
| Bill | 03/16/2018 | | Corporate | | | 750.13 | 750.13 |
| Bill | 03/16/2018 | | Huntington Bank. | | | 70.88 | 821.01 |
| Bill | 03/20/2018 | 1... | Corporate | | | 167.15 | 988.16 |
| Check | 03/20/2018 | A... | S & T Bank | | | | 988.16 |
| Check | 03/30/2018 | A... | S & T Bank | | | | 988.16 |
| **Total 70070 · Interest Expense** | | | | | | 988.16 | 988.16 |
| **70076 · Lease Expense** | | | | | | | |
| Bill | 03/09/2018 | | Corporate | | | 2,615.11 | 2,615.11 |
| **Total 70076 · Lease Expense** | | | | | | 2,615.11 | 2,615.11 |
| **70095 · Office Expenses** | | | | | | | |
| Bill | 03/02/2018 | A... | Corporate | A Telech (W... | | 210.00 | 210.00 |
| Bill | 03/09/2018 | | ATA Associates | A. Telech (... | | 175.00 | 385.00 |
| Check | 03/09/2018 | 1... | Corporate | Reimbursem... | Corporate | 45.98 | 430.98 |
| Bill | 03/16/2018 | | Corporate | A. Telech (... | | 175.00 | 605.98 |
| Bill | 03/23/2018 | | ATA Associates | A. Telech (W... | | 175.00 | 780.98 |
| Bill | 03/30/2018 | | ATA Associates | A. Telech (W... | | 175.00 | 955.98 |
| Bill | 03/31/2018 | 0... | Aqua Filter Fresh I... | | | 9.63 | 965.61 |
| **Total 70095 · Office Expenses** | | | | | | 965.61 | 965.61 |
| **70110 · Over/Short** | | | | | | | |
| Deposit | 03/01/2018 | | Taste Buds | TB Bus 3/01/... | Taste Bu... | 10.30 | 10.30 |
| Deposit | 03/02/2018 | | Taste Buds | TB Bus 3/02/... | Taste Bu... | -14.71 | -4.41 |
| Deposit | 03/03/2018 | | Taste Buds | TB Bus 3/03/... | Taste Bu... | 0.81 | -3.60 |
| Deposit | 03/04/2018 | | Taste Buds | TB Bus 3/04/... | Taste Bu... | 0.00 | -3.60 |
| Deposit | 03/05/2018 | | Taste Buds | TB Bus 3/05/... | Taste Bu... | -12.41 | -16.01 |
| Deposit | 03/06/2018 | | Taste Buds | TB Bus 3/06/... | Taste Bu... | 6.18 | -9.83 |
| Deposit | 03/07/2018 | | Taste Buds | TB Bus 3/07/... | Taste Bu... | -1.45 | -11.28 |
| Deposit | 03/08/2018 | | Taste Buds | TB Bus 3/08/... | Taste Bu... | -5.22 | -16.50 |
| Deposit | 03/09/2018 | | Taste Buds | TB Bus 3/09/... | Taste Bu... | -11.51 | -28.01 |
| Deposit | 03/10/2018 | | Taste Buds | TB Bus 3/10/... | Taste Bu... | 2.62 | -25.39 |
| Deposit | 03/11/2018 | | Taste Buds | TB Bus 3/11/... | Taste Bu... | 1.42 | -23.97 |
