IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                    Bankruptcy No. 17-23657-GLT

    Debtor.                                      Chapter 11

                                                           Document No.

                                                           Related to Doc. No. 82

                                                           **Hearing Date and Time:**
                                                           **May 31, 2018 at 11:00 a.m.**

## RESPONSE TO ORDER SETTING STATUS CONFERENCE
## FOR FAILURE TO FILE MONTHLY OPERATING REPORTS

AND NOW, comes Marks, Inc., the Debtor in the instant Chapter 11 Case, by and through its counsel Counsel Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, and files this Response to Order Setting Status Conference for Failure to File Monthly Operating Reports as follows:

1. On May 2, 2018, this Honorable Court entered an Order, at Doc. No. 82 herein, which scheduled a Status Conference to address the Debtor's failure to file certain Monthly Operating Reports.

2. The Court also allowed for a response to its Order.

3. The purpose of this Response is to notify the Court that Debtor has filed its Monthly Operating Reports for the months of January, February and March 2018.

4. The April 2018 Monthly Operating Report is now due. Same is being prepared and will be filed forthwith.

                      Respectfully submitted,

Date: <u>May 23, 2018</u>                   /*s*/ *Robert O Lampl*
                                     ROBERT O LAMPL
                                       PA I.D. #19809
                                       JOHN P. LACHER
                                       PA I.D. #62297
                                       DAVID L. FUCHS
                                       PA I.D. #205694
                                       RYAN J. COONEY
                                       PA I.D. #319213
                                       Counsel for the Debtor
                                       223 Fourth Avenue, 4th Floor
                                       Pittsburgh, PA  15222
                                       (412) 392-0330 (phone)
                                       (412) 392-0335 (facsimile)
                                       Email:  rlampl@lampllaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MARKS, INC.,**                          **Bankruptcy No. 17-23657-GLT**

         **Debtor.**                                 **Chapter 11**

                                                **Document No.**

                                                **Related to Doc. No. 82**

                                                **Hearing Date and Time:**
                                                **May 31, 2018 at 11:00 a.m.**

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify, that on the 23rd day of May, 2018, a true and correct copy of the foregoing Motion to Assume Unexpired Lease of Nonresidential Real Property upon the following *(via electronic service and/or email and/or first class mail):*

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970, Liberty Center
Pittsburgh, PA 15222

Date: <u>May 23, 2018</u>              /s/ *Robert O Lampl*
                                        ROBERT O LAMPL
                                        PA I.D. #19809
                                        JOHN P. LACHER
                                        PA I.D. #62297
                                        DAVID L. FUCHS
                                        PA I.D. #205694
                                        RYAN J. COONEY
                                        PA I.D. #319213
                                        Counsel for the Debtor
                                        223 Fourth Avenue, 4th Floor
                                        Pittsburgh, PA  15222
                                        (412) 392-0330 (phone)
                                        (412) 392-0335 (facsimile)
                                        Email:  rlampl@lampllaw.com