Case 17-23657-GLT    Doc 100    Filed 05/31/18    Entered 05/31/18 12:17:35    Desc Main
Document    Page 1 of 1

FILED
5/31/18 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:    17-23657-GLT
                                                    : Chapter:     11
Marks, Inc.                                         :
                                                    :
                                                    : Date:        5/31/2018
            *Debtor(s)*.                            : Time:        11:00

### PROCEEDING MEMO

**MATTER:**  #82- Status Hearing on the filing of Monthly Operating Reports
[Response due 5/23/2018]
#93- MOR for 1/18
#94- MOR for 2/18
#95- MOR for 3/18
#96- Response by Debtor

#85 - Hearing on Failure to FIle Disclosure Statement or Plan
[Response due 5/29/2018]

**APPEARANCES:**
            Debtor:      John Lacher

**NOTES:**

Lacher: When the Debtor filed the case, it operated gas stations and convenience stores at two locations. Rejected the lease for the Butler location because it was not profitable. Were dealing with a potential buyer for a sale of the Mt. Washington property through May 9. Last week, the buyer backed out. Now the Debtor-principal thinks he can do a plan through running the Mt. Washington property. Filed the MORs from January through March, but the Debtor's accountant--who is a friend and not being paid through the estate--was recently hospitalized. As soon as he gets out, we can file everything. Aware of the upcoming small-business case deadline.

Court: The Court is also concerned that the last three MORs show operating losses.

Lacher: The Debtor will do a pro forma with projections--falling gas prices will help it become profitable.

**OUTCOME:**

1. The status conference [Dkt. No. 82] is concluded. (Text Order to issue.)

2. The hearing [Dkt. No. 85] is continued to a status conference June 28, 2018 at 11:00 a.m. To the extent the Debtor files a plan and disclosure statement before then, the Court may cancel the status conference. (Text Order to issue.)

**DATED:** 5/31/2018