# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,

Bankruptcy No. 17-23657-GLT

       Debtor.

Chapter 11

Document No.

## MONTHLY OPERATING REPORT OF DEBTOR
## FOR THE PERIOD MAY 1, 2018 – MAY 31, 2018

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Western District of Pennsylvania

In re Marks, Inc.

Debtor

Case No. 17-23657-GLT

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: MAY, 2018

Date filed: 9/11/17

Line of Business: CONVENIENCE STORES

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Thomas J Kearn CPA_          _Frank J Schurs_

Original Signature of Responsible Party

THOMAS J KEARN CPA          FRANK J. SCHURS

Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ▣ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ▣ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ▣ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? (NOTE 1) | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ▣ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ▣ | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ▣ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ▣ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ▣ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ▣ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ▣ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ▣ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ▣ |

Page 2

B 25C (Official Form 25C) (12/08)

14.    HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐  ☒

15.    DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐  ☒

16.    HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐  ☒

17.    HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐  ☒

18.    HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐  ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX    ☐  ☒
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 260,789

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 10000

Cash on Hand at End of Month    $ 10000

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $ 260,789

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

COST OF GOODS SOLD 237,872
OH EXP. 20,949
TOTAL EXPENSES  $ -258,821

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 260,789

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 258,821

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ 1,968

B 25C (Official Form 25C) (12/08)                                          Page 3

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES  $  -0-**

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES  $  -0-**

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                              11

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                 7

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                  $  -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                             $  -0-

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                        $  -0-

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                      $  -0-

5:40 PM

06/18/18

Accrual Basis

# Marks Inc
# Profit & Loss
## May 2018

|  | May 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **50000 · Sales** | |
| 50002 · Gasoline Sales | 188,184.45 |
| 50003 · Store Sales | 70,028.31 |
| **Total 50000 · Sales** | 258,212.76 |
| 50100 · Lottery Commissions | 2,576.00 |
| **Total Income** | 260,788.76 |
| **Cost of Goods Sold** | |
| **60000 · Cost Of Goods Sold** | |
| 60110 · Gasoline Purchases | 174,557.57 |
| 60210 · Store Purchases(Vendor Paypot) | 62,841.69 |
| 60000 · Cost Of Goods Sold - Other | 473.02 |
| **Total 60000 · Cost Of Goods Sold** | 237,872.28 |
| **Total COGS** | 237,872.28 |
| **Gross Profit** | 22,916.48 |
| **Expense** | |
| 70015 · Automobile Expense (MARKS) | 1,001.50 |
| 70025 · Bank Service Charges | 219.90 |
| 70040 · Credit Card Processing Fees | 4,000.21 |
| **70060 · Insurance Expense** | |
| 70061 · Auto | 358.13 |
| 70062 · General Business | 0.00 |
| 70063 · Workmens Comp | 194.67 |
| **Total 70060 · Insurance Expense** | 552.80 |
| 70070 · Interest Expense | 392.28 |
| 70090 · Miscellaneous | 108.84 |
| 70095 · Office Expenses | 709.63 |
| 70110 · Over/Short | 8.34 |
| **70120 · Payroll Expenses** | |
| 70121 · Wages Expense | 4,461.94 |
| 70122 · Payroll Taxes | 2,040.36 |
| 70124 · Outside Services | -278.92 |
| 70120 · Payroll Expenses - Other | 362.30 |
| **Total 70120 · Payroll Expenses** | 6,585.68 |
| **70140 · Rent Expense** | |
| 70142 · Equipment Leases | 641.67 |
| 70140 · Rent Expense - Other | 3,106.44 |
| **Total 70140 · Rent Expense** | 3,748.11 |
| 70145 · Repairs and Maintenance | 221.60 |
| 70155 · Store Expenses | 1,246.45 |
| 70170 · Taxes | 158.18 |

5:40 PM

06/18/18

Accrual Basis

# Marks Inc
## Profit & Loss
May 2018

| | May 18 |
|---|---|
| 70200 · Utilities | |
| 70201 · Disposal | 115.57 |
| 70202 · Electricity | 947.95 |
| 70203 · Gas | 29.37 |
| 70204 · Telephone Expense | 902.22 |
| Total 70200 · Utilities | 1,995.11 |
| Total Expense | 20,948.63 |
| Net Ordinary Income | 1,967.85 |
| Net Income | 1,967.85 |

