IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                               Bankruptcy No. 17-23657-GLT

        Debtor.                        Chapter 11

                                      Document No.

MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD APRIL 1, 2018 – APRIL 30, 2018

                                                ROBERT O LAMPL
                                                PA I.D. #19809
                                                JOHN P. LACHER
                                                PA I.D. #62297
                                                DAVID L. FUCHS
                                                PA I.D. #205694
                                                RYAN J. COONEY
                                                PA I.D. #319213
                                                SY O. LAMPL
                                                PA I.D. # 324741
                                                Counsel for the Debtor
                                                223 Fourth Avenue, 4th Floor
                                                Pittsburgh, PA  15222
                                                (412) 392-0330 (phone)
                                                (412) 392-0335 (facsimile)
                                                Email: rlampl@lampllaw.com

B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re: __Marico, Inc.__
　　　　　Debtor

Case No. __17-23657-GLT__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __APRIL, 2018__

Line of Business: __CONVENIENCE STORES__

Date filed: __9/11/17__

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Thomas J Kearn_ CPA　　_Frank J. Schons_
Original Signature of Responsible Party

__THOMAS J KEARN, CPA__　　FRANK J. SCHONS, PRES.
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? (NOTE 1) | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $206,690

SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 10,000
Cash on Hand at End of Month    $ 6,000

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $ 206,690

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

COST OF GOODS SOLD  189,752
OH EXP.  20,366
TOTAL EXPENSES  $ 210,118

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 206,690
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 210,118

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ (3,428)

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ -0-

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ -0-

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   11

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   7

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ -0-

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ -0-

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ -0-

10:35 AM
05/21/18
Cash Basis

# Marks Inc
## Breakdown - Sales
### April 2018

| Type | Date | Num | Name | Memo | Clr | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| **50000 · Sales** | | | | | | | |
| **50002 · Gasoline Sales** | | | | | | | |
| Deposit | 04/01/2018 | | Taste Buds | TB Bus 4/01/2018 | | 2,859.37 | 2,859.37 |
| Deposit | 04/02/2018 | | Taste Buds | TB Bus 4/02/2018 | | 4,909.33 | 7,568.70 |
| Deposit | 04/03/2018 | | Taste Buds | TB Bus 4/03/2018 | | 5,188.25 | 12,756.95 |
| Deposit | 04/04/2018 | | Taste Buds | TB Bus 4/04/2018 | | 5,146.85 | 17,903.80 |
| Deposit | 04/05/2018 | | Taste Buds | TB Bus 4/05/2018 | | 5,204.74 | 23,108.54 |
| Deposit | 04/06/2018 | | Taste Buds | TB Bus 4/06/2018 | | 6,072.60 | 29,181.14 |
| Deposit | 04/07/2018 | | Taste Buds | TB Bus 4/07/2018 | | 4,802.03 | 33,983.17 |
| Deposit | 04/08/2018 | | Taste Buds | TB Bus 4/08/2018 | | 3,974.18 | 37,957.35 |
| Deposit | 04/09/2018 | | Taste Buds | TB Bus 4/09/2018 | | 5,127.90 | 43,085.25 |
| Deposit | 04/10/2018 | | Taste Buds | TB Bus 4/10/2018 | | 5,348.73 | 48,433.98 |
| Deposit | 04/11/2018 | | Taste Buds | TB Bus 4/11/2018 | | 5,510.46 | 53,944.44 |
| Deposit | 04/12/2018 | | Taste Buds | TB Bus 4/12/2018 | | 5,094.30 | 59,038.74 |
| Deposit | 04/13/2018 | | Taste Buds | TB Bus 4/13/2018 | | 5,423.49 | 64,462.23 |
| Deposit | 04/14/2018 | | Taste Buds | TB Bus 4/14/2018 | | 4,250.88 | 68,713.11 |
| Deposit | 04/15/2018 | | Taste Buds | TB Bus 4/15/2018 | | 3,996.78 | 72,709.89 |
| Deposit | 04/16/2018 | | Taste Buds | TB Bus 4/16/2018 | | 4,683.99 | 77,393.88 |
| Deposit | 04/17/2018 | | Taste Buds | TB Bus 4/17/2018 | | 4,726.77 | 82,120.65 |
| Deposit | 04/19/2018 | | Taste Buds | TB Bus 4/19/2018 | | 5,674.07 | 87,794.72 |
| Deposit | 04/20/2018 | | Taste Buds | TB Bus 4/20/2018 | | 5,702.03 | 93,496.75 |
| Deposit | 04/21/2018 | | Taste Buds | TB Bus 4/21/2018 | | 5,008.30 | 98,505.05 |
| Deposit | 04/22/2018 | | Taste Buds | TB Bus 4/22/2018 | | 4,714.23 | 103,219.28 |
| Deposit | 04/23/2018 | | Taste Buds | TB Bus 4/23/2018 | | 4,924.97 | 108,144.25 |
| Deposit | 04/24/2018 | | Taste Buds | TB Bus 4/24/2018 | | 4,612.62 | 112,756.87 |
| Deposit | 04/25/2018 | | Taste Buds | TB Bus 4/25/2018 | | 4,464.73 | 117,221.60 |
| Deposit | 04/26/2018 | | Taste Buds | TB Bus 4/26/2018 | | 6,197.58 | 123,419.18 |
| Deposit | 04/27/2018 | | Taste Buds | TB Bus 4/27/2018 | | 6,243.41 | 129,662.59 |
| Deposit | 04/28/2018 | | Taste Buds | TB Bus 4/28/2018 | | 5,601.18 | 135,263.77 |
| Deposit | 04/29/2018 | | Taste Buds | TB Bus 4/29/2018 | | 4,497.86 | 139,761.63 |
| Deposit | 04/30/2018 | | Taste Buds | TB Bus 4/30/2018 | | 5,988.98 | 145,750.61 |
| **Total 50002 · Gasoline Sales** | | | | | | **145,750.61** | **145,750.61** |
| **50003 · Store Sales** | | | | | | | |
| Deposit | 04/01/2018 | | Taste Buds | TB Bus 4/01/2018 | | 1,273.18 | 1,273.18 |
| Deposit | 04/02/2018 | | Taste Buds | TB Bus 4/02/2018 | | 2,141.63 | 3,414.81 |
| Deposit | 04/03/2018 | | Taste Buds | TB Bus 4/03/2018 | | 2,231.29 | 5,646.10 |
| Deposit | 04/04/2018 | | Taste Buds | TB Bus 4/04/2018 | | 1,901.15 | 7,547.25 |
| Deposit | 04/05/2018 | | Taste Buds | TB Bus 4/05/2018 | | 2,199.05 | 9,746.30 |
| Deposit | 04/06/2018 | | Taste Buds | TB Bus 4/06/2018 | | 2,353.44 | 12,099.74 |
| Deposit | 04/07/2018 | | Taste Buds | TB Bus 4/07/2018 | | 1,850.78 | 13,950.52 |
| Deposit | 04/08/2018 | | Taste Buds | TB Bus 4/08/2018 | | 2,016.32 | 15,966.84 |
| Deposit | 04/09/2018 | | Taste Buds | TB Bus 4/09/2018 | | 1,618.08 | 17,584.92 |
| Deposit | 04/10/2018 | | Taste Buds | TB Bus 4/10/2018 | | 1,463.24 | 19,048.16 |
| Deposit | 04/11/2018 | | Taste Buds | TB Bus 4/11/2018 | | 2,056.19 | 21,104.35 |
| Deposit | 04/12/2018 | | Taste Buds | TB Bus 4/12/2018 | | 2,316.68 | 23,420.03 |
| Deposit | 04/13/2018 | | Taste Buds | TB Bus 4/13/2018 | | 2,925.26 | 26,345.29 |
| Deposit | 04/14/2018 | | Taste Buds | TB Bus 4/14/2018 | | 2,175.99 | 28,521.28 |
| Deposit | 04/15/2018 | | Taste Buds | TB Bus 4/15/2018 | | 1,759.64 | 30,280.92 |
| Deposit | 04/16/2018 | | Taste Buds | TB Bus 4/16/2018 | | 1,918.57 | 32,199.49 |
| Deposit | 04/17/2018 | | Taste Buds | TB Bus 4/17/2018 | | 1,988.32 | 34,187.81 |
| Deposit | 04/19/2018 | | Taste Buds | TB Bus 4/19/2018 | | 2,139.67 | 36,327.48 |
| Deposit | 04/20/2018 | | Taste Buds | TB Bus 4/20/2018 | | 2,801.05 | 39,128.53 |
| Deposit | 04/21/2018 | | Taste Buds | TB Bus 4/21/2018 | | 2,187.45 | 41,315.98 |
| Deposit | 04/22/2018 | | Taste Buds | TB Bus 4/22/2018 | | 2,138.17 | 43,454.15 |
| Deposit | 04/23/2018 | | Taste Buds | TB Bus 4/23/2018 | | 2,224.70 | 45,678.85 |
| Deposit | 04/24/2018 | | Taste Buds | TB Bus 4/24/2018 | | 2,067.40 | 47,746.25 |
| Deposit | 04/25/2018 | | Taste Buds | TB Bus 4/25/2018 | | 1,811.42 | 49,557.67 |
| Deposit | 04/26/2018 | | Taste Buds | TB Bus 4/26/2018 | | 2,815.78 | 52,373.45 |
| Deposit | 04/27/2018 | | Taste Buds | TB Bus 4/27/2018 | | 2,508.30 | 54,881.75 |
| Deposit | 04/28/2018 | | Taste Buds | TB Bus 4/28/2018 | | 2,208.51 | 57,090.26 |
| Deposit | 04/29/2018 | | Taste Buds | TB Bus 4/29/2018 | | 1,843.64 | 58,933.90 |
| Deposit | 04/30/2018 | | Taste Buds | TB Bus 4/30/2018 | | 2,005.74 | 60,939.64 |
| **Total 50003 · Store Sales** | | | | | | **60,939.64** | **60,939.64** |
| **Total 50000 · Sales** | | | | | | **206,690.25** | **206,690.25** |
| **TOTAL** | | | | | | **206,690.25** | **206,690.25** |

