Case 17-23657-GLT    Doc 108    Filed 06/28/18    Entered 06/28/18 15:41:01    Desc Main
Document      Page 1 of 1

FILED
6/28/18 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-23657-GLT |
| | : | Chapter: 11 |
| Marks, Inc. | : | |
| | : | |
| | : | Date: 6/28/2018 |
| Debtor(s). | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #85 - Status Conference Re: Failure to File Disclosure Statement or Plan

#89 - Motion for Relief from Stay Filed by JPMorgan Chase Bank
#101 - Response filed by Debtor

**APPEARANCES:**

Debtor:         David Fuchs
JPMorgan Chase:   Karina Velter

**NOTES:**

Velter: Requests a 30-day continuance on the motion for relief from stay.

Fuchs: Regarding the status conference, we are aware of the 300-day deadline and will file the plan before then.

Court: The May 2018 wages seem incredibly low for this Debtor.

Fuchs: Will review that with Attorney Lacher.

Court: The monthly operating reports also don't have any payables ledgers.

Fuchs: Will address that through amendments.

**OUTCOME:**

1. The hearing on the Motion for Relief from Stay [Dkt. No. 89] is continued to August 9, 2018 at 10:00 a.m. (Text Order to issue.)

2. On or before August 6, 2018, the parties shall file any proposed order resolving the Motion for Relief from Stay [Dkt. No. 89] under a certification of counsel. (Text Order to issue.)

3. The status conference [Dkt. No. 85] is concluded. (Text Order to issue.)

**DATED:** 6/28/2018