# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                      Bankruptcy No. 17-23657-GLT

      Debtor.                    Chapter 11

                                Document No.

                                Related to Doc. Nos. 109, 110

## PLAN SUMMARY

Marks, Inc. has proposed a Plan of Reorganization Dated July 6, 2018 ("Plan") and summarizes said Plan as follows:

1. Secured Class 1 will be paid the full amount of its allowed claim via payments of $2,400.00 per month in monthly installments until paid in full commencing on the Plan Effective Date, i.e. thirty (30) days after an Order of Court confirming the Plan.

2. Secured Class 2 will be paid in accordance with its existing contractual agreement with the Debtor.

3. Secured Class 3 will be paid the full amount of its allowed claim via payment of $1,300.00 per month in monthly installments until paid in full commencing on the Plan Effective Date.

4. Secured Class 4 will be paid in full on or before November 30, 2018 per Stipulation between this claimant and the Debtor.

5. Administrative Class 5 consists of Counsel for the Debtor who is to be paid the full amount of his allowed claim on the Effective Date of Plan. This claimant, however, will work with the Debtor and allow deferred payment if necessary to achieve confirmation of the Plan.

6.    Administrative Class 6 consists of the Office of the United States Trustee. This claimant will be paid in full on or before the Plan Effective Date.

7.    Priority Classes 7 and 8 will be paid the full amount of their allowed claims over a sixty (60) month period in equal monthly installments with the first payment to be made on the Plan Effective Date.

8.    Unsecured Class 9 will be paid approximately twenty-seven percent (27%) of their allowed claims over a sixty (60) month period in annual installments with the first payment to be made one (1) year after the Plan Effective Date.

9.    The Plan is to be funded out of the ongoing business operations of the Debtors.

Respectfully Submitted,

Date: July 6, 2018

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| **Debtor.** | Chapter 11 |
| | Document No. |
| | Related to Doc. Nos. |

### **CERTIFICATE OF SERVICE**

Robert O Lampl, John P. Lacher and David L. Fuchs, hereby certify, that on the 6th day of July, 2018, a true and correct copy of the foregoing **PLAN SUMMARY** was served upon the following *(via electronic service)*:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222


Date: July 6, 2017                                        /s/ Robert O Lampl
                                                          ROBERT O LAMPL
                                                          PA I.D. #19809
                                                          JOHN P. LACHER
                                                          PA I.D. #62297
                                                          DAVID L. FUCHS
                                                          PA I.D. #205694
                                                          Counsel for the Debtor
                                                          223 Fourth Avenue, 4th Floor
                                                          Pittsburgh, PA  15222
                                                          (412) 392-0330 (phone)
                                                          (412) 392-0335 (facsimile)
                                                          Email:  rlampl@lampllaw.com