Form 602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Marks, Inc.**<br>74–3193992<br>    *Debtor(s)* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 17–23657–GLT<br>Chapter: 11<br><br>Related to Document No. 110<br><br>Hearing Date: 8/17/18 at 11:00 AM |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING
THE DATES FOR THE CONFIRMATION HEARING ON THE SMALL BUSINESS
DEBTOR PLAN OF REORGANIZATION AND ESTABLISHING THE RELATED
DATES TO FILE OBJECTIONS AND SUBMIT BALLOTS**

   *AND NOW,* this ***The 10th of July, 2018,*** the Debtor(s), having elected *11 U.S.C. §1121(e)* "Small Business" Chapter 11 treatment and having filed a ***Disclosure Statement*** dated ***July 6, 2018,*** related ***Plan Summary*** and ***Plan,*** which appear to contain adequate information,

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)   Pursuant to *11 U.S.C. §1125(f)(3)(A)*, the *Disclosure Statement* is conditionally **APPROVED**, and subject to final court approval after notice and a hearing. If final approval of the *Disclosure Statement* is denied, *Plan* confirmation will not be considered.

   (2)   ***On or before July 17, 2018,*** the Debtor(s) shall mail a copy of this *Order,* the *Disclosure Statement,* the *Plan Summary,* the *Plan* and ***Ballot*** (Official Form 14) to all creditors, equity security holders, the U.S. Trustee and other parties in interest pursuant to *Fed.R.Bankr.P. 3017(d)* and file a ***Certificate of Service.***

   (3)   ***On or before August 9, 2018,*** all *Ballots* accepting or rejecting the *Plan* shall be served on the attorney for the *Plan* Proponent.

Counsel for the plan proponent shall file a ***Summary*** of the balloting ***no later than 7 days*** before the *Plan* confirmation hearing.

   (4)   ***On or before August 9, 2018,*** all *Objections* to the *Disclosure Statement* pursuant to *Fed.R.Bankr.P. 3017.1(c)(2)*, and/or Objections to *Plan* confirmation pursuant to *Fed.R.Bankr.P. 3020(b)(1)*, shall be filed. Any objections must be served upon the debtor, debtor's counsel, plan proponent (if not the debtor), trustee, trustee's counsel, counsel to any committee appointed, and the U.S. Trustee.

   (5)   ***On August 17, 2018,*** at ***11:00 AM*** the final hearing on the *Disclosure Statement* and *Plan* confirmation is scheduled in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

*Gregory L. Taddonio, Judge
United States Bankruptcy Court*

cm: (6)The deadline provided in Section 1129(e) is extended through the date of the confirmation hearing.
cm: Debtor
Debtor's Counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-23657-GLT
Marks, Inc.                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: hthu              Page 1 of 1           Date Rcvd: Jul 10, 2018
                            Form ID: 602            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db           +Marks, Inc.,   545 Marks Drive,   Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
    Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
     ccallahan@smgglaw.com;klaraba@smgglaw.com
    Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
     mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
    David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com,
     kmaiorano@smgglaw.com;klaraba@smgglaw.com
    David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
     mcupec@grenenbirsic.com
    James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
    John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC
     jgotaskie@foxrothschild.com,
     hsemmer@foxrothschild.com;vazzarella@foxrothschild.com;jgotaskie@yahoo.com
    Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
     of the United States Trustee joseph.s.sisca@usdoj.gov
    Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com,
     jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
     com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
     lampllaw.co
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
     Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                                                           TOTAL: 12