FILED
8/7/18 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Marks, Inc.

Debtor(s)

: Case No.: 17-23657
: Chapter 11
: Judge Gregory L. Taddonio
: * * * * * * * * * * * * * * * * * *

JPMorgan Chase Bank, N.A.

Movant,

vs

Marks, Inc.
Rosemarie Schons

U.S. Trustee

Respondents.

: Date and Time of Hearing
: Place of Hearing
: August 9, 2018 at 10:00 a.m.
:
: Courtroom A
: U.S. Steel Tower, 54th Floor
: 600 Grant Street
: Pittsburgh, PA 15219

Related Document # 89

## STIPULATION FOR SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO 2008 DODGE RAM 1500 VIN 1D7HU18N88J115924 (THE "COLLATERAL")

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #89) which was filed in this court by JPMorgan Chase Bank, N.A. ("Movant"), Movant and Marks, Inc. ("Debtor"), by and through their attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant; parties stipulate to the following:

1. Debtor agrees to pay the full payoff of the loan in the amount of $3,276.67 plus $581.00 in attorney fees and costs (Total $3,857.67) within four (4) months of the Court entry of the Order approving this stipulation.

2. Movant shall release title of the collateral once full payment is made pursuant to terms in Paragraph #1.

3. If Movant fails to receive the payment as specified and if the Debtor fails to complete the payment within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject collateral, upon filing certification of default with the clerk of the court.

4. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 for the notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

1

18-001571_SCS2

5. This Stipulation remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

MANLEY DEAS KOCHALSKI LLC

Dated: 8/6/18

BY: /s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax 614-627-8181
Email: kvelter@manleydeas.com
Attorney for Creditor

Dated: 8/6/18

BY: /s/ Robert O. Lampl
Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
Pittsburgh, PA 15222
Telephone: 412-392-0330
Fax: 412-392-0335
Email: rol@lampllaw.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-23657 |
| Marks, Inc. | : | Chapter 11 |
| | : | Judge Gregory L. Taddonio |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| JPMorgan Chase Bank, N.A. | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | August 9, 2018 at 10:00 a.m. |
| | : | |
| Marks, Inc. | : | Courtroom A |
| Rosemarie Schons | : | U.S. Steel Tower, 54th Floor |
| | : | 600 Grant Street |
| U.S. Trustee | : | Pittsburgh, PA 15219 |
| Respondents. | | |
| | | Related Document # 89 |

## ORDER OF COURT

AND NOW, to wit, this __7th_ Day of August,_____, 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

GREGORY L. TADDONIO, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23657-GLT
Marks, Inc.                                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                  Page 1 of 1              Date Rcvd: Aug 07, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
           Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
            ccallahan@smgglaw.com;klaraba@smgglaw.com
           Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
            mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
           David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com,
            kmaiorano@smgglaw.com;klaraba@smgglaw.com
           David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
            mcupec@grenenbirsic.com
           James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
           John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC
            jgotaskie@foxrothschild.com,
            hsemmer@foxrothschild.com;vazzarella@foxrothschild.com;dmcdonald@foxrothschild.com;jgotaskie@yaho
            o.com
           Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
            of the United States Trustee joseph.s.sisca@usdoj.gov
           Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com,
            jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
            com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
            lampllaw.co
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
           T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
            Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                             TOTAL: 12