Case 17-23657-GLT    Doc 121    Filed 08/10/18    Entered 08/11/18 00:53:52    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
8/8/18 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                              Bankruptcy No. 17-23657-GLT

    Debtor.                              Chapter 11

                                    Related to Doc. Nos. 109, 110, 111, 112

                                    Plan Confirmation Hearing
                                    Date and Time:
                                    August 17, 2018 at 11:00 a.m.

## STIPULATION AND AGREED ORDER REGARDING AMOUNT OF BRANDYWINE AGENCY, INC.'S CLAIM

AND NOW, comes Marks, Inc., the Debtor in the instant Chapter 11 Case and Brandywine Agency, Inc., a creditor of the Debtor and a party-in-interest herein, by and through their undersigned Counsel and file this Stipulation and Agreed Order Regarding Amount of Brandywine Agency, Inc.'s Claim as follows:

WHEREAS, Brandywine Agency, Inc. initially filed a Proof of Claim herein asserting an amount due of $15,409.76;

WHEREAS, Brandywine Agency, Inc. later amended its claim and increased the amount asserted to be due to $38,209.76;

WHEREAS, the Debtor does not dispute the amended claim of Brandywine Agency, Inc. in the amount of $38,209.76; and

WHEREAS, the Debtor mistakenly used the original Brandywine Agency, Inc. claim amount when preparing and filing its Disclosure Statement, Plan and Plan Summary;

# EXHIBIT A

NOW THEREFORE, the Debtor and Brandywine Agency, Inc. stipulate and agree as follows:

a) The claim of Brandywine Agency, Inc. is in the amount of $38,209.76;

b) The Debtor does not dispute the Brandywine Agency, Inc. claim in the amount of $38,209.76;

c) The Debtor's Plan will incorporate this Stipulation and Agreed Order to reflect that the correct amount of the Brandywine Agency, Inc. Class 9 General Unsecured Claim to be paid pursuant to Debtor's Plan is in the amount of $38,209.76.

Consented to and Agreed to:

Date: August 7, 2018

/s/ John P. Lacher
John P. Lacher
Counsel for the Debtor

Date: August 7, 2018

/s/ Amelia Brett
Amelia Brett
Counsel for Brandywine Agency, Inc.

So Ordered:

Date: August 8, 2018

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23657-GLT
Marks, Inc.                                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut               Page 1 of 1             Date Rcvd: Aug 08, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.
db             +Marks, Inc.,    545 Marks Drive,   Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:
              Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
               ccallahan@smgglaw.com;klaraba@smgglaw.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com,
               kmaiorano@smgglaw.com;klaraba@smgglaw.com
              David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC
               jgotaskie@foxrothschild.com,
               hsemmer@foxrothschild.com;vazzarella@foxrothschild.com;dmcdonald@foxrothschild.com;jgotaskie@yahoo.com
              Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov
              Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                                TOTAL: 12