# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,

Bankruptcy No. 17-23657-GLT

      Debtor.

Chapter 11

Document No.

## MONTHLY OPERATING REPORT OF DEBTOR
## FOR THE PERIOD JUNE 1, 2018 – JUNE 30, 2018

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Western District of Pennsylvania

In re   Marks, Inc.

_____
Debtor

Case No.   17-23657-GLT

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  *JUNE 2018*

Line of Business:  *CONVENIENCE STORES*

Date filed:  9/11/17

NAISC Code:  _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____  CPA
Original Signature of Responsible Party

*THOMAS  J  KEARN  CPA*
Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

|     |                                                                                              | Yes | No |
|-----|----------------------------------------------------------------------------------------------|-----|----|
| 1.  | IS THE BUSINESS STILL OPERATING?                                                              | ☒   | ☐  |
| 2.  | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                              | ☒   | ☐  |
| 3.  | DID YOU PAY YOUR EMPLOYEES ON TIME?                                                           | ☒   | ☐  |
| 4.  | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?        | ☒   | ☐  |
| 5.  | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH?                 | ☒   | ☐  |
| 6.  | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                  | ☒   | ☐  |
| 7.  | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                      | ☒   | ☐  |
| 8.  | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                   | ☒   | ☐  |
| 9.  | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                            | ☒   | ☐  |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                    | ☐   | ☒  |
| 11  | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                    | ☐   | ☒  |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐   | ☒  |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                | ☐   | ☒  |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐  ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐  ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐  ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐  ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐  ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?    ☐  ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 229,608

SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month

Cash on Hand at End of Month    $ 10000

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ 19000

$ 229,608

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

COST OF GOODS SOLD  196,489
OH EXP.  29,998
TOTAL EXPENSES  $ 226,487

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 229,608

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 226,487

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ 3,121

B 25C (Official Form 25C) (12/08)                                                      Page 3

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

                                                      TOTAL PAYABLES  $    ─ 0 ─

                    *(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

                                                      TOTAL RECEIVABLES  $    ─ 0 ─

                    *(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

                    *(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                            11

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?             7

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                $  ─ 0 ─

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                           $  ─ 0 ─

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                      $  ─ 0 ─

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                    $  ─ 0 ─

4:03 PM

07/19/18

Cash Basis

# Marks Inc
## Recap Sales
### June 2018

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **50000 · Sales** | | | | | | |
| **50002 · Gasoline Sales** | | | | | | |
| Deposit | 06/01/2018 | | Taste Buds | TB Bus 6/01/2... | 6,732.31 | 6,732.31 |
| Deposit | 06/02/2018 | | Taste Buds | TB Bus 6/02/2... | 5,204.73 | 11,937.04 |
| Deposit | 06/03/2018 | | Taste Buds | TB Bus 6/03/2... | 5,257.00 | 17,194.04 |
| Deposit | 06/04/2018 | | Taste Buds | TB Bus 6/04/2... | 5,095.55 | 22,289.59 |
| Deposit | 06/05/2018 | | Taste Buds | TB Bus 6/05/2... | 6,468.28 | 28,757.87 |
| Deposit | 06/06/2018 | | Taste Buds | TB Bus 6/06/2... | 5,558.56 | 34,316.43 |
| Deposit | 06/07/2018 | | Taste Buds | TB Bus 6/07/2... | 5,619.72 | 39,936.15 |
| Deposit | 06/08/2018 | | Taste Buds | TB Bus 6/08/2... | 6,051.11 | 45,987.26 |
| Deposit | 06/09/2018 | | Taste Buds | TB Bus 6/09/2... | 5,699.20 | 51,686.46 |
| Deposit | 06/10/2018 | | Taste Buds | TB Bus 6/10/2... | 4,219.09 | 55,905.55 |
| Deposit | 06/11/2018 | | Taste Buds | TB Bus 6/11/2... | 5,280.41 | 61,185.96 |
| Deposit | 06/12/2018 | | Taste Buds | TB Bus 6/12/2... | 5,514.07 | 66,700.03 |
| Deposit | 06/13/2018 | | Taste Buds | TB Bus 6/13/2... | 5,851.29 | 72,551.32 |
| Deposit | 06/14/2018 | | Taste Buds | TB Bus 6/14/2... | 5,781.00 | 78,332.32 |
| Deposit | 06/15/2018 | | Taste Buds | TB Bus 6/15/2... | 6,642.01 | 84,974.33 |
| Deposit | 06/16/2018 | | Taste Buds | TB Bus 6/16/2... | 5,379.68 | 90,354.01 |
| Deposit | 06/17/2018 | | Taste Buds | TB Bus 6/17/2... | 4,406.08 | 94,760.09 |
| Deposit | 06/18/2018 | | Taste Buds | TB Bus 6/18/2... | 6,786.55 | 101,546.64 |
| Deposit | 06/19/2018 | | Taste Buds | TB Bus 6/19/2... | 5,627.41 | 107,174.05 |
| Deposit | 06/20/2018 | | Taste Buds | TB Bus 6/20/2... | 5,854.21 | 113,028.26 |
| Deposit | 06/21/2018 | | Taste Buds | TB Bus 6/21/2... | 6,969.34 | 119,997.60 |
| Deposit | 06/22/2018 | | Taste Buds | TB Bus 6/22/2... | 8,147.93 | 128,145.53 |
| Deposit | 06/23/2018 | | Taste Buds | TB Bus 6/23/2... | 5,076.13 | 131,221.66 |
| Deposit | 06/24/2018 | | Taste Buds | TB Bus 6/24/2... | 4,739.49 | 135,961.15 |
| Deposit | 06/26/2018 | | Taste Buds | TB Bus 6/26/2... | 5,096.46 | 141,057.61 |
| Deposit | 06/27/2018 | | Taste Buds | TB Bus 6/27/2... | 5,737.70 | 146,795.31 |
| Deposit | 06/28/2018 | | Taste Buds | TB Bus 6/28/2... | 6,118.98 | 152,914.29 |
| Deposit | 06/29/2018 | | Taste Buds | TB Bus 6/29/2... | 6,805.64 | 159,719.93 |
| Deposit | 06/30/2018 | | Taste Buds | TB Bus 6/30/2... | 6,562.78 | 166,282.71 |
| **Total 50002 · Gasoline Sales** | | | | | 166,282.71 | 166,282.71 |

