**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Marks, Inc.**
74−3193992
   Debtor(s)

Bankruptcy Case No.: 17−23657−GLT

Chapter: 11
Docket No.: 126 − 125

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Amelia R. Brett, Esq. has been removed as attorney from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: August 16, 2018

                        Michael R. Rhodes
                        Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marks, Inc.  
    Debtor

Case No. 17-23657-GLT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 16, 2018  
                     Form ID: 143     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.  
aty      +Amelia R. Brett,   Strassburger McKenna Gutnick & Gefsky,   444 Liberty Avenue,   Suite 2200,   Pittsburgh, PA 15222-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:

       Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com, ccallahan@smgglaw.com;klaraba@smgglaw.com  
       Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
       David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com, kmaiorano@smgglaw.com;klaraba@smgglaw.com  
       David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
       James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
       John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC jgotaskie@foxrothschild.com, hsemmer@foxrothschild.com;vazzarella@foxrothschild.com;dmcdonald@foxrothschild.com;jgotaskie@yahoo.com  
       Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov  
       Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
       T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
                                                                                                                  TOTAL: 12