FILED
8/16/18 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              Case No.: 17-23657-GLT

**MARKS, INC.,**                    Chapter 11

      Debtor                  Related to Document No.: 124

Brandywine Agency, Inc.,

      Movant,
v.

Marks, Inc.,

      Respondent.

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Amelia R. Brett, Esquire is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: August 15, 2018

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23657-GLT
Marks, Inc.                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: mgut              Page 1 of 1             Date Rcvd: Aug 16, 2018
                                Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db        +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388
          +Amelia R. Brett, Esq.,    Four Gateway Center, Ste. 2200,    444 Liberty Ave.,
            Pittsburgh, PA 15222-1220
cr        +Brandywine Agency, Inc.,    Strassburger McKenna Gutnick & Gefsky,
            Four Gateway Center, Suite 2200,    444 Liberty Avenue,    Pittsburgh, PA 15222-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
              Amelia R. Brett    on behalf of Creditor    Brandywine Agency, Inc. abrett@smgglaw.com,
               ccallahan@smgglaw.com;klaraba@smgglaw.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com,
               kmaiorano@smgglaw.com;klaraba@smgglaw.com
              David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC
               jgotaskie@foxrothschild.com,
               hsemmer@foxrothschild.com;vazzarella@foxrothschild.com;dmcdonald@foxrothschild.com;jgotaskie@yahoo.com
              Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                             TOTAL: 12