## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                    Bankruptcy No. 17-23657-GLT

    Debtor.                              Chapter 11

Document No.

Related to Doc. No. 129, 130

Hearing Date and Time:
August 17, 2018 at 11:00 a.m.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 20th day of August, 2018, a true and correct copy of the **POST-CONFIRMATION ORDER AND NOTICE OF DEADLINES** and **ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION DATED JULY 6, 2018** was served upon the following *(via First Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MATRIX*

Date: August 20, 2018                       /s/ Robert O Lampl
                                                                      ROBERT O LAMPL
                                                                      PA I.D. #19809
                                                                       JOHN P. LACHER
                                                                       PA I.D. #62297
                                                                       DAVID L. FUCHS
                                                                       PA I.D. #205694
                                                                       RYAN J. COONEY
                                                                       PA I.D. #319213
                                                                       Counsel for the Debtor
                                                                       223 Fourth Avenue, 4th Floor
                                                                       Pittsburgh, PA  15222
                                                                       (412) 392-0330 (phone)
                                                                       (412) 392-0335 (facsimile)
                                                                       Email: rlampl@lampllaw.com

```
Label Matrix for local noticing          BB&T Commercial Equipment Capital Corp.   Bottling Group, LLC
0315-2                                   2 Great Valley Parkway, Suite 300          Joseph D. Frank
Case 17-23657-GLT                        Malvern, PA 19355-1319                     c/o FrankGecker LLP
WESTERN DISTRICT OF PENNSYLVANIA                                                    325 N. LaSalle St., Ste. 625
Pittsburgh                                                                          Chicago, IL 60654-6465
Mon Aug 20 10:14:22 EDT 2018

Brandywine Agency                        Brandywine Agency Inc.                     Brandywine Agency, Inc.
357 Lincoln Highway                      c/o Amelia R. Brett, Esquire               Strassburger McKenna Gutnick & Gefsky
P.O. Box 300                             Strassburger McKenna Gutnick & Gefsky      Four Gateway Center, Suite 2200
North Versailles, PA 15137-0300          Four Gateway Ctr,Ste 2200,444 Liberty Av   444 Liberty Avenue
                                         Pittsburgh, PA  15222                      Pittsburgh, PA 15222-1208

Butler Area Sewer Authority              Butler Eagle                               C&K Wholesale
100 Litman Road                          114-116 West Diamond Street                515 Montgomery Avenue, Suite 107
Butler, PA 16001-3294                    P.O. Box 271                               New Castle, PA 16102-1105
                                         Butler, PA 16003-0271

Can Capital                              Century Link                               Chase Auto Finance
115 North 400 West                       P.O. Box 1319                              PO Box 78068
Suite 315                                Charlotte, NC 28201-1319                   Phoenix, AZ 85062-8068
Salt Lake City, UT 84103-1124

Chase Credit Card                        Coca-Cola                                  Comcast
P.O. Box 15123                           Pittsburgh Sales Center                    P.O. Box 3001
Wilmington, DE 19850-5123                2329 Paysphere Circle                      Southeastern, PA 19398-3001
                                         Chicago, IL 60674-2329

EB Brown                                 Eby-Brown Company, LLC                     Edward P. Disilvester, Jr.
920 Irwin Run Road                       920 Irwin Run Road                         2527 Allender Avenue
West Mifflin, PA 15122-1092              West Mifflin, PA  15122-1092               Pittsburgh, PA 15220-3001

Fifth Third Bank                         Fifth Third Bank                           Charles Fink
5050 Kingsley Drive                      PO Box 9013                                Sunbelt Business Brokers
Cincinnati, OH 45227-1115                Addison, Texas 75001-9013                  5996 Centre Ave.
                                                                                    1033 Gill Hall
                                                                                    Jefferson Hills, PA 15025-3315

Frito-Lay                                Frito-Lay North America, Inc.              John R. Gotaskie Jr.
75 Remittance Drive, Suite 1217          Joseph D. Frank                            Fox Rothschild LLP
Chicago, IL 60675-1217                   c/o FrankGecker LLP                        BNY Mellon Center
                                         325 N. LaSalle St., Ste. 625              500 Grant Street, Suite 2500
                                         Chicago, IL 60654-6465                     Pittsburgh, PA 15219-2510

Huntington Bank                          Internal Revenue Service                   Internal Revenue Service
PO Box 182232                            Special Procedures Division                PO Box 7346
NC1W32                                   P.O. Box 628                               Philadelphia, PA 19101-7346
Columbus, OH 43218-2232                  Bankruptcy Section
                                         Pittsburgh, PA 15230

JPMorgan Chase Bank, N.A.                Key Bank                                   Brian M. Kile
National Bankruptcy Department           4900 Tiedeman Road                         Grenen & Birsic PC
P.O. Box 901032                          Brooklyn, OH 44144-2338                    One Gateway Center, 9th Floor
Ft. Worth TX 76101-2032                                                             Pittsburgh, PA 15222
```

