**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| Debtor. | Chapter 11 |
| **MARKS, INC.,** | Document No. |
| Movant, | Related to Doc. Nos. 20, 140 |
| vs. | Hearing Date and Time:<br>January 10, 2019 at 2:30 p.m. |
| **NO RESPONDENTS.** | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
FINAL FEE APPLICATION OF ROBERT O LAMPL FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FOR THE
PERIOD OF SEPTEMBER 6, 2017 THROUGH NOVEMBER 9, 2018**

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **December 3, 2018**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **January 10, 2019 at 2:30 p.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary will be scheduled by the Court for a later date.

Date of Service:  <u>November 15, 2018</u>   /s/ *Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com