**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **MARKS, INC.,** | Bankruptcy No. 17-23657-GLT |
| **Debtor.** | Chapter 11 |
| **MARKS, INC.,** | Document No. |
| **Movant,** | Related to Doc. No. 130 |
| vs. | |
| **NO RESPONDENTS.** | |

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

### CHAPTER 11 CASES

__X__Plan Confirmed             _____Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors: <u>27</u>%

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

| 11-15-18 | Robert O Lampl | /s/ Robert O Lampl |
|---|---|---|
| DATE | PREPARER | SIGNATURE |