IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKS, INC.,                                    Bankruptcy No. 17-23657-GLT

    Debtor.                                   Chapter 11

MARKS, INC.,                                    Document No.

    Movant,                                   Related to Doc. Nos. 20, 140, 141

vs.                                             Hearing Date and Time:
                                                January 10, 2019 at 2:30 p.m.
NO RESPONDENTS.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 15th day of November, 2018, a true and correct copy of the **NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING FINAL FEE APPLICATION OF ROBERT O LAMPL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FOR THE PERIOD OF SEPTEMBER 6, 2017 THROUGH NOVEMBER 9, 2018** and the **SUMMARY COVER SHEET** was served upon the following *(via First Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MATRIX*

Date: November 15, 2018                     /s/ Robert O Lampl
                                            ROBERT O LAMPL
                                            PA I.D. #19809
                                            JOHN P. LACHER
                                            PA I.D. #62297
                                            DAVID L. FUCHS
                                            PA I.D. #205694
                                            RYAN J. COONEY
                                            PA I.D. #319213
                                            Counsel for the Debtor
                                            223 Fourth Avenue, 4th Floor
                                            Pittsburgh, PA  15222
                                            (412) 392-0330 (phone)
                                            (412) 392-0335 (facsimile)
                                            Email: rlampl@lampllaw.com

```
Label Matrix for local noticing          BB&T Commercial Equipment Capital Corp.   Bottling Group, LLC
0315-2                                   2 Great Valley Parkway, Suite 300         Joseph D. Frank
Case 17-23657-GLT                        Malvern, PA 19355-1319                    c/o FrankGecker LLP
WESTERN DISTRICT OF PENNSYLVANIA                                                   325 N. LaSalle St., Ste. 625
Pittsburgh                                                                         Chicago, IL 60654-6465
Thu Nov 15 14:34:09 EST 2018

Brandywine Agency                        Brandywine Agency Inc.                    Brandywine Agency, Inc.
357 Lincoln Highway                      c/o Amelia R. Brett, Esquire              Strassburger McKenna Gutnick & Gefsky
P.O. Box 300                             Strassburger McKenna Gutnick & Gefsky     Four Gateway Center, Suite 2200
North Versailles, PA 15137-0300          Four Gateway Ctr,Ste 2200,444 Liberty Av  444 Liberty Avenue
                                         Pittsburgh, PA  15222                     Pittsburgh, PA 15222-1208

Butler Area Sewer Authority              Butler Eagle                              C&K Wholesale
100 Litman Road                          114-116 West Diamond Street               515 Montgomery Avenue, Suite 107
Butler, PA 16001-3294                    P.O. Box 271                              New Castle, PA 16102-1105
                                         Butler, PA 16003-0271

Can Capital                              Century Link                              Chase Auto Finance
115 North 400 West                       P.O. Box 1319                             PO Box 78068
Suite 315                                Charlotte, NC 28201-1319                  Phoenix, AZ 85062-8068
Salt Lake City, UT 84103-1124

Chase Credit Card                        Coca-Cola                                 Comcast
P.O. Box 15123                           Pittsburgh Sales Center                   P.O. Box 3001
Wilmington, DE 19850-5123                2329 Paysphere Circle                     Southeastern, PA 19398-3001
                                         Chicago, IL 60674-2329

EB Brown                                 Eby-Brown Company, LLC                    Edward P. Disilvester, Jr.
920 Irwin Run Road                       920 Irwin Run Road                        2527 Allender Avenue
West Mifflin, PA 15122-1092              West Mifflin, PA  15122-1092              Pittsburgh, PA 15220-3001

Fifth Third Bank                         Fifth Third Bank                          Charles Fink
5050 Kingsley Drive                      PO Box 9013                               Sunbelt Business Brokers
Cincinnati, OH 45227-1115                Addison, Texas 75001-9013                 5996 Centre Ave.
                                                                                   1033 Gill Hall
                                                                                   Jefferson Hills, PA 15025-3315

Frito-Lay                                Frito-Lay North America, Inc.             John R. Gotaskie Jr.
75 Remittance Drive, Suite 1217          Joseph D. Frank                           Fox Rothschild LLP
Chicago, IL 60675-1217                   c/o FrankGecker LLP                       BNY Mellon Center
                                         325 N. LaSalle St., Ste. 625              500 Grant Street, Suite 2500
                                         Chicago, IL 60654-6465                    Pittsburgh, PA 15219-2510

Huntington Bank                          Internal Revenue Service                  Internal Revenue Service
PO Box 182232                            Special Procedures Division               PO Box 7346
NC1W32                                   P.O. Box 628                              Philadelphia, PA 19101-7346
Columbus, OH 43218-2232                  Bankruptcy Section
                                         Pittsburgh, PA 15230

JPMorgan Chase Bank, N.A.                Key Bank                                  Brian M. Kile
National Bankruptcy Department           4900Tiedeman Road                         Grenen & Birsic PC
P.O. Box 901032                          Brooklyn, OH 44144-2338                   One Gateway Center, 9th Floor
Ft. Worth TX 76101-2032                                                            Pittsburgh, PA 15222
```

