Case 17-23657-GLT    Doc 148    Filed 11/15/18    Entered 11/16/18 01:09:37    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
11/13/18 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 17-23657-GLT |
| | : |
| Marks, Inc. | : Chapter 11 |
| | : |
| | : Hearing: December 6, 2018 at 11:00 a.m. |
| Debtor, | : Response: November 30, 2018 |
| | : Related to Docket No. 130 |

**STATUS CONFERENCE FOR FAILURE
TO FILE MONTHLY OPERATING REPORTS**

The Debtor in the above-captioned bankruptcy case filed for protection under Chapter 11 of the Bankruptcy Code on September 11, 2017. Pursuant to W.PA.LBR 2015-1(f)(2), a debtor in possession is required to "file with the Clerk monthly statements of operations for the preceding month ("Monthly Operating Report") no later than the twentieth day of the next month." A review of the CM/ECF docket indicates that as of the date of this Order, the Debtor has not filed Monthly Operating Reports for July, 2018, August, 2018 or September, 2018.

On August 17, 2018 a Post Confirmation Order and Notice of Deadlines [Dkt. No. 130] was issued by the Court. In part it ordered that: Pursuant to 11 U.S. C. §1106(a) (7) the reorganized debtor or person designated in the Plan "shall file a status report detailing the actions taken by the reorganized debtor and the progress made toward consummation of the Plan ("Status Report"). Said reports shall be filed every January 15 and every July 15th thereafter until a Final Decree has been entered". A review of the CM/ECF docket indicates that as of the date of this Order, the Debtor has not filed any Status Reports since the Plan was confirmed.

**AND NOW**, this **13th** day of **November 2018**, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. An *Status Conference is scheduled for* **December 6, 2018** at **11:00 a.m.** in Courtroom A, United States Bankruptcy Court for the Western District of Pennsylvania, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 at which time counsel for the Debtor shall address the Debtor's failure to comply with the Court's Post-Confirmation Order and Notice of Deadlines [DKt. No. 130].

2. Any response to this Order shall be filed with the Court on or before **November 30, 2018**. If the Debtor files all outstanding Status Reports by November 30, 2018, the Court may consider cancelling the December 6 status conference.

3. Debtor shall serve this Order on the mailing matrix and shall file a certificate of service within three business days

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor
Robert O. Lampl, Esq.
Office of the United States Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                Case No. 17-23657-GLT
Marks, Inc.                                                                                           Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                    Page 1 of 1                    Date Rcvd: Nov 13, 2018
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
db             +Marks, Inc.,    545 Marks Drive,    Coraopolis, PA 15108-3388

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
      Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
      David A. Strassburger    on behalf of Creditor    Brandywine Agency, Inc. dstrassburger@smgglaw.com, kmaiorano@smgglaw.com;klaraba@smgglaw.com
      David W. Raphael    on behalf of Creditor    The Huntington National Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      John R. Gotaskie, Jr.    on behalf of Creditor    Eby-Brown Company, LLC jgotaskie@foxrothschild.com, hsemmer@foxrothschild.com;dmcdonald@foxrothschild.com;jgotaskie@yahoo.com
      Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov
      Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert O Lampl    on behalf of Debtor    Marks, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                                      TOTAL: 11