## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23657-GLT |
| | : | Chapter: | 11 |
| Marks, Inc. | : | | |
| | : | | |
| | : | Date: | 12/6/2018 |
| *Debtor(s).* | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER:**     #136 - Motion for Relief from Stay Filed By Huntington National
Bank
     #149 - Response filed by Debtor

**APPEARANCES:**

|  | |
|---|---|
| Debtor: | John Lacher |
| Huntington: | David Raphael |

**NOTES:**

Raphael: This motion was filed because there was no plan payment made.  However, since that time, the Debtor has posted a payment of $4,800 which I believe renders the motion moot.  We are in dispute as to whether the plan payment covers payments on both the $200,000 loan and the $15,000 loan, but we are in talks to resolve that.  We believe that within 14 days we can file a stipulation that will provide for an additional payment of $350 a month to cover the $15,000 loan payment.

Lacher: That is largely correct.  We dispute the amounts of the loans but we are willing to work with the bank.  We are accelerating payment of the bank's claim rather than changing its amount.

**OUTCOME:**

1. The Motion for Relief from Stay [Dkt. No. 136] is denied as withdrawn (Text order to issue).

2. On or before December 20, 2018, parties to submit a proposed form of order under a certification of counsel with respect to the matters discussed on the record (DB to prepare).

3. The Court will refrain from issuing an order on the Motion for Final Decree [Dkt. No. 142] until the proposed order is submitted for consideration (DB to prepare).

**DATED:** 12/6/2018