### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| MARKS, INC., | : | Bankruptcy No. 17-23657-GLT |
| | : | |
| Debtor. | : | Hon. Gregory L. Taddonio |
| _____ | : | |
| | : | |
| EBY-BROWN COMPANY, | : | Related to Doc. Nos: 173 and 174 |
| | : | |
| Movant-Creditor, | : | |
| vs. | : | |
| | : | |
| MARKS, INC., | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2020, I electronically filed a **Motion to Enforce the Plan and Requests for Status Conference** and a **Notice of Telephonic Hearing with Response Deadline Regarding the Motion of Creditor, Eby-Brown Company, to Enforce the Plan and Request for Status Conference on behalf of Creditor Eby-Brown Company, LLC**, with the Clerk of the United States Bankruptcy Court, Western District of Pennsylvania, using its CM/ECF system, electronically notifying the following:

Robert O. Lampl, Esquire
John P. Lacher, Esquire
David L. Fuchs, Esquire
Ryan J. Cooney, Esquire
Law Office of Robert O. Lampl
223 Fourth Avenue – 4th Floor
Pittsburgh, PA 15222
rol@lampllaw.com
*Counsel for Debtor*

Joseph S. Sisca
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
joseph.s.sisca@usdoj.gov
*On behalf of the United States Trustee*

I further certify that on this 22nd day of May, 2020, a true and correct copy of the foregoing was served upon the following via United States mail, first class, postage prepaid, and addressed as follows:

Marks, Inc.
545 Marks Drive
Coraopolis, PA  15018
*Debtor*

                                                         Fox Rothschild LLP

                                                         /s/ John R. Gotaskie, Jr.
                                                         John R. Gotaskie, Jr.