**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| MARKS, INC., | : | Bankruptcy No. 17-23657-GLT |
| | : | |
| Debtor. | : | Hon. Gregory L. Taddonio |
| _____ | : | _____ |
| | : | |
| EBY-BROWN COMPANY, | : | Related to Doc Nos. 173, 176, 177 |
| | : | |
| Movant-Creditor, | : | |
| vs. | : | Telephonic Hearing Date and Time: |
| | : | Thursday, June 18, 2020 at 10:00 a.m. |
| MARKS, INC., | : | |
| | : | Response Date:  June 15, 2020 |
| Respondent. | : | |
| | : | |

**NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE**
**REGARDING THE MOTION OF CREDITOR, EBY-BROWN COMPANY,**
**TO REOPEN BANKRUPTCY CASE**
**(TELEPHONIC PROCEDURE EFFECTIVE MARCH 13, 2020)**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order potentially affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion referenced above by no later than **June 15, 2020** (a date which is at least seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely file a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **Thursday, June 18, 2020 at 10:00 a.m. (ET)** before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than

-2-

twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2.

     Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: May 29, 2020

                                                    John R. Gotaskie, Jr.
                                                    Attorney For Movant/Creditor

                                                    */s/ John R. Gotaskie, Jr.*
                                                    Signature

                                                    Fox Rothschild LLP
                                                    BNY Mellon Center
                                                    500 Grant Street, Suite 2500
                                                    Pittsburgh, PA 15219
                                                    Address

                                                    (412) 391-1334
                                                    Phone Number

                                                    PA I.D. No. 81143
                                                    Attorney I.D. No.