Case 17-23657-GLT    Doc 183    Filed 06/18/20    Entered 06/18/20 14:41:08    Desc Main
Document      Page 1 of 1

FILED
6/18/20 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23657-GLT |
| | : | Chapter: | 11 |
| Marks, Inc. | : | | |
| | : | | |
| | : | Date: | 6/18/2020 |
| Debtor(s). | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #173 - Motion to Enforce the Plan and Request for Status Conference
          #181 - Response filed By Marks

   #177 - Motion to Reopen Chapter 11 Case Motion to Reopen Bankruptcy Case
          #182 - Response filed by Marks

**APPEARANCES:**

   Debtor:     John Lacher and Alex Holmquist
   Eby-Brown:  John Gotaskie

**NOTES:** (10:25)

Gotaskie: I suggest we continue these hearings for 30-45 days. The other day Mr. Lacher was able to get me some documentation from the debtor's corporate attorneys regarding the sale (they're voluminous). We've been asking for these documents since the end of last year when the distributions weren't made. It came to the point of filing this motion. Now that we have the financial information, we'd like to be able to look at that and perhaps we could withdraw our motions.

Lacher: I don't have a lot to add. The Court was proper to confirm the plan, at some point after the final decree, the debtor engaged in an arms-length sale. The documents that I received indicated the money went to the secured creditors. I would consent to the continuance and would be happy to answer any questions.

Gotaskie: If we get the answers we need, we would withdraw our motion.

Court: If that occurs, all you would need to do is file a brief, one-line, one-page motion withdrawing the motion and indicate that the reorganized debtor consents to the withdrawal.

**OUTCOME:**

1. Motion to Enforce the Plan and Request for Status Conference [Dkt. No. 173] is CONTINUED to September 3, 2020 at 10:00 a.m. [Text Order to Issue]

2. Motion to Reopen Chapter 11 Case Motion to Reopen Bankruptcy Case [Dkt. No. 177] is CONTINUED to September 3, 2020 at 10:00 a.m. [Text Order to Issue]

3. On or before August 28, 2020, should any matters remain in dispute, the Movant, Eby-Brown Company, LLC, shall file a status report outlining each remaining issue [Text Order to Issue]

**DATED:** 6/18/2020