Case 17-23657-GLT    Doc 192    Filed 11/05/20    Entered 11/05/20 16:59:46    Desc Main
Document      Page 1 of 1

FILED
11/5/20 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.:  17-23657-GLT |
| | : | Chapter:  11 |
| Marks, Inc. | : | |
| | : | |
| | : | Date:  11/5/2020 |
| *Debtor(s).* | : | Time:  10:00 |

## PROCEEDING MEMO

*MATTER:*   #177 - Continued Motion to Reopen Chapter 11 Case Motion to
　　　　　　　　Reopen Bankruptcy Case
　　　　　　#182 - Response filed by Marks

　　　　　　#173 - Continued Motion to Enforce the Plan and Request for
　　　　　　　　Status Conference
　　　　　　#181 - Response Filed By Marks
　　　　　　#186 - Status Report filed by Eby-Brown

　　　　　　[EBY-Brown to file Status Report by 10/29/2020
　　　　　　　Detailing: (1) Issues Remaining (2) Relief they Intend
　　　　　　　to pursue through Bankruptcy Court]

*APPEARANCES*:
　　　　Debtor:　　John Lacher
　　　　Eby Brown:　John Gotaskie

*NOTES:* (10:03)

Gotaskie: We're close. The attorney who handled the sale is semi-retired. The discrepancy in the purchase prices - the original price was from an APA that was a draft, and Mr. Thompson is tracking down payments to creditors.

Court: Is there any reason to keep this matter open?

Gotaskie: I haven't seen anything that would lead me to not withdraw the motion, but I don't have the authority to say I will withdraw it.

Lacher: I'm happy to give Mr. Gotaskie time to satisfy his client.

*OUTCOME:*

1. Eby Brown's *Continued Motion to Reopen Chapter 11 Case Motion to Reopen Bankruptcy Case* [Dkt. No. 177] is CONTINUED to December 3, 2020 at 10 a.m. [Text Order to Issue]

2. On or before November 20, 2020, Eby Brown shall file a Status Report Detailing Whether it Intends to Continue Pursuing the *Motion to Reopen Case* [Text Order to Issue]

**DATED:** 11/5/2020