| Deposit | 03/13/2018 | | Taste Buds | TB Bus 3/13/... | Taste Bu... | 5.54 | -18.43 |
| Deposit | 03/14/2018 | | Taste Buds | TB Bus 3/14/... | Taste Bu... | 2.22 | -16.21 |
| Deposit | 03/15/2018 | | Taste Buds | TB Bus 3/15/... | Taste Bu... | 3.84 | -12.37 |
| Deposit | 03/16/2018 | | Taste Buds | TB Bus 3/16/... | Taste Bu... | 4.02 | -8.35 |
| Deposit | 03/17/2018 | | Taste Buds | TB Bus 3/17/... | Taste Bu... | 14.28 | 5.93 |
| Deposit | 03/18/2018 | | Taste Buds | TB Bus 3/18/... | Taste Bu... | 2.30 | 8.23 |
| Deposit | 03/19/2018 | | Taste Buds | TB Bus 3/19/... | Taste Bu... | 0.24 | 8.47 |
| Deposit | 03/20/2018 | | Taste Buds | TB Bus 3/20/... | Taste Bu... | 2.58 | 11.05 |
| Deposit | 03/21/2018 | | Taste Buds | TB Bus 3/21/... | Taste Bu... | 8.14 | 19.19 |
| Deposit | 03/22/2018 | | Taste Buds | TB Bus 3/22/... | Taste Bu... | -1.40 | 17.79 |
| Deposit | 03/24/2018 | | Taste Buds | TB Bus 3/24/... | Taste Bu... | 1.33 | 19.12 |
| Deposit | 03/25/2018 | | Taste Buds | TB Bus 3/25/... | Taste Bu... | -2.60 | 16.52 |
| Deposit | 03/26/2018 | | Taste Buds | TB Bus 3/26/... | Taste Bu... | 3.23 | 19.75 |
| Deposit | 03/27/2018 | | Taste Buds | TB Bus 3/27/... | Taste Bu... | -1.56 | 18.19 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/... | Taste Bu... | -0.47 | 17.72 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/... | Taste Bu... | 10.03 | 27.75 |
| Deposit | 03/29/2018 | | Taste Buds | TB Bus 3/29/... | Taste Bu... | 4.30 | 32.05 |
| Deposit | 03/30/2018 | | Taste Buds | TB Bus 3/30/... | Taste Bu... | -13.00 | 19.05 |
| Deposit | 03/31/2018 | | Taste Buds | TB Bus 3/31/... | Taste Bu... | -8.23 | 10.82 |
| **Total 70110 · Over/Short** | | | | | | 10.82 | 10.82 |
| **70120 · Payroll Expenses** | | | | | | | |
| **70121 · Wages Expense** | | | | | | | |
| Bill | 03/09/2018 | 0... | Corporate | | | 1,555.78 | 1,555.78 |
| Bill | 03/09/2018 | 0... | Taste Buds | | | 2,676.42 | 4,232.20 |
| Bill | 03/09/2018 | P... | Corporate | | | 1,555.78 | 5,787.98 |
| Bill | 03/09/2018 | P... | Taste Buds | | | 2,676.42 | 8,464.40 |
| Bill | 03/23/2018 | P... | Corporate | | | 1,555.76 | 10,020.16 |
| Bill | 03/23/2018 | P... | Taste Buds | | | 2,572.55 | 12,592.71 |
| **Total 70121 · Wages Expense** | | | | | | 12,592.71 | 12,592.71 |