6:40 PM
06/18/18
Accrual Basis

# Marks Inc
## Breakdown - Cost Of Goods Sold
### May 2018

| Type | Date | Num | Name | Memo | Class | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **60000 · Cost Of Goods Sold** | | | | | | | | |
| **60110 · Gasoline Purchases** | | | | | | | | |
| Bill | 05/04/2018 | 236685 | Taste Buds | | | | 24,542.14 | 24,542.14 |
| Bill | 05/04/2018 | 240033 | Taste Buds | | | | 23,907.83 | 48,449.97 |
| Bill | 05/08/2018 | 239226 | Taste Buds | | | | 22,774.49 | 71,224.46 |
| Deposit | 05/09/2018 | 239000 | Taste Buds | | | | 3,342.93 | 74,567.39 |
| Bill | 05/04/2018 | 241238 | Taste Buds | | | | 24,877.26 | 99,444.65 |
| Deposit | 05/18/2018 | 243879 | Taste Buds | | | | 24,627.76 | 124,072.41 |
| Bill | 05/19/2018 | 242048 | Taste Buds | | | | 25,100.73 | 149,173.14 |
| Bill | 05/24/2018 | 244000 | Taste Buds | | | | 25,384.43 | 174,557.57 |
| **Total 60110 · Gasoline Purchases** | | | | | | | 174,557.57 | 174,557.57 |
| **60210 · Store Purchases(Vendor Paypod)** | | | | | | | | |
| Deposit | 05/01/2018 | | Taste Buds | | | | 180.48 | 180.48 |
| Deposit | 05/02/2018 | | Taste Buds | | | | 0.00 | 180.48 |
| Deposit | 05/03/2018 | | Taste Buds | | | | 0.00 | 180.48 |
| Bill | 05/04/2018 | 677916... | Taste Buds | TB Bus 5/04/2... | Taste Buds | | 187.82 | 368.30 |
| Deposit | 05/04/2018 | | Taste Buds | | | | 114.92 | 483.22 |
| Deposit | 05/05/2018 | | Taste Buds | | | | 0.00 | 483.22 |
| Deposit | 05/06/2018 | | Taste Buds | | | | 0.00 | 483.22 |
| Bill | 05/07/2018 | 1157156 | Taste Buds | TB Bus 5/04/2... | Taste Buds | | 10,689.38 | 11,172.60 |
| Bill | 05/07/2018 | 1157155 | Core-Mark Midconti... | | | | 906.26 | 12,078.86 |
| Deposit | 05/07/2018 | | Taste Buds | TB Bus 5/07/2... | Taste Buds | | 1,731.79 | 13,810.65 |
| Deposit | 05/08/2018 | | Taste Buds | TB Bus 5/08/2... | Taste Buds | | 263.58 | 14,074.23 |
| Deposit | 05/09/2018 | | Taste Buds | TB Bus 5/09/2... | Taste Buds | | 0.00 | 14,074.23 |
| Deposit | 05/10/2018 | | Taste Buds | TB Bus 5/10/2... | Taste Buds | | 0.00 | 14,074.23 |
| Deposit | 05/11/2018 | | Taste Buds | TB Bus 5/11/2... | Taste Buds | | 594.82 | 14,669.05 |
| Deposit | 05/12/2018 | | Taste Buds | TB Bus 5/12/2... | Taste Buds | | 0.00 | 14,669.05 |
| Deposit | 05/13/2018 | | Taste Buds | TB Bus 5/13/2... | Taste Buds | | 0.00 | 14,669.05 |
| Bill | 05/14/2018 | | Taste Buds | TB Bus 5/14/2... | Taste Buds | | 811.73 | 15,480.78 |
| Credit | 05/14/2018 | 1227176 | Core-Mark Midconti... | | Taste Buds | | 10,455.72 | 25,736.57 |
| Credit | 05/14/2018 | 1227177 | Core-Mark Midconti... | | Taste Buds | | -1,605.00 | 24,131.57 |
| Bill | 05/14/2018 | APR 1... | Taste Buds | TB Bus 5/15/2... | | | 1,086.49 | 25,218.06 |
| Deposit | 05/15/2018 | 00130... | Taste Buds | TB Bus 5/15/2... | | | 196.08 | 25,414.14 |
| Bill | 05/15/2018 | | Taste Buds | TB Bus 5/15/2... | Taste Buds | | 156.92 | 25,571.06 |
| Deposit | 05/16/2018 | | Taste Buds | TB Bus 5/16/2... | Taste Buds | | 1,066.19 | 26,637.26 |
| Deposit | 05/17/2018 | | Taste Buds | TB Bus 5/17/2... | Taste Buds | | 0.00 | 26,637.26 |
| Deposit | 05/18/2018 | | Taste Buds | TB Bus 5/18/2... | Taste Buds | | 0.00 | 26,637.26 |
| Deposit | 05/18/2018 | | Taste Buds | TB Bus 5/18/2... | Taste Buds | | 142.86 | 26,780.10 |
| Deposit | 05/19/2018 | | Taste Buds | TB Bus 5/19/2... | Taste Buds | | 0.00 | 26,780.10 |
| Deposit | 05/20/2018 | | Taste Buds | TB Bus 5/20/2... | Taste Buds | | 0.00 | 26,780.10 |
| Credit | 05/21/2018 | 1297162 | Core-Mark Midconti... | | Taste Buds | | -18.38 | 26,761.72 |
| Credit | 05/21/2018 | 1288404 | Core-Mark Midconti... | | Taste Buds | | 11,514.21 | 38,275.93 |
| Bill | 05/21/2018 | | Taste Buds | TB Bus 5/21/2... | Taste Buds | | 1,901.47 | 40,177.40 |
| Bill | 05/21/2018 | 63201... | Core-Mark Midconti... | | | | 71.73 | 40,249.13 |
| Credit | 05/21/2018 | 80201... | Core-Mark Midconti... | | | | -152.41 | 40,096.72 |
| Deposit | 05/22/2018 | | Taste Buds | TB Bus 5/22/2... | Taste Buds | | 155.24 | 40,251.96 |
| Deposit | 05/23/2018 | | Taste Buds | TB Bus 5/23/2... | Taste Buds | | 0.00 | 40,251.96 |