10:39 AM
06/21/18
Cash Basis

# Marks Inc
## Breakdown - Cost Of Sales
### April 2018

| Type | Date | Num | Name | Memo | Clr | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| 60000 · Cost Of Goods Sold - Other | | | | | | | |
| Bill | 04/06/2018 | 604219... | Taste Buds | | | 110.71 | 110.71 |
| Bill | 04/05/2018 | 604220... | Taste Buds | | | 97.97 | 208.68 |
| Bill | 04/05/2018 | 604221... | Taste Buds | | | 168.32 | 377.00 |
| Bill | 04/05/2018 | 604218... | Taste Buds | | | 136.69 | 513.69 |
| Bill | 04/18/2018 | 604215... | Taste Buds | | | 103.36 | 617.05 |
| Total 60000 · Cost Of Goods Sold - Other | | | | | | 617.05 | 617.05 |
| Total 60000 · Cost Of Goods Sold | | | | | | 189,752.14 | 189,752.14 |
| TOTAL | | | | | | 189,752.14 | 189,752.14 |

10:39 AM
05/21/18
Cash Basis

# Marks Inc
# Breakdown - Cost Of Sales
## April 2018

| Type | Date | Num | Name | Memo | Clr | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| **60000 · Cost Of Goods Sold** | | | | | | | |
| **60110 · Gasoline Purchases** | | | | | | | |
| Bill | 04/03/2018 | 232285 | Taste Buds | | | 22,781.42 | 22,781.42 |
| Bill | 04/06/2018 | 233055 | Taste Buds | | | 22,610.26 | 45,391.68 |
| Bill | 04/11/2018 | 233643 | Taste Buds | | | 22,678.57 | 68,070.25 |
| Bill | 04/17/2018 | 234853 | Taste Buds | | | 22,346.90 | 90,416.15 |
| Bill | 04/20/2018 | 235625 | Taste Buds | | | 23,792.56 | 114,208.71 |
| Bill | 04/25/2018 | 236479 | Taste Buds | | | 23,843.18 | 137,851.89 |
| Total 60110 · Gasoline Purchases | | | | | | 137,851.89 | 137,851.89 |
| **60210 · Store Purchases(Vendor Paypot)** | | | | | | | |
| Deposit | 04/01/2018 | | Taste Buds | TB Bus 4/01/2018 | | 0.00 | 0.00 |
| Check | 04/02/2018 | 1286 | Taste Buds | Taste Buds | | 114.12 | 114.12 |
| Deposit | 04/02/2018 | | Taste Buds | TB Bus 4/02/2018 | | 508.66 | 622.78 |
| Deposit | 04/03/2018 | | Taste Buds | TB Bus 4/03/2018 | | 93.42 | 716.20 |
| Check | 04/04/2018 | 1287 | Taste Buds | Taste Buds | | 207.59 | 925.79 |
| Deposit | 04/04/2018 | | Taste Buds | TB Bus 4/04/2018 | | 230.00 | 1,155.79 |
| Check | 04/05/2018 | 1289 | Taste Buds | taste Buds Wholeys Fl... | | 60.00 | 1,215.79 |
| Deposit | 04/05/2018 | | Taste Buds | TB Bus 4/05/2018 | | 49.83 | 1,265.62 |
| Bill | 04/08/2018 | 674165... | Taste Buds | | | 278.70 | 1,544.32 |
| Deposit | 04/06/2018 | | Taste Buds | TB Bus 4/06/2018 | | 534.01 | 2,078.33 |
| Deposit | 04/07/2018 | | Taste Buds | TB Bus 4/07/2018 | | 0.00 | 2,078.33 |
| Deposit | 04/08/2018 | | Taste Buds | TB Bus 4/08/2018 | | 0.00 | 2,078.33 |
| Bill | 04/09/2018 | 0807095 | Taste Buds | | | 15.70 | 2,094.03 |
| Credit | 04/09/2018 | 0857137 | Taste Buds | | | -15.70 | 2,078.33 |
| Bill | 04/09/2018 | 0877080 | Taste Buds | | | 762.80 | 2,841.13 |
| Bill | 04/09/2018 | 0877079 | Taste Buds | | | 9,125.33 | 11,966.46 |
| Bill | 04/09/2018 | 0877079 | Taste Buds | | | 169.33 | 12,135.79 |
| Credit | 04/09/2018 | 0877763 | Core-Mark Midcontine... | | | -169.33 | 11,966.46 |
| Deposit | 04/09/2018 | | Taste Buds | | | 1,020.85 | 12,987.31 |
| Deposit | 04/10/2018 | | Taste Buds | TB Bus 4/10/2018 | | 324.52 | 13,311.83 |
| Check | 04/11/2018 | 1291 | Taste Buds | Fish | | 60.00 | 13,371.83 |
| Check | 04/11/2018 | 1293 | Taste Buds | Taste Buds | | 107.49 | 13,479.32 |
| Check | 04/11/2018 | 1292 | Taste Buds | Taste Buds - Roller Bl... | | 68.01 | 13,537.33 |
| Deposit | 04/11/2018 | | Taste Buds | TB Bus 4/11/2018 | | 0.00 | 13,537.33 |
| Deposit | 04/12/2018 | | Taste Buds | TB Bus 4/12/2018 | | 70.28 | 13,607.61 |
| Bill | 04/13/2018 | 001261... | Taste Buds | | | 171.24 | 13,778.85 |
| Bill | 04/13/2018 | 678140... | Taste Buds | | | 321.07 | 14,099.92 |
| Deposit | 04/13/2018 | | Taste Buds | TB Bus 4/13/2018 | | 137.58 | 14,237.50 |
| Deposit | 04/14/2018 | | Taste Buds | TB Bus 4/14/2018 | | 0.00 | 14,237.50 |
| Deposit | 04/15/2018 | | Taste Buds | TB Bus 4/15/2018 | | 0.00 | 14,237.50 |
| Bill | 04/16/2018 | 0947148 | Taste Buds | | | 9,115.81 | 23,353.31 |
| Bill | 04/16/2018 | 0947149 | Taste Buds | | | 2,065.78 | 25,419.09 |
| Deposit | 04/16/2018 | | Taste Buds | TB Bus 4/16/2018 | | 39.68 | 25,458.77 |
| Deposit | 04/17/2018 | | Taste Buds | TB Bus 4/17/2018 | | 106.99 | 25,565.76 |
| Deposit | 04/19/2018 | | Taste Buds | TB Bus 4/19/2018 | | 65.46 | 25,631.22 |
| Bill | 04/20/2018 | | Taste Buds | | | 254.52 | 25,885.74 |
| Check | 04/20/2018 | 1132 | Taste Buds | Replacement for Ck # ... | | 212.98 | 26,098.72 |
| Deposit | 04/20/2018 | | Taste Buds | TB Bus 4/20/2018 | | 111.70 | 26,210.42 |
| Deposit | 04/21/2018 | | Taste Buds | TB Bus 4/21/2018 | | 0.00 | 26,210.42 |
| Deposit | 04/22/2018 | | Taste Buds | TB Bus 4/22/2018 | | 0.00 | 26,210.42 |
| Bill | 04/23/2018 | 1017113 | Taste Buds | | | 1,406.67 | 27,617.09 |
| Bill | 04/23/2018 | 1017113 | Taste Buds | | | 9,844.33 | 37,461.42 |
| Bill | 04/23/2018 | 1017113 | Taste Buds | | | 53.85 | 37,515.27 |
| Bill | 04/23/2018 | 1017114 | Taste Buds | | | 114.33 | 37,629.60 |
| Deposit | 04/23/2018 | | Taste Buds | TB Bus 4/23/2018 | | 1,480.89 | 39,110.49 |
| Credit | 04/23/2018 | mar 18... | Core-Mark Midcontine... | | | -114.33 | 38,996.16 |
| Credit | 04/23/2018 | mar 18... | Core-Mark Midcontine... | | | -1,406.67 | 37,589.49 |
| Credit | 04/23/2018 | 089710... | Core-Mark Midcontine... | | | -53.85 | 37,535.64 |
| Deposit | 04/24/2018 | | Taste Buds | TB Bus 4/24/2018 | | 530.93 | 38,066.57 |
| Deposit | 04/25/2018 | | Taste Buds | TB Bus 4/25/2018 | | 0.00 | 38,066.57 |
| Deposit | 04/26/2018 | | Taste Buds | TB Bus 4/26/2018 | | 83.61 | 38,150.18 |
| Deposit | 04/27/2018 | | Taste Buds | TB Bus 4/27/2018 | | 151.80 | 38,301.98 |
| Deposit | 04/28/2018 | | Taste Buds | TB Bus 4/28/2018 | | 0.00 | 38,301.98 |
| Deposit | 04/29/2018 | | Taste Buds | TB Bus 4/29/2018 | | 0.00 | 38,301.98 |
| Bill | 04/30/2018 | 0877079 | Taste Buds | | | 15.70 | 38,317.68 |
| Bill | 04/30/2018 | 1087256 | Taste Buds | | | 10,145.68 | 48,463.36 |
| Bill | 04/30/2018 | 1087257 | Taste Buds | | | 1,466.53 | 49,929.89 |
| Bill | 04/30/2018 | 1087257 | Taste Buds | | | 39.80 | 49,969.69 |
| Credit | 04/30/2018 | 110809... | Core-Mark Midcontine... | | | -39.80 | 49,929.89 |
| Deposit | 04/30/2018 | | Taste Buds | TB Bus 4/30/2018 | | 1,353.31 | 51,283.20 |
| Total 60210 · Store Purchases(Vendor Paypot) | | | | | | 51,283.20 | 51,283.20 |