4:03 PM
07/19/18
Cash Basis

# Marks Inc
## Recap Sales
### June 2018

Page 2

| Type | Date | Num | Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **50003 · Store Sales** | | | | | | |
| Deposit | 06/01/2018 | | Taste Buds | TB Bus 6/01/2... | 2,500.66 | 2,500.66 |
| Deposit | 06/02/2018 | | Taste Buds | TB Bus 6/02/2... | 2,463.66 | 4,964.32 |
| Deposit | 06/03/2018 | | Taste Buds | TB Bus 6/03/2... | 1,816.61 | 6,780.93 |
| Deposit | 06/04/2018 | | Taste Buds | TB Bus 6/04/2... | 2,056.95 | 8,837.88 |
| Deposit | 06/05/2018 | | Taste Buds | TB Bus 6/05/2... | 1,883.78 | 10,721.66 |
| Deposit | 06/06/2018 | | Taste Buds | TB Bus 6/06/2... | 1,944.97 | 12,666.63 |
| Deposit | 06/07/2018 | | Taste Buds | TB Bus 6/07/2... | 2,217.19 | 14,883.82 |
| Deposit | 06/08/2018 | | Taste Buds | TB Bus 6/08/2... | 2,882.04 | 17,765.86 |
| Deposit | 06/09/2018 | | Taste Buds | TB Bus 6/09/2... | 2,568.25 | 20,334.11 |
| Deposit | 06/10/2018 | | Taste Buds | TB Bus 6/10/2... | 1,543.29 | 21,877.40 |
| Deposit | 06/11/2018 | | Taste Buds | TB Bus 6/11/2... | 2,191.24 | 24,068.64 |
| Deposit | 06/12/2018 | | Taste Buds | TB Bus 6/12/2... | 1,769.36 | 25,838.00 |
| Deposit | 06/13/2018 | | Taste Buds | TB Bus 6/13/2... | 2,188.77 | 28,026.77 |
| Deposit | 06/14/2018 | | Taste Buds | TB Bus 6/14/2... | 2,432.10 | 30,458.87 |
| Deposit | 06/15/2018 | | Taste Buds | TB Bus 6/15/2... | 2,469.07 | 32,927.94 |
| Deposit | 06/16/2018 | | Taste Buds | TB Bus 6/16/2... | 2,222.67 | 35,150.61 |
| Deposit | 06/17/2018 | | Taste Buds | TB Bus 6/17/2... | 1,843.42 | 36,994.03 |
| Deposit | 06/18/2018 | | Taste Buds | TB Bus 6/18/2... | 2,544.74 | 39,538.77 |
| Deposit | 06/19/2018 | | Taste Buds | TB Bus 6/19/2... | 2,179.47 | 41,718.24 |
| Deposit | 06/20/2018 | | Taste Buds | TB Bus 6/20/2... | 1,926.62 | 43,644.86 |
| Deposit | 06/21/2018 | | Taste Buds | TB Bus 6/21/2... | 2,531.99 | 46,176.85 |
| Deposit | 06/22/2018 | | Taste Buds | TB Bus 6/22/2... | 2,427.02 | 48,603.87 |
| Deposit | 06/23/2018 | | Taste Buds | TB Bus 6/23/2... | 1,981.58 | 50,585.45 |
| Deposit | 06/24/2018 | | Taste Buds | TB Bus 6/24/2... | 1,698.45 | 52,283.90 |
| Deposit | 06/26/2018 | | Taste Buds | TB Bus 6/26/2... | 1,666.82 | 53,950.72 |
| Deposit | 06/27/2018 | | Taste Buds | TB Bus 6/27/2... | 2,062.73 | 56,013.45 |
| Deposit | 06/28/2018 | | Taste Buds | TB Bus 6/28/2... | 2,202.10 | 58,215.55 |
| Deposit | 06/29/2018 | | Taste Buds | TB Bus 6/29/2... | 2,654.30 | 60,869.85 |
| Deposit | 06/30/2018 | | Taste Buds | TB Bus 6/30/2... | 2,455.58 | 63,325.43 |
| **Total 50003 · Store Sales** | | | | | 63,325.43 | 63,325.43 |
| **Total 50000 · Sales** | | | | | 229,608.14 | 229,608.14 |
| **TOTAL** | | | | | 229,608.14 | 229,608.14 |

4:05 PM
07/19/18
Cash Basis

# Marks Inc
## Recap - Cost Of Sales
### June 2018

Page 1

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **60000 · Cost Of Goods Sold** | | | | | | |
| **60110 · Gasoline Purchases** | | | | | | |
| Bill | 06/01/2018 | | Ports Petroleum | | 25,384.43 | 25,384.43 |
| Bill | 06/05/2018 | | Ports Petroleum | | 24,749.20 | 50,133.63 |
| Bill | 06/12/2018 | | Ports Petroleum | | 24,541.47 | 74,675.10 |
| Bill | 06/15/2018 | | Ports Petroleum | | 23,972.75 | 98,647.85 |
| Bill | 06/20/2018 | | Ports Petroleum | | 24,194.71 | 122,842.56 |
| Bill | 06/28/2018 | | Ports Petroleum | | 23,773.16 | 146,615.72 |
| **Total 60110 · Gasoline Purchases** | | | | | 146,615.72 | 146,615.72 |
| **60210 · Store Purchases(Vendor Paypot)** | | | | | | |
| Deposit | 06/01/2018 | | | TB Bus 6/01/2... | 534.85 | 534.85 |
| Deposit | 06/02/2018 | | | TB Bus 6/02/2... | 49.40 | 584.25 |
| Deposit | 06/03/2018 | | | TB Bus 6/03/2... | 0.00 | 584.25 |
| Deposit | 06/04/2018 | | | TB Bus 6/04/2... | 664.28 | 1,248.53 |
| Check | 06/04/2018 | 1316 | Restaurant Depot | | 259.39 | 1,507.92 |
| Deposit | 06/05/2018 | | | TB Bus 6/05/2... | 185.86 | 1,693.78 |
| Deposit | 06/06/2018 | | | TB Bus 6/06/2... | 0.00 | 1,693.78 |
| Deposit | 06/07/2018 | | | TB Bus 6/07/2... | 0.00 | 1,693.78 |
| Check | 06/07/2018 | ACH | Ambess Prepaid | | 2.50 | 1,696.28 |
| Bill | 06/08/2018 | | Hershey Creamery ... | | 196.08 | 1,892.36 |
| Deposit | 06/08/2018 | | | TB Bus 6/08/2... | 98.35 | 1,990.71 |
| Check | 06/08/2018 | 1317 | Sams Club | | 108.67 | 2,099.38 |
| Deposit | 06/09/2018 | | | TB Bus 6/09/2... | 0.00 | 2,099.38 |
| Deposit | 06/10/2018 | | | TB Bus 6/10/2... | 0.00 | 2,099.38 |
| Bill | 06/11/2018 | | Core-Mark Midcontl... | | 10,230.88 | 12,330.26 |
| Bill | 06/11/2018 | | Core-Mark Midcontl... | | 1,026.50 | 13,356.76 |
| Deposit | 06/11/2018 | | | TB Bus 6/11/2... | 1,181.86 | 14,538.62 |
| Check | 06/11/2018 | 1321 | Restaurant Depot | | 48.99 | 14,587.61 |
| Deposit | 06/12/2018 | 1322 | Napples | Test Buds | 164.23 | 14,751.84 |
| Deposit | 06/12/2018 | | | TB Bus 6/12/2... | 149.79 | 14,901.63 |
| Bill | 06/13/2018 | | Core-Mark Midcontl... | | 1,974.00 | 16,875.63 |
| Bill | 06/13/2018 | | Core-Mark Midcontl... | | 9,942.30 | 26,817.93 |
| Credit | 06/13/2018 | | Core-Mark Midcontl... | | 681.97 | 27,499.90 |
| Deposit | 06/13/2018 | | | TB Bus 6/13/2... | -1,974.00 | 25,525.90 |
| Check | 06/13/2018 | May 1... | Core-Mark Midcontl... | | 0.00 | 25,525.90 |
| Deposit | 06/14/2018 | | | TB Bus 6/14/2... | 96.55 | 25,622.45 |
| Check | 06/14/2018 | 1325 | Sams Club | Taste Buds | 0.00 | 25,622.45 |
| Deposit | 06/14/2018 | | | | 2.50 | 25,624.95 |
| Check | 06/14/2018 | ACH | Ambess Prepaid | | 87.03 | 25,711.98 |
| Deposit | 06/15/2018 | | | TB Bus 6/15/2... | 0.00 | 25,711.98 |
| Deposit | 06/16/2018 | | | TB Bus 6/16/2... | 0.00 | 25,711.98 |
| Deposit | 06/17/2018 | | | TB Bus 6/17/2... | 71.73 | 25,783.71 |
| Bill | 06/17/2018 | | Core-Mark Midcontl... | | 9,942.67 | 35,726.38 |
| Bill | 06/18/2018 | | Core-Mark Midcontl... | | 1,438.85 | 37,165.23 |
| Deposit | 06/18/2018 | | | TB Bus 6/18/2... | 149.36 | 37,314.59 |
| Deposit | 06/19/2018 | | | TB Bus 6/19/2... | 219.43 | 37,534.02 |
| Bill | 06/20/2018 | | Farmer Brothers | | 33.08 | 37,567.10 |
| Bill | 06/20/2018 | | Core-Mark Midcontl... | | | |