Robert O Lampl  
Robert O Lampl Law Office  
Benedum Trees Building  
223 Fourth Avenue, 4th Floor  
Pittsburgh, PA 15222-1717  

Liberty Mutual Insurance  
P.O. Box 2051  
Keene, NH 03431-7051  

Mancini's  
601 Woodward Avenue  
McKees Rocks, PA 15136-3199  

Marks, Inc.  
545 Marks Drive  
Coraopolis, PA 15108-3388  

Marlin Business  
300 Fellowship Road  
Mount Laurel, NJ 08054-1201  

McAneny Brothers  
470 Industrial Park  
Ebensburg, PA 15931-4114  

Melzer's Fuel Service  
P.O. Box 1400  
755 E. Erie Street  
Painesville, OH 44077-4403  

T. Lawrence Palmer Office of Attorney Genera  
Office of Attorney General  
5th Floor, Manor Complex  
564 Forbes Avenue  
Pittsburgh, PA 15219-2992  

Office of the United States Trustee  
Liberty Center.  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222-3721  

T. Lawrence Palmer  
Office of the Attorney General of PA  
564 Forbes Avenue  
Pittsburgh, PA 15219-2992  

Pennsylvania Department of Revenue  
11 Parkway Center, Suite 150  
Pittsburgh, PA 15220-3600  

Pennsylvania Department of Revenue  
Bankruptcy Division PO Box 280946  
Harrisburg, PA  17128-0946  

Pennsylvania Dept. of Revenue  
Department 280946  
P.O. Box 280946  
ATTN: BANKRUPTCY DIVISION  
Harrisburg, PA 17128-0946  

Peoples Natural Gas Company LLC  
c/o S. James Wallace, P.C.  
845 N. Lincoln Ave.  
Pittsburgh, PA 15233-1828  

Pepsi Beverage Company  
P.O. Box 75948  
Chicago, IL 60675-5948  

Petrosoft  
2025 Greentree Road  
Pittsburgh, PA 15220-1447  

David W. Raphael  
Grenen & Birsic, P.C.  
One Gateway Center  
Ninth Floor  
Pittsburgh, PA 15222  

Red Bull  
P.O. Box 204750  
Dallas, TX 75320-4750  

Reed Oil Company  
511 Montgomery Avenue  
New Castle, PA 16102-1111  

S&T Bank  
355 North Fifth Street  
Indiana, PA 15701-1940  

S&T Bank  
355 North 5th Street  
Indiana, PA 15701-1940  

S&T Bank  
c/o Brian M. Kile, Esquire  
Grenen & Birsic, PC  
One Gateway Center, 9th Floor  
Pittsburgh, PA  15222  

Sams Club  
P.O. Box 960016  
Orlando, FL 32896-0016  

Schneiders Dairy  
726 Frank Street  
Pittsburgh, PA 15227-1299  

David A. Strassburger  
c/o Strassburger McKenna Gutnick Gefsky  
Four Gateway Center, Suite 2200  
444 Liberty Avenue  
Pittsburgh, PA 15222-1220  

Sun-Ray Mechanical  
2490 Wildwood Road  
Wildwood, PA 15091  

T&U Service Station Maintenance Inc.  
P.O. Box 381  
Brookfield, OH 44403-0381  

The Huntington National Bank  
7 Easton Oval, EA4W67  
Columbus, OH 43219-6060  

The Huntington National Bank  
c/o David W. Raphael, Esquire  
Grenen & Birsic, PC  
One Gateway Center, 9th Floor  
Pittsburgh, PA  15222  

Unifirst  
PO Box 529  
New Kensington, PA 15068-0529

| | | |
|---|---|---|
| Unifirst Corporation<br>68 Jonspin Road<br>Wilmington, MA 01887-1086 | United Telephone Company of Pennsylvania<br>Centurylink Communications, LLC<br>931 14th Street Suite 900<br>Denver, CO 80202-2994 | Vector Security<br>100 Allegheny Drive, Suite 200<br>Warrendale, PA 15086-7610 |
| Karina Velter<br>Manley Deas Kochalski, LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Vision Financial Group<br>615 Iron City Drive<br>Pittsburgh, PA 15205-4321 |
| Vogel Disposal Service, Inc.<br>PO Box 847<br>Mars, PA 16046-0847 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eby-Brown Company, LLC | (u)JPMORGAN CHASE BANK, N.A. | (d)The Huntington National Bank<br>7 Easton Oval, EA4W67<br>Columbus, OH 43219-6060 |

End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74