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1717

Liberty Mutual Insurance
P.O. Box 2051
Keene, NH 03431-7051

Mancini's
601 Woodward Avenue
McKees Rocks, PA 15136-3199

Marks, Inc.
545 Marks Drive
Coraopolis, PA 15108-3388

Marlin Business
300 Fellowship Road
Mount Laurel, NJ 08054-1201

McAneny Brothers
470 Industrial Park
Ebensburg, PA 15931-4114

Melzer's Fuel Service
P.O. Box 1400
755 E. Erie Street
Painesville, OH 44077-4403

T. Lawrence Palmer Office of Attorney Genera
Office of Attorney General
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

T. Lawrence Palmer
Office of the Attorney General of PA
564 Forbes Avenue
Pittsburgh, PA 15219-2992

Pennsylvania Department of Revenue
11 Parkway Center, Suite 150
Pittsburgh, PA 15220-3600

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Pepsi Beverage Company
P.O. Box 75948
Chicago, IL 60675-5948

Petrosoft
2025 Greentree Road
Pittsburgh, PA 15220-1447

David W. Raphael
Grenen & Birsic, P.C.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Red Bull
P.O. Box 204750
Dallas, TX 75320-4750

Reed Oil Company
511 Montgomery Avenue
New Castle, PA 16102-1111

S&T Bank
355 North Fifth Street
Indiana, PA 15701-1940

S&T Bank
355 North 5th Street
Indiana, PA 15701-1940

S&T Bank
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Sams Club
P.O. Box 960016
Orlando, FL 32896-0016

Schneiders Dairy
726 Frank Street
Pittsburgh, PA 15227-1299

David A. Strassburger
c/o Strassburger McKenna Gutnick Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222-1220

Sun-Ray Mechanical
2490 Wildwood Road
Wildwood, PA 15091

T&U Service Station Maintenance Inc.
P.O. Box 381
Brookfield, OH 44403-0381

The Huntington National Bank
7 Easton Oval, EA4W67
Columbus, OH 43219-6060

The Huntington National Bank
c/o David W. Raphael, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

Unifirst
PO Box 529
New Kensington, PA 15068-0529

| | | |
|---|---|---|
| Unifirst Corporation<br>68 Jonspin Road<br>Wilmington, MA 01887-1086 | United Telephone Company of Pennsylvania<br>Centurylink Communications, LLC<br>931 14th Street Suite 900<br>Denver, CO 80202-2994 | Vector Security<br>100 Allegheny Drive, Suite 200<br>Warrendale, PA 15086-7610 |
| Karina Velter<br>Manley Deas Kochalski, LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Vision Financial Group<br>615 Iron City Drive<br>Pittsburgh, PA 15205-4321 |
| Vogel Disposal Service, Inc.<br>PO Box 847<br>Mars, PA 16046-0847 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eby-Brown Company, LLC | (u)JPMORGAN CHASE BANK, N.A. | (d)The Huntington National Bank<br>7 Easton Oval, EA4W67<br>Columbus, OH 43219-6060 |

End of Label Matrix
Mailable recipients   71
Bypassed recipients   3
Total                 74