EXHIBIT (C4)

Page 2

3:29 PM  
05/02/18  
Accrual Basis

# Marks Inc
## Recap - Overhead
### March 2018

| Type | Date | N... | Name | Memo | Class | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70122 · Payroll Taxes** | | | | | | | |
| Bill | 03/09/2018 | 0... | Corporate | | | 427.30 | 427.30 |
| Bill | 03/09/2018 | 0... | Taste Buds | | | 682.48 | 1,109.78 |
| Bill | 03/09/2018 | 0... | Corporate | | | 288.98 | 1,398.76 |
| Bill | 03/09/2018 | 0... | Taste Buds | | | 523.27 | 1,922.03 |
| Bill | 03/09/2018 | P... | Corporate | | | 427.30 | 2,349.33 |
| Bill | 03/09/2018 | P... | Taste Buds | | | 682.48 | 3,031.81 |
| Bill | 03/09/2018 | P... | Corporate | | | 288.98 | 3,320.79 |
| Bill | 03/09/2018 | P... | Taste Buds | | | 523.27 | 3,844.06 |
| Bill | 03/23/2018 | P... | ADP | | | 427.32 | 4,271.38 |
| Bill | 03/23/2018 | P... | ADP | | | 649.17 | 4,920.55 |
| Bill | 03/23/2018 | P... | ADP | | | 157.56 | 5,078.11 |
| Bill | 03/23/2018 | P... | ADP | | | 501.48 | 5,579.59 |
| Bill | 03/23/2018 | P... | Corporate | | | 427.32 | 6,006.91 |
| Bill | 03/23/2018 | P... | Taste Buds | | | 649.17 | 6,656.08 |
| Bill | 03/23/2018 | P... | Corporate | | | 157.58 | 6,813.66 |
| Bill | 03/23/2018 | P... | Taste Buds | | | 501.46 | 7,315.12 |
| **Total 70122 · Payroll Taxes** | | | | | | **7,315.12** | **7,315.12** |
| **70123 · Payroll Processing Fees** | | | | | | | |
| Check | 03/02/2018 | A... | ADP | | | 85.90 | 85.90 |
| Check | 03/16/2018 | A... | ADP | | | 85.90 | 171.80 |
| Check | 03/23/2018 | A... | ADP | | | 25.00 | 196.80 |
| Check | 03/23/2018 | A... | ADP | | | 115.44 | 312.24 |
| Check | 03/30/2018 | A... | ADP | | | 85.90 | 398.14 |
| **Total 70123 · Payroll Processing Fees** | | | | | | **398.14** | **398.14** |
| **70124 · Outside Services** | | | | | | | |
| Deposit | 03/03/2018 | | Taste Buds | TB Bus 3/03/... | Taste Bu... | 493.79 | 493.79 |
| Deposit | 03/07/2018 | | Taste Buds | TB Bus 3/07/... | Taste Bu... | 67.00 | 560.79 |
| Deposit | 03/21/2018 | | Taste Buds | TB Bus 3/21/... | Taste Bu... | 250.00 | 810.79 |
| **Total 70124 · Outside Services** | | | | | | **810.79** | **810.79** |
| **70120 · Payroll Expenses - Other** | | | | | | | |
| Bill | 03/23/2018 | P... | Corporate | | | 1,555.76 | 1,555.76 |
| Bill | 03/23/2018 | P... | Taste Buds | | | 2,572.55 | 4,128.31 |
| **Total 70120 · Payroll Expenses - Other** | | | | | | **4,128.31** | **4,128.31** |
| **Total 70120 · Payroll Expenses** | | | | | | **25,245.07** | **25,245.07** |
| **70130 · Professional & Legal Fees** | | | | | | | |
| Bill | 03/28/2018 | | U.S. Trustee Paym... | | | 3,250.00 | 3,250.00 |
| **Total 70130 · Professional & Legal Fees** | | | | | | **3,250.00** | **3,250.00** |
| **70140 · Rent Expense** | | | | | | | |
| **70142 · Equipmemt Leases** | | | | | | | |
| Bill | 03/09/2018 | | Corporate | | | 141.33 | 141.33 |
| Bill | 03/09/2018 | | Corporate | | | 260.34 | 401.67 |
| Bill | 03/09/2018 | | Marlin Leasing | | | 240.00 | 641.67 |
| Bill | 03/09/2018 | 4... | Corporate | Lease # | | 1.00 | 642.67 |
| **Total 70142 · Equipmemt Leases** | | | | | | **642.67** | **642.67** |
| **70140 · Rent Expense - Other** | | | | | | | |
| Bill | 03/01/2018 | M... | Ed Disilvester | | | 3,106.44 | 3,106.44 |
| Bill | 03/01/2018 | | Taste Buds | Tastebuds R... | Taste Bu... | 3,106.44 | 6,212.88 |
| **Total 70140 · Rent Expense - Other** | | | | | | **6,212.88** | **6,212.88** |
| **Total 70140 · Rent Expense** | | | | | | **6,855.55** | **6,855.55** |