5:40 PM
06/18/18
Accrual Basis

# Marks Inc
## Breakdown - Cost Of Goods Sold
### May 2018

| Type | Date | Num | Name | Memo | Class | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposit | 05/24/2018 | | Taste Buds | TB Bus 5/24/2... | Taste Buds | | 0.00 | 40,251.95 |
| Deposit | 05/25/2018 | | Taste Buds | TB Bus 5/25/2... | Taste Buds | | 161.24 | 40,413.20 |
| Deposit | 05/26/2018 | | Taste Buds | TB Bus 5/26/2... | Taste Buds | | 0.00 | 40,413.20 |
| Deposit | 05/27/2018 | | Taste Buds | TB Bus 5/27/2... | Taste Buds | | 0.00 | 40,413.20 |
| Bill | 05/28/2018 | 52018... | Taste Buds | | | | 10,070.79 | 50,483.99 |
| Bill | 05/28/2018 | 56201... | Taste Buds | | | | 502.11 | 50,986.10 |
| Credit | 05/28/2018 | 52018... | Core-Mark Midconti... | | | | -106.79 | 50,879.31 |
| Deposit | 05/28/2018 | | Taste Buds | | Taste Buds | | 32.79 | 50,912.10 |
| Deposit | 05/29/2018 | | Taste Buds | TB Bus 5/29/2... | Taste Buds | | 672.21 | 51,584.31 |
| Credit | 05/30/2018 | 1507893 | Core-Mark Midconti... | | | | -70.42 | 51,513.89 |
| Bill | 05/30/2018 | 1507146 | Taste Buds | | | | 10,230.88 | 61,744.77 |
| Bill | 05/30/2018 | 1507147 | Taste Buds | | | | 1,096.92 | 62,841.69 |
| Deposit | 05/30/2018 | | Taste Buds | | Taste Buds | | 0.00 | 62,841.69 |
| Deposit | 05/31/2018 | | Taste Buds | TB Bus 5/31/2... | Taste Buds | | 0.00 | 62,841.69 |
| **Total 50210 · Store Purchases(Vendor Paypol)** | | | | | | | **62,841.69** | **62,841.69** |
| **60000 · Cost Of Goods Sold - Other** | | | | | | | | |
| Bill | 05/07/2018 | 60422... | Taste Buds | | | | 138.18 | 138.18 |
| Bill | 05/14/2018 | 60422... | Taste Buds | | | | 51.38 | 189.56 |
| Bill | 05/15/2018 | | Taste Buds | | | | 192.50 | 382.06 |
| Bill | 05/21/2018 | 60422... | Taste Buds | | | | 90.96 | 473.02 |
| **Total 60000 · Cost Of Goods Sold - Other** | | | | | | | **473.02** | **473.02** |
| **Total 60000 · Cost Of Goods Sold** | | | | | | | **237,872.28** | **237,872.28** |
| **TOTAL** | | | | | | | **237,872.28** | **237,872.28** |

5:42 PM
06/18/18
Accrual Basis

## Marks Inc
## Breakdown Overhead Expenses
### May 2018

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **70015 · Automobile Expense (MARKS)** | | | | | | |
| Deposit | 05/01/2018 | | Taste Buds | TB Bus 5/01/2... | 0.00 | 0.00 |
| Deposit | 05/02/2018 | | Taste Buds | TB Bus 5/02/2... | 0.00 | 0.00 |
| Deposit | 05/03/2018 | | Taste Buds | TB Bus 5/03/2... | 88.37 | 88.37 |
| Deposit | 05/04/2018 | | Taste Buds | TB Bus 5/04/2... | 49.87 | 138.34 |
| Deposit | 05/05/2018 | | Taste Buds | TB Bus 5/05/2... | 0.00 | 138.34 |
| Deposit | 05/06/2018 | | Taste Buds | TB Bus 5/06/2... | 0.00 | 138.34 |
| Deposit | 05/07/2018 | | Taste Buds | TB Bus 5/07/2... | 129.88 | 268.22 |
| Deposit | 05/08/2018 | | Taste Buds | TB Bus 5/08/2... | 0.00 | 268.22 |
| Deposit | 05/09/2018 | | Taste Buds | TB Bus 5/09/2... | 0.00 | 268.22 |
| Deposit | 05/10/2018 | | Taste Buds | TB Bus 5/10/2... | 66.56 | 334.78 |
| Deposit | 05/11/2018 | | Taste Buds | TB Bus 5/11/2... | 0.00 | 334.78 |
| Deposit | 05/12/2018 | | Taste Buds | TB Bus 5/12/2... | 0.00 | 334.78 |
| Deposit | 05/13/2018 | | Taste Buds | TB Bus 5/13/2... | 0.00 | 334.78 |
| Deposit | 05/14/2018 | | Taste Buds | TB Bus 5/14/2... | 0.00 | 334.78 |
| Deposit | 05/15/2018 | | Taste Buds | TB Bus 5/15/2... | 65.12 | 399.90 |
| Deposit | 05/16/2018 | | Taste Buds | TB Bus 5/16/2... | 65.18 | 465.08 |
| Deposit | 05/17/2018 | | Taste Buds | TB Bus 5/17/2... | 145.82 | 610.90 |
| Deposit | 05/18/2018 | | Taste Buds | TB Bus 5/18/2... | 0.00 | 610.90 |
| Deposit | 05/19/2018 | | Taste Buds | TB Bus 5/19/2... | 0.00 | 610.90 |
| Deposit | 05/20/2018 | | Taste Buds | TB Bus 5/20/2... | 0.00 | 610.90 |
| Deposit | 05/21/2018 | | Taste Buds | TB Bus 5/21/2... | 61.50 | 672.40 |
| Deposit | 05/22/2018 | | Taste Buds | TB Bus 5/22/2... | 70.00 | 742.40 |
| Deposit | 05/23/2018 | | Taste Buds | TB Bus 5/23/2... | 91.87 | 834.27 |
| Deposit | 05/24/2018 | | Taste Buds | TB Bus 5/24/2... | 0.00 | 834.27 |
| Deposit | 05/25/2018 | | Taste Buds | TB Bus 5/25/2... | 38.55 | 870.82 |
| Deposit | 05/26/2018 | | Taste Buds | TB Bus 5/26/2... | 57.30 | 928.12 |
| Deposit | 05/27/2018 | | Taste Buds | TB Bus 5/27/2... | 0.00 | 928.12 |
| Deposit | 05/28/2018 | | Taste Buds | TB Bus 5/28/2... | 0.00 | 928.12 |
| Deposit | 05/29/2018 | | Taste Buds | TB Bus 5/29/2... | 0.00 | 928.12 |
| Deposit | 05/30/2018 | | Taste Buds | TB Bus 5/30/2... | 50.79 | 978.91 |
| Deposit | 05/31/2018 | | Taste Buds | TB Bus 5/31/2... | 22.59 | 1,001.50 |
| **Total 70015 · Automobile Expense (MARKS)** | | | | | 1,001.50 | 1,001.50 |
| **70025 · Bank Service Charges** | | | | | | |
| Check | 05/02/2018 | ACH 18101... | Huntington Bank | | 49.90 | 49.90 |
| Bill | 05/20/2018 | | Key Bank | | 150.00 | 199.90 |
| Check | 05/31/2018 | ACH | Huntington Bank | | 20.00 | 219.90 |
| **Total 70025 · Bank Service Charges** | | | | | 219.90 | 219.90 |
| **70040 · Credit Card Processing Fees** | | | | | | |
| General Journal | 05/31/2018 | CPA3 | | | 4,000.21 | 4,000.21 |
| **Total 70040 · Credit Card Processing Fees** | | | | | 4,000.21 | 4,000.21 |