10:41 AM
05/21/18
Cash Basis

# Marks Inc
## Breakdown - Overhead Expenses
### April 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---:|---:|
| **70095 · Office Expenses** | | | | | | |
| Check | 04/04/2018 | 1287 | Corporate | Coffee Cups | 35.99 | 35.99 |
| Bill | 04/06/2018 | | Corporate | A. Telech (Week 4/... | 175.00 | 210.99 |
| Bill | 04/13/2018 | 04594... | Aqua Filter Fresh Inc. | | 9.63 | 220.62 |
| Bill | 04/13/2018 | | Corporate | A. Telech (Week of ... | 175.00 | 395.62 |
| Bill | 04/20/2018 | | Corporate | A. Telech (Week 04... | 175.00 | 570.62 |
| Bill | 04/27/2018 | | Corporate | A. Telech (Week of ... | 175.00 | 745.62 |
| **Total 70095 · Office Expenses** | | | | | **745.62** | **745.62** |
| **70110 · Over/Short** | | | | | | |
| Deposit | 04/01/2018 | | Taste Buds | TB Bus 4/01/2018 | -1.53 | -1.53 |
| Deposit | 04/02/2018 | | Taste Buds | TB Bus 4/02/2018 | 0.06 | -1.47 |
| Deposit | 04/03/2018 | | Taste Buds | TB Bus 4/03/2018 | -3.43 | -4.90 |
| Deposit | 04/04/2018 | | Taste Buds | TB Bus 4/04/2018 | 5.72 | 0.82 |
| Deposit | 04/05/2018 | | Taste Buds | TB Bus 4/05/2018 | 3.48 | 4.30 |
| Deposit | 04/06/2018 | | Taste Buds | TB Bus 4/06/2018 | -1.38 | 2.92 |
| Deposit | 04/07/2018 | | Taste Buds | TB Bus 4/07/2018 | -2.71 | 0.21 |
| Deposit | 04/08/2018 | | Taste Buds | TB Bus 4/08/2018 | -4.30 | -4.09 |
| Deposit | 04/09/2018 | | Taste Buds | TB Bus 4/09/2018 | -5.27 | -9.36 |
| Deposit | 04/10/2018 | | Taste Buds | TB Bus 4/10/2018 | 5.43 | -3.93 |
| Deposit | 04/11/2018 | | Taste Buds | TB Bus 4/11/2018 | -0.40 | -4.33 |
| Deposit | 04/12/2018 | | Taste Buds | TB Bus 4/12/2018 | 0.66 | -3.67 |
| Deposit | 04/13/2018 | | Taste Buds | TB Bus 4/13/2018 | 10.80 | 7.13 |
| Deposit | 04/14/2018 | | Taste Buds | TB Bus 4/14/2018 | -6.20 | 0.93 |
| Deposit | 04/15/2018 | | Taste Buds | TB Bus 4/15/2018 | 2.57 | 3.50 |
| Deposit | 04/16/2018 | | Taste Buds | TB Bus 4/16/2018 | -5.12 | -1.62 |
| Deposit | 04/17/2018 | | Taste Buds | TB Bus 4/17/2018 | 4.62 | 3.00 |
| Deposit | 04/19/2018 | | Taste Buds | TB Bus 4/19/2018 | -4.61 | -1.61 |
| Deposit | 04/20/2018 | | Taste Buds | TB Bus 4/20/2018 | -50.88 | -52.49 |
| Deposit | 04/21/2018 | | Taste Buds | TB Bus 4/21/2018 | 3.58 | -48.91 |
| Deposit | 04/22/2018 | | Taste Buds | TB Bus 4/22/2018 | -3.62 | -52.53 |
| Deposit | 04/23/2018 | | Taste Buds | TB Bus 4/23/2018 | -1.04 | -53.57 |
| Deposit | 04/24/2018 | | Taste Buds | TB Bus 4/24/2018 | 21.23 | -32.34 |
| Deposit | 04/25/2018 | | Taste Buds | TB Bus 4/25/2018 | -102.26 | -134.60 |
| Deposit | 04/26/2018 | | Taste Buds | TB Bus 4/26/2018 | 2.56 | -132.04 |
| Deposit | 04/27/2018 | | Taste Buds | TB Bus 4/27/2018 | -1.37 | -133.41 |
| Deposit | 04/28/2018 | | Taste Buds | TB Bus 4/28/2018 | 14.96 | -118.45 |
| Deposit | 04/29/2018 | | Taste Buds | TB Bus 4/29/2018 | 1.86 | -116.59 |
| Deposit | 04/30/2018 | | Taste Buds | TB Bus 4/30/2018 | 14.28 | -102.31 |
| **Total 70110 · Over/Short** | | | | | **-102.31** | **-102.31** |
| **70120 · Payroll Expenses** | | | | | | |
| *70121 · Wages Expense* | | | | | | |
| Bill | 04/06/2018 | Payrol... | Corporate | | 1,555.78 | 1,555.78 |
| Bill | 04/06/2018 | Payrol... | Taste Buds | | 2,436.96 | 3,992.74 |
| Bill | 04/20/2018 | Payrol... | Corporate | | 1,555.77 | 5,548.51 |
| Bill | 04/20/2018 | Payrol... | Taste Buds | | 2,255.94 | 7,804.45 |
| **Total 70121 · Wages Expense** | | | | | **7,804.45** | **7,804.45** |
| *70122 · Payroll Taxes* | | | | | | |
| Bill | 04/06/2018 | Payrol... | Corporate | | 427.30 | 427.30 |
| Bill | 04/06/2018 | Payrol... | Taste Buds | | 620.16 | 1,047.46 |
| Bill | 04/06/2018 | Payrol... | Corporate | | 151.70 | 1,199.16 |
| Bill | 04/06/2018 | Payrol... | Taste Buds | | 475.55 | 1,674.71 |
| Bill | 04/20/2018 | Payrol... | Corporate | | 427.31 | 2,102.02 |
| Bill | 04/20/2018 | Payrol... | Taste Buds | | 590.69 | 2,692.71 |
| Bill | 04/20/2018 | Payrol... | Corporate | | 151.70 | 2,844.41 |
| **Total 70122 · Payroll Taxes** | | | | | **2,844.41** | **2,844.41** |