4:06 PM
07/19/18
Cash Basis

## Marks Inc
## Recap - Cost Of Sales
### June 2018

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| Credit | 06/20/2018 | | Core-Mark Midcontl... | | -33.08 | 37,534.02 |
| Check | 06/20/2018 | 1329 | Restaurant Depot | | 219.88 | 37,753.90 |
| Deposit | 06/20/2018 | | | TB Bus 6/20/2... | 0.00 | 37,753.90 |
| Deposit | 06/21/2018 | | | TB Bus 6/21/2... | 0.00 | 37,753.90 |
| Deposit | 06/21/2018 | | Ambess Prepaid | | 2.50 | 37,756.40 |
| Check | 06/22/2018 | ACH | GFS | | 122.84 | 37,879.24 |
| Check | 06/22/2018 | 1332 | Silver Star Meats | | 34.10 | 37,913.34 |
| Check | 06/22/2018 | 1328 | | | 461.33 | 38,374.67 |
| Deposit | 06/22/2018 | | | TB Bus 6/22/2... | 0.00 | 38,374.67 |
| Deposit | 06/23/2018 | | | TB Bus 6/23/2... | 0.00 | 38,374.67 |
| Deposit | 06/24/2018 | | | TB Bus 6/24/2... | 0.00 | 38,374.67 |
| Deposit | 06/25/2018 | | | TB Bus 6/26/2... | 139.65 | 38,514.32 |
| Bill | 06/27/2018 | | Core-Mark Midcontl... | | 43.68 | 38,558.00 |
| Bill | 06/27/2018 | | Core-Mark Midcontl... | | 10,428.20 | 48,986.20 |
| Credit | 06/27/2018 | | Core-Mark Midcontl... | | -26.03 | 48,960.17 |
| Bill | 06/27/2018 | | Core-Mark Midcontl... | | 26.03 | 48,986.20 |
| Deposit | 06/27/2018 | | | TB Bus 6/27/2... | 38.66 | 49,024.86 |
| Check | 06/27/2018 | 1333 | Sams Club | | 124.36 | 49,149.22 |
| Check | 06/27/2018 | 1334 | Naples | | 93.35 | 49,242.57 |
| Check | 06/27/2018 | 1335 | Restaurant Depot | | 217.40 | 49,459.97 |
| Bill | 06/28/2018 | | Core-Mark Midcontl... | | 171.06 | 49,631.03 |
| Credit | 06/28/2018 | | Core-Mark Midcontl... | | -171.06 | 49,459.97 |
| Deposit | 06/28/2018 | | | TB Bus 6/28/2... | 0.00 | 49,459.97 |
| Check | 06/28/2018 | ACH | Ambess Prepaid | | 2.50 | 49,462.47 |
| Deposit | 06/29/2018 | | | TB Bus 6/29/2... | 130.07 | 49,592.54 |
| Deposit | 06/30/2018 | | | TB Bus 6/30/2... | 0.00 | 49,592.54 |

Total 60210 · Store Purchases(Vendor Paypol)     49,592.54     49,592.54

60000 · Cost Of Goods Sold - Other

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| Bill | 06/13/2018 | | Frito-Lay | | 138.18 | 138.18 |
| Bill | 06/13/2018 | | Frito-Lay | | 51.38 | 189.56 |
| Bill | 06/13/2018 | | Frito-Lay | | 90.96 | 280.52 |