EXHIBIT - C  
Page 3

3:29 PM  
05/02/18  
Accrual Basis  

# Marks Inc
## Recap - Overhead
### March 2018

| Type | Date | N... | Name | Memo | Class | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70145 · Repairs and Maintenance** | | | | | | | |
| Bill | 03/14/2018 | 0... | Taste Buds | | | 70.00 | 70.00 |
| Bill | 03/16/2018 | 0... | Taste Buds | | | 70.00 | 140.00 |
| Bill | 03/16/2018 | 0... | Taste Buds | | | 182.70 | 322.70 |
| **Total 70145 · Repairs and Maintenance** | | | | | | 322.70 | 322.70 |
| **70155 · Store Expenses** | | | | | | | |
| Deposit | 03/01/2018 | | Taste Buds | TB Bus 3/01/... | Taste Bu... | 40.00 | 40.00 |
| Deposit | 03/02/2018 | | Taste Buds | TB Bus 3/02/... | Taste Bu... | 0.00 | 40.00 |
| Deposit | 03/03/2018 | | Taste Buds | TB Bus 3/03/... | Taste Bu... | 0.00 | 40.00 |
| Deposit | 03/04/2018 | | Taste Buds | TB Bus 3/04/... | Taste Bu... | 0.00 | 40.00 |
| Deposit | 03/05/2018 | | Taste Buds | TB Bus 3/05/... | Taste Bu... | 0.00 | 40.00 |
| Deposit | 03/06/2018 | | Taste Buds | TB Bus 3/06/... | Taste Bu... | 0.00 | 40.00 |
| Deposit | 03/07/2018 | | Taste Buds | TB Bus 3/07/... | Taste Bu... | 0.00 | 40.00 |
| Deposit | 03/08/2018 | | Taste Buds | TB Bus 3/08/... | Taste Bu... | 0.00 | 40.00 |
| Deposit | 03/09/2018 | | Taste Buds | TB Bus 3/09/... | Taste Bu... | 8.56 | 48.56 |
| Deposit | 03/10/2018 | | Taste Buds | TB Bus 3/10/... | Taste Bu... | 31.38 | 79.94 |
| Deposit | 03/11/2018 | | Taste Buds | TB Bus 3/11/... | Taste Bu... | 5.98 | 85.92 |
| Deposit | 03/13/2018 | | Taste Buds | TB Bus 3/13/... | Taste Bu... | 58.86 | 144.78 |
| Check | 03/13/2018 | 1... | Taste Buds | Taste Buds | Taste Bu... | 53.66 | 198.44 |
| Deposit | 03/14/2018 | | Taste Buds | TB Bus 3/14/... | Taste Bu... | 5.07 | 203.51 |
| Check | 03/14/2018 | 1... | Taste Buds | taste Buds | Taste Bu... | 120.94 | 324.45 |
| Deposit | 03/15/2018 | | Taste Buds | TB Bus 3/15/... | Taste Bu... | 0.00 | 324.45 |
| Deposit | 03/16/2018 | | Taste Buds | TB Bus 3/16/... | Taste Bu... | 25.05 | 349.50 |
| Deposit | 03/17/2018 | | Taste Buds | TB Bus 3/17/... | Taste Bu... | 26.07 | 375.57 |
| Deposit | 03/18/2018 | | Taste Buds | TB Bus 3/18/... | Taste Bu... | 10.68 | 386.25 |
| Deposit | 03/19/2018 | | Taste Buds | TB Bus 3/19/... | Taste Bu... | 0.00 | 386.25 |
| Deposit | 03/20/2018 | | Taste Buds | TB Bus 3/20/... | Taste Bu... | 0.00 | 386.25 |
| Deposit | 03/21/2018 | | Taste Buds | TB Bus 3/21/... | Taste Bu... | 18.04 | 404.29 |
| Deposit | 03/22/2018 | | Taste Buds | TB Bus 3/22/... | Taste Bu... | 173.11 | 577.40 |
| Deposit | 03/24/2018 | | Taste Buds | TB Bus 3/24/... | Taste Bu... | 0.00 | 577.40 |
| Deposit | 03/25/2018 | | Taste Buds | TB Bus 3/25/... | Taste Bu... | 0.00 | 577.40 |
| Deposit | 03/26/2018 | | Taste Buds | TB Bus 3/26/... | Taste Bu... | 29.51 | 606.91 |
| Deposit | 03/27/2018 | | Taste Buds | TB Bus 3/27/... | Taste Bu... | 10.70 | 617.61 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/... | Taste Bu... | 30.00 | 647.61 |
| Deposit | 03/28/2018 | | Taste Buds | TB Bus 3/28/... | Taste Bu... | 0.00 | 647.61 |
| Deposit | 03/29/2018 | | Taste Buds | TB Bus 3/29/... | Taste Bu... | 91.23 | 738.84 |
| Deposit | 03/30/2018 | | Taste Buds | TB Bus 3/30/... | Taste Bu... | 126.30 | 865.14 |
| Deposit | 03/31/2018 | | Taste Buds | TB Bus 3/31/... | Taste Bu... | 0.00 | 865.14 |
| **Total 70155 · Store Expenses** | | | | | | 865.14 | 865.14 |
| **70200 · Utilities** | | | | | | | |
| 70201 · Disposal | | | | | | | |
| Bill | 03/20/2018 | 1... | Taste Buds | | | 120.57 | 120.57 |
| **Total 70201 · Disposal** | | | | | | 120.57 | 120.57 |
| 70202 · Electricity | | | | | | | |
| Bill | 03/15/2018 | | Taste Buds | | | 1,217.78 | 1,217.78 |
| Bill | 03/28/2018 | | Corporate | | | 63.59 | 1,281.37 |
| **Total 70202 · Electricity** | | | | | | 1,281.37 | 1,281.37 |
| 70203 · Gas | | | | | | | |
| Bill | 03/20/2018 | | Taste Buds | | | 71.86 | 71.86 |
| **Total 70203 · Gas** | | | | | | 71.86 | 71.86 |
| 70204 · Telephone Expense | | | | | | | |
| Bill | 03/09/2018 | | Corporate | | | 221.40 | 221.40 |
| Bill | 03/09/2018 | | Corporate | | | 269.64 | 491.04 |
| Bill | 03/27/2018 | | Corporate | | | 315.53 | 806.57 |
| **Total 70204 · Telephone Expense** | | | | | | 806.57 | 806.57 |