5:42 PM
06/18/18
Accrual Basis

# Marks Inc
## Breakdown Overhead Expenses
### May 2018

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **70060 · Insurance Expense** | | | | | | |
| **70061 · Auto** | | | | | | |
| Check | 05/02/2018 | ACH | Liberty Mutual | | 358.13 | 358.13 |
| **Total 70061 · Auto** | | | | | 358.13 | 358.13 |
| **70062 · General Business** | | | | | | |
| Check | 05/02/2018 | ACH | Liberty Mutual | | 0.00 | 0.00 |
| **Total 70062 · General Business** | | | | | 0.00 | 0.00 |
| **70063 · Workmens Comp** | | | | | | |
| Bill | 05/04/2018 | Payrol... | Corporate | | 96.01 | 96.01 |
| Bill | 05/18/2018 | Payrol... | Corporate | | 98.66 | 194.67 |
| **Total 70063 · Workmens Comp** | | | | | 194.67 | 194.67 |
| **Total 70060 · Insurance Expense** | | | | | 552.80 | 552.80 |
| **70070 · Interest Expense** | | | | | | |
| Bill | 05/04/2018 | | Key Bank | | 195.02 | 195.02 |
| Bill | 05/20/2018 | 18101... | Key Bank | | 392.28 | 392.28 |
| Check | 05/30/2018 | ACH | S & T Bank | | 197.26 | 392.28 |
| **Total 70070 · Interest Expense** | | | | | 392.28 | 392.28 |
| **70090 · Miscellaneous** | | | | | | |
| Bill | 05/07/2018 | 195638 | Fueland | | 108.84 | 108.84 |
| **Total 70090 · Miscellaneous** | | | | | 108.84 | 108.84 |
| **70095 · Office Expenses** | | | | | | |
| Bill | 05/04/2018 | | ATA Associates | A. Tetech (W... | 175.00 | 175.00 |
| Bill | 05/11/2018 | | Corporate | A. Tetech (W... | 175.00 | 350.00 |
| Bill | 05/18/2018 | | Corporate | A. Tetech (W... | 175.00 | 525.00 |
| Bill | 05/25/2018 | | Corporate | A. Tetech (W... | 175.00 | 700.00 |
| Bill | 05/31/2018 | | Corporate | | 9.63 | 709.63 |
| **Total 70095 · Office Expenses** | | | | | 709.63 | 709.63 |

5:42 PM
06/18/18
Accrual Basis

# Marks Inc
## Breakdown Overhead Expenses
### May 2018

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **70110 · Over/Short** | | | | | | |
| Deposit | 05/01/2018 | | Taste Buds | TB Bus 5/01/2... | -6.14 | -6.14 |
| Deposit | 05/02/2018 | | Taste Buds | TB Bus 5/02/2... | 9.00 | 2.86 |
| Deposit | 05/03/2018 | | Taste Buds | TB Bus 5/03/2... | 4.46 | 7.32 |
| Deposit | 05/04/2018 | | Taste Buds | TB Bus 5/04/2... | -4.15 | 3.17 |
| Deposit | 05/05/2018 | | Taste Buds | TB Bus 5/05/2... | -3.38 | -0.21 |
| Deposit | 05/06/2018 | | Taste Buds | TB Bus 5/06/2... | -2.45 | -2.66 |
| Deposit | 05/07/2018 | | Taste Buds | TB Bus 5/07/... | 1.91 | -0.75 |
| Deposit | 05/08/2018 | | Taste Buds | TB Bus 5/08/... | 5.49 | 4.74 |
| Deposit | 05/09/2018 | | Taste Buds | TB Bus 5/09/2... | -0.35 | 4.39 |
| Deposit | 05/10/2018 | | Taste Buds | TB Bus 5/10/2... | -6.95 | -2.56 |
| Deposit | 05/11/2018 | | Taste Buds | TB Bus 5/11/2... | -35.54 | -38.10 |
| Deposit | 05/12/2018 | | Taste Buds | TB Bus 5/12/2... | 38.54 | 0.44 |
| Deposit | 05/13/2018 | | Taste Buds | TB Bus 5/13/2... | 3.32 | 3.76 |
| Deposit | 05/14/2018 | | Taste Buds | TB Bus 5/14/2... | 5.82 | 9.58 |
| Deposit | 05/15/2018 | | Taste Buds | TB Bus 5/15/2... | 0.73 | 10.31 |
| Deposit | 05/16/2018 | | Taste Buds | TB Bus 5/16/2... | 4.99 | 15.30 |
| Deposit | 05/17/2018 | | Taste Buds | TB Bus 5/17/2... | 21.76 | 37.06 |
| Deposit | 05/18/2018 | | Taste Buds | TB Bus 5/18/2... | 5.05 | 42.11 |
| Deposit | 05/19/2018 | | Taste Buds | TB Bus 5/19/2... | -30.07 | 12.04 |
| Deposit | 05/20/2018 | | Taste Buds | TB Bus 5/20/2... | 25.54 | 37.58 |
| Deposit | 05/21/2018 | | Taste Buds | TB Bus 5/21/2... | -8.08 | 29.50 |
| Deposit | 05/22/2018 | | Taste Buds | TB Bus 5/22/2... | 0.00 | 29.50 |
| Deposit | 05/23/2018 | | Taste Buds | TB Bus 5/23/2... | -0.03 | 29.47 |
| Deposit | 05/24/2018 | | Taste Buds | TB Bus 5/24/... | -28.60 | 0.87 |
| Deposit | 05/25/2018 | | Taste Buds | TB Bus 5/25/2... | 18.59 | 19.46 |
| Deposit | 05/26/2018 | | Taste Buds | TB Bus 5/26/2... | -1.85 | 17.61 |
| Deposit | 05/27/2018 | | Taste Buds | TB Bus 5/27/... | -4.74 | 12.87 |
| Deposit | 05/28/2018 | | Taste Buds | TB Bus 5/28/2... | 0.34 | 13.21 |
| Deposit | 05/29/2018 | | Taste Buds | TB Bus 5/29/... | -1.60 | 11.61 |
| Deposit | 05/30/2018 | | Taste Buds | TB Bus 5/30/2... | -0.02 | 11.59 |
| Deposit | 05/31/2018 | | Taste Buds | TB Bus 5/31/2... | -3.25 | 8.34 |
| **Total 70110 · Over/Short** | | | | | 8.34 | 8.34 |
| **70120 · Payroll Expenses** | | | | | | |
| **70121 · Wages Expense** | | | | | | |
| Bill | 05/04/2018 | Payrol... | Taste Buds | | 2,201.69 | 2,201.69 |
| Bill | 05/18/2018 | Payrol... | Taste Buds | | 2,260.25 | 4,461.94 |
| **Total 70121 · Wages Expense** | | | | | 4,461.94 | 4,461.94 |
| **70122 · Payroll Taxes** | | | | | | |
| Bill | 05/04/2018 | Payrol... | Taste Buds | | 573.09 | 573.09 |
| Bill | 05/04/2018 | Payrol... | Corporate | | 433.83 | 1,006.92 |
| Bill | 05/18/2018 | Payrol... | Taste Buds | | 591.31 | 1,598.23 |
| Bill | 05/18/2018 | Payrol... | Corporate | | 442.13 | 2,040.36 |
| **Total 70122 · Payroll Taxes** | | | | | 2,040.36 | 2,040.36 |