10:41 AM
05/21/18
Cash Basis

# Marks Inc
## Breakdown - Overhead Expenses
### April 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **70015 · Automobile Expense (MARKS)** | | | | | | |
| Deposit | 04/01/2018 | | Taste Buds | TB Bus 4/01/2018 | 0.00 | 0.00 |
| Check | 04/02/2018 | 1285 | Corporate | MAS Dodge Journey... | 411.10 | 411.10 |
| Deposit | 04/02/2018 | | Taste Buds | TB Bus 4/02/2018 | 0.00 | 411.10 |
| Deposit | 04/03/2018 | | Taste Buds | TB Bus 4/03/2018 | 49.84 | 460.94 |
| Deposit | 04/04/2018 | | Taste Buds | TB Bus 4/04/2018 | 0.00 | 460.94 |
| Deposit | 04/05/2018 | | Taste Buds | TB Bus 4/05/2018 | 0.00 | 460.94 |
| Deposit | 04/06/2018 | | Taste Buds | TB Bus 4/06/2018 | 125.98 | 586.92 |
| Deposit | 04/07/2018 | | Taste Buds | TB Bus 4/07/2018 | 0.00 | 586.92 |
| Deposit | 04/08/2018 | | Taste Buds | TB Bus 4/08/2018 | 0.00 | 586.92 |
| Deposit | 04/09/2018 | | Taste Buds | TB Bus 4/09/2018 | 32.31 | 619.23 |
| Deposit | 04/10/2018 | | Taste Buds | TB Bus 4/10/2018 | 0.00 | 619.23 |
| Deposit | 04/11/2018 | | Taste Buds | TB Bus 4/11/2018 | 0.00 | 619.23 |
| Deposit | 04/12/2018 | | Taste Buds | TB Bus 4/12/2018 | 62.65 | 681.88 |
| Deposit | 04/13/2018 | | Taste Buds | TB Bus 4/13/2018 | 0.00 | 681.88 |
| Deposit | 04/14/2018 | | Taste Buds | TB Bus 4/14/2018 | 0.00 | 681.88 |
| Deposit | 04/15/2018 | | Taste Buds | TB Bus 4/15/2018 | 0.00 | 681.88 |
| Deposit | 04/16/2018 | | Taste Buds | TB Bus 4/16/2018 | 0.00 | 681.88 |
| Deposit | 04/17/2018 | | Taste Buds | TB Bus 4/17/2018 | 0.00 | 681.88 |
| Deposit | 04/18/2018 | | Taste Buds | TB Bus 4/19/2018 | 0.00 | 681.88 |
| Deposit | 04/20/2018 | | Taste Buds | TB Bus 4/20/2018 | 0.00 | 681.88 |
| Deposit | 04/21/2018 | | Taste Buds | TB Bus 4/21/2018 | 0.00 | 681.88 |
| Deposit | 04/22/2018 | | Taste Buds | TB Bus 4/22/2018 | 0.00 | 681.88 |
| Deposit | 04/23/2018 | | Taste Buds | TB Bus 4/23/2018 | 57.80 | 739.68 |
| Deposit | 04/24/2018 | | Taste Buds | TB Bus 4/24/2018 | 0.00 | 739.68 |
| Deposit | 04/25/2018 | | Taste Buds | TB Bus 4/25/2018 | 34.15 | 773.83 |
| Deposit | 04/26/2018 | | Taste Buds | TB Bus 4/26/2018 | 116.21 | 890.04 |
| Deposit | 04/27/2018 | | Taste Buds | TB Bus 4/27/2018 | 53.54 | 943.58 |
| Deposit | 04/28/2018 | | Taste Buds | TB Bus 4/28/2018 | 0.00 | 943.58 |
| Deposit | 04/29/2018 | | Taste Buds | TB Bus 4/29/2018 | 0.00 | 943.58 |
| Deposit | 04/30/2018 | | Taste Buds | TB Bus 4/30/2018 | 51.87 | 995.45 |
| **Total 70015 · Automobile Expense (MARKS)** | | | | | **995.45** | **995.45** |
| **70025 · Bank Service Charges** | | | | | | |
| Check | 04/02/2018 | ACH | Huntington Bank | | 49.90 | 49.90 |
| Bill | 04/06/2018 | 18101... | Corporate | | 53.25 | 103.15 |
| Check | 04/20/2018 | 1132 | Corporate | NSF Fee | 30.00 | 133.15 |
| Check | 04/30/2018 | ACH | Huntington Bank | | 20.00 | 153.15 |
| **Total 70025 · Bank Service Charges** | | | | | **153.15** | **153.15** |
| **70060 · Insurance Expense** | | | | | | |
| **70061 · Auto** | | | | | | |
| Check | 04/04/2018 | ACH | Liberty Mutual | | 358.13 | 358.13 |
| **Total 70061 · Auto** | | | | | **358.13** | **358.13** |
| **70062 · General Business** | | | | | | |
| Check | 04/04/2018 | ACH | Liberty Mutual | | | 0.00 |
| **Total 70062 · General Business** | | | | | **0.00** | **0.00** |
| **70063 · Workmens Comp** | | | | | | |
| Bill | 04/06/2018 | 4/6/18... | ADP | | 109.74 | 109.74 |
| Bill | 04/20/2018 | Payrol... | Corporate | | 102.47 | 212.21 |
| **Total 70063 · Workmens Comp** | | | | | **212.21** | **212.21** |
| **Total 70060 · Insurance Expense** | | | | | **570.34** | **570.34** |
| **70070 · Interest Expense** | | | | | | |
| Bill | 04/06/2018 | 18101... | Corporate | | 167.15 | 167.15 |
| Check | 04/30/2018 | ACH | S & T Bank | | | 167.15 |
| **Total 70070 · Interest Expense** | | | | | **167.15** | **167.15** |

10:41 AM
06/21/18
Cash Basis