Total 60000 · Cost Of Goods Sold - Other     280.52     280.52

Total 60000 · Cost Of Goods Sold     196,488.78     196,488.78

TOTAL     196,488.78     196,488.78

4:06 PM
07/19/18
Cash Basis

# Marks Inc
## Recap - Overhead Costs
### June 2018

Page 1

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|------|------|-----|-------------|------|-------------|---------|
| **70015 · Automobile Expense (MARKS)** | | | | | | |
| Deposit | 05/01/2018 | | | TB Bus 6/01/2... | 27.14 | 27.14 |
| Deposit | 06/02/2018 | | | TB Bus 6/02/2... | 0.00 | 27.14 |
| Deposit | 06/03/2018 | | | TB Bus 6/03/2... | 0.00 | 27.14 |
| Deposit | 06/04/2018 | | | TB Bus 6/04/2... | 0.00 | 27.14 |
| Deposit | 06/05/2018 | | | TB Bus 6/05/2... | 72.03 | 99.17 |
| Deposit | 06/06/2018 | | | TB Bus 6/06/2... | 94.67 | 193.84 |
| Deposit | 06/07/2018 | | | TB Bus 6/07/2... | 0.00 | 193.84 |
| Deposit | 06/08/2018 | | | TB Bus 6/08/2... | 49.79 | 243.63 |
| Deposit | 06/09/2018 | | | TB Bus 6/09/2... | 0.00 | 243.63 |
| Deposit | 06/10/2018 | | | TB Bus 6/10/2... | 59.25 | 302.88 |
| Deposit | 06/11/2018 | | | TB Bus 6/11/2... | 77.50 | 380.38 |
| Deposit | 06/12/2018 | | | TB Bus 6/12/2... | 9.32 | 389.70 |
| Check | 06/13/2018 | 1323 | | FMS Dodge T... | 230.00 | 619.70 |
| Deposit | 06/13/2018 | | | TB Bus 6/13/2... | 0.00 | 619.70 |
| Deposit | 06/14/2018 | | | TB Bus 6/14/2... | 52.73 | 672.43 |
| Deposit | 06/15/2018 | | L&N Automotive | TB Bus 6/15/2... | 0.00 | 672.43 |
| Deposit | 06/16/2018 | | | TB Bus 6/16/2... | 0.00 | 672.43 |
| Deposit | 06/17/2018 | | | TB Bus 6/17/2... | 66.05 | 738.48 |
| Deposit | 06/18/2018 | | | TB Bus 6/18/2... | 58.44 | 796.92 |
| Check | 06/18/2018 | 1327 | L&N Automotive | | 672.53 | 1,469.45 |
| Bill | 06/19/2018 | | .&N Automotive | | 672.33 | 2,141.78 |
| Deposit | 06/19/2018 | | | TB Bus 6/19/2... | 0.00 | 2,141.78 |
| Deposit | 06/20/2018 | | | TB Bus 6/20/2... | 67.91 | 2,209.69 |
| Deposit | 06/21/2018 | | | TB Bus 6/21/2... | 0.00 | 2,209.69 |
| Deposit | 06/22/2018 | | | TB Bus 6/22/2... | 83.20 | 2,292.89 |
| Deposit | 06/23/2018 | | | TB Bus 6/23/2... | 0.00 | 2,292.89 |
| Deposit | 06/24/2018 | | | TB Bus 6/24/2... | 0.00 | 2,292.89 |
| Deposit | 06/26/2018 | | | TB Bus 6/26/2... | 63.06 | 2,355.95 |
| Deposit | 06/27/2018 | | | TB Bus 6/27/2... | 0.00 | 2,355.95 |
| Deposit | 06/28/2018 | | | TB Bus 6/28/2... | 70.64 | 2,426.59 |
| Deposit | 06/29/2018 | | | TB Bus 6/29/2... | 60.30 | 2,486.89 |
| Deposit | 06/30/2018 | | | TB Bus 6/30/2... | 0.00 | 2,486.89 |
| **Total 70015 · Automobile Expense (MARKS)** | | | | | 2,486.89 | 2,486.89 |
| | | | | | | |
| **70025 · Bank Service Charges** | | | | | | |
| Check | 06/04/2018 | ach | Huntington Bank | | 49.90 | 49.90 |
| Bill | 06/08/2018 | | Key Bank | | 150.00 | 199.90 |
| Check | 06/15/2018 | ACH | Huntington Bank | | 20.00 | 219.90 |
| Check | 06/15/2018 | ACH | Huntington Bank | | 100.00 | 319.90 |
| Check | 06/30/2018 | ach | Huntington Bank | | 35.42 | 355.32 |
| **Total 70025 · Bank Service Charges** | | | | | 355.32 | 355.32 |

4:06 PM

07/19/18

Cash Basis

**Marks Inc**

**Recap - Overhead Costs**

**June 2018**

Page 2

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **70060 · Insurance Expense** | | | | | | |
| **70061 · Auto** | | | | | | |
| Check | 06/04/2018 | ACH | Liberty Mutual | | 358.13 | 358.13 |
| Total 70061 · Auto | | | | | 358.13 | 358.13 |
| **70062 · General Business** | | | | | | |
| Check | 06/04/2018 | ACH | Liberty Mutual | | 0.00 | 0.00 |
| Total 70062 · General Business | | | | | 0.00 | 0.00 |
| **70063 · Workmens Comp** | | | | | | |
| Bill | 06/15/2018 | Payrol... | ADP | | 93.49 | 93.49 |
| Bill | 06/29/2018 | Payrol... | ADP | | 99.79 | 193.28 |
| Total 70063 · Workmens Comp | | | | | 193.28 | 193.28 |
| Total 70060 · Insurance Expense | | | | | 551.41 | 551.41 |
| **70070 · Interest Expense** | | | | | | |
| Check | 06/08/2018 | | Key Bank | | 197.26 | 197.26 |
| Check | 06/18/2018 | ACH | S & T Bank | | | 197.26 |
| Total 70070 · Interest Expense | | | | | 197.26 | 197.26 |
| **70090 · Miscellaneous** | | | | | | |
| Check | 06/08/2018 | 1320 | Cash | | 91.13 | 91.13 |
| Check | 06/29/2018 | 1336 | Cash | | 452.00 | 543.13 |
| Total 70090 · Miscellaneous | | | | | 543.13 | 543.13 |
| **70095 · Office Expenses** | | | | | | |
| Bill | 06/08/2018 | | ATA Associates | A. Telech (W... | 175.00 | 175.00 |
| Bill | 06/15/2018 | | ATA Associates | A. Telech (W... | 175.00 | 350.00 |
| Bill | 06/20/2018 | | Aqua Filter Fres... | | 9.63 | 359.63 |
| Bill | 06/22/2018 | | ATA Associates | A. Telech (W... | 175.00 | 534.63 |
| Total 70095 · Office Expenses | | | | | 534.63 | 534.63 |
| **70100 · Office Supplies** | | | | | | |
| Check | 06/14/2018 | 1324 | USPS | Stamps | 47.00 | 47.00 |
| Total 70100 · Office Supplies | | | | | 47.00 | 47.00 |