EXHIBIT C6  
Page 4

3:29 PM
05/02/18
Accrual Basis

# Marks Inc
## Recap - Overhead
### March 2018

| Type | Date | N... | Name | Memo | Class | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **70205 · Water/Sewage** | | | | | | | |
| Bill | 03/02/2018 | | Taste Buds | | | 107.84 | 107.84 |
| Total 70205 · Water/Sewage | | | | | | 107.84 | 107.84 |
| Total 70200 · Utilities | | | | | | 2,388.21 | 2,388.21 |
| **TOTAL** | | | | | | 45,306.83 | 45,306.83 |

EXHIBIT C

Page 5

3:25 PM
05/02/18
Accrual Basis

# Marks Inc
# Profit & Loss
## March 2018

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **50000 · Sales** | |
| 50002 · Gasoline Sales | 160,381.92 |
| 50003 · Store Sales | 61,329.58 |
| **Total 50000 · Sales** | 221,711.50 |
| **Total Income** | 221,711.50 |
| **Cost of Goods Sold** | |
| **60000 · Cost Of Goods Sold** | |
| 60110 · Gasoline Purchases | 130,672.35 |
| 60210 · Store Purchases(Vendor Paypot) | 49,085.23 |
| 60000 · Cost Of Goods Sold - Other | 513.69 |
| **Total 60000 · Cost Of Goods Sold** | 180,271.27 |
| **Total COGS** | 180,271.27 |
| **Gross Profit** | 41,440.23 |
| **Expense** | |
| Reconciliation Discrepancies | 11.58 |
| 70015 · Automobile Expense (MARKS) | 705.11 |
| 70025 · Bank Service Charges | 254.40 |
| **70060 · Insurance Expense** | |
| 70061 · Auto | 139.33 |
| 70062 · General Business | 218.80 |
| 70063 · Workmens Comp | 471.24 |
| **Total 70060 · Insurance Expense** | 829.37 |
| 70070 · Interest Expense | 988.16 |
| 70076 · Lease Expense | 2,615.11 |
| 70095 · Office Expenses | 965.61 |
| 70110 · Over/Short | 10.82 |
| **70120 · Payroll Expenses** | |
| 70121 · Wages Expense | 12,592.71 |
| 70122 · Payroll Taxes | 7,315.12 |
| 70123 · Payroll Processing Fees | 398.14 |
| 70124 · Outside Services | 810.79 |
| 70120 · Payroll Expenses - Other | 4,128.31 |
| **Total 70120 · Payroll Expenses** | 25,245.07 |
| 70130 · Professional & Legal Fees | 3,250.00 |
| **70140 · Rent Expense** | |
| 70142 · Equipmemt Leases | 642.67 |
| 70140 · Rent Expense - Other | 6,212.88 |
| **Total 70140 · Rent Expense** | 6,855.55 |
| 70145 · Repairs and Maintenance | 322.70 |
| 70155 · Store Expenses | 865.14 |
| **70200 · Utilities** | |
| 70201 · Disposal | 120.57 |
| 70202 · Electricity | 1,281.37 |
| 70203 · Gas | 71.86 |
| 70204 · Telephone Expense | 806.57 |
| 70205 · Water/Sewage | 107.84 |
| **Total 70200 · Utilities** | 2,388.21 |
| **Total Expense** | 45,306.83 |
| **Net Ordinary Income** | -3,866.60 |
| **Net Income** | -3,866.60 |