| | | | | | |
|---|---|---|---|---|---|
| **70140 · Rent Expense** | | | | | |
| 70142 · Equipment Leases | | | | | |
| Bill | 05/18/2018 | Taste Buds | | 141.33 | 141.33 |
| Bill | 05/18/2018 | Taste Buds | | 260.34 | 401.67 |
| Bill | 05/18/2018 | Taste Buds | | 240.00 | 641.67 |
| Total 70142 · Equipment Leases | | | | 641.67 | 641.67 |
| 70140 · Rent Expense - Other | | | | | |
| Bill | 05/01/2018 | Ed Dishwasher | May 2.... | 3,106.44 | 3,106.44 |
| Total 70140 · Rent Expense - Other | | | | 3,106.44 | 3,106.44 |
| Total 70140 · Rent Expense | | | | 3,748.11 | 3,748.11 |
| **70146 · Repairs and Maintenance** | | | | | |
| Bill | 05/04/2018 | Countrytown | | 221.60 | 221.60 |
| Total 70146 · Repairs and Maintenance | | | | 221.60 | 221.60 |
| **70155 · Store Expenses** | | | | | |
| Deposit | 05/01/2018 | Taste Buds | TB Bus 5/01/2... | 0.00 | 0.00 |
| Deposit | 05/02/2018 | Taste Buds | TB Bus 5/02/2... | 100.24 | 100.24 |
| Deposit | 05/03/2018 | Taste Buds | TB Bus 5/03/2... | 289.01 | 399.25 |
| Deposit | 05/04/2018 | Taste Buds | TB Bus 5/04/2... | 82.35 | 481.60 |
| Deposit | 05/05/2018 | Taste Buds | TB Bus 5/05/2... | 5.35 | 486.95 |
| Deposit | 05/06/2018 | Taste Buds | TB Bus 5/06/2... | 0.00 | 486.95 |
| Deposit | 05/07/2018 | Taste Buds | TB Bus 5/07/2... | 8.55 | 495.50 |
| Deposit | 05/08/2018 | Taste Buds | TB Bus 5/08/2... | 13.91 | 509.41 |
| Deposit | 05/09/2018 | Taste Buds | TB Bus 5/09/2... | 98.18 | 607.59 |
| Deposit | 05/10/2018 | Taste Buds | TB Bus 5/10/2... | 148.09 | 755.68 |
| Deposit | 05/11/2018 | Taste Buds | TB Bus 5/11/2... | 39.11 | 794.79 |
| Deposit | 05/12/2018 | Taste Buds | TB Bus 5/12/2... | 13.00 | 807.79 |
| Deposit | 05/13/2018 | Taste Buds | TB Bus 5/13/2... | 0.00 | 807.79 |
| Deposit | 05/14/2018 | Taste Buds | TB Bus 5/14/2... | 31.97 | 839.76 |
| Deposit | 05/15/2018 | Taste Buds | TB Bus 5/15/2... | 10.90 | 850.66 |