# Marks Inc
## Breakdown - Overhead Expenses
### April 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---:|---:|
| **70123 · Payroll Processing Fees** | | | | | | |
| Check | 04/10/2018 | ACH | ADP | | 170.18 | 170.18 |
| Check | 04/13/2018 | ACH | ADP | | 85.90 | 256.08 |
| Check | 04/20/2018 | ACH | ADP | | 25.00 | 281.08 |
| Check | 04/27/2018 | ACH | ADP | | 170.18 | 451.26 |
| Check | 04/27/2018 | ACH | ADP | | 84.73 | 535.99 |
| **Total 70123 · Payroll Processing Fees** | | | | | 535.99 | 535.99 |
| **70124 · Outside Services** | | | | | | |
| Deposit | 04/12/2018 | | Taste Buds | TB Bus 4/12/2018 | 100.00 | 100.00 |
| Deposit | 04/14/2018 | | Taste Buds | TB Bus 4/14/2018 | 360.00 | 460.00 |
| **Total 70124 · Outside Services** | | | | | 460.00 | 460.00 |
| **70120 · Payroll Expenses - Other** | | | | | | |
| Bill | 04/11/2018 | 50929... | Taste Buds | | 177.16 | 177.16 |
| Bill | 04/20/2018 | Payrol... | Taste Buds | | 444.84 | 622.00 |
| **Total 70120 · Payroll Expenses - Other** | | | | | 622.00 | 622.00 |
| **Total 70120 · Payroll Expenses** | | | | | 12,266.85 | 12,266.85 |
| **70140 · Rent Expense** | | | | | | |
| **70142 · Equipmemt Leases** | | | | | | |
| Bill | 04/18/2018 | | Corporate | | 141.33 | 141.33 |
| Bill | 04/18/2018 | | Corporate | | 260.34 | 401.67 |
| Bill | 04/18/2018 | | Corporate | | 240.00 | 641.67 |
| **Total 70142 · Equipmemt Leases** | | | | | 641.67 | 641.67 |
| **70140 · Rent Expense - Other** | | | | | | |
| Bill | 04/27/2018 | April 2... | Taste Buds | | 3,106.44 | 3,106.44 |
| **Total 70140 · Rent Expense - Other** | | | | | 3,106.44 | 3,106.44 |
| **Total 70140 · Rent Expense** | | | | | 3,748.11 | 3,748.11 |
| **70145 · Repairs and Maintenance** | | | | | | |
| Bill | 04/20/2018 | 054083 | Taste Buds | | 70.00 | 70.00 |
| Bill | 04/20/2018 | 054081 | Taste Buds | | 70.00 | 140.00 |
| Bill | 04/20/2018 | 054084 | Taste Buds | | 182.70 | 322.70 |
| **Total 70145 · Repairs and Maintenance** | | | | | 322.70 | 322.70 |
| **70155 · Store Expenses** | | | | | | |
| Deposit | 04/01/2018 | | Taste Buds | TB Bus 4/01/2018 | 0.00 | 0.00 |
| Deposit | 04/02/2018 | | Taste Buds | TB Bus 4/02/2018 | 121.90 | 121.90 |
| Deposit | 04/03/2018 | | Taste Buds | TB Bus 4/03/2018 | 15.00 | 136.90 |
| Deposit | 04/04/2018 | | Taste Buds | TB Bus 4/04/2018 | 67.00 | 203.90 |
| Deposit | 04/05/2018 | | Taste Buds | TB Bus 4/05/2018 | 237.32 | 441.22 |
| Deposit | 04/06/2018 | | Taste Buds | TB Bus 4/06/2018 | 2.99 | 444.21 |
| Deposit | 04/07/2018 | | Taste Buds | TB Bus 4/07/2018 | 0.00 | 444.21 |
| Deposit | 04/08/2018 | | Taste Buds | TB Bus 4/08/2018 | 0.00 | 444.21 |
| Deposit | 04/09/2018 | | Taste Buds | TB Bus 4/09/2018 | 268.58 | 712.79 |
| Deposit | 04/10/2018 | | Taste Buds | TB Bus 4/10/2018 | 5.78 | 718.57 |
| Check | 04/11/2018 | 1293 | Taste Buds | Taste Buds | 11.52 | 730.09 |
| Deposit | 04/11/2018 | | Taste Buds | TB Bus 4/11/2018 | 0.00 | 730.09 |
| Deposit | 04/12/2018 | | Taste Buds | TB Bus 4/12/2018 | 123.95 | 854.04 |
| Deposit | 04/13/2018 | | Taste Buds | TB Bus 4/13/2018 | 18.25 | 872.29 |
| Deposit | 04/14/2018 | | Taste Buds | TB Bus 4/14/2018 | 0.00 | 872.29 |
| Deposit | 04/15/2018 | | Taste Buds | TB Bus 4/15/2018 | 0.00 | 872.29 |
| Deposit | 04/16/2018 | | Taste Buds | TB Bus 4/16/2018 | 0.00 | 872.29 |
| Deposit | 04/17/2018 | | Taste Buds | TB Bus 4/17/2018 | 13.89 | 886.18 |
| Deposit | 04/19/2018 | | Taste Buds | TB Bus 4/19/2018 | 80.65 | 966.83 |
| Deposit | 04/20/2018 | | Taste Buds | TB Bus 4/20/2018 | 102.40 | 1,069.23 |
| Deposit | 04/21/2018 | | Taste Buds | TB Bus 4/21/2018 | 0.00 | 1,069.23 |
| Deposit | 04/22/2018 | | Taste Buds | TB Bus 4/22/2018 | 0.00 | 1,069.23 |
| Deposit | 04/23/2018 | | Taste Buds | TB Bus 4/23/2018 | 21.49 | 1,090.72 |
| Deposit | 04/24/2018 | | Taste Buds | TB Bus 4/24/2018 | 0.00 | 1,090.72 |
| Deposit | 04/25/2018 | | Taste Buds | TB Bus 4/25/2018 | 1.07 | 1,091.79 |