4:06 PM
07/19/18
Cash Basis

## Marks Inc
## Recap - Overhead Costs
### June 2018

Page 3

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|------|------|-----|-------------|------|-------------|---------|
| **70110 · Over/Short** | | | | | | |
| Deposit | 06/01/2018 | | | TB Bus 6/01/2... | -0.59 | -0.59 |
| Deposit | 06/02/2018 | | | TB Bus 6/02/2... | 5.72 | 5.13 |
| Deposit | 06/03/2018 | | | TB Bus 6/03/2... | -10.21 | -5.08 |
| Deposit | 06/04/2018 | | | TB Bus 6/04/2... | 7.25 | 2.17 |
| Deposit | 06/05/2018 | | | TB Bus 6/05/2... | -1.59 | 0.58 |
| Deposit | 06/06/2018 | | | TB Bus 6/06/2... | 0.93 | 1.51 |
| Deposit | 06/07/2018 | | | TB Bus 6/07/2... | -7.75 | -6.24 |
| Deposit | 06/08/2018 | | | TB Bus 6/08/2... | -4.97 | -11.21 |
| Deposit | 06/09/2018 | | | TB Bus 6/09/2... | -32.81 | -44.02 |
| Deposit | 06/10/2018 | | | TB Bus 6/10/2... | 0.33 | -43.69 |
| Deposit | 06/11/2018 | | | TB Bus 6/11/2... | -5.47 | -49.16 |
| Deposit | 06/12/2018 | | | TB Bus 6/12/2... | 7.21 | -41.95 |
| Deposit | 06/13/2018 | | | TB Bus 6/13/2... | 4.49 | -37.46 |
| Deposit | 06/14/2018 | | | TB Bus 6/14/2... | -8.81 | -46.27 |
| Deposit | 06/15/2018 | | | TB Bus 6/15/2... | -8.74 | -55.01 |
| Deposit | 06/16/2018 | | | TB Bus 6/16/2... | -0.32 | -55.33 |
| Deposit | 06/17/2018 | | | TB Bus 6/17/2... | -5.25 | -60.58 |
| Deposit | 06/18/2018 | | | TB Bus 6/18/2... | 16.56 | -44.02 |
| Deposit | 06/19/2018 | | | TB Bus 6/19/2... | -4.87 | -48.89 |
| Deposit | 06/20/2018 | | | TB Bus 6/20/2... | -4.77 | -53.66 |
| Deposit | 06/21/2018 | | | TB Bus 6/21/2... | -1.45 | -55.11 |
| Deposit | 06/22/2018 | | | TB Bus 6/22/2... | 2.83 | -52.28 |
| Deposit | 06/23/2018 | | | TB Bus 6/23/2... | -2.93 | -55.21 |
| Deposit | 06/24/2018 | | | TB Bus 6/24/2... | 0.95 | -54.26 |
| Deposit | 06/26/2018 | | | TB Bus 6/26/2... | 9.76 | -44.50 |
| Deposit | 06/27/2018 | | | TB Bus 6/27/2... | 9.58 | -34.92 |
| Deposit | 06/28/2018 | | | TB Bus 6/28/2... | -2.99 | -37.91 |
| Deposit | 06/29/2018 | | | TB Bus 6/29/2... | -6.81 | -44.72 |
| Deposit | 06/30/2018 | | | TB Bus 6/30/2... | -3.20 | -47.92 |
| **Total 70110 · Over/Short** | | | | | -47.92 | -47.92 |
| | | | | | | |
| **70120 · Payroll Expenses** | | | | | | |
| **70121 · Wages Expense** | | | | | | |
| Check | 06/01/2018 | 1166 | Linda Bianchini | | 394.04 | 394.04 |
| Check | 06/01/2018 | 1170 | Erika Byrne | | 593.86 | 987.90 |
| Check | 06/01/2018 | 1169 | Dawn Jones | | 380.99 | 1,368.88 |
| Check | 06/01/2018 | 1168 | Donna Longenec... | | 520.17 | 1,889.06 |
| Check | 06/01/2018 | 1167 | Dorothy Yanallvich | | 366.04 | 2,255.10 |
| Bill | 06/15/2018 | Payrol... | ADP | | 2,147.57 | 4,402.67 |
| Bill | 06/29/2018 | Payrol... | ADP | | 2,284.56 | 6,687.23 |
| **Total 70121 · Wages Expense** | | | | | 6,687.23 | 6,687.23 |

4:06 PM
07/19/18
Cash Basis

## Marks Inc
## Recap - Overhead Costs
### June 2018

| Type | Data | Num | Source Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **70122 · Payroll Taxes** | | | | | | |
| Bill | 06/01/2018 | Payrol... | ADP | | 579.29 | 579.29 |
| Bill | 06/01/2018 | Payrol... | ADP | | 436.75 | 1,016.04 |
| Bill | 06/15/2018 | Payrol... | ADP | | 554.58 | 1,570.62 |
| Bill | 06/15/2018 | Payrol... | ADP | | 413.81 | 1,984.43 |
| Bill | 06/29/2018 | Payrol... | ADP | | 599.25 | 2,583.68 |
| Bill | 06/29/2018 | Payrol... | ADP | | 442.15 | 3,025.83 |
| **Total 70122   Payroll Taxes** | | | | | 3,025.83 | 3,025.83 |
| **70123 · Payroll Processing Fees** | | | | | | |
| Check | 06/04/2018 | ACH | ADP | | 98.07 | 98.07 |
| Check | 06/15/2018 | ACH | ADP | | 79.78 | 177.85 |
| Check | 06/22/2018 | ACH | ADP | | 108.56 | 286.41 |
| Check | 06/29/2018 | ACH | ADP | | 170.18 | 456.59 |
| **Total 70123 · Payroll Processing Fees** | | | | | 456.59 | 456.59 |
| **70124 · Outside Services** | | | | | | |
| Deposit | 06/26/2018 | | | TB Bus 6/26/2... | 283.25 | 283.25 |
| **Total 70124   Outside Services** | | | | | 283.25 | 283.25 |
| **Total 70120 · Payroll Expenses** | | | | | 10,452.90 | 10,452.90 |
| **70130 · Professional & Legal Fees** | | | | | | |
| Check | 06/15/2018 | 1326 | Cash | | 452.00 | 452.00 |
| Bill | 06/20/2018 | | United States Tr... | | 4,884.75 | 5,336.75 |
| Bill | 06/22/2018 | | ATA Associates | Thomas J. Ke... | 600.00 | 5,936.75 |
| Check | 06/22/2018 | 1330 | Cash | | 452.00 | 6,388.75 |
| Bill | 06/29/2018 | | ATA Associates | A. Telech (W... | 175.00 | 6,563.75 |
| **Total 70130 · Professional & Legal Fees** | | | | | 6,563.75 | 6,563.75 |
| **70140 · Rent Expense** | | | | | | |
| Bill | 06/29/2018 | June 2... | Ed Dishvester | | 3,106.44 | 3,106.44 |
| **Total 70140 · Rent Expense** | | | | | 3,106.44 | 3,106.44 |
| **70145 · Repairs and Maintenance** | | | | | | |
| Bill | 06/22/2018 | | Chris Frazier | Repairs to roo... | 600.00 | 600.00 |
| Bill | 06/27/2018 | | Chris Frazier | | 650.00 | 1,250.00 |
| **Total 70145   Repairs and Maintenance** | | | | | 1,250.00 | 1,250.00 |