Page 1

EXHIBIT - A

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

**Huntington**

MARKS INC DIP
CASE # 17-23657
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking           Account:

| Statement Activity From: 03/01/18 to 03/31/18 | | Beginning Balance | $25,685.42 |
|---|---|---|---|
| | | Credits (+) | 223,246.78 |
| | | Regular Deposits | 93,912.00 |
| Days in Statement Period | 31 | Electronic Deposits | 129,334.78 |
| | | Debits (-) | 224,873.62 |
| Average Ledger Balance* | 22,629.63 | Regular Checks Paid | 15,460.48 |
| Average Collected Balance* | 18,151.44 | Electronic Withdrawals | 209,413.14 |
| *The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 50.00 |
| | | Ending Balance | $24,008.58 |

## Deposits (+)                                                                            Account:

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 03/01 | 3,000.00 | | Remote | 03/19 | | | Remote |
| 03/02 | | | Remote | 03/20 | | | Remote |
| 03/05 | | | Remote | 03/21 | | | Remote |
| 03/07 | | | Remote | 03/22 | | | Remote |
| 03/08 | | | Remote | 03/23 | | | Remote |
| 03/09 | | | Remote | 03/26 | | | Remote |
| 03/12 | | | Remote | 03/27 | | | Remote |
| 03/13 | | | Remote | 03/28 | | | Remote |
| 03/14 | | | Remote | 03/29 | 3,000.00 | | Brch/ATM |
| 03/16 | | | Remote | 03/30 | | | Remote |
| 03/19 | | | Remote | | | | |

## Other Credits (+)                                                                       Account:

| Date | Amount | Description |
|---|---|---|
| 03/01 | 4,037.18 | HUNT MERCH SVCS DEPOSIT |
| 03/02 | 4,325.14 | HUNT MERCH SVCS DEPOSIT |
| 03/05 | 4,813.21 | HUNT MERCH SVCS DEPOSIT |
| 03/05 | 4,246.51 | HUNT MERCH SVCS DEPOSIT |
| 03/05 | 3,720.09 | HUNT MERCH SVCS DEPOSIT |
| 03/06 | 3,928.12 | HUNT MERCH SVCS DEPOSIT |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⌂® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2018 Huntington Bancshares Incorporated.