5:42 PM
06/18/18
Accrual Basis

# Marks Inc
## Breakdown Overhead Expenses
### May 2018

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 05/16/2018 | | Taste Buds | TB Bus 5/16/2... | 88.33 | 938.99 |
| Deposit | 05/17/2018 | | Taste Buds | TB Bus 5/17/2... | 0.00 | 938.99 |
| Deposit | 05/18/2018 | | Taste Buds | TB Bus 5/18/2... | 67.17 | 1,006.16 |
| Deposit | 05/19/2018 | | Taste Buds | TB Bus 5/19/2... | 0.00 | 1,006.16 |
| Deposit | 05/20/2018 | | Taste Buds | TB Bus 5/20/2... | 0.00 | 1,006.16 |
| Deposit | 05/21/2018 | | Taste Buds | TB Bus 5/21/2... | 0.00 | 1,006.16 |
| Deposit | 05/22/2018 | | Taste Buds | TB Bus 5/22/2... | 10.69 | 1,016.85 |
| Deposit | 05/23/2018 | | Taste Buds | TB Bus 5/23/2... | 0.00 | 1,016.85 |
| Deposit | 05/24/2018 | | Taste Buds | TB Bus 5/24/2... | 0.00 | 1,016.85 |
| Deposit | 05/25/2018 | | Taste Buds | TB Bus 5/25/2... | 0.00 | 1,016.85 |
| Deposit | 05/26/2018 | | Taste Buds | TB Bus 5/26/2... | 0.00 | 1,016.85 |
| Deposit | 05/27/2018 | | Taste Buds | TB Bus 5/27/2... | 0.00 | 1,016.85 |
| Deposit | 05/28/2018 | | Taste Buds | TB Bus 5/28/2... | 0.00 | 1,016.85 |
| Deposit | 05/29/2018 | | Taste Buds | TB Bus 5/29/2... | 100.00 | 1,116.85 |
| Deposit | 05/30/2018 | | Taste Buds | TB Bus 5/30/2... | 60.46 | 1,177.31 |
| Deposit | 05/31/2018 | | Taste Buds | TB Bus 5/31/2... | 69.14 | 1,246.45 |
| **Total 70155 · Store Expenses** | | | | | **1,246.45** | **1,246.45** |
| **70170 · Taxes** | | | | | | |
| Bill | 05/15/2018 | | Corporate | Notice#6000... | 158.18 | 158.18 |
| **Total 70170 · Taxes** | | | | | **158.18** | **158.18** |
| **70200 · Utilities** | | | | | | |
| **70201 · Disposal** | | | | | | |
| Bill | 05/20/2018 | 1555813 | Virgel Disposal Servi... | | 115.57 | 115.57 |
| **Total 70201 · Disposal** | | | | | **115.57** | **115.57** |
| **70202 · Electricity** | | | | | | |
| Bill | 05/15/2018 | | Taste Buds | | 886.87 | 886.87 |
| Bill | 05/29/2018 | | Corporate | | 61.08 | 947.95 |
| **Total 70202 · Electricity** | | | | | **947.95** | **947.95** |
| **70203 · Gas** | | | | | | |
| Bill | 05/22/2018 | | Peoples | | 29.37 | 29.37 |
| **Total 70203 · Gas** | | | | | **29.37** | **29.37** |

5:42 PM
06/18/18
Accrual Basis

## Marks Inc
## Breakdown Overhead Expenses
### May 2018

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| 70204 · Telephone Expense | | | | | | |
| Bill | 05/03/2018 | | Corporate | | 315.53 | 315.53 |
| Bill | 05/05/2018 | | Taste Buds | | 269.50 | 585.03 |
| Bill | 05/27/2018 | | Corporate | | 317.19 | 902.22 |
| Total 70204 · Telephone Expense | | | | | 902.22 | 902.22 |
| Total 70200 · Utilities | | | | | 1,995.11 | 1,995.11 |
| **TOTAL** | | | | | 20,948.63 | 20,948.63 |

5:42 PM
06/18/18
Accrual Basis

# Marks Inc
# Breakdown Overhead Expenses
## May 2018

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| 70124 · Outside Services | | | | | | |
| Deposit | 05/22/2018 | | Taste Buds | TB Bus 5/22/2... | -278.92 | -278.92 |
| Total 70124 · Outside Services | | | | | -278.92 | -278.92 |
| 70120 · Payroll Expenses - Other | | | | | | |
| Check | 05/11/2018 | ACH | ADP | | 83.56 | 83.56 |
| Check | 05/18/2018 | ACH | ADP | | 25.00 | 108.56 |
| Check | 05/25/2018 | ACH | ADP | | 170.18 | 278.74 |
| Check | 05/25/2018 | ACH | ADP | | 83.56 | 362.30 |
| Total 70120 · Payroll Expenses - Other | | | | | 362.30 | 362.30 |
| Total 70100 · Payroll Expenses | | | | | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

**Huntington**

MARKS INC DIP
MAIN COUNTRY TOWN ACCOUNT
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking

Account:

*Main Acct*

| Statement Activity From:<br>05/01/18 to 05/31/18 | | | |
|---|---|---|---|
| Days in Statement Period | 31 | Beginning Balance | $883.58 |
| | | Credits (+) | 49,272.52 |
| | | Regular Deposits | 41,500.00 |
| | | Electronic Deposits | 7,772.52 |
| Average Ledger Balance* | 660.32 | Debits (-) | 49,062.95 |
| Average Collected Balance* | 678.38* | Regular Checks Paid | 5,300.63 |
| * The above balances correspond to the | | Electronic Withdrawals | 42,971.36 |
| service charge cycle for this account. | | Other Debits | 780.96 |
| | | Total Service Charges (-) | 136.00 |
| | | Ending Balance | $967.15 |

## Deposits (+)

Account:

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 05/07 | | | Remote | 05/21 | 5,000.00 | | Remote |
| 05/14 | | | Remote | 05/29 | 11,000.00 | | Remote |
| 05/17 | | | Remote | | | | |

## Other Credits (+)

Account:

| Date | Amount | Description |
|---|---|---|
| 05/02 | | ITG BRANDS, LLC VENDOR PAY |
| 05/04 | | BUS ONL TFR FRM CHECKING |
| 05/04 | | GRUBHUB INC Apr Actvty |
| 05/10 | | ALTADIS USA VENDOR PAY |
| 05/11 | | BUS ONL TFR FRM CHECKING |
| 05/11 | | GRUBHUB INC May Actvty |
| 05/21 | | BUS ONL TFR FRM CHECKING |
| 05/24 | | ITG BRANDS, LLC VENDOR PAY |

## Checks (-)

Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 05/04 | 714.88 | 1300 | 05/07 | 159.73 | 1303 |
| 05/04 | 233.25 | 1301 | 05/11 | 777.50 | 1304 |
| 05/07 | 173.84 | 1302 | 05/14 | 134.76 | 1305 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬛® and Huntington ® are federally registered service marks of Huntington Bancshares
Incorporated. ©2018 Huntington Bancshares Incorporated.