10:41 AM
05/21/18
Cash Basis

# Marks Inc
## Breakdown - Overhead Expenses
### April 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 04/26/2018 | | Taste Buds | TB Bus 4/26/2018 | 22.40 | 1,114.19 |
| Deposit | 04/27/2018 | | Taste Buds | TB Bus 4/27/2018 | 5.19 | 1,119.38 |
| Deposit | 04/28/2018 | | Taste Buds | TB Bus 4/28/2018 | 0.00 | 1,119.38 |
| Deposit | 04/29/2018 | | Taste Buds | TB Bus 4/29/2018 | 0.00 | 1,119.38 |
| Deposit | 04/30/2018 | | Taste Buds | TB Bus 4/30/2018 | 19.72 | 1,139.10 |
| **Total 70155 · Store Expenses** | | | | | **1,139.10** | **1,139.10** |
| 70200 · Utilities | | | | | | |
| 70201 · Disposal | | | | | | |
| Bill | 04/13/2018 | 16413... | Taste Buds | | 120.57 | 120.57 |
| **Total 70201 · Disposal** | | | | | **120.57** | **120.57** |
| 70202 · Electricity | | | | | | |
| Bill | 04/13/2018 | | Corporate | | 63.59 | 63.59 |
| **Total 70202 · Electricity** | | | | | **63.59** | **63.59** |
| 70203 · Gas | | | | | | |
| Bill | 04/06/2018 | | Taste Buds | | 71.86 | 71.86 |
| **Total 70203 · Gas** | | | | | **71.86** | **71.86** |
| 70205 · Water/Sewage | | | | | | |
| Bill | 04/20/2018 | | Taste Buds | | 103.38 | 103.38 |
| **Total 70205 · Water/Sewage** | | | | | **103.38** | **103.38** |
| **Total 70200 Utilities** | | | | | **359.40** | **359.40** |
| **TOTAL** | | | | | **20,365.56** | **20,365.56** |

10:36 AM
05/21/18
Cash Basis

# Marks Inc
# Profit & Loss
### April 2018

|  | Apr 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 50000 · Sales | |
|     50002 · Gasoline Sales | 145,750.61 |
|     50003 · Store Sales | 60,939.64 |
| Total 50000 · Sales | 206,690.25 |
| **Total Income** | 206,690.25 |
| **Cost of Goods Sold** | |
| 60000 · Cost Of Goods Sold | |
|     60110 · Gasoline Purchases | 137,851.89 |
|     60210 · Store Purchases(Vendor Paypot) | 51,283.20 |
|     60000 · Cost Of Goods Sold - Other | 617.05 |
| Total 60000 · Cost Of Goods Sold | 189,752.14 |
| **Total COGS** | 189,752.14 |
| **Gross Profit** | 16,938.11 |
| **Expense** | |
| 70015 · Automobile Expense (MARKS) | 995.45 |
| 70025 · Bank Service Charges | 153.15 |
| 70060 · Insurance Expense | |
|     70061 · Auto | 358.13 |
|     70062 · General Business | 0.00 |
|     70063 · Workmens Comp | 212.21 |
| Total 70060 · Insurance Expense | 570.34 |
| 70070 · Interest Expense | 167.15 |
| 70095 · Office Expenses | 745.62 |
| 70110 · Over/Short | -102.31 |
| 70120 · Payroll Expenses | |
|     70121 · Wages Expense | 7,604.45 |
|     70122 · Payroll Taxes | 2,844.41 |
|     70123 · Payroll Processing Fees | 535.99 |
|     70124 · Outside Services | 460.00 |
|     70120 · Payroll Expenses - Other | 822.00 |
| Total 70120 · Payroll Expenses | 12,266.85 |
| 70140 · Rent Expense | |
|     70142 · Equipment Leases | 641.67 |
|     70140 · Rent Expense - Other | 3,106.44 |
| Total 70140 · Rent Expense | 3,748.11 |
| 70145 · Repairs and Maintenance | 322.70 |
| 70155 · Store Expenses | 1,139.10 |
| 70200 · Utilities | |
|     70201 · Disposal | 120.57 |
|     70202 · Electricity | 63.59 |
|     70203 · Gas | 71.86 |
|     70205 · Water/Sewage | 103.38 |
| Total 70200 · Utilities | 359.40 |
| **Total Expense** | 20,365.56 |
| **Net Ordinary Income** | -3,427.45 |
| **Net Income** | -3,427.45 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

**Huntington**

MARKS INC DIP
CASE # 17-23657
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington FastTrack Business Checking    Account:

| Statement Activity From:<br>04/01/18 to 04/30/18 | | Beginning Balance | $24,008.58 |
|---|---|---|---|
| | | Credits (+) | 224,867.48 |
| | | Regular Deposits | 95,800.13 |
| Days in Statement Period | 30 | Electronic Deposits | 129,057.35 |
| | | Debits (-) | 226,067.55 |
| Average Ledger Balance* | 12,628.33 | Regular Checks Paid | 15,936.69 |
| Average Collected Balance* | 8,255.00 | Electronic Withdrawals | 210,130.86 |
| * The above balances correspond to the | | Total Service Charges (-) | 20.00 |
| service charge cycle for this account. | | Ending Balance | $22,778.51 |