4:06 PM
07/19/18
Cash Basis

Page 5

## Marks Inc
## Recap - Overhead Costs
### June 2018

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| **70155 - Store Expenses** | | | | | | |
| Deposit | 06/01/2018 | | | TB Bus 6/01/2... | 33.69 | 33.69 |
| Deposit | 06/02/2018 | | | TB Bus 6/02/2... | 0.00 | 33.69 |
| Deposit | 06/03/2018 | | | TB Bus 6/03/2... | 0.00 | 33.69 |
| Deposit | 06/04/2018 | | | TB Bus 6/04/2... | 0.00 | 33.69 |
| Deposit | 06/05/2018 | | | TB Bus 6/05/2... | 15.00 | 48.69 |
| Deposit | 06/06/2018 | | | TB Bus 6/06/2... | 7.79 | 56.48 |
| Deposit | 06/07/2018 | | | TB Bus 6/07/2... | 0.00 | 56.48 |
| Deposit | 06/08/2018 | | | TB Bus 6/08/2... | 16.65 | 73.13 |
| Deposit | 06/09/2018 | | | TB Bus 6/09/2... | 0.00 | 73.13 |
| Deposit | 06/10/2018 | | | TB Bus 6/10/2... | 0.00 | 73.13 |
| Deposit | 06/11/2018 | | | TB Bus 6/11/2... | 46.23 | 119.36 |
| Deposit | 06/12/2018 | | | TB Bus 6/12/2... | 0.00 | 119.36 |
| Deposit | 06/13/2018 | | | TB Bus 6/13/2... | 76.63 | 195.99 |
| Deposit | 06/14/2018 | | | TB Bus 6/14/2... | 0.00 | 195.99 |
| Deposit | 06/15/2018 | | | TB Bus 6/15/2... | 26.22 | 222.21 |
| Deposit | 06/16/2018 | | | TB Bus 6/16/2... | 0.00 | 222.21 |
| Deposit | 06/17/2018 | | | TB Bus 5/17/2... | 17.16 | 239.37 |
| Deposit | 06/18/2018 | | | TB Bus 5/18/2... | 24.60 | 263.97 |
| Deposit | 06/19/2018 | | | TB Bus 5/19/2... | 87.82 | 351.79 |
| Bill | 06/20/2018 | | Fast Signs | | 400.00 | 751.79 |
| Deposit | 06/20/2018 | | | TB Bus 6/20/2... | 10.00 | 761.79 |
| Deposit | 06/21/2018 | | | TB Bus 6/21/2... | 299.84 | 1,061.63 |
| Check | 06/22/2018 | 1331 | Lowes | Weed Killer | 66.28 | 1,127.91 |
| Deposit | 06/22/2018 | | | TB Bus 6/22/2... | 0.00 | 1,127.91 |
| Deposit | 06/23/2018 | | | TB Bus 6/23/2... | 0.00 | 1,127.91 |
| Deposit | 06/24/2018 | | | TB Bus 6/24/2... | 0.00 | 1,127.91 |
| Deposit | 06/25/2018 | | | TB Bus 6/25/2... | 10.16 | 1,138.07 |
| Deposit | 06/27/2018 | | | TB Bus 6/26/2... | 77.42 | 1,215.49 |
| Deposit | 06/28/2018 | | | TB Bus 6/26/2... | 0.00 | 1,215.49 |
| Bill | 06/29/2018 | | Fast Signs | | 368.97 | 1,584.46 |
| Deposit | 06/29/2018 | | | TB Bus 6/29/2... | 0.00 | 1,584.46 |
| Deposit | 06/30/2018 | | | TB Bus 6/30/2... | 0.00 | 1,584.46 |
| **Total 70155 - Store Expenses** | | | | | 1,584.46 | 1,584.46 |
| **70200 - Utilities** | | | | | | |
| **70201 - Disposal** | | | | | | |
| Bill | 06/20/2018 | | Vogel Disposal ... | | 115.57 | 115.57 |
| **Total 70201 - Disposal** | | | | | 115.57 | 115.57 |
| **70202 - Electricity** | | | | | | |
| Bill | 06/20/2018 | | Duquesne Light ... | | 61.08 | 61.08 |
| Bill | 06/29/2018 | | Duquesne Light ... | | 1,507.82 | 1,568.90 |
| **Total 70202  Electricity** | | | | | 1,568.90 | 1,568.90 |

4:06 PM
07/19/18
Cash Basis

## Marks Inc
## Recap - Overhead Costs
### June 2018

Page 8

| Type | Date | Num | Source Name | Memo | Paid Amount | Balance |
|------|------|-----|-------------|------|-------------|---------|
| **70203 · Gas** | | | | | | |
| Bill | 06/08/2018 | | Peoples | | 29.37 | 29.37 |
| **Total 70203 · Gas** | | | | | 29.37 | 29.37 |
| **70204 · Telephone Expense** | | | | | | |
| Bill | 06/29/2018 | | Comcast | | 258.77 | 258.77 |
| **Total 70204 · Telephone Expense** | | | | | 258.77 | 258.77 |
| **70205 · Water/Sewage** | | | | | | |
| Bill | 06/22/2018 | | PWSA - Pittsbur... | | 178.70 | 178.70 |
| **Total 70205 · Water/Sewage** | | | | | 178.70 | 178.70 |
| **70200 · Utilities - Other** | | | | | | |
| Bill | 06/29/2018 | | Verizon | | 221.42 | 221.42 |
| **Total 70200 · Utilities - Other** | | | | | 221.42 | 221.42 |
| **Total 70200 · Utilities** | | | | | 2,372.73 | 2,372.73 |
| **TOTAL** | | | | | 29,998.00 | 29,998.00 |

4:02 PM

07/19/18

Cash Basis

# Marks Inc
# Profit & Loss
### June 2018

|  | Jun 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **50000 · Sales** | |
| 50002 · Gasoline Sales | 166,282.71 |
| 50003 · Store Sales | 63,325.43 |
| **Total 50000 · Sales** | 229,608.14 |
| **Total Income** | 229,608.14 |
| **Cost of Goods Sold** | |
| **60000 · Cost Of Goods Sold** | |
| 60110 · Gasoline Purchases | 146,615.72 |
| 60210 · Store Purchases(Vendor Paypot) | 49,592.54 |
| 60000 · Cost Of Goods Sold - Other | 280.52 |
| **Total 60000 · Cost Of Goods Sold** | 196,488.78 |
| **Total COGS** | 196,488.78 |
| **Gross Profit** | 33,119.36 |
| **Expense** | |
| 70015 · Automobile Expense (MARKS) | 2,486.89 |
| 70025 · Bank Service Charges | 355.32 |
| **70060 · Insurance Expense** | |
| 70061 · Auto | 358.13 |
| 70062 · General Business | 0.00 |
| 70063 · Workmens Comp | 193.28 |
| **Total 70060 · Insurance Expense** | 551.41 |
| 70070 · Interest Expense | 197.26 |
| 70090 · Miscellaneous | 543.13 |
| 70095 · Office Expenses | 534.63 |
| 70100 · Office Supplies | 47.00 |
| 70110 · Over/Short | -47.92 |
| **70120 · Payroll Expenses** | |
| 70121 · Wages Expense | 6,687.23 |
| 70122 · Payroll Taxes | 3,025.83 |
| 70123 · Payroll Processing Fees | 456.59 |
| 70124 · Outside Services | 283.25 |
| **Total 70120 · Payroll Expenses** | 10,452.90 |
| 70130 · Professional & Legal Fees | 6,563.75 |
| 70140 · Rent Expense | 3,106.44 |
| 70145 · Repairs and Maintenance | 1,250.00 |
| 70155 · Store Expenses | 1,584.46 |
| **70200 · Utilities** | |
| 70201 · Disposal | 115.57 |
| 70202 · Electricity | 1,568.90 |
| 70203 · Gas | 29.37 |
| 70204 · Telephone Expense | 258.77 |
| 70205 · Water/Sewage | 178.70 |
| 70200 · Utilities - Other | 221.42 |
| **Total 70200 · Utilities** | 2,372.73 |
| **Total Expense** | 29,998.00 |
| **Net Ordinary Income** | 3,121.36 |
| **Net Income** | 3,121.36 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