Statement Period from 03/01/18 to 03/31/18    Page 1 of 4

Huntington

## Checks (-)  *Account:*

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 03/20 | [illegible] | 1103 | 03/27 | [illegible] | 1105* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)  *Account:*

| Date | Amount | Description |
|------|--------|-------------|
| 03/01 | [illegible] | PORTS PETRO AR CASH CON. |
| 03/02 | 51.15 | HUNT MERCH SVCS DEPOSIT |
| 03/02 | [illegible] | LIBERTY MUTUAL |
| 03/02 | 85.90 | ADP PAYROLL FEES ADP - FEES |
| 03/05 | [illegible] | BUS ONL TFR TO CHECKING |
| 03/06 | [illegible] | PORTS PETRO AR CASH CON. |
| 03/09 | [illegible] | ADP WAGE PAY WAGE PAY |
| 03/09 | [illegible] | ADP Tax ADP Tax |
| 03/09 | [illegible] | ADP PAY-BY-PAY PAY-BY-PAY |
| 03/12 | [illegible] | PORTS PETRO AR CASH CON. |
| 03/12 | [illegible] | BUS ONL TFR TO CHECKING |
| 03/15 | [illegible] | PORTS PETRO AR CASH CON. |
| 03/16 | 85.90 | ADP PAYROLL FEES ADP - FEES |
| 03/19 | 14,000.00 | BUS ONL TFR TO CHECKING |
| 03/20 | [illegible] | PORTS PETRO AR CASH CON. |
| 03/21 | [illegible] | BUS ONL TFR TO CHECKING |
| 03/22 | [illegible] | COMMMM THOFRA INT PASTSALETX |
| 03/23 | [illegible] | PORTS PETRO AR CASH CON. |
| 03/23 | 4,128.31 | ADP WAGE PAY WAGE PAY |
| 03/23 | 1,735.53 | ADP Tax ADP Tax |
| 03/23 | 1,000.00 | BUS ONL TFR TO CHECKING |
| 03/23 | 115.44 | ADP PAY-BY-PAY PAY-BY-PAY |
| 03/23 | [illegible] | ADP PAYROLL FEES ADP - FEES |
| 03/26 | [illegible] | BUS ONL TFR TO CHECKING |
| 03/28 | [illegible] | PORTS PETRO AR CASH CON. |
| 03/30 | 709.14 | S&T BANK LOAN PYMT |
| 03/30 | 85.90 | ADP PAYROLL FEES ADP - FEES |

## Service Charge Detail  *Account:*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|---------------------|--------------------------|-------------|
| 03/15 | 20.00 | | FRAUD PROTECTION SRVICE FEES |
| 03/15 | 30.00 | | WIRE TRANSFER FEES (INCOMING/OUTGOING) |



## Service Charge Detail

*Account:*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 03/15 | 20.00 | | MONTHLY SERVICE FEE |
| 03/15 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## Service Charge Summary

*Account:*

| | |
|---|---|
| Previous Month Service Charges (-) | $70.00 |
| Other Credits (+) | 20.00 |
| Total Service Charges (-) | $50.00 |

## Balance Activity

*Account:*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 25,685.42 | 03/12 | 20,102.32 | 03/22 | 34,640.04 |
| 03/01 | 10,322.71 | 03/13 | 27,373.74 | 03/23 | 11,150.17 |
| 03/02 | 16,836.70 | 03/14 | 33,083.23 | 03/26 | 23,898.63 |
| 03/05 | 29,116.51 | 03/15 | 15,123.90 | 03/27 | 25,143.10 |
| 03/06 | 11,499.24 | 03/16 | 25,500.65 | 03/28 | 10,384.48 |
| 03/07 | 19,438.02 | 03/19 | 41,804.98 | 03/29 | 17,619.19 |
| 03/08 | 26,482.35 | 03/20 | 26,065.60 | 03/30 | 24,008.58 |
| 03/09 | 29,630.98 | 03/21 | 32,047.94 | | |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can. If you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

Verification of Electronic Deposits If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

Balancing Your Statement - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

*Main Acct*

**Huntington**

MARKS INC DIP
MAIN COUNTRY TOWN ACCOUNT
545 MARKS DR
CORAOPOLIS PA 15108-3388

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking         Account:

| Statement Activity From | | Beginning Balance | $1,771.27 |
|---|---|---|---|
| | | Credits (+) | 42,951.52 |
| | | Electronic Deposits | 42,951.52 |
| Days in Statement Period | 31 | Debits (-) | 42,822.46 |
| | | Regular Checks Paid | 1,613.58 |
| Average Ledger Balance* | 1,140.23 | Electronic Withdrawals | 40,427.92 |
| Average Collected Balance* | 1,140.23 | Other Debits | 780.96 |
| | | Total Service Charges (-) | 100.00 |
| * The above balances correspond to the service charge cycle for this account. | | Ending Balance | $1,800.33 |