Huntington

## Checks (-)

Account:

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 05/14 | 34.10 | 1306 | 05/21 | 713.25 | 1311 |
| 05/14 | 116.57 | 1307 | 05/25 | 121.78 | 1312 |
| 05/17 | 151.41 | 1308 | 05/25 | 166.05 | 1313 |
| 05/21 | 525.00 | 1309 | 05/25 | 452.00 | 1314 |
| 05/18 | 48.64 | 1310 | 05/04 | 777.89 | 1319* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

Account:

| Date | Amount | Description |
|------|--------|-------------|
| 05/03 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 05/07 | | CORE-MARK PAYMENTS |
| 05/10 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 05/14 | | CORE-MARK PAYMENTS |
| 05/16 | 780.96 | INSTALLMENT LOAN PAYMENT |
| 05/17 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 05/21 | | CORE-MARK PAYMENT |
| 05/22 | 19.44 | AMBESS PREPAID ELEC CHECK |
| 05/24 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 05/29 | | CORE-MARK PAYMENTS |
| 05/31 | 2.50 | AMBESS PREPAID ELEC CHECK |

## Service Charge Detail

Account:

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 05/15 | 30.00 | | REMOTE DEPOSIT CAPTURE FEES |
| 05/15 | 30.00 | | ONLINE PAYMENT CENTER FEES |
| 05/15 | 20.00 | | FRAUD PROTECTION SRVICE FEES |
| 05/15 | 20.00 | | MONTHLY SERVICE FEE |
| 05/15 | 36.00 | | RETURNED NSF FEE |

## Service Charge Summary

Account:

| | |
|---|---|
| Previous Month Service Charges (-) | $136.00 |
| Total Service Charges (-) | $136.00 |



## Balance Activity

*Account:*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 883.58 | 05/11 | 788.87 | 05/21 | 768.01 |
| 05/02 | 886.58 | 05/14 | 1,040.92 | 05/22 | 748.57 |
| 05/03 | 884.08 | 05/15 | 904.92 | 05/24 | 1,175.57 |
| 05/04 | 484.75 | 05/16 | 123.98 | 05/25 | 435.76 |
| 05/07 | 535.54 | 05/17 | 470.05 | 05/29 | 969.65 |
| 05/10 | 554.04 | 05/18 | 421.41 | 05/31 | 967.15 |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

Verification of Electronic Deposits If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

Balancing Your Statement - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MARKS INC DIP
CASE # 17-23657
545 MARKS DR
CORAOPOLIS PA 15108-3388

**Have a Question or Concern?**

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking

Account:    *D I P Acct.*

| Statement Activity From: 05/01/18 to 05/31/18 | | | |
|---|---|---|---|
| | | Beginning Balance | $22,778.51 |
| | | Credits (+) | 194,602.58 |
| Days in Statement Period | 31 | Regular Deposits | 55,000.00 |
| | | Electronic Deposits | 139,602.58 |
| | | Debits (-) | 201,348.66 |
| Average Ledger Balance* | 10,100.98 | Regular Checks Paid | 9,799.28 |
| Average Collected Balance* | 7,294.53 | Electronic Withdrawals | 191,549.38 |
| * The above balances correspond to the | | Total Service Charges (-) | 20.00 |
| service charge cycle for this account. | | Ending Balance | $16,012.43 |

## Deposits (+)

Account:

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 05/01 | | | Remote | 05/14 | | | Remote |
| 05/02 | | | Remote | 05/16 | | | Remote |
| 05/03 | | | Remote | 05/18 | | 157557593 | Brch/ATM |
| 05/04 | | | Remote | 05/23 | | | Remote |
| 05/09 | | | Remote | 05/29 | | | Remote |
| 05/10 | | | Remote | | | | |

## Other Credits (+)

Account:

| Date | Amount | Description |
|---|---|---|
| 05/01 | 4,555.15 | HUNT MERCH SVCS DEPOSIT |
| 05/02 | 4,590.33 | HUNT MERCH SVCS DEPOSIT |
| 05/03 | 4,275.67 | HUNT MERCH SVCS DEPOSIT |
| 05/04 | 4,631.53 | HUNT MERCH SVCS DEPOSIT |
| 05/07 | 5,683.58 | HUNT MERCH SVCS DEPOSIT |
| 05/07 | 3,275.01 | HUNT MERCH SVCS DEPOSIT |
| 05/07 | 1,836.75 | HUNT MERCH SVCS DEPOSIT |
| 05/07 | 1,203.40 | RJ REYNOLDS TOB INVPAY |
| 05/08 | 6,340.67 | HUNT MERCH SVCS DEPOSIT |
| 05/09 | 4,297.69 | HUNT MERCH SVCS DEPOSIT |
| 05/10 | 4,469.54 | HUNT MERCH SVCS DEPOSIT |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⊛● and Huntington ⊛ are federally registered service marks of Huntington Bancshares Incorporated.  ©2018 Huntington Bancshares Incorporated.



## Other Credits (+)

Account:

| Date | Amount | Description |
|------|--------|-------------|
| 05/10 | 80.75 | RJ REYNOLDS TOB INVPAY |
| 05/11 | 4,581.94 | HUNT MERCH SVCS DEPOSIT |
| 05/14 | 4,762.32 | HUNT MERCH SVCS DEPOSIT |
| 05/14 | 4,578.17 | HUNT MERCH SVCS DEPOSIT |
| 05/14 | 4,086.74 | HUNT MERCH SVCS DEPOSIT |
| 05/15 | 3,617.02 | HUNT MERCH SVCS DEPOSIT |
| 05/16 | 4,683.68 | HUNT MERCH SVCS DEPOSIT |
| 05/17 | 4,078.68 | HUNT MERCH SVCS DEPOSIT |
| 05/18 | 4,540.85 | HUNT MERCH SVCS DEPOSIT |
| 05/21 | 6,039.19 | HUNT MERCH SVCS DEPOSIT |
| 05/21 | 4,148.86 | HUNT MERCH SVCS DEPOSIT |
| 05/21 | 3,963.13 | HUNT MERCH SVCS DEPOSIT |
| 05/21 | 1,203.40 | RJ REYNOLDS TOB INVPAY |
| 05/22 | 4,726.45 | HUNT MERCH SVCS DEPOSIT |
| 05/23 | 3,876.34 | HUNT MERCH SVCS DEPOSIT |
| 05/24 | 4,681.47 | HUNT MERCH SVCS DEPOSIT |
| 05/25 | 4,701.38 | HUNT MERCH SVCS DEPOSIT |
| 05/29 | 5,465.29 | HUNT MERCH SVCS DEPOSIT |
| 05/29 | 4,082.34 | HUNT MERCH SVCS DEPOSIT |
| 05/29 | 3,806.18 | HUNT MERCH SVCS DEPOSIT |
| 05/29 | 3,075.26 | HUNT MERCH SVCS DEPOSIT |
| 05/30 | 4,643.13 | HUNT MERCH SVCS DEPOSIT |
| 05/31 | 5,020.71 | HUNT MERCH SVCS DEPOSIT |