### Deposits (+)    Account:

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 04/02 | 8,000.00 | | Remote | 04/17 | 2,000.00 | | Remote |
| 04/03 | 2,197.40 | | Remote | 04/18 | 3,202.73 | | Remote |
| 04/04 | 3,000.00 | | Remote | 04/19 | 3,000.00 | | Remote |
| 04/05 | 7,000.00 | | Remote | 04/20 | 8,000.00 | | Remote |
| 04/09 | 8,000.00 | | Remote | 04/24 | 6,000.00 | | Remote |
| 04/10 | 6,000.00 | | Remote | 04/25 | 9,400.00 | | Remote |
| 04/11 | 2,000.00 | | Remote | 04/27 | 3,000.00 | | Remote |
| 04/13 | 4,000.00 | | Brch/ATM | 04/30 | 10,000.00 | | Remote |
| 04/16 | 9,000.00 | | Remote | | | | |

### Other Credits (+)    Account:

| Date | Amount | Description |
|---|---|---|
| 04/02 | 4,513.53 | HUNT MERCH SVCS DEPOSIT |
| 04/02 | 4,163.08 | HUNT MERCH SVCS DEPOSIT |
| 04/02 | 1,716.46 | HUNT MERCH SVCS DEPOSIT |
| 04/03 | 4,081.08 | HUNT MERCH SVCS DEPOSIT |
| 04/03 | 1,309.80 | RJ REYNOLDS TOB INVPAY |
| 04/04 | 4,097.34 | HUNT MERCH SVCS DEPOSIT |
| 04/05 | 3,978.23 | HUNT MERCH SVCS DEPOSIT |
| 04/06 | 4,612.99 | HUNT MERCH SVCS DEPOSIT |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⓘ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2018 Huntington Bancshares Incorporated.



## Other Credits (+)

*Account:*

| Date | Amount | Description |
|---|---|---|
| 04/09 | 4,640.99 | HUNT MERCH SVCS DEPOSIT |
| 04/09 | 3,733.21 | HUNT MERCH SVCS DEPOSIT |
| 04/09 | 3,419.11 | HUNT MERCH SVCS DEPOSIT |
| 04/10 | 3,753.31 | HUNT MERCH SVCS DEPOSIT |
| 04/11 | 4,222.98 | HUNT MERCH SVCS DEPOSIT |
| 04/12 | 4,182.50 | HUNT MERCH SVCS DEPOSIT |
| 04/13 | 4,215.62 | HUNT MERCH SVCS DEPOSIT |
| 04/16 | 4,506.48 | HUNT MERCH SVCS DEPOSIT |
| 04/16 | 3,425.21 | HUNT MERCH SVCS DEPOSIT |
| 04/16 | 3,306.45 | HUNT MERCH SVCS DEPOSIT |
| 04/16 | 729.70 | RJ REYNOLDS TOB INVPAY |
| 04/17 | 3,847.92 | HUNT MERCH SVCS DEPOSIT |
| 04/18 | 4,074.09 | HUNT MERCH SVCS DEPOSIT |
| 04/19 | 4,703.33 | HUNT MERCH SVCS DEPOSIT |
| 04/20 | 4,613.65 | HUNT MERCH SVCS DEPOSIT |
| 04/23 | 4,868.57 | HUNT MERCH SVCS DEPOSIT |
| 04/23 | 4,046.63 | HUNT MERCH SVCS DEPOSIT |
| 04/23 | 3,867.98 | HUNT MERCH SVCS DEPOSIT |
| 04/24 | 4,049.56 | HUNT MERCH SVCS DEPOSIT |
| 04/25 | 3,777.23 | HUNT MERCH SVCS DEPOSIT |
| 04/25 | 1,111.30 | RJ REYNOLDS TOB INVPAY |
| 04/26 | 3,522.75 | HUNT MERCH SVCS DEPOSIT |
| 04/27 | 4,861.58 | HUNT MERCH SVCS DEPOSIT |
| 04/30 | 4,989.80 | HUNT MERCH SVCS DEPOSIT |
| 04/30 | 4,484.55 | HUNT MERCH SVCS DEPOSIT |
| 04/30 | 3,830.34 | HUNT MERCH SVCS DEPOSIT |

## Checks (-)

*Account:*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/03 | 1,000.00 | 1104 | 04/12 | 71.86 | 1118 |
| 04/02 | 269.64 | 1106* | 04/16 | 175.00 | 1119 |
| 04/09 | 3,108.44 | 1107 | 04/25 | 1,912.01 | 1120 |
| 04/04 | 318.03 | 1108 | 04/23 | 9.63 | 1121 |
| 04/04 | 3,250.00 | 1109 | 04/24 | 63.59 | 1122 |
| 04/02 | 175.00 | 1110 | 04/24 | 321.07 | 1123 |
| 04/09 | 1,217.78 | 1111 | 04/24 | 171.24 | 1124 |
| 04/04 | 107.84 | 1112 | 04/19 | 120.57 | 1125 |
| 04/10 | 221.40 | 1113 | 04/24 | 141.33 | 1126 |
| 04/09 | 175.00 | 1114 | 04/24 | 260.34 | 1127 |
| 04/16 | 278.70 | 1115 | 04/24 | 240.00 | 1128 |
| 04/16 | 513.89 | 1116 | 04/25 | 103.36 | 1130* |
| 04/11 | 1,112.29 | 1117 | 04/23 | 242.98 | 1132* |



## Checks (-)

*Account:*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/30 | 254.52 | 1134* | 04/30 | 103.38 | 1135 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

*Account:*

| Date | Amount | Description |
|---|---|---|
| 04/02 | 49.90 | HUNT MERCH SVCS DEPOSIT |
| 04/02 | 11,000.00 | BUS ONL TFR TO CHECKING |
| 04/03 | 22,781.42 | PORTS PETRO AR CASH CON. |
| 04/04 | 358.13 | LIBERTY MUTUAL 801591900 |
| 04/06 | 22,610.25 | PORTS PETRO AR CASH CON. |
| 04/06 | 3,992.74 | ADP WAGE PAY WAGE PAY |
| 04/06 | 1,674.71 | ADP Tax ADP Tax |
| 04/06 | 109.74 | ADP PAY-BY-PAY PAY-BY-PAY |
| 04/09 | 10,500.00 | BUS ONL TFR TO CHECKING |
| 04/10 | 177.16 | ADP PAYROLL FEES ADP - FEES |
| 04/10 | 170.18 | ADP PAYROLL FEES ADP - FEES |
| 04/11 | 22,678.57 | PORTS PETRO AR CASH CON. |
| 04/13 | 85.90 | ADP PAYROLL FEES ADP - FEES |
| 04/16 | 12,000.00 | BUS ONL TFR TO CHECKING |
| 04/17 | 22,345.90 | PORTS PETRO AR CASH CON. |
| 04/19 | 500.00 | BUS ONL TFR TO CHECKING |
| 04/20 | 23,792.56 | PORTS PETRO AR CASH CON. |
| 04/20 | 3,811.71 | ADP WAGE PAY WAGE PAY |
| 04/20 | 1,614.54 | ADP Tax ADP Tax |
| 04/20 | 102.47 | ADP PAY-BY-PAY PAY-BY-PAY |
| 04/20 | 25.00 | ADP PAYROLL FEES ADP - FEES |
| 04/23 | 11,000.00 | BUS ONL TFR TO CHECKING |
| 04/24 | 3,142.74 | COMMWLTHOFPA INT PASTSALETX |
| 04/25 | 23,643.18 | PORTS PETRO AR CASH CON. |
| 04/27 | 170.18 | ADP PAYROLL FEES ADP - FEES |
| 04/27 | 84.73 | ADP PAYROLL FEES ADP - FEES |
| 04/30 | 11,000.00 | BUS ONL TFR TO CHECKING |
| 04/30 | 709.14 | S&T BANK LOAN PYMT |