Huntington

MARKS INC  DIP
MAIN COUNTRY TOWN ACCOUNT
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking

| | | | |
|---|---|---|---|
| Statement Activity From: 06/01/18 to 06/30/18 | | Beginning Balance | $967.15 |
| | | Credits (+) | 48,248.96 |
| | |   Regular Deposits | 44,700.00 |
| Days in Statement Period | 30 |   Electronic Deposits | 3,548.96 |
| | | Debits (-) | 48,015.59 |
| Average Ledger Balance* | 850.57 |   Regular Checks Paid | 4,856.70 |
| Average Collected Balance* | 639.42- |   Electronic Withdrawals | 42,377.93 |
| | |   Other Debits | 780.96 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 100.00 |
| | | Ending Balance | $1,100.52 |

## Deposits (+)

Account:

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 06/11 | 22,009.50 | | Remote | 06/19 | 1,000.00 | | Remote |
| 06/13 | 40,700.00 | | Remote | 06/25 | | | Remote |
| 06/18 | 9,000.00 | | Remote | | | | |

## Other Credits (+)

Account:

| Date | Amount | Description |
|---|---|---|
| 06/07 | 12.85 | ALTADIS USA VENDOR PAY  1500732462 |
| 06/08 | 1,000.00 | BUS ONL TFR FRM CHECKING  060818 01100287214 |
| 06/08 | 48.00 | GRUBHUB INC May Actvty  11605457 |
| 06/08 | 72.40 | GRUBHUB INC Jun Actvty  11691517 |
| 06/15 | 0.50 | GRUBHUB INC Jun Actvty  11761814 |
| 06/18 | 1,000.00 | BUS ONL TFR FRM CHECKING  061818 01100287214 |
| 06/21 | 186.86 | ITG BRANDS, LLC VENDOR PAY  1515324565 |
| 06/22 | 19.85 | GRUBHUB INC Jun Actvty  11832253 |

## Checks (-)

Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 06/01 | 450.00 | 1315 | 06/08 | | 1318 |
| 06/04 | | 1316 | 06/08 | 771.52 | 1320* |
| 06/08 | 100.00 | 1317 | 06/11 | | 1321 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⬥®⬥ and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2016 Huntington Bancshares Incorporated.

Huntington

## Checks (-)
Account:

| Date | Amount | Check # | | Date | Amount | Check # |
|------|--------|---------|-|------|--------|---------|
| 06/13 | | 1322 | | 08/22 | | 1330 |
| 06/14 | | 1323 | | 06/25 | | 1331 |
| 06/18 | | 1324 | | 06/25 | | 1332 |
| 06/15 | | 1325 | | 06/27 | | 1333 |
| 06/15 | | 1326 | | 06/29 | | 1334 |
| 06/19 | | 1327 | | 06/28 | | 1335 |
| 06/21 | | 1328 | | 06/29 | | 1336 |
| 06/21 | | 1329 | | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)
Account:

| Date | Amount | Description |
|------|--------|-------------|
| 06/07 | | AMBESS PREPAID ELEC CHECK  180606 TASTE BUDS |
| 06/11 | | CORE-MARK PAYMENTS |
| 06/13 | | CORE-MARK PAYMENTS |
| 06/14 | | AMBESS PREPAID ELEC CHECK  180613 TASTE BUDS |
| 06/18 | | CORE-MARK PAYMENTS |
| 06/18 | | INSTALLMENT LOAN PAYMENT |
| 06/21 | | AMBESS PREPAID ELEC CHECK  180520 TASTE BUDS |
| 06/25 | | CORE-MARK PAYMENTS |
| 06/28 | | AMBESS PREPAID ELEC CHECK  180827 TASTE BUDS |

## Service Charge Detail
Account:

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 06/15 | 30.00 | | REMOTE DEPOSIT CAPTURE FEES |
| 06/15 | 30.00 | | ONLINE PAYMENT CENTER FEES |
| 06/15 | 20.00 | | FRAUD PROTECTION SRVICE FEES |
| 06/15 | 20.00 | | MONTHLY SERVICE FEE |

## Service Charge Summary
Account.

Previous Month Service Charges (-)    $100.00
Total Service Charges (-)    $100.00

Huntington

## Balance Activity

Account:

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/31 | 967.15 | 06/13 | 1,247.41 | 06/22 | 651.13 |
| 06/01 | 515.15 | 06/14 | 1,014.91 | 06/25 | 1,990.13 |
| 06/04 | 255.76 | 06/15 | 370.05 | 06/27 | 1,865.77 |
| 06/07 | 265.86 | 06/18 | 527.69 | 06/28 | 1,645.87 |
| 06/08 | 642.28 | 06/19 | 855.16 | 06/29 | 1,100.52 |
| 06/11 | 1,335.91 | 06/21 | 1,083.18 | | |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MARKS INC  DIP
CASE # 17-23657
545 MARKS DR
CORAOPOLIS PA 15108-3388

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking

| Statement Activity From:<br>06/01/18 to 06/30/18 | | |
|---|---|---|
| Days in Statement Period | | 30 |
| Average Ledger Balance* | | 9,338.69 |
| Average Collected Balance* | | 5,672.03 |
| * The above balances correspond to the service charge cycle for this account. | | |

| | |
|---|---|
| Beginning Balance | $16,012.43 |
| Credits (+) | 189,933.98 |
| Regular Deposits | 59,000.00 |
| Electronic Deposits | 130,933.98 |
| Debits (-) | 202,660.30 |
| Regular Checks Paid | 18,563.11 |
| Electronic Withdrawals | 184,097.19 |
| Total Service Charges (-) | 20.00 |
| Ending Balance | $3,266.11 |

## Deposits (+)                                                          Account:

| Date | Amount | Serial # | Type | | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|---|
| 06/01 | ~~████████~~ | | Remote | | 06/20 | ~~████████~~ | | Remote |
| 06/04 | ~~████████~~ | | Remote | | 06/21 | ~~████████~~ | | Remote |
| 06/05 | ~~████████~~ | | Remote | | 06/27 | ~~████████~~ | | Remote |
| 06/12 | ~~████████~~ | | Remote | | 06/28 | ~~████████~~ | | Remote |
| 06/13 | ~~████████~~ | | Remote | | 06/29 | ~~4,000.00~~ | | Remote |
| 06/15 | ~~10,000.00~~ | | Remote | | | | | |

## Other Credits (+)                                                     Account:

| Date | Amount | Description |
|---|---|---|
| 06/01 | 4,326.70 | HUNT MERCH SVCS DEPOSIT |
| 06/04 | 4,825.08 | HUNT MERCH SVCS DEPOSIT |
| 06/04 | 4,379.34 | HUNT MERCH SVCS DEPOSIT |
| 06/04 | 4,011.74 | HUNT MERCH SVCS DEPOSIT |
| 06/04 | 1,197.60 | RJ REYNOLDS TOB INVPAY |
| 06/05 | 3,673.23 | HUNT MERCH SVCS DEPOSIT |
| 06/06 | 5,212.80 | HUNT MERCH SVCS DEPOSIT |
| 06/07 | 4,344.95 | HUNT MERCH SVCS DEPOSIT |
| 06/08 | 4,320.45 | HUNT MERCH SVCS DEPOSIT |
| 06/11 | 4,926.99 | HUNT MERCH SVCS DEPOSIT |
| 06/11 | 4,694.92 | HUNT MERCH SVCS DEPOSIT |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⊞ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2018 Huntington Bancshares Incorporated.