## Other Credits (+)                                                  Account:

| Date | Amount | Description |
|---|---|---|
| 03/01 | [illegible] | ITG BRANDS, LLC VENDOR PAY |
| 03/02 | [illegible] | GRUBHUB INC Feb Actvty |
| 03/05 | [illegible] | BUS ONL TFR FRM CHECKING |
| 03/09 | [illegible] | GRUBHUB INC Mar Actvty |
| 03/12 | [illegible] | BUS ONL TFR FRM CHECKING |
| 03/15 | [illegible] | ALTADIS USA VENDOR PAY |
| 03/16 | [illegible] | GRUBHUB INC Mar Actvty |
| 03/19 | [illegible] | BUS ONL TFR FRM CHECKING |
| 03/21 | [illegible] | BUS ONL TFR FRM CHECKING |
| 03/23 | [illegible] | BUS ONL TFR FRM CHECKING |
| 03/23 | [illegible] | GRUBHUB INC Mar Actvty |
| 03/26 | [illegible] | BUS ONL TFR FRM CHECKING |
| 03/29 | [illegible] | ITG BRANDS, LLC VENDOR PAY 1 |

## Checks (-)                                                         Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/01 | [illegible] | 1274 | 03/14 | [illegible] | 1279 |
| 03/12 | 115.00 | 1275 | 03/15 | [illegible] | 1280 |
| 03/08 | [illegible] | 1276 | 03/22 | [illegible] | 1281 |
| 03/09 | [illegible] | 1277 | 03/23 | [illegible] | 1282 |
| 03/09 | [illegible] | 1278 | 03/23 | [illegible] | 1283 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⊞® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated.   ®2018 Huntington Bancshares Incorporated.



## Checks (-)   *Account:*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/30 | 95.17 | 1284 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)   *Account:*

| Date | Amount | Description |
|---|---|---|
| 03/01 | | AMBESS PREPAID ELEC CHECK |
| 03/05 | | CORE-MARK PAYMENTS |
| 03/08 | | AMBESS PREPAID ELEC CHECK |
| 03/12 | | CORE-MARK PAYMENTS |
| 03/15 | | AMBESS PREPAID ELEC CHECK |
| 03/19 | | CORE-MARK PAYMENTS |
| 03/20 | | INSTALLMENT LOAN PAYMENT |
| 03/22 | | AMBESS PREPAID ELEC CHECK |
| 03/26 | | CORE-MARK PAYMENTS |
| 03/29 | | AMBESS PREPAID ELEC CHECK |

## Service Charge Detail   *Account:*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 03/15 | 30.00 | | REMOTE DEPOSIT CAPTURE FEES |
| 03/15 | 30.00 | | ONLINE PAYMENT CENTER FEES |
| 03/15 | 20.00 | | FRAUD PROTECTION SRVICE FEES |
| 03/15 | 20.00 | | MONTHLY SERVICE FEE |

## Service Charge Summary   *Account:*

Previous Month Service Charges (-)     $100.00
Total Service Charges (-)              $100.00

## Balance Activity   *Account:*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 1,771.27 | 03/12 | 736.71 | 03/21 | 1,236.83 |
| 03/01 | 1,795.04 | 03/14 | 576.62 | 03/22 | 1,090.61 |
| 03/02 | 1,858.94 | 03/15 | 183.17 | 03/23 | 1,970.23 |
| 03/05 | 962.03 | 03/16 | 224.58 | 03/26 | 1,454.00 |
| 03/08 | 889.53 | 03/19 | 1,017.79 | 03/29 | 1,895.50 |
| 03/09 | 647.20 | 03/20 | 236.83 | 03/30 | 1,800.33 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,

Debtor.

Bankruptcy No. 17-23657-GLT

Chapter 11

Document No.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 22nd day of May, 2018, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: May 22, 2018

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com