## Checks (-)

Account:

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 05/01 | | 1131 | 05/18 | | 1146 |
| 05/22 | | 1133* | 05/18 | | 1147 |
| 05/07 | | 1136* | 05/17 | | 1148 |
| 05/02 | | 1137 | 05/17 | | 1149 |
| 05/16 | | 1138 | 05/18 | | 1150 |
| 05/11 | | 1139 | 05/18 | | 1151 |
| 05/16 | | 1140 | 05/25 | | 1156* |
| 05/16 | | 1141 | 05/24 | | 1167 |
| 05/14 | | 1142 | 05/29 | | 1158 |
| 05/11 | | 1143 | 05/18 | | 1159 |
| 05/09 | | 1144 | 05/29 | | 1160 |
| 05/21 | | 1145 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

Huntington

## Other Debits (-)

Account:

| Date | Amount | Description |
|------|--------|-------------|
| 05/01 | | PORTS PETRO AR CASH CON. |
| 05/02 | | HUNT MERCH SVCS DEPOSIT |
| 05/02 | | LIBERTY MUTUAL |
| 05/04 | | ADP WAGE PAY WAGE PAY |
| 05/04 | | BUS ONL TFR TO CHECKING |
| 05/04 | | ADP Tax ADP Tax |
| 05/04 | | ADP PAY-BY-PAY PAY-BY-PA |
| 05/07 | | PORTS PETRO AR CASH CON. |
| 05/09 | | PORTS PETRO AR CASH CON. |
| 05/10 | | PORTS PETRO AR CASH CON. |
| 05/11 | | BUS ONL TFR TO CHECKING |
| 05/11 | | ADP PAYROLL FEES ADP - FEES |
| 05/14 | | PORTS PETRO AR CASH CON. |
| 05/18 | | PORTS PETRO AR CASH CON |
| 05/18 | | ADP WAGE PAY WAGE PAY |
| 05/18 | | ADP Tax ADP Tax |
| 05/18 | | ADP PAY-BY-PAY PAY-BY-PAY |
| 05/18 | | ADP PAYROLL FEES ADP - FEES |
| 05/21 | | BUS ONL TFR TO CHECKING |
| 05/23 | | PORTS PETRO AR CASH CON. |
| 05/23 | | COMMWLTHOFPA INT PASTSALETX |
| 05/25 | | ADP PAYROLL FEES ADP - FEES |
| 05/25 | | ADP PAYROLL FEES ADP - FEES |
| 05/30 | | PORTS PETRO AR CASH CON. |
| 05/30 | | S&T BANK LOAN PYMT |

## Service Charge Detail

Account:

| Date | Service Charge (-) | Waives and | Discounts (+) | Description |
|------|-------------------|-----------|---------------|-------------|
| 05/15 | 20.00 | | | FRAUD PROTECTION SRVCE FEES |
| 05/15 | 20.00 | | | MONTHLY SERVICE FEE |
| 05/15 | | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## Service Charge Summary

Account:

| | |
|---|---|
| Previous Month Service Charges (-) | $40.00 |
| Other Credits (+) | 20.00 |
| Total Service Charges (-) | $20.00 |



## Balance Activity

Account:

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 22,778.51 | 05/10 | 4,470.30 | 05/22 | 16,555.00 |
| 05/01 | 4,914.03 | 05/11 | 5,873.89 | 05/23 | 675.44 |
| 05/02 | 9,989.89 | 05/14 | 1,170.94 | 05/24 | 5,198.73 |
| 05/03 | 17,265.58 | 05/15 | 4,767.96 | 05/25 | 9,619.24 |
| 05/04 | 21,292.47 | 05/16 | 11,565.44 | 05/29 | 31,685.49 |
| 05/07 | 8,574.07 | 05/17 | 15,412.89 | 05/30 | 10,991.72 |
| 05/08 | 14,914.74 | 05/18 | 1,858.56 | 05/31 | 16,012.43 |
| 05/09 | 1,262.94 | 05/21 | 12,151.25 | | |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

Verification of Electronic Deposits If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

Balancing Your Statement – For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                    Bankruptcy No. 17-23657-GLT

          Debtor.                          Chapter 11

Document No.


### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O.
Lampl hereby certify, that on the 27th day of June, 2018, a true and correct copy of the
foregoing **MONTHLY OPERATING REPORT** was served on the following *(via
electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222


Date: June 27, 2018                    /s/ Robert O Lampl
                                       ROBERT O LAMPL
                                       PA I.D. #19809
                                       JOHN P. LACHER
                                       PA I.D. #62297
                                       DAVID L. FUCHS
                                       PA I.D. #205694
                                       RYAN J. COONEY
                                       PA I.D. #319213
                                       SY O. LAMPL
                                       PA I.D. # 324741
                                       Counsel for the Debtor
                                       223 Fourth Avenue, 4th Floor
                                       Pittsburgh, PA  15222
                                       (412) 392-0330 (phone)
                                       (412) 392-0335 (facsimile)
                                       Email:  rlampl@lampllaw.com