## Service Charge Detail

*Account:*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/16 | 20.00 | | FRAUD PROTECTION SRVICE FEES |



## Service Charge Detail

Account:

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/16 | 20.00 | | MONTHLY SERVICE FEE |
| 04/16 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## Service Charge Summary

Account:

| | |
|---|---|
| Previous Month Service Charges (-) | $40.00 |
| Other Credits (+) | 20.00 |
| Total Service Charges (-) | $20.00 |

## Balance Activity

Account:

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 24,008.58 | 04/11 | 3,391.86 | 04/23 | 6,072.21 |
| 04/02 | 30,907.11 | 04/12 | 7,502.50 | 04/24 | 11,781.46 |
| 04/03 | 14,713.97 | 04/13 | 15,832.22 | 04/25 | 411.44 |
| 04/04 | 17,777.31 | 04/16 | 23,612.67 | 04/26 | 3,934.19 |
| 04/05 | 28,755.54 | 04/17 | 6,914.69 | 04/27 | 11,540.88 |
| 04/06 | 4,981.08 | 04/18 | 14,191.51 | 04/30 | 22,778.51 |
| 04/09 | 9,775.17 | 04/19 | 21,274.27 | | |
| 04/10 | 20,959.74 | 04/20 | 4,541.64 | | |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

Verification of Electronic Deposits If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

Balancing Your Statement - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MARKS INC DIP
MAIN COUNTRY TOWN ACCOUNT
545 MARKS DR
CORAOPOLIS PA 15108-3388

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking — Account:

| Statement Activity From: 04/01/18 to 04/30/18 | | Beginning Balance | $1,800.33 |
|---|---|---|---|
| | | Credits (+) | 56,564.59 |
| | | Electronic Deposits | 56,564.59 |
| Days in Statement Period | 30 | Debits (-) | 57,381.34 |
| | | Regular Checks Paid | 2,826.53 |
| Average Ledger Balance* | 882.90 | Electronic Withdrawals | 53,773.85 |
| Average Collected Balance* | 882.90 | Other Debits | 780.96 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 100.00 |
| | | Ending Balance | $883.58 |

### Other Credits (+)                                                                 Account:

| Date | Amount | Description |
|---|---|---|
| 04/02 | 11,000.00 | BUS ONL TFR FRM CHECKING |
| 04/06 | 8.87 | GRUBHUB INC Apr Actvty |
| 04/09 | 10,500.00 | BUS ONL TFR FRM CHECKING |
| 04/12 | 25.20 | ALTADIS USA VENDOR PAY |
| 04/16 | 12,000.00 | BUS ONL TFR FRM CHECKING |
| 04/19 | 500.00 | BUS ONL TFR FRM CHECKING |
| 04/20 | 9.02 | GRUBHUB INC Apr Actvty |
| 04/23 | 11,000.00 | BUS ONL TFR FRM CHECKING |
| 04/25 | 213.00 | ITG BRANDS, LLC VENDOR PAY |
| 04/26 | 308.50 | ITG BRANDS, LLC VENDOR PAY |
| 04/30 | 11,000.00 | BUS ONL TFR FRM CHECKING |

### Checks (-)                                                                         Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/04 | 411.10 | 1285 | 04/12 | 58.07 | 1292 |
| 04/04 | 114.12 | 1286 | 04/12 | 119.01 | 1293 |
| 04/05 | 243.58 | 1287 | 04/19 | 92.05 | 1295* |
| 04/09 | 26.77 | 1288 | 04/19 | 166.42 | 1296 |
| 04/05 | 60.00 | 1289 | 04/23 | 109.55 | 1297 |
| 04/12 | 1,000.00 | 1290 | 04/26 | 58.05 | 1298 |
| 04/11 | 60.00 | 1291 | 04/26 | 307.81 | 1299 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2018 Huntington Bancshares Incorporated.



(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

*Account:*

| Date | Amount | Description |
|---|---|---|
| 04/02 | 11,237.59 | CORE-MARK PAYMENTS |
| 04/05 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 04/09 | 9,888.13 | CORE-MARK PAYMENTS |
| 04/12 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 04/16 | 11,181.59 | CORE-MARK PAYMENTS |
| 04/17 | 780.96 | INSTALLMENT LOAN PAYMENT |
| 04/19 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 04/23 | 9,844.33 | CORE-MARK PAYMENTS |
| 04/26 | 2.50 | AMBESS PREPAID ELEC CHECK |
| 04/30 | 11,612.21 | CORE-MARK PAYMENTS |

## Service Charge Detail

*Account:*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/16 | 30.00 | | REMOTE DEPOSIT CAPTURE FEES |
| 04/16 | 30.00 | | ONLINE PAYMENT CENTER FEES |
| 04/16 | 20.00 | | FRAUD PROTECTION SRVICE FEES |
| 04/16 | 20.00 | | MONTHLY SERVICE FEE |

## Service Charge Summary

*Account:*

| | |
|---|---|
| Previous Month Service Charges (-) | $100.00 |
| Total Service Charges (-) | $100.00 |

## Balance Activity

*Account.*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 1,800.33 | 04/11 | 1,265.41 | 04/23 | 1,342.65 |
| 04/02 | 1,562.74 | 04/12 | 111.03 | 04/25 | 1,555.65 |
| 04/04 | 1,037.52 | 04/16 | 829.44 | 04/26 | 1,495.79 |
| 04/05 | 731.44 | 04/17 | 48.48 | 04/30 | 883.58 |
| 04/06 | 740.31 | 04/19 | 287.51 | | |
| 04/09 | 1,325.41 | 04/20 | 296.53 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,　　　　　　　　　　　　　Bankruptcy No. 17-23657-GLT

　　Debtor.　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 27th day of June, 2018, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: June 27, 2018　　　　　　　　　　　*/s/ Robert O Lampl*
　　　　　　　　　　　　　　　　　　　ROBERT O LAMPL
　　　　　　　　　　　　　　　　　　　PA I.D. #19809
　　　　　　　　　　　　　　　　　　　JOHN P. LACHER
　　　　　　　　　　　　　　　　　　　PA I.D. #62297
　　　　　　　　　　　　　　　　　　　DAVID L. FUCHS
　　　　　　　　　　　　　　　　　　　PA I.D. #205694
　　　　　　　　　　　　　　　　　　　RYAN J. COONEY
　　　　　　　　　　　　　　　　　　　PA I.D. #319213
　　　　　　　　　　　　　　　　　　　SY O. LAMPL
　　　　　　　　　　　　　　　　　　　PA I.D. # 324741
　　　　　　　　　　　　　　　　　　　Counsel for the Debtor
　　　　　　　　　　　　　　　　　　　223 Fourth Avenue, 4th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　　(412) 392-0330 (phone)
　　　　　　　　　　　　　　　　　　　(412) 392-0335 (facsimile)
　　　　　　　　　　　　　　　　　　　Email: rlampl@lampllaw.com