## Other Credits (+)

Account:

| Date | Amount | Description |
|------|--------|-------------|
| 06/11 | 3,275.34 | HUNT MERCH SVCS DEPOSIT |
| 06/12 | 4,015.23 | HUNT MERCH SVCS DEPOSIT |
| 06/13 | 4,228.52 | HUNT MERCH SVCS DEPOSIT |
| 06/14 | 4,865.46 | HUNT MERCH SVCS DEPOSIT |
| 06/15 | 4,365.43 | HUNT MERCH SVCS DEPOSIT |
| 06/18 | 5,132.87 | HUNT MERCH SVCS DEPOSIT |
| 06/18 | 4,218.43 | HUNT MERCH SVCS DEPOSIT |
| 06/18 | 3,442.20 | HUNT MERCH SVCS DEPOSIT |
| 06/18 | 1,183.60 | RJ REYNOLDS TOB INVPAY |
| 06/19 | 5,303.90 | HUNT MERCH SVCS DEPOSIT |
| 06/20 | 3,945.19 | HUNT MERCH SVCS DEPOSIT |
| 06/21 | 1,850.09 | HUNT MERCH SVCS DEPOSIT |
| 06/22 | 7,873.21 | HUNT MERCH SVCS DEPOSIT |
| 06/25 | 4,985.72 | HUNT MERCH SVCS DEPOSIT |
| 06/25 | 4,224.92 | HUNT MERCH SVCS DEPOSIT |
| 06/25 | 3,837.59 | HUNT MERCH SVCS DEPOSIT |
| 06/26 | 4,567.98 | HUNT MERCH SVCS DEPOSIT |
| 06/27 | 4,061.33 | HUNT MERCH SVCS DEPOSIT |
| 06/28 | 4,539.46 | HUNT MERCH SVCS DEPOSIT |
| 06/29 | 5,105.71 | HUNT MERCH SVCS DEPOSIT |

## Checks (-)

Account:

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 06/26 | | 1152 | 06/11 | | 1172 |
| 06/11 | | 1153 | 06/14 | | 1173 |
| 06/11 | | 1154 | 06/13 | | 1174 |
| 06/11 | | 1155 | 06/20 | | 1175 |
| 06/11 | | 1161* | 06/18 | | 1176 |
| 06/07 | | 1162 | 06/26 | 400.00 | 1177 |
| 06/12 | | 1163 | 06/27 | | 1178 |
| 06/13 | | 1164 | 06/26 | | 1179 |
| 06/08 | | 1165 | 06/25 | | 1181* |
| 06/01 | | 1166 | 06/25 | | 1182 |
| 06/01 | | 1167 | 06/22 | | 1183 |
| 06/01 | | 1168 | 06/26 | | 1184 |
| 06/01 | | 1169 | 06/27 | | 1185 |
| 06/01 | | 1170 | 06/25 | | 1186 |
| 06/18 | | 1171 | 06/29 | 650.00 | 1187 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.



## Other Debits (-)

Account:

| Date | Amount | Description |
|------|--------|-------------|
| 06/01 | | PORTS PETRO AR CASH CON. |
| 06/04 | | HUNT MERCH SVCS DEPOSIT |
| 06/04 | | ADP Tax ADP Tax |
| 06/04 | | LIBERTY MUTUAL |
| 06/04 | | ADP PAY-BY-PAY PAY-BY-PAY |
| 06/05 | | PORTS PETRO AR CASH CON. |
| 06/08 | | BUS ONL TFR TO CHECKING |
| 06/12 | | PORTS PETRO AR CASH CON. |
| 06/15 | | PORTS PETRO AR CASH CON. |
| 06/15 | | ADP WAGE PAY WAGE PAY |
| 06/15 | | ADP Tax ADP Tax |
| 06/15 | | ADP PAY-BY-PAY PAY-BY-PAY |
| 06/15 | | ADP PAYROLL FEES ADP - FEES |
| 06/18 | | BUS ONL TFR TO CHECKING |
| 06/20 | | PORTS PETRO AR CASH CON. |
| 06/22 | | COMMWLTHOFPA INT PASTSALETX |
| 06/22 | | ADP PAYROLL FEES ADP - FEES |
| 06/28 | | PORTS PETRO AR CASH CON. |
| 06/29 | | PORTS PETRO AR CASH CON. |
| 06/29 | | ADP WAGE PAY WAGE PAY |
| 06/29 | | ADP Tax ADP Tax |
| 06/29 | 170.18 | ADP PAYROLL FEES ADP - FEES |
| 06/29 | | ADP PAY-BY-PAY PAY-BY-PAY |

## Service Charge Detail

Account:

| Date | Service Charge (-) | Waives and | Discounts (+) | Description |
|------|--------------------|------------|---------------|-------------|
| 06/15 | 20.00 | | | FRAUD PROTECTION SRVICE FEES |
| 06/15 | 20.00 | | | MONTHLY SERVICE FEE |
| 06/15 | | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## Service Charge Summary

Account:

| | |
|---|---|
| Previous Month Service Charges (-) | $40.00 |
| Other Credits (+) | 20.00 |
| Total Service Charges (-) | $20.00 |



## Balance Activity

Account:

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/31 | 16,012.43 | 06/12 | 3,258.65 | 06/22 | 11,582.28 |
| 06/01 | 2,699.60 | 06/13 | 11,040.67 | 06/25 | 23,959.80 |
| 06/04 | 21,591.22 | 06/14 | 15,876.76 | 06/26 | 3,050.35 |
| 06/05 | 2,515.25 | 06/15 | 2,960.21 | 06/27 | 7,061.93 |
| 06/06 | 7,728.05 | 06/18 | 14,564.23 | 06/28 | 14,601.39 |
| 06/07 | 8,966.58 | 06/19 | 19,888.13 | 06/29 | 3,266.11 |
| 06/08 | 12,065.41 | 06/20 | 2,338.09 | | |
| 06/11 | 22,088.95 | 06/21 | 7,188.18 | | |

In the Event of Errors or Questions Concerning Electronic Fund Transfers (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

Verification of Electronic Deposits If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

Balancing Your Statement - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                    Bankruptcy No. 17-23657-GLT

      Debtor.                              Chapter 11

                                       Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 15th day of August, 2018, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: August 15, 2018                    */s/ Robert O Lampl*
                                     ROBERT O LAMPL
                                     PA I.D. #19809
                                     JOHN P. LACHER
                                     PA I.D. #62297
                                     DAVID L. FUCHS
                                     PA I.D. #205694
                                     RYAN J. COONEY
                                     PA I.D. #319213
                                     SY O. LAMPL
                                     PA I.D. # 324741
                                     Counsel for the Debtor
                                     223 Fourth Avenue, 4th Floor
                                     Pittsburgh, PA  15222
                                     (412) 392-0330 (phone)
                                     (412) 392-0335 (facsimile)
                                     Email:  rlampl@lampllaw.com